UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-99HTS


FILED
2004 APR -5 P 3:09
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SEA STAR LINE, LLC,
a limited liability company,

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant.
_____/

## NOTICE OF FILING

    Plaintiff, **SEA STAR LINE, LLC**, files the attached original return of service on Defendant, EMERALD EQUIPMENT LEASING, INC., through its statutory agent, the Florida Secretary of State.

ARMSTRONG & MEJER, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134
Telephone: (305) 444-3355
Telefax:   (305) 442-4300

By: /s/ Timothy J. Armstrong
    TIMOTHY J. ARMSTRONG

liz\04pldgs\03-3621-002

3



FLORIDA DEPARTMENT OF STATE
Glenda E. Hood
Secretary of State

March 22, 2004

TIMOTHY J. ARMSTRONG, ESQ.
2600 DOUGLAS ROAD
SUITE:1111
CORAL GABLES, FL 33134

Pursuant to Chapter 48.181, Florida Statutes, a copy of the process and initial pleading, case number 3:04CV-146-99HTS, was accepted for EMERALD EQUIPMENT LEASING, INC., and was filed on March 19, 2004, at 04:00 PM.

Plaintiff(s)

SEA STAR LINE, LLC, a limited liability company,

-vs-

Defendant(s)

EMERALD EQUIPMENT LEASING, INC., a corporation,

Only questions concerning the actual filing of the summons and complaint should be directed to our office at (850) 245-6953. All other inquiries should be made to the attorneys involved.

Yvette McGee
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 004A00018689

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314