UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-99HTS


FILED

2004 APR -5 P 3:09


DISTRICT COURT
DISTRICT OF FLORIDA

SEA STAR LINE, LLC,
a limited liability company,

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant.
_____/

### AFFIDAVIT OF COMPLIANCE PURSUANT TO
### FLA. STAT. ANN. §48.161, §48.181

    BEFORE ME, the undersigned authority personally appeared TIMOTHY J. ARMSTRONG, who being duly sworn, deposes and says:

    1. Affiant is attorney for Plaintiff, SEA STAR LINE, LLC, and has personal knowledge of the facts stated below.

    2. Pursuant to Chapter 48, Florida Statutes, the Florida Secretary of State as statutory agent for Defendant, EMERALD EQUIPMENT LEASING, INC., accepted and filed copies of the Summons and Complaint in the instant case on March 19, 2004 at 4:00 P.M.

    3. On March 25, 2004, Affiant sent by certified mail, copies of the Complaint, Summons, Return of Service on the Florida Secretary of State, Notice of Designation Under Local Rule 3.05, and Case Management Report to Defendant, EMERALD EQUIPMENT LEASING,

INC. at 101 South King Street, Gloucester City, New Jersey 08030. Copies of the cover letter to Defendant, EMERALD EQUIPMENT LEASING, INC., and the return receipt are attached as Composite Exhibit "A".

4. Subsequently the original return of service on Defendant, EMERALD EQUIPMENT LEASING, INC., through its statutory agent, the Florida Secretary of State, was filed with this Court.

5. Plaintiff, SEA STAR LINE, LLC, has complied with all requirements of Fla. Stat. Ann. §48.161 and §48.181, authorizing substituted service of process on the Florida Secretary of State as statutory agent for Defendant, EMERALD EQUIPMENT LEASING, INC.

FURTHER AFFIANT SAYETH NAUGHT.

_____
TIMOTHY J. ARMSTRONG

STATE OF FLORIDA   )
                   )SS
COUNTY OF MIAMI-DADE )

SWORN TO AND SUBSCRIBED before me this ___2___ day of April, 2004.

_____
NOTARY PUBLIC, State of Florida
at Large

My Commission Expires:


Elizabeth Amador
My Commission DD213049
Expires May 16, 2007

liz\04pldgs\03-3621-003

ARMSTRONG & MEJER
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

TELEPHONE (305) 444-3355
TELECOPIER (305) 442-4300

SUITE 1111 DOUGLAS CENTRE
2600 DOUGLAS ROAD
CORAL GABLES, FLORIDA 33134

March 25, 2004

VIA CERTIFIED MAIL/RETURN RECEIPT

Emerald Equipment Leasing, Inc.
101 South King Street
Gloucester City, New Jersey 08030

  Re: Sea Star Line, LLC v. Emerald Equipment Leasing, Inc.
    Case No. 3:04-CV-146-99HTS

Dear Sirs:

  Enclosed are copies of the Complaint, Summons, Return of Service, Notice of Designation Under Local Rule 3.05 and Case Management Report served on you through your statutory agent, the Florida Secretary of State.

Very truly yours,

TIMOTHY J. ARMSTRONG

TJA:ea

Enclosures
liz\04ltrs\03-3621-017

91 7108 2133 3930 1087 5243

Composite
EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Emcasa J Eggnen Ashy S
   161 South King Street
   Gloucester City, NJ 08030

2. Article Number
   (Transfer from service label)    9170832200 000 5248

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Heic Sh___

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes