UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-J-99HTS

2004 APR 14  A 11: 07

DISTRICT COURT
DISTRICT OF FLORIDA

SEA STAR LINE, LLC,

    Plaintiff,

v.

EMERALD EQUIPMENT LEASING, INC.,

    Defendant.
_____ /

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, EMERALD EQUIPMENT LEASING, INC. ("Defendant"), by and through their undersigned attorneys and pursuant to Rule 6, Federal Rules of Civil Procedure, hereby request an extension of time to respond to the Complaint in this action by the Plaintiff, SEA STAR LINE, LLC ("Sea Star"). In support of this motion, Defendant states as follows:

1. On or about March 19, 2004, Sea Star initiated this action against Defendant.

2. This case involves issues related to an ongoing Chapter 11 bankruptcy proceeding now pending in Delaware (Case no. 01-934 (MFW)).

3. Counsel for Defendant requests an extension of time (14 days) up to and including April 28, 2004 within which to file its initial response to the Complaint in this matter, and Counsel for the Plaintiff has no objection to the requested extension.

### MEMORANDUM OF LAW

The Court has broad discretion to enlarge time periods established by Rules of Procedure or Court order. See Woods v. Allied Concord Financial Corp., 373 F.2d 733 (5th Cir. 1967); Fed. R. Civ. P. 6. Furthermore, enlargements of time are appropriate where a party demonstrates a reasonable basis for such request. Beaufort Concrete Co. v. Atlantic States Const. Co., 352 F.2d 460 (5th Cir. 1965).



In this case, a reasonable basis exists for granting the requested extension. Furthermore, the parties are in agreement as to the extension.

**WHEREFORE**, Defendant respectfully requests that the Court extend the time to respond to the Complaint until April 28, 2004.

|  |  |
|---|---|
| Mailing Address: | **SHUTTS & BOWEN LLP**<br>Attorneys for Defendants<br>300 S. Orange Ave., Suite 1000<br>Orlando, Florida 32801-3373<br>**P.O. Box 4956**<br>**Orlando, Florida 32802-4956**<br>Phone: (407) 423-3200<br>Fax: (407) 425-8316<br>By: *Michael L. Gore* (signature)<br>Michael L. Gore<br>Florida Bar No. 441252<br>Joey E. Schlosberg<br>Florida Bar No. 0079685 |

- and -

Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
**ADELMAN LAVINE GOLD AND LEVIN**
A Professional Corporation
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808
Phone: (215) 568-7515
Fax: (215) 557-7922

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 13th day of March, 2004, via facsimile ((305) 442-4300) and U.S. Mail:

Timothy J. Armstrong, Esq.
Armstrong & Mejer
2600 Douglas Road
Suite 1111, Douglas Center
Coral Gables, FL 33134

*Michael L. Gore* (signature)
Michael L. Gore

ORLDOCS 10225324.1 MLG

-2-