**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**



FILED

2004 APR 15 P 12: 05

DISTRICT COURT
DISTRICT OF FLORIDA

SEA STAR LINE, LLC,
a limited liability
company,

      Plaintiff,

vs.                                CASE NO. 3:04-cv-146-J-99HTS

EMERALD EQUIPMENT LEASING,
INC., a corporation,

      Defendant.
_____

## O R D E R

The Unopposed Motion for Extension of Time (Doc. #5), filed April 14, 2004, is **GRANTED** and Defendant shall have up to and including April 28, 2004, to respond to the Complaint (Doc. #1).

**DONE AND ORDERED** at Jacksonville, Florida, this **15th** day of April, 2004.

                                                 HOWARD T. SNYDER
                                                 United States Magistrate Judge

Copies to:

Counsel of Record
     and *pro se* parties, if any

F I L E   C O P Y

Date Printed: 04/15/2004

Notice sent to:

    /   Timothy Joseph Armstrong, Esq.
        Armstrong & Mejer, P.A.
        The Douglas Centre
        2600 Douglas Rd., Suite 1111
        Coral Gables, FL  33134

        3:04-cv-00146    mfk

    /   Michael L. Gore, Esq.
        Shutts & Bowen LLP
        300 S. Orange Ave., Suite 1000
        P.O. Box 4956
        Orlando, FL  32802-4956

        3:04-cv-00146    mfk

    /   Joey E. Schlosberg, Esq.
        Shutts & Bowen, LLP
        1500 Miami Center
        201 S. Biscayne Blvd.
        Miami, FL  33131

        3:04-cv-00146    mfk