UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



SEA STAR LINE, LLC,
a limited liability
company,

    Plaintiff,

vs.                    CASE NO. 3:04-cv-146-J-99HTS

EMERALD EQUIPMENT LEASING,
INC., a corporation,

    Defendant.
_____

**O R D E R**

This cause is before the Court on the Amended Unopposed Motion for Extension of Time (Doc. #7; Motion), filed April 16, 2004. In light of the Court's Order (Doc. #6), filed April 15, 2004, the Motion (Doc. #7) is **DENIED AS MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of April, 2004.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

Counsel of Record
    and *pro se* parties, if any

F I L E   C O P Y

Date Printed: 04/19/2004

Notice sent to:

_/_   Timothy Joseph Armstrong, Esq.
     Armstrong & Mejer, P.A.
     The Douglas Centre
     2600 Douglas Rd., Suite 1111
     Coral Gables, FL  33134

          3:04-cv-00146    mfk

_/_   Michael L. Gore, Esq.
     Shutts & Bowen LLP
     300 S. Orange Ave., Suite 1000
     P.O. Box 4956
     Orlando, FL  32802-4956

          3:04-cv-00146    mfk

_/_   Joey E. Schlosberg, Esq.
     Shutts & Bowen, LLP
     1500 Miami Center
     201 S. Biscayne Blvd.
     Miami, FL  33131

          3:04-cv-00146    mfk