UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-99HTS

SEA STAR LINE, LLC,
a limited liability company,

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant.
_____/

### NOTICE OF FILING ORDER GRANTING DEFENDANT SEA STAR LINE, LLC'S MOTION TO DISMISS, STAY OR ABATE COMPLAINT OF PLAINTIFF EMERALD EQUIPMENT LEASING, INC.

    SEA STAR LINE, LLC notifies the Court and Defendant, EMERALD EQUIPMENT LEASING, INC., of the filing of the attached Order Granting Defendant Sea Star Line, LLC's Motion to Dismiss, Stay or Abate Complaint of Plaintiff Emerald Equipment Leasing, Inc., dated May 28, 2004. Said Order is pertinent to--and should be dispositive of--the Motion to Dismiss Complaint for Declaratory Judgment and for Damages, or Alternatively to Transfer Venue or Abstain filed by EMERALD EQUIPMENT LEASING, INC. in the case *sub judice*.

### CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___1___ day of June, 2004 to **MICHAEL L. GORE, ESQ.**, Shutts & Bowen LLP, P.O. Box 4956, Orlando, FL 32802-

ARMSTRONG & MEJER, P.A., ATTORNEYS, 2600 DOUGLAS ROAD, SUITE 1111, CORAL GABLES, FLORIDA 33134 • TEL. (305) 444-3355

4956 and **GARY M. SCHILDHORN, ESQ.** and **ALAN I. MOLDOFF, ESQ.**, Adelman Lavine Gold and Levin, Suite 900, Four Penn Center, Philadelphia, PA 19103-2808.

          ARMSTRONG & MEJER, P.A.
          Suite 1111, Douglas Centre
          2600 Douglas Road
          Coral Gables, FL 33134
          (305) 444-3355

By: _____
         TIMOTHY J. ARMSTRONG

liz\04pldgs\03-3621-008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

EMERALD EQUIPMENT LEASING, INC.    Case No.: 01-934 (MFW)

    Debtor

---

EMERALD EQUIPMENT LEASING, INC.,    Adversary No. 04-53071 (MFW)

    Plaintiff,

v.

SEA STAR LINE, L.L.C.    Re: 4

    Defendant.

---

### ORDER GRANTING DEFENDANT SEA STAR LINE, LLC'S MOTION TO DISMISS, STAY OR ABATE COMPLAINT OF PLAINTIFF EMERALD EQUIPMENT LEASING, INC.

THIS MATTER having come before this Court upon Defendant Sea Star Line, LLC's Motion To Dismiss, Stay or Abate Complaint of Plaintiff Emerald Equipment Leasing, Inc., and it appearing that the Court has jurisdiction to consider this matter; that due and proper notice of the Motion has been provided and that no further notice is necessary; and the Court having fully considered all materials filed in support or opposition to the Motion; it is hereby Ordered:

1. Sea Star Line, LLC's Motion is GRANTED; and

2. Plaintiff Emerald Equipment Leasing, Inc.'s Complaint against Sea Star Line, LLC, and the above-entitled Adversary Proceeding is dismissed, without prejudice.

Dated: May 27, 2004

Chief Judge Mary F. Walrath
United States Bankruptcy Court

- 1 -

SEA_DOCS:704670.1