UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-99HTS



2004 JUN -7 A 9:36

SEA STAR LINE, LLC,
a limited liability company,

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant.
_____/

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, SEA STAR LINE, LLC, discloses that the following entities own more than a ten percent (10%) interest:

    1. Saltchuk Resources, Inc.

    2. Matson Navigation Co., Inc.

                        ARMSTRONG & MEJER, P.A.
                         Suite 1111, Douglas Centre
                         2600 Douglas Road
                         Coral Gables, FL 33134
                         Telephone: (305) 444-3355
                         Telefax:   (305) 442-4300

                         By: _____
                             TIMOTHY J. ARMSTRONG

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4 day of June, 2004 to **MICHAEL L.**

GORE, ESQ., Shutts & Bowen LLP, P.O. Box 4956, Orlando, FL 32802-4956 and **GARY M. SCHILDHORN, ESQ.** and **ALAN I. MOLDOFF, ESQ.**, Adelman Lavine Gold and Levin, Suite 900, Four Penn Center, Philadelphia, PA 19103-2808.

                                        ARMSTRONG & MEJER, P.A.
                                        Suite 1111, Douglas Centre
                                        2600 Douglas Road
                                        Coral Gables, FL 33134
                                        Telephone: (305) 444-3355
                                        Telefax:   (305) 442-4300

By: _/s/ Timothy J. Armstrong_____
        TIMOTHY J. ARMSTRONG

liz\04pldgs\03-3621-010