UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-99HTS

SEA STAR LINE, LLC,
a limited liability company,

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant.
_____/

## NOTICE OF FILING

Plaintiff, **SEA STAR LINE, LLC**, notifies the Court of the filing of the attached Case Management Report original signature pages signed by counsel for Defendant, **EMERALD EQUIPMENT LEASING, INC.**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of June, 2004 to **MICHAEL L. GORE, ESQ.**, Shutts & Bowen LLP, P.O. Box 4956, Orlando, FL 32802-4956 and **ALAN I. MOLDOFF, ESQ.**, Adelman Lavine Gold and Levin, Suite 900, Four Penn Center, Philadelphia, PA 19103-2808.



ARMSTRONG & MEJER, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134
(305) 444-3355

By: _____
    TIMOTHY J. ARMSTRONG

liz\04pldgs\03-3621-012

11. **Final Pretrial Conference and Trial**: Parties agree that they will be ready for a final pretrial conference on or after February 11, 2005 and for trial on or after February 22, 2005. This Jury ___ Non-Jury _x_ trial is expected to take approximately _35_ hours.

12. **Pretrial Disclosures and Final Pretrial Procedures**: Parties acknowledge that they are aware of and will comply with pretrial disclosures requirements in Fed. R. Civ. P. 26(a)(3) and final pretrial procedures requirements in Local Rule 3.06.

13. **Other Matters**:

Defendant has filed a Motion to Dismiss Complaint for Declaratory Judgment and for Damages, or Alternatively to Transfer Venue or Abstain. Plaintiff has filed an opposing Memorandum.

Date: June _10_, 2004.

Signature of Counsel (with information
required by Local Rule 1.05(d)) and Signature
of Unrepresented Parties

_____
TIMOTHY J. ARMSTRONG
Florida Bar No. 135859
ARMSTRONG & MEJER, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134
Telephone: (305) 444-3355
Telefax:    (305) 442-4300

_____
MICHAEL L. GORE
Florida Bar No. _____
Shutts & Bowen LLP
300 S. Orange Avenue
Suite 1000
Orlando, FL 32801-3373

_____
ALAN I. MOLDOFF
Florida Bar No. _____
ADELMAN, LAVINE, GOLD & LEVIN
Suite 900
Four Penn Center
Philadelphia, PA 19103

liz\0-pldgs\I13-3621-009

11. <u>Final Pretrial Conference and Trial</u>: Parties agree that they will be ready for a final pretrial conference on or after February 11, 2005 and for trial on or after February 22, 2005. This Jury ___ Non-Jury _x_ trial is expected to take approximately _35_ hours.

12. <u>Pretrial Disclosures and Final Pretrial Procedures</u>: Parties acknowledge that they are aware of and will comply with pretrial disclosures requirements in Fed. R. Civ. P. 26(a)(3) and final pretrial procedures requirements in Local Rule 3.06.

13. <u>Other Matters</u>:

Defendant has filed a Motion to Dismiss Complaint for Declaratory Judgment and for Damages, or Alternatively to Transfer Venue or Abstain. Plaintiff has filed an opposing Memorandum.

Date: June _____, 2004.

Signature of Counsel (with information required by Local Rule 1.05(d)) and Signature of Unrepresented Parties

_____
TIMOTHY J. ARMSTRONG
Florida Bar No. 135859
ARMSTRONG & MEJER, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134
Telephone: (305) 444-3355
Telefax: (305) 442-4300

_____
MICHAEL L. GORE
Florida Bar No. 441252
Shutts & Bowen LLP
300 S. Orange Avenue
Suite 1000
Orlando, FL 32801-3373

_____
ALAN I. MOLDOFF
Florida Bar No. _____
ADELMAN, LAVINE, GOLD & LEVIN
Suite 900
Four Penn Center
Philadelphia, PA 19103