# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-J-99HTS

SEA STAR LINE, LLC,

     Plaintiff,

v.

EMERALD EQUIPMENT LEASING,
INC.,

     Defendant.

_____/

## REQUEST FOR ORAL ARGUMENT

Defendant, EMERALD EQUIPMENT LEASING, INC. ("Defendant"), by and through its undersigned attorneys and pursuant to Local Rule 3.01(d), hereby requests that the Court permit and schedule oral argument on the Defendant's Motion to Dismiss the Complaint in this action filed by the Plaintiff, SEA STAR LINE, LLC ("Sea Star"). Defendant submits that oral argument will assist the Court in its analysis of the issues raised in the Defendant's Motion to Dismiss Plaintiff Sea Star's Complaint for Declaratory Judgment and for Damages, or Alternatively to Transfer Venue of Abstain (Doc. #9), Sea Star's Memorandum in Opposition thereto (Doc. #10), and Sea Star's Amended Notice of Filing (Doc. #14, filing Order Granting defendant Sea Star Line, LLC's Motion to Dismiss, Stay or Abate Complaint of Plaintiff Emerald Equipment filed in the Adversary Proceeding involving Defendant and Sea Star in the United States Bankruptcy Court for the District of Delaware).

|                  | **SHUTTS & BOWEN LLP**                                  |
|------------------|--------------------------------------------------------|
|                  | Attorneys for Defendants                               |
|                  | 300 S. Orange Ave., Suite 1000                         |
|                  | Orlando, Florida 32801-3373                            |
| Mailing Address: | **P.O. Box 4956**                                      |
|                  | **Orlando, Florida 32802-4956**                        |
|                  | Phone: **(407)** 423-3200                              |
|                  | Fax: **(407)** 425-8316                                |

By: _Michael L. Gore_____

Michael L. Gore
Florida Bar No. 441252
Joey E. Schlosberg
Florida Bar No. 0079685

- and -

Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
**ADELMAN LAVINE GOLD AND LEVIN**
A Professional Corporation
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808
Phone: **(215)** 568-7515
Fax: **(215)** 557-7922

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this _24th_ day of June, 2004, via facsimile ((305) 442-4300) and U.S. Mail:

Timothy J. Armstrong, Esq.
Armstrong & Mejer
2600 Douglas Road
Suite 1111, Douglas Center
Coral Gables, FL 33134

_Michael L. Gore_____
Michael L. Gore

ORLDOCS 10250983 1