UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-99HTS

SEA STAR LINE, LLC,
a limited liability company,

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant.
_____/

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Emerald Equipment Leasing, Inc., discloses that it has no parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

                                           **SHUTTS & BOWEN LLP**
                                           Attorneys for Defendants
                                           300 S. Orange Ave., Suite 1000
                                           Orlando, Florida 32801-3373
Mailing Address:                **P.O. Box 4956**
                                           **Orlando, Florida 32802-4956**
                                           Phone: (407) 423-3200
                                           Fax: (407) 425-8316
                                           By: _____
                                             Michael L. Gore
                                           Florida Bar No. 441252
                                           Joey E. Schlosberg
                                           Florida Bar No. 0079685



- and -

Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
**ADELMAN LAVINE GOLD AND LEVIN**
A Professional Corporation
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808
Phone: (215) 568-7515
Fax: (215) 557-7922

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 2nd day of July, 2004, via U.S. Mail:

Timothy J. Armstrong, Esq.
Armstrong & Mejer
2600 Douglas Road
Suite 1111, Douglas Center
Coral Gables, FL 33134

Michael L. Gore

ORLDOCS 10253383 1