UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-99HTS

SEA STAR LINE, LLC,
a limited liability company,

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant.
_____/

## NOTICE OF VACATION

    Undersigned counsel for Plaintiff, SEA STAR LINE, LLC, files this Notice of Vacation and states that the undersigned has scheduled vacation on July 23 and 26 and from August 11, 2004 through and including August 16, 2004. The undersigned respectfully requests that no hearings, depositions, or other proceedings be scheduled during this time and that no pleadings be filed which would require a timely response during this time period.

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing was telefaxed and mailed this _9_ day of July, 2004 to **MICHAEL L. GORE, ESQ.,** Shutts & Bowen LLP, P.O. Box 4956, Orlando,

-1-

ARMSTRONG & MEJER, P.A., ATTORNEYS, 2600 DOUGLAS ROAD, SUITE 1111, CORAL GABLES, FLORIDA 33134 • TEL. (305) 444-3355

FL 32802-4956 and **ALAN I. MOLDOFF, ESQ.**, Adelman Lavine Gold and Levin, Suite 900, Four Penn Center, Philadelphia, PA 19103-2808.

ARMSTRONG & MEJER, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, Florida 33134
Telephone: (305) 444-3355
Telefax:    (305) 442-4300

By: _____
     TIMOTHY J. ARMSTRONG

liz\04pldgs\03-3621-014