UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SEA STAR LINE, LLC,
a limited liability
company,

    Plaintiff,

vs.                                 CASE NO. 3:04-cv-146-J-99HTS

EMERALD EQUIPMENT LEASING,
INC., a corporation,

    Defendant.
_____

**O R D E R**

This cause is before the Court on Defendant's Motion for Protective Order Regarding Noticed Rule 30(b)(6) Deposition of Defendant and All Other Depositions in this Case Pending Disposition of Dismissal Motion (Doc. #21; Motion), filed October 8, 2004. The depositions at issue are **STAYED** pending final resolution of the Motion.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of October, 2004.

                                         /s/       Howard T. Snyder
                                         HOWARD T. SNYDER
                                         UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of record
    and *pro se* parties, if any