UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SEA STAR LINE, LLC,**
a limited liability company,

    Plaintiff,

v.                                                CASE NO.  3:04-cv-146-99HTS

**EMERALD EQUIPMENT LEASING, INC.,**
a corporation,

    Defendant.

_____

## O R D E R

**THIS CAUSE** is before the Court on the Defendant's Motion for Modification of Case Management and Scheduling Order and for Extension of Deadlines (Dkt. 20), and Plaintiff's response thereto (Dkt. 23). Upon consideration, it is

**ORDERED** that the Motion for Modification of Case Management and Scheduling Order and for Extension of Deadlines (Dkt. 20) is **GRANTED** and the Case Management and Scheduling Order (Dkt. 15) is modified as follows:

    The expert witness disclosure deadline is January 1, 2005;
    The discovery cut-off deadline is February 1, 2005;
    The dispositive motion filing deadline is March 1, 2005.

The granting of this motion shall not be the basis for a continuance of the trial in this matter.

**DONE AND ORDERED** this 22nd day of October, 2004.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:    Counsel of Record