UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
12/1/04
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**SEASTAR LINE, LLC, etc.,**

    Plaintiff,

-vs-                                                    Case No. 3:04-cv-146-J-99HTS

**EMERALD EQUIPMENT LEASING, INC., etc.,**

    Defendant.

| | | | |
|---|---|---|---|
| **Counsel for Plaintiff:** | Timothy Armstrong, Esquire | | |
| **Counsel for Defendant:** | Alan Moldoff, Esquire<br>Joey Schlosberg, Esquire | | |
| JUDGE: | Howard T. Snyder<br>U.S. Magistrate Judge | DATE: | 12/1/04<br>4:04-4:21 |
| DEPUTY CLERK: | Winifred Beasley/<br>Curtis Fisher | TAPE/REPORTER: | Digital |

## CLERK'S MINUTES

**PROCEEDINGS: VIA TELEPHONE - HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF THIRD PARTY WITNESS (Doc. #27)**

Argument of counsel.

Motion denied.

Order to enter.