UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SEA STAR LINE, LLC,
a limited liability
company,

      Plaintiff,

vs.                       CASE NO. 3:04-cv-146-J-99HTS

EMERALD EQUIPMENT LEASING,
INC., a corporation,

      Defendant.
_____

**O R D E R**

This cause is before the Court on Defendant's Motion for Protective Order Regarding Deposition of Third Party Witness (Doc. #27; Motion), filed December 1, 2004. A telephonic hearing in regard to the Motion was conducted the same day. For the reasons stated at the hearing, the Motion (Doc. #27) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of December, 2004.

                                      /s/        Howard T. Snyder
                                      HOWARD T. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
and *pro se* parties, if any