UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO. 3:04-CV-146-99HTS

SEA STAR LINE, LLC,
a limited liability company,

     Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

     Defendant.

_____/

### APPENDIX TO MOTION FOR PARTIAL SUMMARY JUDGMENT

|  | **Tab No.** |
|---|---|
| Emerald Equipment Leasing, Inc. (Arthur Davis) Deposition Excerpts & Exhibits (Dec. 8. 2004) | 1 |
| Thomas J. Holt, Sr. Deposition Excerpts (Jan. 25, 2005) | 2 |

TIMOTHY J. ARMSTRONG
Fla. Bar. No 135859
Armstrong & Mejer, P.A.
Douglas Centre, Suite 1111
2600 Douglas Road
Coral Gables, FL 33134
Telephone 305-444-3355
Telefax 305-442-4300
E-mail amesq@aol.com

1



### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of March, 2005 to **MICHAEL L. GORE, ESQ.**, Shutts & Bowen LLP, P.O. Box 4956, Orlando, FL 32802-4956 and **ALAN I. MOLDOFF, ESQ.**, Adelman Lavine Gold and Levin, Suite 900, Four Penn Center, Philadelphia, PA 19103-2808.

for

TIMOTHY J. ARMSTRONG
Fla. Bar. No. 135859
Armstrong & Mejer, P.A.
Douglas Centre, Suite 1111
2600 Douglas Road
Coral Gables, FL 33134
Telephone 305-444-3355
Telefax 305-442-4300
E-mail amesq@aol.com

liz\05pldgs\03-3621-010

2

# ATTACHED

# APPENDIX
# EXHIBITS

# NOT

# SCANNED

# **REFER TO COURT FILE**