UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SEA STAR LINE, LLC,**

    Plaintiff,

v.                                                   CASE NO.     3:04-cv-146-J-99HTS

**EMERALD EQUIPMENT LEASING, INC.,**

    Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on the Unopposed Motion for Extension of Time for Defendant to Respond to Plaintiff's Motion for Partial Summary Judgment (Dkt. 40). Upon consideration, it is

**ORDERED** that the Motion for Extension of Time (Dkt. 40) is **GRANTED**. Defendant shall have to and including March 31, 2005 to respond to the motion for partial summary judgment.

**DONE AND ORDERED** this 14th day of March, 2005.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:     Counsel of Record