UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SEA STAR LINE, LLC,**
a limited liability company,

    Plaintiff,

v.                                CASE NO.    3:04-cv-146-J-99HTS

**EMERALD EQUIPMENT LEASING,
INC.,** a corporation**,**

    Defendant.

___

**O R D E R**

    **THIS CAUSE** is before the Court on the Unopposed Motion to Defer Final Pre-Trial Conference Until Further Order of the Court (Dkt. 43).  Upon consideration, it is

    **ORDERED** that the Motion to Defer Final Pre-Trial Conference Until Further Order of the Court (Dkt. 43) is **GRANTED**.  The pre-trial conference currently scheduled for April 29, 2005 at 11:45 a.m. is **canceled**.

    **DONE AND ORDERED** this 20th day of April, 2005.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record