**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Office of the Clerk**
**300 North Hogan Street**
**Jacksonville, Florida 32202**
**www.flmd.uscourts.gov**

Sheryl L. Loesch
Clerk

Eric Hogue
Jacksonville Division Manager
(904) 549-1900

April 21, 2005

Clerk, U.S. District Court
United States District Court for District Court of Delaware
844 North King Street, Room 4209
Lockbox 18
Wilmington, DE 19801

Re:     Transfer of Civil Case Number: **3:04-cv-146-J99HTS**

Dear Sir or Madam:

Pursuant to this Court's Order of **April 20, 2005** transferring the above referenced case to your district, we are transmitting herewith all original pleadings in this cause and a certified copy of the docket entries. Please acknowledge receipt on the enclosed copy of this letter and return same in the envelope provided herein. Thank you for your cooperation.

Sincerely,

SHERYL L. LOESCH , CLERK

By:    Denise Seymour
          Deputy Clerk

Receipt is acknowledged of the documents described herein.

**NEW CASE NUMBER:**_____

**DATE OF RECEIPT:**_____

Clerk, U.S. District Court

By:_____
          Deputy Clerk