## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, | ) | CIVIL ACTION |
| a Limited Liability Company | ) | |
| | ) | No. 05-cv-245 (JJF) |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMERALD EQUIPMENT LEASING, | ) | |
| INC., a Corporation | ) | |
| | ) | |
| Defendant | ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendant/Counterclaimant,

Emerald Equipment Leasing, Inc., in this matter.

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

Bradford J. Sandler, Esq. (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing,
Inc.

-and-

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation
Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808