IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC, <br> a Limited Liability Company ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> EMERALD EQUIPMENT LEASING, ) <br> INC., a Corporation ) <br> ) <br> Defendant ) | CIVIL ACTION <br><br> No. 05-cv-245 (JJF) |

### CERTIFICATE OF SERVICE

I, Bradford J. Sandler, Esquire, hereby certify that on May 5, 2005, I caused a true and correct copy of the foregoing document to be served via Hand Delivery or First Class Mail upon the parties on the attached list.

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

/s/ Bradford J. Sandler

Bradford J. Sandler, Esq. (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing, Inc.

G:\393\10\Sea Star\cos.doc

Service List

Timothy J. Armstrong
Armstrong & Mejer, P.A.
The Douglas Center
2600 Douglas Rd., Suite 1111
Coral Gables, Fl. 33134

Joey E. Scholsberg, Esq.
Shutts & Bowen, LLP
201 S. Biscayne Blvd.
Suite 1500
Miami, FL 33131

United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street
Wilmington, DE 19801