IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05C-245 JJF |
| | ) |
| EMERALD EQUIPMENT LEASING, INC., | ) |
| | ) |
| Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| SEA STAR LINE LLC | ) |
| | ) |
| Counter-Defendant. | ) |

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Kathleen M. Miller, of the firm Smith Katzenstein & Furlow LLP, hereby enters its appearance on behalf of Sea Star Line LLC in this matter.

Dated: May 11, 2005

SMITH, KATZENSTEIN & FURLOW, LLP

_____
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: KMiller@skfdelaware.com

and

10002600.WPD

Charles C. Robinson
Garvey Schubert Barer
1191 Second Avenue, #1800
Seattle, WA 98101-2939
Telephone: 206.816.1451
Facsimile: 206.464.0125
Email: crobinson@gsblaw.com

and

Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Miami, FL 33134
Telephone: 305-444-3355
Fax: 305-442-4300

Attorneys for Sea Star Line LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **11th** day of **May, 2005**, one copy of the foregoing *Entry of Appearance* were served on the following party by eFiling:

Bradford J. Sandler, Esquire
Adelman Lavine Gold and Levin, PC
919 N. Market Street, Ste. 710
Wilmington, DE 19801

_____
Kathleen M. Miller (2898)

10002600.WPD