IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC,
a limited liability company,

        Plaintiff,                      CASE NO. 05-CV-00245 (JJF)

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

        Defendant.

## SEA STARLINES, LLC'S MOTION TO DISMISS
## EMERALD EQUIPMENT LEASING, INC.'S COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff, SEA STAR LINE, LLC ("SEA STAR"), moves for entry of an Order dismissing the Counterclaim filed by Defendant, EMERALD EQUIPMENT LEASING, INC. ("EMERALD"). As grounds for this Motion, SEA STAR would show the Court:

    1.    Count I fails to state a claim for relief based on alleged breach of an "E-Mail Agreement".

    2.    Count II fails to state a claim for relief based on the quasi-contract theory of *quantum meruit*.

    3.    Count III fails to state a claim for relief based on 11 U.S.C. §342.

    4.    Count IV [first] fails to state a claim for an equitable accounting cognizable in this Court.

    5.    Count IV [second] through Count VIII fail to state "tort" claims for relief. The Counterclaim discloses:

{10002617.DOC}

-1-

(a) EMERALD's "tort" claims are not separate from and independent of the alleged breaches of contract. In fact, the Counterclaim "incorporates" the breach-of-contract paragraphs into each "tort" count.

(b) The economic loss doctrine proscribes EMERALD's "tort" claims.

(c) Assuming *arguendo* that EMERALD could plead tort claims cognizable in this Court, its Counterclaim fails to comply with Fed. R. Civ. P. 9(b).

In support of this Motion, SEA STAR, contemporaneously herewith, submits it opening brief.

May 11, 2005

SMITH, KATZENSTEIN & FURLOW, LLP

Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: KMiller@skfdelaware.com

OF COUNSEL:
Charles C. Robinson
Garvey Schubert Barer
1191 Second Avenue, #1800
Seattle, WA 98101-2939

Attorneys for Sea Star Lines, LLC

Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2005 a copy of the foregoing *Sea Star Lines, LLC's Motion to Dismiss Emerald Equipment Leasing, Inc.'s Counterclaim* was served on the parties listed below by eFiling and in the manner indicated:

*FIRST CLASS MAIL*
MICHAEL L. GORE, ESQ.
Shutts & Bowen LLP
P.O. Box 4956
Orlando, FL 32802-4956

*FIRST CLASS MAIL*
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103-2808.

*VIA ELECTONIC MAIL*
Bradford J. Sandler, Esq.
Adelman Lavine Gold and Levin, P.C.
919 North Market Street
Suite 710
Wilmington, DE 19801
Email: adelman11@adelmanlaw.com

_____
Kathleen M. Miller (I.D. No. 2898)