IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05C-245 JJF |
| | ) | |
| EMERALD EQUIPMENT LEASING, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEA STAR LINE LLC | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF TIMOTHY J. ARMSTRONG

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission *pro hac vice* of Timothy J. Armstrong, Esquire of the Firm Armstrong & Mejer, P.A., Suite 1111 Douglas Centre, 2600 Douglas Road, Miami, Florida 33134, to represent Sea Star Line LLC in this action.

Dated: May 17, 2005

SMITH, KATZENSTEIN & FURLOW LLP



Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: Kmiller@skfdelaware.com

Attorneys for Sea Star Line LLC

10002625.WPD

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, practicing and in good standing as a member of the Bar of the State of Georgia, the Florida Bar, the U.S. District Courts for the Southern and Middle Districts of Florida, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, and the U.S. Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                              Timothy J. Armstrong
Florida Bar ID No. 135859
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Miami, FL 33134
Telephone: 305-444-3355
Fax: 305-442-4300

Date: May 12, 2005                                  Email: Amesq@aol.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                      United States District Court Judge