IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05C-245 JJF |
| | ) | |
| EMERALD EQUIPMENT LEASING, INC., | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEA STAR LINE LLC | ) | |
| | ) | |
| Counter-Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION
### PRO HAC VICE OF CHARLES C. ROBINSON

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the

admission *pro hac vice* of Charles C. Robinson, Esquire of the Firm Garvey Schubert Barer,

1191 Second Ave., #1800, Seattle, Washington 98101-2939, to represent Sea Star Line LLC

in this action.

Dated: May 17, 2005            SMITH, KATZENSTEIN & FURLOW LLP



Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail:  Kmiller@skfdelaware.com

Attorneys for Sea Star Line LLC

10002597.WPD

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, practicing and in good standing as a member of the Bar of the State of Washington, the U.S. District Court for the Eastern and Western Districts of Washington, and the U.S. Courts of Appeals for the Ninth and Third Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I also certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Charles C. Robinson
Washington State Bar ID No. 15394
Garvey Schubert Barer
1191 Second Avenue, #1800
Seattle, WA 98101-2939
Telephone: 206.816.1451
Facsimile: 206.464.0125
Date:                           Email: crobinson@gsblaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

United States District Court Judge

10002597.WPD