IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC, a Limited Liability Company<br><br>Plaintiff<br><br>v.<br><br>EMERALD EQUIPMENT LEASING, INC., a Corporation<br><br>Defendant | CIVIL ACTION<br><br>No. 05-cv-245 (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alan I. Moldoff, Esquire of Adelman Lavine Gold and Levin, a Professional Corporation to represent Emerald Equipment Leasing, Inc., the defendant in this matter.

ADELMAN LAVINE GOLD AND LEVIN, A Professional Corporation

Bradford J. Sandler, Esq. (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
Joseph J. Farnan
United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

                                              Alan I. Moldoff, Esquire
                                              Adelman Lavine Gold and Levin,
                                              A Professional Corporation
                                              Four Penn Center Plaza, Suite 900
                                              Philadelphia, PA 19103
                                              215-568-7515

Dated: 5/24/05