## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC,<br>a Limited Liability Company | ) <br> ) <br> ) | CIVIL ACTION <br><br> No. 05-cv-245 (JJF) |
| Plaintiff | ) <br> ) | |
| v. | ) <br> ) | |
| EMERALD EQUIPMENT LEASING,<br>INC., a Corporation | ) <br> ) <br> ) | |
| Defendant | ) | |

### CERTIFICATE OF SERVICE

I, Jonathan M. Stemerman, Esquire, hereby certify that on May 31, 2005, I caused

a true and correct copy of the foregoing document to be served via Hand Delivery or First

Class Mail upon the parties on the attached list.

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

Jonathan M. Stemerman, Esq. (No. 4510)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing,
Inc.

Service List

Timothy J. Armstrong
Armstrong & Mejer, P.A.
The Douglas Center
2600 Douglas Rd., Suite 1111
Coral Gables, Fl. 33134

Joey E. Scholsberg, Esq.
Shutts & Bowen, LLP
201 S. Biscayne Blvd.
Suite 1500
Miami, FL 33131

United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street
Wilmington, DE 19801

Kathleen Miller, Esq.
Smith Katzenstein Furlow LLP
800 Delaware Ave, 7th Floor
Wilmington, DE 19801