**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June, 2005 a copy of the foregoing *Sea Star Lines, LLC's Reply Brief in Support of Its Motion to Dismiss Emerald Equipment Leasing, Inc.'s Counterclaim* was served on the parties listed below by eFiling and in the manner indicated:

*FIRST CLASS MAIL*
MICHAEL L. GORE, ESQ.
Shutts & Bowen LLP
P.O. Box 4956
Orlando, FL 32802-4956

*FIRST CLASS MAIL*
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103-2808

*VIA ELECTRONIC MAIL*
Bradford J. Sandler, Esq.
Adelman Lavine Gold and Levin, P.C.
919 North Market Street
Suite 710
Wilmington, DE 19801
Email: adelman11@adelmanlaw.com

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)

10003669.WPD