

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

June 13, 2005

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Sea Star Line LLC v. Emerald Equipment Leasing, Inc.*
      C.A. No.: 05C-245 JJF

Dear Judge Farnan:

Sea Star Line LLC's ("Sea Star") Motion to Dismiss Emerald Equipment Leasing, Inc.'s Counterclaim (the "Motion") has now been fully briefed. Pursuant to Local Rule 7.1.4, Sea Star hereby requests that the Court set the Motion for oral argument.

Respectfully,

Kathleen M. Miller
Id. No. 2898

cc:   Bradford Sandler, Esquire (via eFiling and facsimile)