IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC,<br>a Limited Liability Company | )<br>)<br>) | CIVIL ACTION<br><br>No. 05-cv-245 (JJF) |
| Plaintiff | )<br>) | |
| v. | )<br>) | |
| EMERALD EQUIPMENT LEASING,<br>INC., a Corporation | )<br>)<br>) | |
| Defendant | ) | |

### REQUEST FOR ORAL ARGUMENT

Emerald Equipment Leasing, Inc., by and through its undersigned attorneys, hereby respectfully requests oral argument pursuant to Local Rule 7.1.4 on Sea Star Line, LLC's Motion to Dismiss Emerald Equipment Leasing, Inc.'s Counterclaim and the responses thereto.

Respectfully submitted,

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

Jonathan M. Stemerman, Esq. (No. 4510)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing, Inc.