IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05C-245  JJF |
| | ) | |
| | ) | |
| EMERALD EQUIPMENT LEASING, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEA STAR LINE LLC | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the **18th** day of **August, 2005,** a copy of the foregoing *Sea Star Line, LLC's Interrogatories , Third Request for the Production of Documents and Response and Objections to Defendant's Second Request for Production of Documents to Plaintiff, Sea Star Line, LLC* were served by U.S. Mail on the following parties:

Michael L. Gore, Esq.
Shutts & Bowen LLP
P.O. Box 4956
Orlando, FL 32802-4956

Bradford J. Sandler, Esq.
Adelman Lavine Gold and Levin PC
919 North Market Street, Ste. 710
Wilmington, DE 19801

Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
Adelman Lavine Gold and Levin
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808

PLEASE TAKE NOTICE that on this **30th** day of **August, 2005** this *Notice of Service* was served by U.S. Mail on the above parties.

10006216.WPD

Dated: August 30, 2005	SMITH, KATZENSTEIN & FURLOW, LLP

	_____
	Kathleen M. Miller (I.D. No. 2898)
	800 Delaware Avenue, 7th Floor
	P.O. Box 410
	Wilmington, DE  19899
	Courier 19801
	Phone: (302) 652-8400
	Fax: (302) 652-8405
	E-mail: KMiller@skfdelaware.com

		and

	Charles C. Robinson
	Garvey Schubert Barer
	1191 Second Avenue, #1800
	Seattle, WA 98101-2939
	Telephone:  206.816.1451
	Facsimile:  206.464.0125
	Email:  crobinson@gsblaw.com

		and

	Timothy J. Armstrong
	Armstrong & Mejer, P.A.
	Suite 1111 Douglas Centre
	2600 Douglas Road
	Miami, FL 33134
	Telephone: 305-444-3355
	Fax: 305-442-4300

	Attorneys for Sea Star Line LLC