

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

December 30, 2005

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Sea Star Line LLC v. Emerald Equipment Leasing, Inc.*
      C.A. No.: 05C-245 JJF

Dear Judge Farnan:

We represent Sea Star Line, LLC ("Sea Star") in this matter. I write to request that the Court enter the attached agreed order permitting Sea Star to deposit $534,500 with the Clerk of the Court, pursuant to F.R.C.P 67 and Local Rule 67(b)(2).

F.R.C.P. 67 provides that "in an action in which any part of the relief sought is a judgment for a sum of money or the disposition of a sum of money..., a party, upon notice to every other party, and by leave of court, may deposit with the court all or any part of such sum...." This action satisfies the requirements of F.R.C.P. 67.

Counsel for Sea Star, consistent with Local Rule 67(b)(2), prepared the attached proposed order and circulated it to counsel for Emerald Equipment Leasing, Inc. ("Emerald"). Counsel to Emerald has consented to the proposed form of order.

Respectfully,

Kathleen M. Miller
Id. No. 2898

cc:   Bradford Sandler, Esquire (via eFiling)
      Alan Moldoff, Esquire (via regular U.S. mail)