IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company, | )<br>)<br>) |
| Plaintiff, | ) CASE NO. 05-CV-00245 (JJF)<br>) |
| -vs- | )<br>) |
| EMERALD EQUIPMENT LEASING, INC.,<br>a corporation, | )<br>)<br>) |
| Defendant. | )<br>) |

ORDER

WHEREAS, Sea Star Lines, LLC ("Sea Star") wishes to deposit the sum of $534,500 (the "Funds") with the Clerk of this Court;

WHEREAS, the deposit of the Funds is authorized by Fed.R.Civ.P. 67 and subject to Order of the Court; and

WHEREAS, Emerald Equipment Leasing, Inc. ("Emerald") does not oppose Sea Star's request to deposit the Funds,

NOW THEREFORE, IT IS HEREBY ORDERED:

    1.    The Clerk of the Court shall accept the sum of $534,500 from Sea Star.

    2.    Within 10 days of receipt of the check representing payment of the Funds, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $534,500, made payable to Wachovia Bank and deliver same to Wachovia Bank, together with a certified copy of this Order.

    3.    Upon receipt of the check by Wachovia Bank, it shall be deposited in a money market account to be opened in the name of the "Clerk of the Court of the United

States District Court for the District of Delaware, Civil Action No. 05-CV-00245."

4. The Clerk of the Court shall deduct, from the income earned on the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, equal to 10% of the income earned on the investment, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

5. The Funds deposited with Wachovia Bank shall remain on deposit until further order of the Court.

6. The deposit of the Funds is without prejudice to, or waiver of, defenses and claims available to SEA STAR or Emerald in this case.

Date:_____                    _____
                                     Joseph J. Farnan
                                     United States District Judge

{10009359.DOC}