IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC, a limited  :
liability company,             :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civ. Act. No. 05-245-JJF
                               :
EMERALD EQUIPMENT LEASING, INC.,:
a corporation,                 :
                               :
        Defendant.             :

O R D E R

At Wilmington, this 26th day of January 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Motion To Dismiss Emerald Equipment Leasing, Inc.'s Counterclaim (D.I. 56) filed by Plaintiff, Sea Star Line, LLC is (a) **GRANTED** with respect to (i) Count I of the Counterclaim filed by Emerald Equipment Leasing, Inc., to the extent that Count I alleges a breach of the E-Mail Agreement, (ii) Count II alleging quantum meruit, (iii) Count III alleging turnover to the extent that rent is sought, and (iv) Counts V through Counts VIII alleging tort claims for failure to adhere to the pleading requirements of Fed. R. Civ. P. 9(b), and (b) **DENIED** in all other respects.

2. Emerald Equipment Leasing, Inc. is granted leave to file an Amended Counterclaim **within twenty (20) days of the date of this Order**.

*[signature]*
UNITED STATES DISTRICT JUDGE