IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company, | )<br>)<br>) | |
| Plaintiff, | )<br>) | CASE NO. 05-CV-00245 (JJF) |
| -vs- | )<br>)<br>) | |
| EMERALD EQUIPMENT LEASING, INC.,<br>a corporation, | )<br>)<br>) | |
| Defendant. | )<br>) | |

**STIPULATION TO EXTEND TIME FOR SEA STAR LINES, LLC TO ANSWER THE REMAINING COUNTS OF EMERALD EQUIPMENT LEASING, INC.'S <u>ORIGINAL COUNTERCLAIM</u>**

WHEREAS, Plaintiff, Sea Star Line, LLC ("Sea Star"), moved for entry of an Order dismissing the Counterclaim (the "Motion") filed by Defendant, Emerald Equipment Leasing, Inc. ("Emerald").

WHEREAS, by Order dated January 26, 2006, the Court granted the Motion in part and denied it in part (the "Remaining Counts"). The Court also granted Emerald leave to amend certain counts of its Counterclaim (the "Amended Counts"). The Court set February 15, 2006 as the date by which Emerald must file the Amended Counts.

WHEREAS, Sea Star's time to file an answer to the Remaining Counts will expire prior to Sea Star's time to respond to the Amended Counts.

WHEREAS, Sea Star has requested, and Emerald has agreed, to extend the time for Sea Star to answer the Remaining Counts to the date that Sea Star is required to respond to the Amended Counts.

{10002617.DOC}
-1-

NOW THEREFORE, the parties hereby stipulate and agree that Sear Star's time to answer the Remaining Counts is hereby extended to 10 days after service of the Amended Counts.

Date: February 3, 2006

SMITH KATZENSTEIN & FURLOW

_____
Kathleen M. Miller (ID No.2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
Fax: (302) 652-8405

Charles C. Robinson
GARVEY SCHUBERT BARER
1191 Second Avenue, 1800
Seattle, WA 98101-2939

Timothy J. Armstrong
ARMSTRONG & MEJER, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134

Counsel for Sea Star Line, LLC

ADELMAN LAVINE GOLD & LEVIN

_____
Bradford J. Sandler (ID No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
(302) 654-8200

Gary M. Schildhorn
Alan I. Moldoff
Suite 900, Four Penn Center Plaza
Philadelphia, PA 19103-2808

Counsel for Emerald Equipment Leasing, Inc.

So Order this ____ day of February, 2006.

_____
Judge Joseph J. Farnan