| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UFCC | | 84418 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 11/30/2003 | 581 | 581 | $1,278.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| UFCC | | 85320 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 7/10/2002 | 73 | 73 | $160.60 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | 0 |
| UFCC | | 85336 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 7/10/2002 | 73 | 73 | $160.60 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | 0 |
| UFCC | | 85376 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 4/7/2003 | 344 | 344 | $756.80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | 0 |
| UFCC | | 85556 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 7/10/2002 | 73 | 73 | $160.60 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | 0 |
| UFCC | | 699037* | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 11/30/2003 | 581 | 581 | $1,278.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UFCC | | 85192 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 11/30/2003 | 581 | 581 | $1,278.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| UFCC | | 87094 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 11/30/2003 | 581 | 581 | $1,278.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| UFCC | | 89493 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 11/30/2003 | 581 | 581 | $1,278.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| UFCC | | 700006 | 6/6/2002 | 9/3/2003 | $2.20 | 342 | $752.40 | 4/29/2002 | 9/3/2003 | 493 | 151 | $332.20 | 0 | 0 | 0 | 0 | 0 | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | 30 | 31 | 5 | 0 | | | | 342 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| UFCC | | 700011* | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 7/10/2002 | 73 | 73 | $160.60 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | |
| UFCC | | 700484 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 3/19/2003 | 325 | 325 | $715.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | | | | 0 |
| UFCC | | 700861* | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 11/30/2003 | 581 | 581 | $1,278.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| UFCC | | 700896 | Not on self billing | | $2.20 | 0 | $0.00 | 5/15/2002 | 7/10/2002 | 57 | 57 | $125.40 | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | | 0 |
| UFCC | | 700900 | Not on self billing | | $2.20 | 0 | $0.00 | 4/29/2002 | 11/30/2003 | 581 | 581 | $1,278.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| UFCC | | 700929 | 4/30/2002 | | $2.20 | 16 | $35.20 | 4/29/2002 | 11/30/2003 | 581 | 565 | $1,243.00 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 15 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | Total | | $946,601.20 | | | | | | | | | | | | | | | | | | | | | | |