**EXHIBIT D**



# SEA STAR LINE AGENCY
San Juan, Puerto Rico

**J 14 & J 15 Grounded Equipment**

DATE : 8/14/03

| | Container | Chassis | Date | | Tir's Number | Remarks |
|---|---|---|---|---|---|---|
| 1 | PRMU 595001 | | N/R | 4/27/2002 | 182292 | No records are found |
| 2 | PRMU 595002 | | N/R | 4/27/2002 | 182293 | No records are found |
| 3 | PRMU 595009 | | UOSV | 5/7/2002 | 182294 | |
| 4 | PRMU 595010 | | UOSV | 8/14/2002 | 182295 | |
| 5 | PRMU 595030 | | UOSV | 7/12/2002 | 182296 | |
| 6 | PRMU 595044 | | UOSV | 5/15/2002 | 182297 | |
| 7 | PRMU 595059 | | UOSV | 5/20/2002 | 182298 | |
| 8 | PRMU 595062 | | UOSV | 5/23/2002 | 182299 | |
| 9 | PRMU 595073 | | UOSV | 11/4/2002 | 182300 | |
| 10 | PRMU 595085 | | UOSV | 6/11/2002 | 182301 | |
| 11 | PRMU 595104 | | UOSV | 5/29/2002 | 182302 | |
| 12 | PRMU 595107 | | UOSV | 6/7/2002 | 182303 | |
| 13 | PRMU 595120 | | N/R | 4/27/2002 | 182304 | No records are found |
| 14 | PRMU 595123 | | UOSV | 5/20/2002 | 182305 | |
| 15 | PRMU 595124 | | UOSV | 8/14/2002 | 182306 | |
| 16 | PRMU 595144 | | N/R | 4/27/2002 | 182307 | |
| 17 | PRMU 595156 | | UOSV | 6/5/2002 | 182308 | |
| 18 | PRMU 595162 | | UOSV | 6/17/2002 | 182309 | |
| 19 | PRMU 595163 | | UOSV | 5/3/2002 | 182310 | |
| 20 | PRMU 595184 | | UOSV | 5/22/2002 | 182311 | |
| 21 | PRMU 595202 | | UOSV | 6/12/2002 | 182366 | |
| 22 | PRMU 595205 | | UOSV | 5/27/2002 | 182367 | |
| 23 | PRMU 595221 | | UOSV | 5/23/2002 | 182368 | |
| 24 | PRMU 595224 | | UOSV | 5/15/2002 | 182369 | |
| 25 | PRMU 595243 | | UOSV | 6/13/2002 | 182325 | |
| 26 | PRMU 595248 | | N/R | 4/27/2002 | 182326 | |
| 27 | PRMU 595264 | | UOSV | 8/14/2002 | 182327 | |
| 28 | PRMU 595270 | | UOSV | 8/14/2002 | 182328 | |
| 29 | PRMU 595296 | | UOSV | 5/23/2002 | 182329 | |
| 30 | PRMU 595304 | | UOSV | 9/19/2002 | 182330 | |
| 31 | PRMU 595319 | | N/R | 4/27/2002 | 182331 | |
| 32 | PRMU 595321 | | UOSV | 8/29/2002 | 182332 | |
| 33 | PRMU 595328 | | UOSV | 5/10/2002 | 182333 | |



## SEA STAR LINE AGENCY
San Juan, Puerto Rico

DATE : 8/14/03

### J 14 & J 15 Grounded Equipment

| | Container | Chassis | Date | | Tir's Number | Remarks |
|---|---|---|---|---|---|---|
| 34 | PRMU 595335 | | UOSV | 8/15/2002 | 182334 | |
| 35 | PRMU 595341 | | UOSV | 6/11/2002 | 182335 | |
| 36 | PRMU 595367 | | UOSV | 5/3/2002 | 182336 | |
| 37 | PRMU 595374 | | UOSV | 5/23/2002 | 182337 | |
| 38 | PRMU 595393 | | UOSV | 8/14/2002 | 182338 | |
| 39 | PRMU 595399 | | UOSV | 8/14/2002 | 182339 | |
| 40 | PRMU 595411 | | UOSV | 8/14/2002 | 182340 | |
| 41 | PRMU 595420 | | UOSV | 5/30/2002 | 182341 | |
| 42 | PRMU 595428 | | UOSV | 6/5/2002 | 182342 | |
| 43 | PRMU 595429 | | UOSV | 5/15/2002 | 182343 | |
| 44 | PRMU 595453 | | UOSV | 8/24/2002 | 182344 | |
| 45 | PRMU 595457 | | UOSV | 8/15/2002 | 182345 | |
| 46 | PRMU 595473 | | N/R | 4/27/2002 | 182346 | No records are found |
| 47 | PRMU 595492 | | UOSV | 8/15/2002 | 182347 | |
| 48 | PRMU 595495 | | UOSV | 5/16/2002 | 182348 | |
| 49 | PRMU 595503 | | UOSV | 5/21/2002 | 182349 | |
| 50 | PRMU 595514 | | UOSV | 5/23/2002 | 182350 | |
| 51 | PRMU 595523 | | UOSV | 5/15/2002 | 182351 | |
| 52 | PRMU 595527 | | UOSV | 8/15/2002 | 182352 | |
| 53 | PRMU 595537 | | UOSV | 8/15/2002 | 182383 | |
| 54 | PRMU 595557 | | UOSV | 5/18/2002 | 182354 | |
| 55 | PRMU 595560 | | UOSV | 8/29/2002 | 182355 | |
| 56 | PRMU 595586 | | UOSV | 8/15/2002 | 182356 | |
| 57 | PRMU 595626 | | UOSV | 7/29/2002 | 182357 | |
| 58 | PRMU 595635 | | UOSV | 8/15/2002 | 182358 | |
| 59 | PRMU 595638 | | UOSV | 5/23/2002 | 182359 | |
| 60 | PRMU 595642 | | UOSV | 9/16/2002 | 182312 | |
| 61 | PRMU 595664 | | UOSV | 5/28/2002 | 182313 | |
| 62 | PRMU 595674 | | UOSV | 5/6/2002 | 182314 | |
| 63 | PRMU 595681 | | UOSV | 5/6/2002 | 182316 | |
| 64 | PRMU 595687 | | UOSV | 8/15/2002 | 182317 | |
| 65 | PRMU 595696 | | UOSV | 6/24/2002 | 182318 | |
| 66 | PRMU 595710 | | UOSV | 8/15/2002 | 182319 | |
| 67 | PRMU 595717 | | UOSV | 8/15/2002 | 182320 | |



## SEA STAR LINE AGENCY
San Juan, Puerto Rico

DATE : 8/14/03

### *J 14 & J 15 Grounded Equipment*

| | Container | Chassis | Date | | Tir's Number | Remarks |
|---|---|---|---|---|---|---|
| 68 | PRMU 595719 | | UOSV | 5/15/2002 | 182321 | |
| 69 | PRMU 595724 | | UOSV | 8/29/2002 | 182322 | |
| 70 | PRMU 595728 | | UOSV | 8/15/2002 | 182323 | |
| 71 | PRMU 595735 | | UOSV | 8/15/2002 | 182324 | |
| 72 | PRMU 595743 | | UOSV | 9/20/2002 | 182360 | |
| 73 | PRMU 595774 | | UOSV | 5/22/2002 | 182361 | |
| 74 | PRMU 595786 | | UOSV | 5/28/2002 | 182362 | |
| 75 | PRMU 595795 | | N/R | 4/27/2002 | 182363 | No records are found |
| 76 | PRMU 595805 | | UOSV | 8/6/2002 | 182364 | |
| 77 | PRMU 595817 | | UOSV | 5/14/2002 | 182365 | |
| 78 | PRMU 595842 | | UOSV | 8/15/2002 | 182437 | |
| 79 | PRMU 595850 | | UOSV | 8/19/2002 | 182438 | |
| 80 | PRMU 595855 | | UOSV | 5/8/2002 | 182439 | |
| 81 | PRMU 595877 | | N/R | 4/27/2002 | 182440 | No records are found |
| 82 | PRMU 595901 | | UOSV | 8/15/2002 | 182441 | |
| 83 | PRMU 595909 | | UOSV | 5/8/2002 | 182442 | |
| 84 | PRMU 595910 | | UOSV | 8/15/2002 | 182443 | |
| 85 | PRMU 595926 | | UOSV | 8/15/2002 | 182444 | |
| 86 | PRMU 595933 | | UOSV | 5/30/2002 | 182445 | |
| 87 | PRMU 595956 | | UOSV | 8/15/2002 | 182446 | |
| 88 | PRMU 595961 | | UOSV | 7/25/2002 | 182447 | |
| 89 | PRMU 600119 | | N/R | 4/27/2002 | 182448 | No records are found |
| 90 | PRMU 600217 | | N/R | 4/27/2002 | 182449 | No records are found |
| 91 | PRMU 600291 | | N/R | 4/27/2002 | 182450 | No records are found |
| 92 | PRMU 600326 | | N/R | 4/27/2002 | 182451 | No records are found |
| 93 | PRMU 600404 | | UOSV | 8/8/2002 | 182452 | |
| 94 | PRMU 600472 | | N/R | 4/27/2002 | 182453 | No records are found |
| 95 | PRMU 600525 | | N/R | 4/27/2002 | 182370 | No records are found |
| 96 | PRMU 600570 | | N/R | 4/27/2002 | 182371 | No records are found |
| 97 | PRMU 600692 | | N/R | 4/27/2002 | 182372 | No records are found |
| 98 | PRMU 600695 | | N/R | 4/27/2002 | 182373 | No records are found |
| 99 | PRMU 600736 | | N/R | 4/27/2002 | 182374 | No records are found |
| 100 | PRMU 609716 | | N/R | 4/27/2002 | 182375 | No records are found |
| 101 | PRMU 650445 | | UOSV | 6/18/2002 | 182376 | |



**SEA STAR LINE AGENCY**
San Juan, Puerto Rico

DATE : 8/14/03

*J 14 & J 15 Grounded Equipment*

| | Container | Chassis | Date | | Tir's Number | Remarks |
|---|---|---|---|---|---|---|
| 102 | PRMU 650497 | | N/R | 4/27/2002 | 182377 | No records are found |
| 103 | PRMU 650624 | | UOSV | 7/10/2002 | 182378 | |
| 104 | PRMU 650728 | | UOSV | 1/11/2003 | 182379 | |
| 105 | PRMU 650875 | | UOSV | 6/25/2002 | 182380 | |
| 106 | PRMU 650989 | | N/R | 4/27/2002 | 182381 | No records are found |
| 107 | PRMU 653392 | | UOSV | 7/3/2003 | 182382 | |
| 108 | PRMU 673074 | | UOSV | 5/27/2002 | 182383 | |
| 109 | PRMU 673191 | | UOSV | 6/5/2003 | 182383 | |
| 110 | PRMU 674011 | | UOSV | 7/11/2003 | 182384 | |
| 111 | PRMU 674196 | | UOSV | 5/17/2003 | 182385 | |
| 112 | PRMU 674216 | | UOSV | 11/29/2002 | 182386 | |
| 113 | PRMU 674552 | | UOSV | 4/16/2003 | 182387 | |
| 114 | | PRMZ 080501 | UOSV | 2/5/2003 | 182388 | |
| 115 | | PRMZ 085363 | UOSV | 3/21/2003 | 182389 | |
| 116 | | ?  085419 | N/R | 4/27/2002 | 182390 | No records are found |
| 117 | | PRMZ 087044 | UOSV | 2/25/2003 | 182391 | |
| 118 | | PRMC 120015 | UOSV | 6/18/2003 | 182392 | |
| 119 | | PRMC 120021 | UOSV | 9/18/2003 | 182393 | |
| 120 | | PRMC 120028 | UOSV | 9/12/2002 | 182394 | |
| 121 | | PRMC 120041 | UOSV | 4/14/2003 | 182395 | |
| 122 | | PRMC 120089 | UOSV | 3/13/2003 | 182396 | |
| 123 | | PRMC 120092 | N/R | 4/27/2002 | 182397 | |
| 124 | | PRMC 120094 | UOSV | 2/26/2003 | 182398 | |
| 125 | | PRMC 120135 | N/R | 4/27/2002 | 182399 | No records are found |
| 126 | | PRMC 120145 | N/R | 4/27/2002 | 182400 | No records are found |
| 127 | | PRMC 120154 | UOSV | 11/8/2002 | 182401 | |
| 128 | | PRMC 120160 | UOSV | 12/2/2002 | 182418 | |
| 129 | | PRMC 120171 | UOSV | 7/23/2002 | 182419 | |
| 130 | | PRMC 120187 | UOSV | 3/13/2003 | 182420 | |
| 131 | | PRMC 120204 | UOSV | 3/13/2003 | 182421 | |
| 132 | | PRMC 120211 | UOSV | 6/23/2003 | 182422 | |
| 133 | | PRMC 120217 | UOSV | 12/9/2002 | 182423 | |
| 134 | | PRMC 120278 | UOSV | 5/21/2003 | 182424 | |
| 135 | | PRMC 120334 | UOSV | 5/21/2003 | 182425 | |



## SEA STAR LINE AGENCY
San Juan, Puerto Rico

DATE : 8/14/03

### J 14 & J 15 Grounded Equipment

| | Container | Chassis | Date | | Tir's Number | Remarks |
|---|---|---|---|---|---|---|
| 136 | | PRMC 120352 | UOSV | 6/23/2003 | 182426 | |
| 137 | | PRMC 120374 | UOSV | 6/10/2002 | 182427 | |
| 138 | | PRMC 120378 | N/R | 4/27/2002 | 182428 | No records are found |
| 139 | | PRMC 120414 | UOSV | 6/23/2003 | 182429 | |
| 140 | | PRMC 120419 | UOSV | 6/23/2003 | 182430 | |
| 141 | | PRMC 150164 | UOSV | 6/13/2003 | 182431 | |
| 142 | | PRMC 150620 | UOSV | 2/7/2002 | 182432 | |
| 143 | | PRMC 150678 | UOSV | 1/2/2003 | 182433 | |
| 144 | | PRMC 151101 | UOSV | 12/3/2002 | 182434 | |
| 145 | | PRMC 151198 | UOSV | 12/11/2002 | 182454 | |
| 146 | | PRMC 151381 | N/R | 4/27/2002 | 182455 | No records are found |
| 147 | | PRMC 167340 | N/R | 4/27/2002 | 182456 | No records are found |
| 148 | | PRMC 167772 | N/R | 4/27/2002 | 182457 | No records are found |
| 149 | | PRMC 167984 | N/R | 4/27/2002 | 182458 | No records are found |
| 150 | | PRMC 170301 | UOSV | 6/23/2003 | 182459 | |
| 151 | | PRMC 170306 | UOSV | 3/13/2003 | 182460 | |
| 152 | | PRMC 170432 | N/R | 4/27/2002 | 182461 | No records are found |
| 153 | | PRMC 170671 | UOSV | 3/13/2003 | 182462 | |
| 154 | | PRMC 170742 | N/R | 4/27/2002 | 182463 | No records are found |
| 155 | | PRMC 170749 | UOSV | 3/13/2003 | 182464 | |
| 156 | | PRMC 170819 | UOSV | 3/13/2003 | 182465 | |
| 157 | | PRMC 170882 | UOSV | 3/13/2003 | 182466 | |
| 158 | | PRMC 171078 | UOSV | 3/13/2003 | 182467 | |
| 159 | | PRMC 171083 | UOSV | 8/9/2003 | 182468 | |
| 160 | | PRMC 171238 | UOSV | 3/13/2003 | 182469 | |
| 161 | | PRMC 171348 | UOSV | 9/12/2002 | 182402 | |
| 162 | | PRMC 171377 | UOSV | 2/21/2003 | 182403 | |
| 163 | | PRMC 171428 | UOSV | 5/17/2002 | 182404 | |
| 164 | | PRMC 171517 | UOSV | 1/14/2003 | 182405 | |
| 165 | | PRMC 171550 | UOSV | 3/13/2003 | 182406 | |
| 166 | | PRMC 171726 | UOSV | 6/23/2003 | 182407 | |
| 167 | | PRMC 171815 | UOSV | 3/13/2003 | 182408 | |
| 168 | | PRMC 172005 | UOSV | 6/23/2003 | 182409 | |
| 169 | | PRMC 172036 | UOSV | 6/23/2003 | 182410 | |



## SEA STAR LINE AGENCY
San Juan, Puerto Rico

DATE : 8/14/03

### J 14 & J 15 Grounded Equipment

| | Container | Chassis | Date | | Tir's Number | Remarks |
|---|---|---|---|---|---|---|
| 170 | | PRMC  172533 | UOSV | 6/23/2003 | 182411 | |
| 171 | | PRMC  172606 | UOSV | 3/13/2003 | 182412 | |
| 172 | | PRMC  172619 | UOSV | 7/31/2002 | 182413 | |
| 173 | | PRMC  172675 | UOSV | 10/30/2002 | 182414 | |
| 174 | | PRMC  172713 | UOSV | 3/13/2003 | 182415 | |
| 175 | | PRMC  172769 | UOSV | 3/13/2003 | 182416 | |
| 176 | | PRMC  177605 | N/R | 4/27/2002 | 182417 | No records are found |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# EMERALD EQUIPMENT MOVED TO J-14 J-15
## (Revised 8/15/2003)

| | PREFIX | NUMBER | CONDITION | DATE | URS # | REMARKS |
|---|---|---|---|---|---|---|
| 1 | PRMC | 120002 | "UOSV" | 7/15/2003 | 182472 | |
| 2 | PRMC | 120197 | "UOSV" | 6/24/2003 | 182473 | |
| 3 | PRMC | 120223 | "UOSV" | 8/1/2003 | 182474 | |
| 4 | PRMC | 120233 | "UOSV" | 7/8/2003 | 182475 | |
| 5 | PRMC | 120254 | "UOSV" | 7/29/2003 | 182476 | |
| 6 | PRMC | 120262 | "UOSV" | 2/19/2003 | 182477 | |
| 7 | PRMC | 120349 | "UOSV" | 5/27/2003 | 182478 | |
| 8 | PRMC | 120484 | "UOSV" | 8/14/2003 | 182435 | |
| 9 | PRMC | 120600 | "UOSV" | 8/4/2003 | 182436 | |
| 10 | PRMC | 120686 | "UOSV" | 8/14/2003 | 182479 | |
| 11 | PRMC | 120733 | "UOSV" | 7/3/2003 | 182480 | |
| 12 | PRMC | 120741 | "UOSV" | 7/24/2003 | 182481 | |
| 13 | PRMC | 150003 | "UOSV" | 12/9/2002 | 182482 | |
| 14 | PRMC | 150062 | "UOSV" | 12/13/2002 | 182483 | |
| 15 | PRMC | 150312 | "UOSV" | 8/6/2003 | 182485 | |
| 16 | PRMC | 150419 | N/R | 4/27/2002 | 182486 | No records are found |
| 17 | PRMC | 150420 | "UOSV" | 12/28/2002 | 182487 | |
| 18 | PRMC | 150563 | N/R | 4/27/2002 | 182488 | No records are found |
| 19 | PRMC | 150567 | "UOSV" | 7/18/2003 | 182535 | |
| 20 | PRMC | 150571 | "UOSV" | 6/19/2003 | 182489 | |
| 21 | PRMC | 150726 | "UOSV" | 7/23/2003 | 182490 | |
| 22 | PRMC | 150766 | N/R | 4/27/2002 | 182491 | No records are found |
| 23 | PRMC | 150793 | "UOSV" | 7/11/2003 | 182492 | |
| 24 | PRMC | 150850 | "UOSV" | 1/8/2003 | 182493 | |
| 25 | PRMC | 150916 | "UOSV" | 1/2/2003 | 182494 | |
| 26 | PRMC | 151017 | "UOSV" | 6/18/2003 | 182495 | |
| 27 | PRMC | 151061 | "UOSV" | 8/13/2003 | 182496 | |
| 28 | PRMC | 151076 | "UOSV" | 1/3/2003 | 182497 | |
| 29 | PRMC | 151098 | "UOSV" | 8/1/2003 | 182498 | |
| 30 | PRMC | 151129 | "UOSV" | 8/12/2003 | 182499 | |
| 31 | PRMC | 151155 | "UOSV" | 8/7/2003 | 182500 | |
| 32 | PRMC | 151227 | "UOSV" | 4/29/2003 | 182501 | |
| 33 | PRMC | 151302 | "UOSV" | 7/29/2003 | 182502 | |
| 34 | PRMC | 151342 | "UOSV" | 8/8/2003 | 182503 | |
| 35 | PRMC | 151351 | "UOSV" | 8/13/2003 | 182504 | |
| 36 | PRMC | 151353 | "UOSV" | 7/26/2003 | 182505 | |
| 37 | PRMC | 151359 | "UOSV" | 8/12/2003 | 182506 | |
| 38 | PRMC | 151378 | "UOSV" | 8/11/2003 | 182507 | |
| 39 | PRMC | 151413 | "UOSV" | 8/9/2003 | 182508 | |
| 40 | PRMC | 170006 | "UOSV" | 7/11/2003 | 182509 | |
| 41 | PRMC | 170175 | "UOSV" | 8/8/2003 | 182510 | |
| 42 | PRMC | 170280 | "UOSV" | 7/22/2003 | 182511 | |
| 43 | PRMC | 170312 | "UOSV" | 7/31/2003 | 182512 | |
| 44 | PRMC | 170735 | "UOSV" | 5/12/2003 | 182513 | |
| 45 | PRMC | 170741 | "UOSV" | 7/18/2003 | 182514 | |
| 46 | PRMC | 170767 | "UOSV" | 8/13/2003 | 182515 | |

8/15/2003

Prepared by G. Fernandez
Equipment Control Team

SE51935

(2)

# EMERALD EQUIPMENT MOVED TO J-14 J-15
## (Revised 8/15/2003)

| | PREFIX | NUMBER | CONDITION | DATE | TRACY# | REMARKS |
|---|---|---|---|---|---|---|
| 47 | PRMC | 171216 | "UOSV" | 4/30/2003 | 182516 | |
| 48 | PRMC | 171431 | "UOSV" | 7/9/2003 | 182517 | |
| 49 | PRMC | 171470 | "UOSV" | 6/16/2003 | 182518 | |
| 50 | PRMC | 171490 | "UOSV" | 8/5/2003 | 182519 | |
| 51 | PRMC | 171496 | "UOSV" | 7/010/03 | 182520 | |
| 52 | PRMC | 171522 | "UOSV" | 8/1/2003 | 182521 | |
| 53 | PRMC | 171633 | "UOSV" | 8/7/2003 | 182522 | |
| 54 | PRMC | 171783 | "UOSV" | 8/14/2003 | 182523 | |
| 55 | PRMC | 172029 | "UOSV" | 8/6/2003 | 182524 | |
| 56 | PRMC | 172615 | "UOSV" | 6/18/2003 | 182525 | |
| 57 | PRMC | 172770 | "UOSV" | 5/21/2003 | 182526 | |
| 58 | PRMC | 172834 | "UOSV" | 12/5/2002 | 182527 | |
| 59 | PRMC | 172869 | "UOSV" | 8/7/2003 | 182528 | |
| 60 | PRMC | 172892 | "UOSV" | 8/2/2003 | 182529 | |
| 61 | PRMZ | 700008 | "UOSV" | 8/8/2003 | 182530 | |
| 62 | PRMC | 045179 | "UOSV" | 8/4/2003 | 182531 | |
| 63 | PRMC | 045199 | "UOSV" | 2/4/2003 | 182532 | |
| 64 | PRMC | 045373 | "UOSV" | 3/31/2003 | 182533 | |

Prepared by G. Fernandez
Equipment Control Team

SE51936

**EXHIBIT E**

SEA STAR LINE, LLC
100 BELL TEL WAY
JACKSONVILLE, FL 32216
904-855-1206
FAX: 904-725-9629

**SEA STAR**

# Invoice

NUMBER:   IM000000541

DATE   AUGUST 22, 2002

BILL TO:

SJU03427
CSX LINE
ATT: GABRIEL SERRA
PO BOX 362648
SAN JUAN, PR 00936-2648

| ACCOUNT CODE | BOOKING # | BILL OF LADING | EQUIPMENT # |
|---|---|---|---|
| | | | |

| DATE | DESCRIPTION | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|
| | CHASSIS RENTAL OF 75 X 45' CHASSIS FOR 64 DAYS | | | |
| | UNTIL THOSE CHASSIS WERE PURCHASED BY CSX FROM EMERALD LEASING | | | |
| | MAY 15 - JULY 17, 2002 (64 DAYS) | | | |
| | AGREED RATE $2.75/DAY/CHASSIS | | | |
| | 75 CHASSIS X $2.75/DAY = 206.25/DAY | 64.00 | 206.25 | 13,200.00 |
| | | | **TOTAL** | **$13,200.00** |

7/17/02

# Sea Star NPR Leased Chassis To CSX

|     | Chassis # |        | Plate # | Comments |
|-----|-----------|--------|---------|----------|
| 1   | PRMC      | 150011 | 45'     | T204750  | One Bald Tire and One Bent Rim |
| 2   | PRMC      | 150058 | 45'     | T207279  | One Blown Tire and One Bent Rim |
| 3   | PRMC      | 150077 | 45'     | 9945097  | OK |
| 4   | PRMC      | 150083 | 45'     | T204768  | Four Bald Tires |
| 5   | PRMC      | 150085 | 45'     | T207294  | OK |
| 6   | PRMC      | 150093 | 45'     | T204960  | OK |
| 7   | PRMC      | 150101 | 45'     | T208002  | OK |
| 8   | PRMC      | 150107 | 45'     | T208008  | OK |
| 9   | PRMC      | 150131 | 45'     | T208019  | Three Bald Tires |
| 10  | PRMC      | 150132 | 45'     | T208020  | OK |
| 11  | PRMC      | 150141 | 45'     | T208025  | One Bent Rim |
| 12  | PRMC      | 150142 | 45'     | L99490   | OK |
| 13  | PRMC      | 150152 | 45'     | T207106  | OK |
| 14  | PRMC      | 150160 | 45'     | T207112  | Missing one Sand Shoe  and Three Bald Tires |
| 15  | PRMC      | 150161 | 45'     | T207113  | Three Bald Tires |
| 16  | PRMC      | 150175 | 45'     | T207119  | OK |
| 17  | PRMC      | 150179 | 45'     | T207123  | OK |
| 18  | PRMC      | 150212 | 45'     | T207139  | One Bald Tire |
| 19  | PRMC      | 150216 | 45'     | JNY66M   | OK |
| 20  | PRMC      | 150237 | 45'     | T207149  | Four Bald Tires |
| 21  | PRMC      | 150241 | 45'     | T207721  | One Bald Tire |
| 22  | PRMC      | 150245 | 45'     | T207724  | One Bald Tire |
| 23  | PRMC      | 150255 | 45'     | T210155  | One Bald Tire |
| 24  | PRMC      | 150264 | 45'     | T210160  | Missing Lights Left Side |
| 25  | PRMC      | 150295 | 45'     | T210171  | Bad Sand Shoes and One Bald Tire |
| 26  | PRMC      | 150311 | 45'     | T207724  | One Bald Tire |
| 27  | PRMC      | 150326 | 45'     | T210224  | Two Bold Tires |
| 28  | PRMC      | 150337 | 45'     | T210218  | Two Bald Tires |
| 29  | PRMC      | 150352 | 45'     | T210211  | Two Bald Ties |
| 30  | PRMC      | 150400 | 45'     | T212812  | OK |
| 31  | PRMC      | 150442 | 45'     | Z55618   | Two Bald Tires |
| 32  | PRMC      | 150454 | 45'     | T212836  | One Bent Bracer |
| 33  | PRMC      | 150478 | 45'     | 32620A   | Locked Brakes |
| 34  | PRMC      | 150505 | 45'     | T194243  | Two Blown Tires |
| 35  | PRMC      | 150536 | 45'     | T211676  | OK |
| 36  | PRMC      | 150543 | 45'     | T211680  | OK |
| 37  | PRMC      | 150580 | 45'     | T210238  | OK |
| 38  | PRMC      | 150592 | 45'     | 01-66501 | OK |
| 39  | PRMC      | 150601 | 45'     | T210229  | OK |
| 40  | PRMC      | 150613 | 45'     | T210268  | One Bald Tire |
| 41  | PRMC      | 150615 | 45'     | T210270  | Two Bald Tires |
| 42  | PRMC      | 150622 | 45'     | T210274  | OK |
| 43  | PRMC      | 150624 | 45'     | T210275  | Two Bald Tires |
| 44  | PRMC      | 150626 | 45'     | T210265  | One Bad Sand Shoe |
| 45  | PRMC      | 150631 | 45'     | T210264  | OK |
|     | PRMC      | 150637 | 45'     | 166494   | OK |
| 47  | PRMC      | 150661 | 45'     | T210253  | Missing Lights, Locked Brakesand Two Blown Tires |

SE50769

| 48 | PRMC | 150665 | 45' | T210276 | Four Bald Tires |
|----|------|--------|-----|---------|-----------------|
| 49 | PRMC | 150670 | 45' | T210279 | OK |
| 50 | PRMC | 150671 | 45' | T210280 | OK |
| 51 | PRMC | 150708 | 45' | T210299 | Three Bald Tires |
| 52 | PRMC | 150725 | 45' | A117631 | One Bald Tire |
| 53 | PRMC | 150738 | 45' | Z56213 | One Bald Tire |
| 54 | PRMC | 150752 | 45' | T210347 | Two Bald tires |
| 55 | PRMC | 150779 | 45' | T206754 | Bent Rim,Bent Mudflap Bracket |
| 56 | PRMC | 150821 | 45' | T206765 | Two Bald tires |
| 57 | PRMC | 150842 | 45' | U41565 | One Bald Tire |
| 58 | PRMC | 150858 | 45' | T213903 | OK |
| 59 | PRMC | 150892 | 45' | T213917 | Two Bald tires |
| 60 | PRMC | 150900 | 45' | T213923 | OK |
| 61 | PRMC | 150901 | 45' | T213924 | OK |
| 62 | PRMC | 150902 | 45' | T213925 | Two Bald Tires and One Bent Rim |
| 63 | PRMC | 150919 | 45' | T210353 | OK |
| 64 | PRMC | 150932 | 45' | Z55942 | Two Bald tires |
| 65 | PRMC | 150949 | 45' | T210373 | OK |
| 66 | PRMC | 150971 | 45' | T210183 | Three Bald Tires |
| 67 | PRMC | 150992 | 45' | T210196 | OK |
| 68 | PRMC | 150121 | 45' | T208015 | OK |
| 69 | PRMC | 150762 | 45' | T213702 | Mudflap Bracket Broken |
| 70 | PRMC | 150740 | 45' | T210340 | One Bald Tire |
| 71 | PRMC | 150248 | 45' | T210151 | Two  Bald Tires and Air Leak |
| 2 | PRMC | 150253 | 45' | T210154 | One Bald Tire |
| 73 | PRMC | 150117 | 45' | T208013 | Three Tires With Bald Spots |
| 74 | PRMC | 150171 | 45' | T204664 | One Blown Tire |
| 75 | PRMC | 151160 | 45' | T194005 | Four Bald Tires |
|  | PRMC | 150727 | 45' | T210332 | Two Blown Tires  Locked Brakes and Damage Drum  NOT ACCEPTED |
|  | PRMC | 150207 | 45' | T207135 | Suspension Broken    NOT ACCEPTED |
|  | PRMC | 150214 | 45' | T207141 | Missing Lights, Blown Tires and Chambers hanging  NOT ACCEPTED |
|  | PRMC | 150961 | 45' | T210178 | Broken Drums       NOT ACCEPTED |

## All Chassis have been painted and Stenciled  Leased to CSX

## All these Chassis need Reflective tape

SE50770

| Prefix | Unit # | Reported on Self Billing | | Comments | | |
|--------|--------|--------------------------|--|----------|--|--|
| | | | | Emerald Equipment leased by Sea Star Lines to CSX 5/15/02-7/17/02 | | |
| PRMC | 150011 | Yes | | Sold CSX 7/17/02 | | |
| PRMC | 150058 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150077 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150083 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150085 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150093 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150101 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150107 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150117 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150121 | Yes | | Sold CSX 7/17/02 | | |
| PRMC | 150131 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150132 | Yes | | Sold CSX 7/17/02 | | |
| PRMC | 150141 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150142 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150152 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150160 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150161 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150171 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150175 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150179 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150212 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150216 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150237 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150241 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150245 | Yes | | Sold CSX 7/17/02 | | |
| PRMC | 150248 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150253 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150255 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150264 | Yes | | Sold CSX 7/17/02 | | |
| PRMC | 150295 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150311 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150326 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150337 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150352 | Yes | | Sold CSX 7/17/02 | | |
| PRMC | 150400 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150442 | Yes | | Sold CSX 7/17/02 | | |
| PRMC | 150454 | NO | | Sold CSX 7/17/02 | | |
| PRMC | 150478 | NO | | Sold CSX 7/17/02 | | |

| | | | | | |
|------|--------|-----|--|-------------------|--|
| PRMC | 150505 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150536 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150543 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150580 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150592 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150601 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150613 | Yes |  | Sold CSX 7/17/02  |  |
| PRMC | 150615 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150622 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150624 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150626 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150631 | Yes |  | Sold CSX 7/17/02  |  |
| PRMC | 150637 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150661 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150665 | Yes |  | Sold CSX 7/17/02  |  |
| PRMC | 150670 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150671 | Yes |  | Sold CSX 7/17/02  |  |
| PRMC | 150708 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150725 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150738 | Yes |  | Sold CSX 7/17/02  |  |
| PRMC | 150740 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150752 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150762 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150779 | Yes |  | Sold CSX 7/17/02  |  |
| PRMC | 150821 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150842 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150858 | Yes |  | Sold CSX 7/17/02  |  |
| PRMC | 150892 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150900 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150901 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150902 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150919 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150932 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150949 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150971 | NO  |  | Sold CSX 7/17/02  |  |
| PRMC | 150992 | Yes |  | Sold CSX 7/17/02  |  |
| PRMC | 151160 | NO  |  | Sold CSX 7/17/02  |  |

**EXHIBIT  F**

**EXHIBIT  G**

SEA STAR LINE, LLC
SELF-BILLING REPORT

**Billing Period:** 9/01/02 TO 9/30/02
**Owner:** EMERALD EQUIPMENT LEASING

| EQUIPMENT TYPE | TOTAL UNITS | PER DIEM | TOTAL AMOUNT |
|---|---|---|---|
| 20' ST CONTAINER | 81 | $1.00 | $2,430.00 |
| 20' CHASSIS | 79 | $2.20 | $4,056.80 |
| 40' ST CONTAINER | 38 | $1.25 | $1,435.00 |
| 40' HC CONTAINER | 60 | $1.50 | $2,700.00 |
| 40' CHASSIS | 248 | $2.20 | $17,646.20 |
| GENSET | 42 | $4.50 | $6,646.50 |
| 40' REEFER | 52 | $8.00 | $12,480.00 |
| 45' HC CONTAINER | 160 | $2.00 | $9,700.00 |
| 45' CHASSIS | 146 | $2.40 | $11,248.80 |
| | **906** | | **$68,343.30** |

| GRAND TOTAL: | 906 | | $68,343.30 |
|---|---|---|---|

SE430

## SEA STAR LINE, LLC
## SELF-BILLING REPORT

**Billing Period:** 9/01/02 TO 9/30/02
**Owner:** EMERALD EQUIPMENT LEASING

| EQUIPMENT TYPE | TOTAL UNITS | PER DIEM | TOTAL AMOUNT |
|---|---|---|---|
| 20' ST CONTAINER | 30 | $1.00 | $816.00 |
| 20' CHASSIS | 73 | $2.20 | $4,818.00 |
| 40' ST CONTAINER | 7 | $1.25 | $258.75 |
| 40' HC CONTAINER | 39 | $1.50 | $1,719.00 |
| 40' CHASSIS | 147 | $2.20 | $9,427.00 |
| GENSET | 22 | $4.50 | $2,434.50 |
| 40' REEFER | 20 | $8.00 | $4,792.00 |
| 45' HC CONTAINER | 91 | $2.00 | $5,206.00 |
| 45' CHASSIS | 124 | $2.40 | $8,788.80 |
| | **553** | | **$38,260.05** |

**GRAND TOTAL:    553    $38,260.05**