UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company, | : | CIVIL ACTION |
| Plaintiff, | : | |
| -vs- | : | |
| EMERALD EQUIPMENT LEASING,:<br>INC., a corporation, | : | |
| Defendant/Plaintiff<br>on the Counterclaim | : | Case No. 05-CV-00245-(JJF) |
| -vs- | : | |
| SEA STAR LINE, LLC | : | |
| Defendant on the<br>Counterclaim | : | |

### CERTIFICATE OF SERVICE

I, Bradford J. Sandler, Esquire, hereby certify that I caused a true and correct copy of the Amended Counterclaim of Emerald to be served on February 15, 2006 upon the parties listed below by First Class mail.

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Timothy J. Armstrong, Esq.
Armstrong & Mejer, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134

Charles C. Robinson, Esq.
Garvey Schubert Barer
1191 Second Avenue, 1800
Seattle, WA 98101-2939

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

/s/Bradford J. Sandler
Bradford J. Sandler (#4142)
919 North Market St., Suite 710
Wilmington, DE 19801