```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF DELAWARE


SEA STAR LINE, LLC,
a limited liability company,

     Plaintiff,

-vs-                                CASE NO. 05-CV-00245 (JJF)

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

     Defendant.
_____/
```

**SEA STAR LINE LLC'S MOTION FOR PARTIAL DISMISSAL
OF THE AMENDED COUNTERCLAIM AND FOR AN EXTENSION OF TIME
TO RESPOND TO THE REMAINDER OF THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff, SEA STAR LINE, LLC ("SEA STAR"), moves for entry of an Order dismissing certain counts of the Amended Counterclaim filed by Defendant, EMERALD EQUIPMENT LEASING, INC. ("EMERALD"). As grounds for this Motion, SEA STAR would show the Court:

1. Count I fails to state a claim for relief based on alleged breach of an "E-Mail Agreement", which EMERALD reiterated and incorporated despite the Court's Memorandum Opinion and Order dated January 26, 2006.

2. Count II fails to state a claim for "Turnover" relief based on 11 U.S.C. § 342.

3. Count IV through Count VIII fail to state tort claims for relief. The Amended Counterclaim discloses that:

      (a) the applicable statutes of limitations bar certain of EMERALD's tort claims;

      (b) the Amended Counterclaim fails to comply with Fed. R. Civ. P. 9(b).

SEA STAR also requests an order, pursuant to Fed. R. Civ. P. 6(b) for an extension of time to respond to the remaining counts in the Amended Counterclaim to a time 10 days after the Court rules on this motion.

In support of this Motion, SEA STAR submits the attached Brief.

March 6, 2006

SMITH, KATZENSTEIN & FURLOW, LLP

_____
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899 (Courier 19801)
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: KMiller@skfdelaware.com

Attorneys for Sea Star Lines, LLC

OF COUNSEL:
Charles C. Robinson
Garvey Schubert Barer
1191 Second Avenue, #1800
Seattle, WA 98101-2939


Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134

10001398.WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **6th** day of **March, 2006**, a copy of the foregoing ***SEA STAR LINE LLC'S MOTION FOR PARTIAL DISMISSAL OF THE AMENDED COUNTERCLAIM AND FOR AN EXTENSION OF TIME TO RESPOND TO THE REMAINDER OF THE COMPLAINT*** was served on the following by first class mail:

**GARY M. SCHILDHORN, ESQ.**
**ALAN I. MOLDOFF, ESQ.**
Adelman Lavine Gold and Levin
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808

**BRADFORD J. SANDLER, ESQ.**
Adelman Lavine Gold and Levin, P.C.
919 North Market Street, Suite 710
Wilmington, DE 19801

/s/ Kathleen M. Miller
Kathleen M. Miller

10001398.WPD