UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company, :<br><br>    Plaintiff, :<br><br>-vs- :<br><br>EMERALD EQUIPMENT LEASING, :<br>INC., a corporation, :<br><br>    Defendant/Plaintiff :<br>    on the Counterclaim :<br><br>-vs- :<br><br>SEA STAR LINE, LLC :<br><br>    Defendant on the :<br>    Counterclaim : | CIVIL ACTION<br><br><br><br><br><br><br><br><br>Case No. 05-CV-00245-(JJF) |

CERTIFICATE OF SERVICE

    I, Raymond H. Lemisch, Esquire, hereby certify that I caused a true and correct copy of the Emerald Equipment Leasing, Inc.'s Answering Brief in Opposition to Sea Star Line, LLC's Motion to Dismiss Emerald Equipment Leasing, Inc.'s Amended Counterclaim to be served on March 20, 2006 upon the parties listed below by First Class mail.

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Timothy J. Armstrong, Esq.
Armstrong & Mejer, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134

Charles C. Robinson, Esq.
Garvey Schubert Barer
1191 Second Avenue, 1800
Seattle, WA 98101-2939

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

/s/Raymond H. Lemisch
Raymond H. Lemisch (#4204)
919 North Market St., Suite 710
Wilmington, DE  19801