IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05C-245 JJF |
| | ) | |
| | ) | |
| EMERALD EQUIPMENT LEASING, INC., | ) | |
| | ) | |
| | ) | **Related Docket: 80, 81, 82, 83** |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SEA STAR LINE LLC | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Sea Star Line LLC hereby requests that the Court set oral argument on Sea Star Line LLC's Motion for Partial Dismissal of the Amended Counterclaim and for an Extension of Time to Respond to the Remainder of the Complaint.

Dated: March 30, 2006         SMITH, KATZENSTEIN & FURLOW, LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: KMiller@skfdelaware.com

and

10012735.WPD

Charles C. Robinson
Garvey Schubert Barer
1191 Second Avenue, #1800
Seattle, WA 98101-2939
Telephone: 206.816.1451
Facsimile: 206.464.0125
Email: crobinson@gsblaw.com

and

Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Miami, FL 33134
Telephone: 305-444-3355
Fax: 305-442-4300

Attorneys for Sea Star Line LLC

10012735.WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2006 a copy of the foregoing *Request for Oral Argument* was served on the parties listed below in the manner indicated:

*FIRST CLASS MAIL*
MICHAEL L. GORE, ESQ.
Shutts & Bowen LLP
P.O. Box 4956
Orlando, FL 32802-4956

*FIRST CLASS MAIL*
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103-2808

*VIA ELECTRONIC MAIL AND FIRST CLASS MAIL*
Bradford J. Sandler, Esq.
Adelman Lavine Gold and Levin, P.C.
919 North Market Street
Suite 710
Wilmington, DE 19801
Email: adelman11@adelmanlaw.com

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)