IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a Limited Liability Company ) )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EMERALD EQUIPMENT LEASING, )<br>INC., a Corporation )<br>)<br>Defendant )<br>)<br>v. )<br>)<br>SEA STAR LINE, LLC )<br>)<br>Counter-Defendant ) | CIVIL ACTION<br>No. 05-cv-245 (JJF) |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Emerald Equipment Leasing, Inc. hereby requests that the Court set oral argument on Sea Star Line LLC's Motion for Partial Dismissal of the Amended Counterclaim and for an extension of Time to Respond to the remainder of the Complaint.

Dated: April 4, 2006

ADELMAN LAVINE GOLD AND LEVIN, A
Professional Corporation

/s/ Bradford J. Sandler
Bradford J. Sandler, Esq. (No. 4142)
Jonathan M. Stemerman, Esq. (No. 4510)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing, Inc.

-and-

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation
Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808
215-568-7515

Counsel for Emerald Equipment Leasing, Inc.