IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC, a limited :
liability company, :
:
        Plaintiff, :
:
    v. : Civ. Act. No. 05-245-JJF
:
EMERALD EQUIPMENT LEASING, INC.,:
a corporation, :
:
        Defendant. :

O R D E R

At Wilmington, this 13 day of April, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Motion For Partial Dismissal Of The Amended Counterclaim And For An Extension Of Time To Respond To The Remainder Of The Complaint (D.I. 80) filed by Plaintiff, Sea Star Line, LLC is **DENIED** to the extent that dismissal is sought and **GRANTED** to the extent that an extension of time to respond to the Amended Counterclaim is sought.

2. Sea Star Line, LLC shall file its Answer to the Amended Counterclaim within **ten (10) days** of the date of this Order.

3. The parties shall confer and submit an agreed upon Proposed Rule 16 Scheduling Order within **twenty (20) days** of the date of this Order.

                                                             /s/ Joseph J. Farnan Jr.
                                               UNITED STATES DISTRICT JUDGE