IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC, ) | CIVIL ACTION |
| a Limited Liability Company ) | |
| ) | No. 05-cv-245 (JJF) |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| EMERALD EQUIPMENT LEASING, ) | |
| INC., a Corporation ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

I, Bradford J. Sandler, Esquire, hereby certify that on April 24, 2006, I caused a true and correct copy of the **Notice of Filing of Corrected Page No. 5 Regarding the Amended Counterclaim of Emerald Docket No. 79** to be served via Hand Delivery or First Class Mail upon the parties on the attached list.

Dated: April 25, 2006

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

_____
Bradford J. Sandler, Esq. (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing, Inc.

G:\393\10\Sea Star\cos no correct pg 5.doc

Service List

Timothy J. Armstrong
Armstrong & Mejer, P.A.
The Douglas Center
2600 Douglas Rd., Suite 1111
Coral Gables, Fl. 33134

United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street
Wilmington, DE 19801

Kathleen Miller, Esq.
Smith Katzenstein Furlow LLP
800 Delaware Ave, 7th Floor
Wilmington, DE 19801