## Kathleen Miller

| | |
|---|---|
| **From:** | Moldoff, Alan [amoldoff@adelmanlaw.com] |
| **Sent:** | Tuesday, May 02, 2006 4:00 PM |
| **To:** | Amesq@aol.com |
| **Cc:** | Kathleen Miller; Schildhorn, Gary |
| **Subject:** | RE: Sea Star Line, LLC - Emerald Equipment Leasing, Inc. |

Tim,

Emerald does not agree with your proposed order. As you know and as we discussed yesterday, discovery has been taken in this matter already in Florida at Sea Star's insistence. Emerald's position is that this matter should be set for a status conference with Judge Farnan and scheduled for trial. I will call you to discuss.

> -----Original Message-----
> **From:** Amesq@aol.com [mailto:Amesq@aol.com]
> **Sent:** Tuesday, May 02, 2006 2:52 PM
> **To:** Moldoff, Alan
> **Cc:** KMM@skfdelaware.com
> **Subject:** Sea Star Line, LLC - Emerald Equipment Leasing, Inc.
>
> Alan:
>    Attached for your review is a draft of the proposed Rule 16 Scheduling Order. The deadline for submitting the Notice of Compliance--and presumably the Order--is tomorrow, May 3, 2006. When we spoke yesterday, you indicated that you would have to speak with your client in regard to discussion of dates. Moreover, you informed me that we could download and must use the judge's form. The draft Order follows the form.
>     Efforts to contact you today have been unsuccessful. Please review the draft and contact me. As indicated above, I believe we must submit the proposed Order tomorrow.
> Regards,
> Tim Armstrong
>
> Timothy J. Armstrong
> Armstrong & Mejer, P.A.
> Suite 1111
> 2600 Douglas Road
> Coral Gables, Florida 33134
> Telephone: 305-444-3355
> Telefax: 305-442-4300
> E-mail: Amesq@aol.com

5/3/2006