IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC, a limited :
liability company, :
:
    Plaintiff, :
:
  v. : Civ. Act. No. 05-245-JJF
:
EMERALD EQUIPMENT LEASING, INC.,:
a corporation, :
:
    Defendant. :

### O R D E R

WHEREAS, parties have advised they are unable to agree on a discovery plan;

IT IS ORDERED that Plaintiff shall submit, no later than **May 15, 2006**, names of persons it needs to depose and the issues to be addressed.

_____5/8/06_____　　　　　　　　　_____/s/ Joseph J. Farnan_____
    DATE　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE