IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC, a limited :
liability company,            :
                              :
         Plaintiff,           :
                              :
    v.                        :  Civ. Act. No. 05-245-JJF
                              :
EMERALD EQUIPMENT LEASING, INC.,:
a corporation,                :
                              :
         Defendant.           :

### MEMORANDUM ORDER

Plaintiff has submitted its response to the Court's May 8, 2006 Order detailing the discovery it contends it needs to complete concerning Defendant's pleadings. The Court has not received any further submissions from Defendant on this issue, and therefore, the requested discovery may go forward.

If Defendant does object to the proposed discovery, said objection shall be filed by **June 2, 2006**.

SO ORDERED.

May 24, 2006
_____
Date

_____
UNITED STATES DISTRICT JUDGE