IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a Limited Liability Company<br><br>Plaintiff<br><br>v.<br><br>EMERALD EQUIPMENT LEASING,<br>INC., a Corporation<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>No. 05-cv-245 (JJF) |

### CERTIFICATE OF SERVICE

I, Jonathan M. Stemerman, Esquire, hereby certify that on June 2, 2006, I caused a true and correct copy of the **Emerald Equipment Leasing, Inc.'s Objection to Sea Star Line LLC Statement in Accordance with May 8, 2006 Order** to be served via Hand Delivery or First Class Mail upon the parties on the attached list.

Dated: June 2, 2006

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

Jonathan M. Stemerman, Esq. (No. 4510)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing, Inc.

Service List

Timothy J. Armstrong
Armstrong & Mejer, P.A.
The Douglas Center
2600 Douglas Rd., Suite 1111
Coral Gables, Fl. 33134

Kathleen Miller, Esq.
Smith Katzenstein Furlow LLP
800 Delaware Ave, 7th Floor
Wilmington, DE 19801