## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June, 2006 a copy of the foregoing **REPLY TO EMERALD EQUIPMENT LEASING, INC.'S OBJECTION TO SEA STAR LINE, LLC STATEMENT IN ACCORDANCE WITH MAY 8, 2006 ORDER** was served on the parties listed below in the manner indicated:

*FIRST CLASS MAIL*
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103-2808

*VIA ELECTRONIC MAIL AND FIRST CLASS MAIL*
Bradford J. Sandler, Esq.
Adelman Lavine Gold and Levin, P.C.
919 North Market Street
Suite 710
Wilmington, DE 19801
Email: adelman11@adelmanlaw.com

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)