UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company,<br><br>    Plaintiff,<br><br>-vs-<br><br>EMERALD EQUIPMENT LEASING, INC.,<br>a corporation,<br><br>    Defendant/Counter-Plaintiff,<br><br>-vs-<br><br>SEA STAR LINE, LLC,<br><br>    Counter-Defendant. | C.A. No. 05C-245 JJF |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2006 a true and correct copy of the foregoing *Request for Production of Documents* were served by U.S. Mail on the parties listed below:

GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Adelman Lavine Gold and Levin
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808

BRADFORD J. SANDLER, ESQ.
Adelman Lavine Gold and Levin, P.C.
919 North Market Street, Suite 710
Wilmington, DE 19801

SMITH, KATZENSTEIN & FURLOW LLP

_____
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: kmiller@skfdelaware.com

Attorneys for Sea Star Line, LLC

05130|NOS|1020699.WPD