UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company,<br><br>    Plaintiff,<br><br>-vs-<br><br>EMERALD EQUIPMENT LEASING, INC.,<br>a corporation,<br><br>    Defendant/Counter-Plaintiff,<br><br>-vs-<br><br>SEA STAR LINE, LLC,<br><br>    Counter-Defendant. | C.A. No. 05C-245 JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 22nd day of December, 2006 a true and correct copy of the foregoing *Interrogatories to Emerald Equipment Leasing, Inc.* was served by U.S. Mail on the parties listed below:

**GARY M. SCHILDHORN, ESQ.**
**ALAN I. MOLDOFF, ESQ.**
Adelman Lavine Gold and Levin
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808

**BRADFORD J. SANDLER, ESQ.**
Adelman Lavine Gold and Levin, P.C.
919 North Market Street, Suite 710
Wilmington, DE 19801

05130|NOS|10020797.WPD

SMITH, KATZENSTEIN & FURLOW LLP

_____
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: kmiller@skfdelaware.com

Attorneys for Sea Star Line, LLC

05130|NOS|10020797.WPD