IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a Limited Liability Company<br><br>Plaintiff<br><br>v.<br><br>EMERALD EQUIPMENT LEASING,<br>INC., a Corporation<br><br>Defendant | CIVIL ACTION<br><br>No. 05-cv-245 (JJF) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Bradford J. Sandler, Esquire, hereby certify that I caused a true and correct copy of **Emerald Equipment Leasing, Inc.'s Interrogatories Directed to Sea Star Line, LLC, in Accordance With Rule 16 Scheduling Order Issued on November 3, 2006** and **Emerald's Request for Admissions Directed to Sea Star Line, LLC in Accordance With Rule 16 Scheduling Order Issued on November 3, 2006** to be served via Overnight Delivery and/or Facsimile upon the parties on the attached list on December 27, 2006:

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

/s/ Bradford J. Sandler
Bradford J. Sandler, Esq. (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing, Inc.

Service List

Timothy J. Armstrong
Armstrong & Mejer, P.A.
The Douglas Center
2600 Douglas Rd., Suite 1111
Coral Gables, FL 33134

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE 19801