IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a Limited Liability Company | ) ) ) | CIVIL ACTION |
| | ) | No. 05-cv-245 (JJF) |
| Plaintiff | ) ) | |
| v. | ) ) | |
| EMERALD EQUIPMENT LEASING, INC., a Corporation | ) ) ) | |
| Defendant | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Bradford J. Sandler, Esquire, hereby certify that

I caused a true and correct copy of **Emerald's Request for Production of Documents to**

**Plaintiff Sea Star Line, LLC in Accordance With Rule 16 Scheduling Order Issued**

**on November 3, 2006** to be served via Overnight Delivery and/or Facsimile upon the

parties on the attached list on December 28, 2006:

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

/s/ Bradford J. Sandler
Bradford J. Sandler, Esq. (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing,
Inc.

Service List

Timothy J. Armstrong
Armstrong & Mejer, P.A.
The Douglas Center
2600 Douglas Rd., Suite 1111
Coral Gables, FL 33134

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE 19801