## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 05-245-JJF : |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **19th** day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, March 23, 2007 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the availability of the Court for mediation. If the Court's calendar permits, mediation would be scheduled before the September 7, 2007 pretrial date. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE