IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC,<br>a Limited Liability Company | ) | CIVIL ACTION |
| | ) | |
| | ) | No. 05-cv-245 (JJF) |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMERALD EQUIPMENT LEASING,<br>INC., a Corporation | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Bradford J. Sandler, Esquire, hereby certify that I caused a true and correct copy of **Emerald Equipment Leasing, Inc.'s Objections and Response to Request for Production of Documents Propounded by Plaintiff, Sea Star Line, LLC** to be served via First Class Mail and Facsimile upon Timothy J. Armstrong of Armstrong & Mejer, P.A., at The Douglas Center, 2600 Douglas Rd., Suite 1111, Coral Gables, FL 33134 on January 19, 2007.

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

/s/ Bradford J. Sandler
Bradford J. Sandler, Esq. (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
302-654-8200

Counsel for Emerald Equipment Leasing, Inc.