## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company, | )<br>)<br>) C.A. No. 05C-245 JJF |
| Plaintiff, | )<br>) |
| -vs- | )<br>) |
| EMERALD EQUIPMENT LEASING, INC.,<br>a corporation, | )<br>)<br>) |
| Defendant/Counter-Plaintiff, | )<br>) |
| -vs- | )<br>) |
| SEA STAR LINE, LLC, | )<br>) |
| Counter-Defendant. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 30, 2007, the undersigned caused a copy of this **NOTICE OF SERVICE** to be served by mail and on January 26, 2007, a copy of the *RESPONSE TO EMERALD'S REQUEST FOR ADMISSIONS DIRECTED TO SEA STAR LINE, LLC* was served by mail on the following:

**GARY M. SCHILDHORN, ESQ.**
**ALAN I. MOLDOFF, ESQ.**
Adelman Lavine Gold and Levin
Suite 900, Four Penn Center
Philadelphia, PA 19103-2808

**BRADFORD J. SANDLER, ESQ.**
Adelman Lavine Gold and Levin, P.C.
919 North Market Street, Suite 710
Wilmington, DE 19801

*[Signature follows on page 2]*

Dated: January 30, 2007                     SMITH, KATZENSTEIN & FURLOW LLP

                                                                    /s/ Kathleen M. Miller
                                                                    Kathleen M. Miller (I.D. No. 2898)
                                                                    800 Delaware Avenue
                                                                    P.O. Box 410
                                                                    Wilmington, DE 19899
                                                                    Telephone: 302-652-8400
                                                                    Facsimile: 302-652-8405
                                                                    E-mail: Kmiller@skfdelaware.com

OF COUNSEL:
Charles C. Robinson                          *Attorneys for Sea Star Line LLC*
Garvey Schubert Barer
1191 Second Avenue, #1800
Seattle, WA 98101-2939
Telephone: 206.816.1451
Facsimile: 206.464.0125
Email: crobinson@gsblaw.com

and

Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Miami, FL 33134
Telephone: 305-444-3355
Fax: 305-442-4300