UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC, a limited liability company, | ) ) ) C.A. No. 05C-245 JJF |
| Plaintiff, | ) ) |
| -vs- | ) ) |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | ) ) ) |
| Defendant/Counter-Plaintiff, | ) ) |
| -vs- | ) ) |
| SEA STAR LINE, LLC, | ) ) |
| Counter-Defendant. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 30, 2007, the undersigned caused a copy of this NOTICE OF SERVICE to be served by mail and on January 30, 2007, a copy of the *RESPONSE TO EMERALD'S REQUEST FOR PRODUCTION* and *ANSWERS AND OBJECTIONS TO EMERALD EQUIPMENT LEASING, INC.'S INTERROGATORIES DIRECTED TO SEA STAR LINE, LLC, IN ACCORDANCE WITH RULE 16 SCHEDULING ORDER ISSUED ON NOVEMBER 3, 2006* was served by mail on the following:

| | |
|---|---|
| **GARY M. SCHILDHORN, ESQ.** **ALAN I. MOLDOFF, ESQ.** Adelman Lavine Gold and Levin Suite 900, Four Penn Center Philadelphia, PA 19103-2808 | **BRADFORD J. SANDLER, ESQ.** Adelman Lavine Gold and Levin, P.C. 919 North Market Street, Suite 710 Wilmington, DE 19801 |

[*Signature follows on page 2*]

Dated: January 30, 2007                     SMITH, KATZENSTEIN & FURLOW LLP

                                            _____
                                            Kathleen M. Miller (I.D. No. 2898)
                                            800 Delaware Avenue
                                            P.O. Box 410
                                            Wilmington, DE 19899
                                            Telephone: 302-652-8400
                                            Facsimile: 302-652-8405
                                            E-mail: Kmiller@skfdelaware.com

OF COUNSEL:
Charles C. Robinson                         *Attorneys for Sea Star Line LLC*
Garvey Schubert Barer
1191 Second Avenue, #1800
Seattle, WA 98101-2939
Telephone: 206.816.1451
Facsimile: 206.464.0125
Email: crobinson@gsblaw.com

and

Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Miami, FL 33134
Telephone: 305-444-3355
Fax: 305-442-4300