## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2007 a copy of the foregoing *Sea Star Lines, LLC's Response to Rule 16 Scheduling Order Regarding Expert Disclosure* was served on the parties listed below in the manner indicated:

**FIRST CLASS MAIL**
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103-2808

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**
Bradford J. Sandler, Esq.
Adelman Lavine Gold and Levin, P.C.
919 North Market Street
Suite 710
Wilmington, DE 19801
Email: adelman11@adelmanlaw.com

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)