## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2007 a copy of the foregoing *RE-NOTICE OF TAKING DEPOSITION* was served on the parties listed below in the manner indicated:

*FIRST-CLASS MAIL*
GARY M. SCHILDHORN, ESQ.
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103-2808

*FIRST-CLASS MAIL*
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

*ELECTRONIC MAIL AND FIRST-CLASS MAIL*
Bradford J. Sandler, Esq.
Adelman Lavine Gold and Levin, P.C.
919 North Market Street
Suite 710
Wilmington, DE 19801
Email: adelman11@adelmanlaw.com

Kathleen M. Miller (ID No. 2898)