UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| -vs- | : : | |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : : : | |
| Defendant/Plaintiff on the Counterclaim | : : : : | Case No. 05-CV-00245-(JJF) |
| -vs- | : : | |
| SEA STAR LINE, LLC | : : | |
| Defendant on the Counterclaim | : : | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR EMERALD EQUIPMENT LEASING, INC.

PLEASE TAKE NOTICE that Eckert Seamans Cherin & Mellott, LLC, ("Eckert"), 300 Delaware Ave, Suite 1210, Wilmington, Delaware 19801, attn: Ronald S. Gellert, Esquire, hereby appears in the above-captioned case on behalf of Emerald Equipment Leasing, Inc. ("Emerald") in full substitution for Adelman Lavine Gold Schildhorn and Kleban, a Professional Corporation, 919 Market Street, Suite 710, Wilmington, Delaware 19801 and that all notices given or required to be given, and all papers served or required to be served, be given to and served upon Eckert at the address set forth above.

Dated: May 16, 2007

/s/ Raymond H. Lemisch
Raymond H. Lemisch, Esq. (No. 4204)
Adelman Lavine Gold Schildhorn and Kleban,
a Professional Corporation

/s/ Ronald S. Gellert
Ronald S. Gellert, Esq. (No. 4259)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210

Suite 710  
919 North Market Street  
Wilmington, Delaware 19801-1292  
Phone: 302-654-8200   Fax: 302-654-8217

Wilmington, DE 19801  
rgellert@eckertseamans.com  
Phone: 302-425-0430   Fax: 302-425-0432

-and-

Alan I. Moldoff  
Eckert Seamans Cherin & Mellott, LLC  
Two Liberty Place  
50 South 16th Street, 22nd Floor  
Philadelphia, PA 19102  
amoldoff@eckertseamans.com  
Phone: 215-851-8400   Fax: 215-851-8383