## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| -vs- | : : | |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : : : | |
| Defendant/Plaintiff on the Counterclaim | : : : | Case No. 05-CV-00245-(JJF) |
| -vs- | : : | |
| SEA STAR LINE, LLC | : : | |
| Defendant on the Counterclaim | : : | |

## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esquire, hereby certify that on May 16, 2007 a true and correct copy of the foregoing document was served via First Class Mail upon the parties on the attached list.

Dated: May 16, 2007

Eckert Seamans Cherin & Mellott, LLC

/s/ Ronald S. Gellert_____
Ronald S. Gellert, Esq. (No. 4259)
300 Delaware Avenue
Suite 1210
Wilmington, DE  19801
(302) 425-0430

Counsel for Emerald Equipment Leasing, Inc.

Service List

Timothy J. Armstrong
Armstrong & Mejer, P.A.
The Douglas Center
2600 Douglas Rd., Suite 1111
Coral Gables, FL 33134

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE 19801