UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, | : | CIVIL ACTION |
| a limited liability company, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | |
| EMERALD EQUIPMENT LEASING, | : | |
| INC., a corporation, | : | |
| | : | |
| Defendant/Plaintiff | : | Case No. 05-CV-00245-(JJF) |
| on the Counterclaim | : | |
| | : | |
| -vs- | : | |
| | : | |
| SEA STAR LINE, LLC | : | |
| | : | |
| Defendant on the | : | |
| Counterclaim | : | |

**ORDER GRANTING MOTION OF EMERALD EQUIPMENT
LEASING, INC. TO COMPEL SEA STAR LINE LLC'S
<u>RESPONSES TO CERTAIN INTERROGATORIES</u>**

Upon consideration of the Motion (the "Motion") of Emerald Equipment Leasing, Inc. to Compel Sea Star Line LLC's Responses to Certain Interrogatories, and any objections that may have been filed to the Motion, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED as follows:

1. The Motion is granted.

  2. Sea Star Line, LLC is hereby directed to provide fully responsive Answers to Interrogatories 1, 2, 4, 6, 8 and 9 within seven (7) days from the date hereof.

      BY THE COURT:

      _____
      HON. JOSEPH J. FARNAN, JR.
      U.S. BANKRUPTCY JUDGE

Dated:_____