UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| -vs- | : : | |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : : : | |
| Defendant/Plaintiff on the Counterclaim | : : : | Case No. 05-CV-00245-(JJF) |
| -vs- | : : | |
| SEA STAR LINE, LLC | : : | |
| Defendant on the Counterclaim | : : | |

**ORDER GRANTING MOTION OF EMERALD EQUIPMENT
LEASING, INC. TO COMPEL SEA STAR LINE LLC'S
<u>PRODUCTION OF CERTAIN DOCUMENTS</u>**

Upon consideration of the Motion (the "Motion") of Emerald Equipment Leasing, Inc. to Compel Sea Star Line LLC's Production of Certain Documents, and any objections that may have been filed to the Motion, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED as follows:

1. The Motion is granted.

2.       Sea Star Line, LLC is hereby directed to provide documents fully responsive to Emerald's Document Request Nos. 5, 6, 8, 10, 11, 12, 23, 24, 25 and 26-42 within seven (7) days from the date hereof.

BY THE COURT:

_____
HON. JOSEPH J. FARNAN, JR.
U.S. BANKRUPTCY JUDGE

Dated:_____