UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| -vs- | : : | |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : : : | |
| Defendant/Plaintiff on the Counterclaim | : : : | Case No. 05-CV-00245-(JJF) |
| -vs- | : : | |
| SEA STAR LINE, LLC | : : | |
| Defendant on the Counterclaim | : : | |

## CERTIFICATE OF SERVICE

I, Tara L. Lattomus, Esquire, hereby certify that I caused a true and correct copy of Emerald Equipment Leasing, Inc.'s Motion to Compel Sea Star Line LLC's Production of Certain Documents to be served on May 16, 2007 upon the parties listed below by First Class mail.

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Charles C. Robinson, Esq.
Garvey Schubert Barer
1191 Second Avenue, 1800
Seattle, WA 98101-2939

Timothy J. Armstrong, Esq.
Armstrong & Mejer, P.A.
Suite 1111, Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134

           ECKERT SEAMANS CHERIN & MELLOTT, LLC

           By:/s/ Tara L. Lattomus
              Ronald S. Gellert, Esquire (No. 4259)
              Tara L. Lattomus, Esquire (No. 3515)
              300 Delaware Avenue, Suite 1210
              Wilmington, De  19801