UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| -v- | : : | |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : : : | |
| Defendant/Plaintiff on the Counterclaim | : : : | Case No. 05-CV-00245-(JJF) |
| -v- | : : | |
| SEA STAR LINE, LLC | : : | |
| Defendant on the Counterclaim | : : | |

**ORDER GRANTING MOTION OF EMERALD EQUIPMENT LEASING, INC. FOR PROTECTIVE ORDER REGARDING RE-NOTICED RULE 30(b)(6) <u>DEPOSITION OF EMERALD EQUIPMENT LEASING, INC.</u>**

Upon consideration of the Motion of Emerald Equipment Leasing, Inc. For Protective Order Regarding Re-Noticed Rule 30(b)(6) Deposition of Emerald Equipment Leasing, Inc. ("the Motion"), and any objections that may have been filed to the Motion, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED as follows:

1. The Motion is GRANTED.

2. The scope of the Rule 30(b)(6) deposition of Emerald Equipment Leasing, Inc. shall be limited to the claims set forth in Counts IV, V, VI, and VII of the Amended Counterclaim only.

      3.      Any testimony taken in connection with the re-noticed Rule 30(b)(6) deposition of Emerald Equipment Leasing, Inc. shall be admissible only with respect to the claims asserted by Emerald in Counts IV, V, VI and VII of the Amended Counterclaim.

                                BY THE COURT:

                                  _____
                                HON. JOSEPH J. FARNAN, JR.
                                U.S. BANKRUPTCY JUDGE

Dated:_____