UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, | : | CIVIL ACTION |
| a limited liability company, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | |
| EMERALD EQUIPMENT LEASING, | : | |
| INC., a corporation, | : | |
| | : | |
| Defendant/Plaintiff | : | Case No. 05-CV-00245-(JJF) |
| on the Counterclaim | : | |
| | : | |
| -vs- | : | |
| | : | |
| SEA STAR LINE, LLC | : | |
| | : | |
| Defendant on the | : | |
| Counterclaim | : | |

## CERTIFICATE OF SERVICE

I, Tara L. Lattomus, Esquire, hereby certify that I caused a true and correct copy of Emerald Equipment Leasing, Inc.'s Motion for Protective Order Regarding Re-Noticed Rule 30(b)(6) Deposition of Emerald Equipment Leasing, Inc. to be served on May 16, 2007 upon the parties listed below by First Class mail.

Kathleen M. Miller, Esq.  
Smith Katzenstein & Furlow  
800 Delaware Avenue, 7th Floor  
P.O. Box 410  
Wilmington, DE 19899  

Charles C. Robinson, Esq.  
Garvey Schubert Barer  
1191 Second Avenue, 1800  
Seattle, WA 98101-2939  

Timothy J. Armstrong, Esq.  
Armstrong & Mejer, P.A.  
Suite 1111, Douglas Centre  
2600 Douglas Road  
Coral Gables, FL 33134  

                                        ECKERT SEAMANS CHERIN & MELLOTT, LLC

                                        By:/s/ Tara L. Lattomus  
                                            Ronald S. Gellert, Esquire (No. 4259)  
                                            Tara L. Lattomus, Esquire (No. 3515)  
                                            300 Delaware Avenue, Suite 1210  
                                            Wilmington, De 19801