# APPENDIX

# PART 4a OF 7

E 06311

A-135

Emerald Equipment Leasing invoice to Sea Star Line, Inc
Emerald Equipment Leasing invoice to Sea Star Line, Inc
Schedule 20' CH
Units both on self billing report and not on self billing report Terminated and not terminated

Amended 6/1/06
Amended 08/08/04
Amended

| Prefix | Number | Date on hire | Date off hire | Per diem | Actual days pd | Amount paid | Actual on hire | Actual Off hire | Total days | Days due | Balance Due | TTL NOT | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRMC | 120000 | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 10/17/02 | 172 | 172 | $378.40 | 0 | Gi SJ 5/2/02 Rtd Jax TIR 48949 10/17/02 AR 4/29/02-9/25/02 Pd 0 Owes 149 Days |
| PRMC | 120001* | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 11/20/03 | 681 | 681 | $1,278.20 | 0 | Bates 60067/c-16508-50977/C |
| PRMC | 120002* | aj | | $2.20 | 441 | $970.20 | 05/01/02 | 12/02/03 | 681 | 140 | $308.00 | 441 | GI593/5M-52630 |
| PRMC | 120003 | T | | $2.20 | 89 | $195.80 | 04/29/02 | 07/29/02 | 92 | 3 | $6.60 | 89 | Go PAMT 4/22/02 Ideal TIR 50545C GI PAMT TIR M31223A Palmer 7/29/02 Bates 5005?C - 30125-30109 |
| PRMC | 120008* | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 08/31/02 | 125 | 125 | $275.00 | 0 | Allen 19 E003343 |
| PRMC | 120010* | aj | 06/31/2003 | $2.20 | 243 | $534.60 | 04/29/02 | 12/02/03 | 583 | 340 | $748.00 | 243 | Gi SJ 6/2/02 Rtd to A Davis 12/2/03 TIR 182718 Bates 60067/e-52072A52562 |
| PRMC | 120011 | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 12/02/03 | 683 | 683 | $1,282.60 | 0 | 16503-16604-51456/66-62617-51991/u-5006TE-52200-52090B-51936/B-5178/34-5167/70-52106 GI SJ 6/14/02 Signed by SSI Rtd SJ 12/2/03 TIR 182718 Bates 16605-51801 |
| PRMC | 120015 | aj | Not on self billing | $2.20 | 60 | $110.00 | 05/02/02 | 12/02/03 | 680 | 680 | $1,276.00 | 0 | Go SJ 5/2/02 Rivera Colon Rtd 12/2/03 TIR 182392 Bates 16506 |
| PRMC | 120019 | aj | 6/17/2002 | $2.20 | 50 | | 04/29/02 | 10/30/02 | 185 | 135 | $297.00 | 60 | Go Jax 4/29/02 Rtd Jax 10/30/02 TIR 63318 AR 4/29/02-6/17/02 Pd 60 Days Owes 0 Stated off hire via email on 6/17/02 Bates 16607-16608-E003940-E004204-50977/A |
| PRMC | 120020* | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 08/31/02 | 125 | 126 | $275.00 | 0 | Allen 13 E003345 - 5922 |
| PRMC | 120021 | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 11/30/03 | 581 | 581 | $1,278.20 | 0 | Rtd A Davis 3/13/03 Taken back by SSL Rtd 12/2/03 TIR 182393 Frame bent & twisted AR NOH Bates 16509-51801-16510-Robins 9 E005091-50985091-50981884 |
| PRMC | 120025 | aj | Not on self billing | $2.20 | 261 | $574.20 | 06/16/02 | 11/30/03 | 564 | 303 | $666.60 | 261 | Go Jax 6/16/02 No record of return AR NOH Paid 261 in error wants 261 rtd Bates 5118691 |
| PRMC | 120028 | aj | 9/12/2002 | $2.20 | 26 | $57.20 | 08/06/02 | 11/30/03 | 581 | 665 | $1,221.00 | 26 | 66 Gi SJ 4/30/02Rtd TIR 192394 12/2/03 Frame bent twisted humped AR 6/6-9/12/02 Pd $6 Wants 13 rtd Bates 51173/76 |
| PRMC | 120029* | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 10/07/02 | 162 | 162 | $356.40 | 0 | Gi Memphis 6/17/02 Sold Global 11/27/02 Robins 8-17017. |
| PRMC | 120030 | aj | Not on self billing | $2.20 | 0 | $0.00 | 06/17/02 | 11/27/02 | 196 | 196 | $429.00 | 0 | Bates 60067/h 62948- |
| PRMC | 120032 | | 07/01/02 | $2.20 | 32 | $70.40 | 07/01/02 | 03/13/03 | 319 | 287 | $631.40 | 32 | 62 Gi DR 6/13/02 Rtd A Davis 3/13/03 AR 7/31/02-11/28/02 Pd 62 Days Owes 56 Days. |
| PRMC | 120036 | | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 11/30/03 | 681 | 681 | $1,278.20 | 0 | Bates 14323-16513-40111-40141-40168-51436/39 |
| PRMC | 120038 | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 03/13/03 | 319 | 319 | $701.80 | 0 | Gi DR 5/2/02 Gi SJ 7/31/02 Not on any inventories No record of return Bates 16514-50067/m Bates 14434-5214/C |
| PRMC | 120041* | aj | 04/29/02 | $2.20 | 166 | $341.00 | 04/29/02 | 11/30/03 | 681 | 426 | $937.20 | 166 | Not signed by MMcDonald Not on any inventories Rtd A Davis 3/13/03 AR 5/3-7/10/02 Pd 0 Owes 58 Gi SJ 4/29/02 Rtd SJ 12/2/03 TIR 182396 humped, bent and torn AR 8/28/02-5/31/02 Still on hire Bates 50067/m-16515-16616-19539-51456/66-5127-5178/84 |
| PRMC | 120045 | | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 12/02/02 | 218 | 218 | $479.60 | 0 | Go Sj 6/16/02 Loaded Not on any Inventories Sold SJ 12/2/02 Bates 16517-16618-40090-40091 |
| PRMC | 120046 | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 10/28/02 | 183 | 183 | $402.60 | 0 | In CSX Rail System 7/12/02 Gi FCI Houston 8/15/02 Per FCI 9/4/02 Inventory Sold Tx 10/28/02 Bates 16519-5096001 FCIS Houston 8/5/02 8, 9/14/02 |
| PRMC | 120049* | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 11/30/03 | 681 | 681 | $1,278.20 | 0 | Bates 6167273 |
| PRMC | 120054 | | 05/21/02 | $2.20 | 91 | $200.20 | 04/29/02 | 11/30/03 | 681 | 490 | $1,078.00 | 91 | Gi SJ 4/30/02 Loaded Rivera Cruz Luis Not terminated as per lease AR 5/21-11/1/02 Paid 91 Days Owes 73 Days Bates 16520-16521-6118/84 Pat K136 |
| PRMC | 120056 | T | Not on self billing | $2.20 | 0 | $0.00 | 05/14/02 | 07/29/02 | 77 | 77 | $169.40 | 0 | Go PAMT 5/14/02 TIR M117/8C H&M Gi PAMT TIR M31223B Palmer 7/29/02 Bates 30120-30125-30126-30161 |
| PRMC | 120057 | T | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 09/18/02 | 143 | 143 | $314.60 | 0 | Gi Eliz 6/4/02 Gi PAMT 9/18/02 Palmer M443788 Bates 50067/e+A1206 |
| PRMC | 120064* | aj | 04/30/02 | $2.20 | 94 | $206.80 | 04/29/02 | 07/10/02 | 73 | -21 | ($46.20) | 94 | Gi SJ 4/30/02 SJ signed by MMcDonald AR 4/30-7/10/02 Paid 78 Wants 6 Days returned. Bates 50067/e/m-16522-5145/6/56 |
| PRMC | 120067 | aj | 05/21/02 | $2.20 | 184 | $404.80 | 04/29/02 | 03/13/03 | 319 | 135 | $297.00 | 184 | Rtd A Davis 3/13/03 Bates 14320-16523-16524-5143/6/39-5118/6/91 |
| PRMC | 120069 | | 04/29/02 | $2.20 | 0 | $0.00 | 04/29/02 | 11/30/03 | 581 | 581 | $1,278.20 | 184 | Rtd A Davis 3/13/03 taken back SSL Frame humped with Flange damage Rtd SJ 12/2/03 TIR 182296 |
| PRMC | 120072* | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 07/24/02 | 87 | 87 | $191.40 | 0 | Gi SJ 4/29/02 Collazo Not on inventories No record of return AR 7/11/02-2/6/03 Paid 0 Owes 208 Days Bates 16526-19551-40100-5145/5/67+A74 |
| PRMC | 120074* | aj | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 08/01/02 | 95 | (29) | ($63.80) | 124 | Gi SJ 4/30/02 Not on any inventories Sold SJ 12/2/02 NS AR 4/30/02-10/8/02 Pd 92 Days Owes 69 Days Allen 19 E003943 |
| PRMC | 120076 | | 04/29/02 | $2.20 | 101 | $222.20 | 05/09/02 | 03/13/03 | 133 | 218 | $479.60 | 101 | Gi Jax JR 5/2/02 IAR 10/17/02 AR 6/21/02-9/6/02 Pd 0 Owes 77 Days Bates 16626-16526-50977/C |
| PRMC | 120079 | | 05/01/02 | $2.20 | 93 | $204.60 | 04/29/02 | 09/07/02 | 132 | 132 | $290.40 | 93 | Go SJ 5/9/02 Vega Otero Not on inventories Rtd SJ 9/18/02 NS Bates 16527 |
| PRMC | 120089 | | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 11/30/03 | 581 | 581 | $1,278.20 | 0 | Gi SJ 6/8/02 Juan Henna Not on inventories Rtd SJ 9/07/02 Signed Rtd A Davis 3/13/03 taken back SSL Frame humped with Flange damage Rtd SJ 12/2/03 TIR 182296 bates 50067/e/m |
| PRMC | 120097 | | 04/29/02 | $2.20 | 78 | $171.60 | 06/08/02 | 06/26/02 | 73 | 33 | $72.60 | 0 | AR 7/1/02-2/6/03 Paid 0 Owes 208 Days Bates 16532-16532A |
| PRMC | 120099 | | 05/21/02 | $2.20 | 66 | $145.20 | 06/21/02 | 07/24/02 | 66 | 34 | $74.80 | 66 | Go Jax 5/21/02 Rtd A Davis 5/21-7/24/02 Pd 64 Days Owes 10 Days 16537-16538-19529 |
| PRMC | 120102 | | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 10/22/03 | 542 | 542 | $1,192.40 | 0 | Signed by MMcDonald 7/10/02 Taken back by SSI Rtd A Davis 3/13/03 Taken back out by SSL Rtd SJ 10/22/03 TIR 182693 - 14356-16533-51456/6s-62561 |
| PRMC | 120103 | | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 03/13/03 | 319 | 319 | $701.80 | 0 | 5187/27/3-52074 In use on SJ Pier 2/4/03 Rtd A Davis 3/13/03 Bates 16535-40082 |
| PRMC | 120104* | | 05/08/02 | $2.20 | 78 | | 05/08/02 | 06/26/02 | 111 | 33 | | 78 | Go Jax 5/8/02 Not on any inventories Sold Jax 8/26/02 Bates 14363 |
| PRMC | 120106* | | 05/01/02 | $2.20 | 184 | $404.80 | 04/29/02 | 03/13/03 | 319 | 319 | $160.60 | 184 | Signed by MMcDonald 7/10/02 Bates 16529 Rtd A Davis 3/13/03 Bates 16529 |
| PRMC | 120114 | | Not on self billing | $2.20 | 0 | $0.00 | 04/29/02 | 07/10/02 | 73 | 73 | $160.60 | 0 | Gi DR 5/19/02 Signed MMcDonald Bates 50067/c-16540-16541 |

27-Sep

A-136

063115

063116

A-137

A-138

063117

| PRMC | Item | Date | Date | Rate | Amount | Notes (Bates) |
|---|---|---|---|---|---|---|
| PRMC | 120303* | | 7/1/2002 | | | Bates 60067/w |
| PRMC | 120310* | 06/01/02 | | | | GI SJ 6/17/02 signed by MMcDonald AR 6/21-7/1/02 Pd 31 Days Owes 10 Release MMcD 7/10/02 |
| PRMC | 120311* | 06/21/02 | | $2.20 | $336.60 | Bates 16622 / GI SJ 6/00/2 signed by MMcDonald AR 6/1/02-7/2/2002 Pd 137 Want 64 Days Rtd |
| PRMC | | | | | | Bates 60067/ehn-16623 |
| PRMC | 120311* | | | $2.20 | $290.40 | GI SJ 4/03/02 signed by MMcDonald AR 6/21-7/10/02 Pd 122 Days Wants 71 rtd |
| PRMC | 120315* | Not on self billing | | $2.20 | $0.00 | Bates 16624 |
| PRMC | 120316* | Not on self billing | | $2.20 | $0.00 | Bates 60067/e |
| PRMC | 120332* | Not on self billing | | $2.20 | $0.00 | CSX Bedford Inventories 8/29/02-9/12/02-9/20/02 & 5/13/02 |
| PRMC | 120332* | Not on self billing | | $2.20 | $0.00 | Kentucky Container report 6/21/02 & 7/11/02-5145/66 |
| PRMC | 120334 | Not on self billing | | $2.20 | $0.00 | GI SJ 5/03/02 In use on Pier SJ 7/10/03 TIR 122303 TIR 18226 Top & Bottomm Flanges |
| PRMC | 120336 | 06/03/02 | | $2.20 | $66.00 | Bates 16626-51801 |
| PRMC | 120338 | Not on self billing | | $2.20 | $0.00 | GI SJ 6/17/02 Not on any inventories No record of return AR 6/2/02-7/19/02 Pd 30 Owes 16 Days |
| PRMC | 120340 | 05/28/02 | | $2.20 | $127.60 | Bates 16627-41511 / GI SJ 10/2/03 TIR 182652 Bates 16626-51672/73-52058/A |
| PRMC | | 05/28/02 | 05/28/02 | | | Go Jax 5/7/02 Not on any inventories Rtd Jax 7/24/02 |
| PRMC | 120342* | Not on self billing | | $2.20 | $0.00 | Bates Allen 19 E00340 |
| PRMC | 120344* | Not on self billing | | $2.20 | $0.00 | bates 5145/66-51901/u-52072D On CSX Bedford inventory 8/29/02 only |
| PRMC | 120345 | 05/24/02 | | $2.20 | $66.00 | Allen 19 Bates 16524A |
| PRMC | 120347 | Not on self billing | | $2.20 | $0.00 | signed by MMcDonald AR 6/24/02 - 7/10/02 Pd 30 Days Owes 17 days |
| PRMC | 120347 | Not on self billing | | $2.20 | $0.00 | bates 16628 |
| PRMC | 120349 | Not on self billing | | $2.20 | $0.00 | Go PAMT 6/14/02 H&M TIR M11951C GI PAMT 10/18/02 Palmer TIR M52631A |
| PRMC | 120352 | Not on self billing | | $2.20 | $0.00 | Bates 30093-30120-30165-30173-30184-30214-30473 |
| PRMC | 120353 | Not on self billing | | $2.20 | $0.00 | GI 4/25/02 Not on any inventories In use on Pier SJ 7/10/03 Rtd SJ 12/2/03 TIR 182478 |
| PRMC | 120354* | Not on self billing | | $2.20 | $0.00 | Bates 16630A-16630-5145/66-5181/192 |
| PRMC | 120356 | Not on self billing | | $2.20 | $0.00 | GI SJ 6/09/02 Rtd SJ 12/2/03 TIR 182426 Humped Bent Frame Bad tires |
| PRMC | 120356* | Not on self billing | | $2.20 | $0.00 | Bates 16630-51505-5145/66-51801- |
| PRMC | 120359* | Not on self billing | | $2.20 | $0.00 | GI SJ 6/09/02 In use on Pier 7/10/03 Rtd SJ 10/17/03 TIR 182659 |
| PRMC | 120362 | 07/15/02 | | $2.20 | $106.60 | Bates 16632-16633-16634-5145/66-52617-52177G-5181/92-52072B |
| PRMC | | | | | | Allen 19 E003941 |
| PRMC | 120364 | 06/01/02 | 8/1/2002 | $2.20 | $204.60 | Go SJ 4/24/02 GI PAMT 9/18/02 Palmer TIR M44379A |
| PRMC | 120366 | Not on self billing | | $2.20 | $0.00 | Bates 30107-30128 |
| PRMC | 120366* | Not on self billing | 05/01/02 | $2.20 | $464.20 | Bates 5145/66-5103204 |
| PRMC | 120374 | 06/06/02 | | $2.20 | $66.00 | Robins 9 |
| PRMC | | | | | | GI DR 6/6/02 Rtd SJ 122/003 TIR 182726 Humped, Frame bent Bad tires AR 7/15-3/30/02 Pd 77 Owes 0 |
| PRMC | 120377 | Not on self billing | | $2.20 | $0.00 | Bates 16615-16639-40103-40135-40143 |
| PRMC | 120378 | Not on self billing | | $2.20 | $0.00 | Bates 60067/ehn-16637 |
| PRMC | 120382 | Not on self billing | | $2.20 | $0.00 | GI SJ 5/7/02 Go SJ 5/2/02 signed by MMcDonald AR 6/1/02-7/10/02 Pd 77 Wants 6 days rtd |
| PRMC | | | | | | Bates 60067/ehn-16637 |
| PRMC | 120383 | 05/20/02 | | $2.20 | $200.20 | GI SJ 6/1/02 signed by MMcDonald Taken back by SSL In use on Pier 7/10/03 Rtd SJ 10/22/03 TIR 182653 |
| PRMC | 120384 | Not on self billing | | $2.20 | $0.00 | Bates 82068a-16638-Date scratch-5193/8B-5178/J8-5-5187/70 |
| PRMC | 120388* | 05/08/02 | | $2.20 | $171.60 | GI SJ 6/1/02 Rtd A Davis 3/13/03 TIR 182726 AR 6/17/02-5/01/03 Still on hire Pd 107 Owes 241 days |
| PRMC | 120389 | Not on self billing | | $2.20 | $0.00 | Bates 60067/ehn-16639-40076-40095-5145/66-52617-51901/u |
| PRMC | 120399* | 05/01/02 | | $2.20 | $66.00 | GI SJ 5/6/02 Loaded De Jesus Perez Rtd 122/203 TIR 182427 Badly Humped top&Bottom bent |
| PRMC | 120404* | 05/01/02 | | $2.20 | $136.40 | AR 6/6/02-6/10/02 Pd 30 Days wants 24 days rtd |
| PRMC | 120406 | Not on self billing | | $2.20 | $0.00 | Bates 16641-16642 |
| PRMC | 120410 | Not on self billing | | $2.20 | $0.00 | Rtd SJ 122/03 to A Davis TIR 182727 Bates 16642A |
| PRMC | 120414 | Not on self billing | | $2.20 | $0.00 | GI SJ 4/20/03 In use on Pier SJ 7/10/03 Rtd SJ 122/03 TIR 182428 |
| PRMC | | 05/07/02 | | $2.20 | $0.00 | Bates 16642B-51801 |
| PRMC | 120414 | Not on self billing | | $2.20 | $0.00 | GI SJ 5/1/02 Signed by MMcDonald Taken back out by SSL Rtd A Davis 3/13/03 |
| PRMC | | | | | | Signed by A Davis 3/13/03 Not on 9/2/003 SSL Inventory or |
| PRMC | | | | | | 2/2/004 Inventory Appears on SSL 10/19/04 Inventory |
| PRMC | 120417* | 05/0/02 | 8/1/2002 | $2.20 | $204.60 | Bates 16643 |
| PRMC | 120417* | | | $2.20 | $341.00 | GI SJ 4/26/02 Not on any inventories Sold SJ 12/2/02 AR 6/20-11/5/02 Pd 92 Days Owes 77 days |
| PRMC | 120419* | 04/29/02 | | $2.20 | $270.60 | Bates 14396-14643E-16831- |
| PRMC | 120420 | 05/01/02 | | $2.20 | | GI Empire 4/29/02 GI Houston 7/24/02 FCI Sold 10/28/02 at FCI La Porte Tx |
| PRMC | | | | | | Bates 16565-FCIS Houston 7/12/02 - 7/24/02 - 9/27/02 Reports -50960/61 |
| PRMC | 120421* | 04/29/02 | | $2.20 | $1,348.60 | SSL Release 8D0625 to Empire Houston For All Coast |
| PRMC | | | | | | Go Jax 6/8/02 Sold Jax 8/25/02 Allen 19 |
| PRMC | 120426* | Not on self billing | 05/01/02 | $2.20 | $0.00 | Rtd Jax TIR 68944 10/17/02 AR 6/14/02-9/24/02 Pd 0 Owes 102 days |
| PRMC | 120429 | Not on self billing | 05/01/02 | $2.20 | $0.00 | Rtd Jax 10/3/02 TIR 68630 AR 6/20-9/2/02 Pd 0 Owes 123 days |

A-139

063113

A-140

063119

| | | | | | | | | | | | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRMC | 120620 | Not on self billing | | | | | | | | | | | | | | | | | | 0 | Not on any inventories Rtd SJ 10/22/03 TIR 182596 |
| PRMC | 120621* | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 10/22/02 | 113 | 113 | 248.60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Bates 16686-16687-5187273-52076 |
| PRMC | 120622 | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 08/19/02 | 113 | 113 | 248.60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Bates 50209/10 |
| PRMC | 120623 aj | 06/04/02 | | $2.20 | $30.00 | 04/23/02 | 10/22/02 | 642 | 642 | 1,192.40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | Not on any inventories Rtd SJ 10/22/03 TIR 182656 |
| | | | | | $66.00 | 04/23/02 | 11/30/03 | 681 | 681 | 1,212.20 | 0 | 0 | 0 | 0 | 30 | 0 | | | | | Not on any inventories No record of return AR 6/4/02-4/20/03 Pd 30 Days Owes 300 days |
| | | | | | | | | | | | | | | | | | | | | | Bates 16687A-16799-19614-5146/6/66-52619-52176A-60209/10 |
| | | | | | | | | | | | | | | | | | | | | | 5187273-5189192-52072B |
| PRMC | 120625* | 08/19/02 | | $2.20 | $28.60 | 04/23/02 | 08/19/02 | 100 | 100 | 220.00 | 0 | 0 | 0 | 13 | 13 | 0 | 0 | 0 | 0 | 13 | Go Jax 6/7/02 Not terminated as per lease SSL so advised CSX Yard NOLA 2/6/3 Sold AR 4/7-4/16/02 |
| PRMC | 120627 | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 11/27/02 | 213 | 213 | 468.60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Bates 17017-Robins 8 |
| PRMC | 120634 | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 06/27/03 | 423 | 423 | 930.60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Gl Houston 4/23/02 FCI Rtd Jax TIR 73996 6/26/03 |
| | | | | | | | | | | | | | | | | | | | | | Bates 16F71-16698A-FCIS Houston 7/12/02-7/24/02--7/29/02- |
| | | | | | | | | | | | | | | | | | | | | | 8/6/02-9/27/02-10/1/02-10/16/02-11/4/02-11/5/02-12/6/02-12/26/02 |
| | | | | | | | | | | | | | | | | | | | | | 1/14/03-1/17/03-1/29/03-1/31/03-2/6/03-2/10/03-2/13/03-SSL release |
| | | | | | | | | | | | | | | | | | | | | | EDO sold to Empire Houston to release to 6/26/02 to All Coast |
| | | | | | | | | | | | | | | | | | | | | | 6145/6/66 |
| PRMC | 120638* | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 07/24/02 | 87 | 87 | 191.40 | 0 | 16 | 0 | 0 | 30 | 31 | 30 | 31 | 28 | 0 | Allen 19 E003942 |
| PRMC | 120641 aj | 06/14/02 | | $2.20 | $825.00 | 04/23/02 | 10/02/03 | 147 | 147 | 323.40 | 0 | 0 | 0 | 0 | 31 | 31 | 31 | 31 | 28 | 376 | GI SJ 6/7/02 in use on SJ pier 7/10/03 Rtd SJ 10/2/03 TIR 182623 Bates E310E-26262 |
| PRMC | 120542 | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 10/02/03 | 522 | 522 | 1,148.40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Bates 6146/6/66-5199/6/67-52630-52089/90-52072B-6189E-51990/A-51938/B-5116691-51867/770 |
| PRMC | 120543 | 06/01/02 | 6/26/2002 | $2.20 | $110.00 | 06/07/02 | 02/04/03 | 225 | 225 | 495.00 | 9 | 25 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | Go Jax 6/7/02 Not terminated as per lease SSL so advised CSX Yard NOLA 2/6/3 Sold AR 4/7-4/16/02 |
| | | | | | | | | | | | | | | | | | | | | | Paid 40 Days wants 40 days rtd Pd in error Notified 10/7/02 to recover at Nola Never used Only stored |
| PRMC | 120646* | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 07/24/02 | 87 | 87 | 191.40 | 0 | 0 | 0 | 0 | 30 | 31 | 31 | 31 | 28 | 0 | Allen 19 E003942 |
| PRMC | 120649 aj | 06/31/02 | | $2.20 | $532.40 | 04/23/02 | 11/30/03 | 339 | 339 | 746.80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 242 | Not on any inventories No record of return Bates 16693-6145/6/66 |
| PRMC | 120651 | 05/15/02 | 7/18/2002 | $2.20 | $132.00 | 06/15/02 | 07/11/02 | 6 | 6 | 11.00 | 1 | 16 | 18 | 30 | 31 | 31 | 31 | 31 | 26 | 60 | 1/29/03-5191/s-52176A-5116691-52072D |
| | | | | | | | | | | | | | | | | | | | | | Go SJ 6/7/02 Rtd Jax 7/18/02 AR 6/18/02-7/18/02 Pd 60 Owes 4 |
| PRMC | 120662* | Not on self billing | | $2.20 | $28.60 | 04/23/02 | 08/15/02 | 100 | 113 | 220.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | Bates 16693A |
| PRMC | 120657 aj | 06/2002 | | $2.20 | $767.80 | 04/23/02 | 08/26/03 | 485 | 136 | 239.20 | 0 | 0 | 0 | 0 | 30 | 31 | 31 | 31 | 28 | 349 | Go SJ 4/22/02 Not on any Inventories In use on SJ Pier 7/10/03 Rtd SJ 8/26/03 TIR 182637 |
| PRMC | 120656* | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 07/24/02 | 87 | 87 | 191.40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Allen 19 E003942 |
| PRMC | 120659 | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 11/30/03 | 581 | 581 | 1,278.20 | 0 | 0 | 0 | 0 | 30 | 31 | 31 | 31 | 28 | 0 | GI Oakland 4/20/02 Landstar at Fastlane 7/26/02 per AR Per B Davis 8/21/03 Stated OFSO (off hire |
| | | | | | | | | | | | | | | | | | | | | | shipper owned unit) 6/1/02 No record of return |
| PRMC | 120660 | 06/24/02 | | $2.20 | $66.00 | 06/20/02 | 06/20/02 | 94 | 94 | 206.80 | 0 | 0 | 30 | 30 | 0 | 0 | 0 | 0 | 0 | 30 | GI SJ 6/1/02 Not on any inventories Sold SSL 6/30/02 AR 5/24-8/30/02 Pd 30 Owes 68 Days |
| PRMC | 120661 | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 11/30/03 | 581 | 581 | 1,278.20 | 0 | 0 | 0 | 0 | 0 | 30 | 31 | 31 | 31 | 0 | Bates 16637 |
| PRMC | 120562 aj | 08/19/2002 | | $2.20 | $248.60 | 04/23/02 | 08/19/02 | 113 | 0 | - | 17 | 16 | 30 | 31 | 30 | 31 | 31 | 31 | 28 | 113 | GI SJ 4/23/02 Not on any inventories Not terminated as per lease agreement Sold SSL 8/19/02 |
| | | | | | | | | | | | | | | | | | | | | | AR 4/23-8/8/02 Pd 60 days Owes 21 Days Bates 16696A |
| PRMC | 120563 | 08/09/02 | | $2.20 | $50.60 | 04/23/02 | 02/19/03 | 297 | 274 | 602.80 | 0 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | 0 | 23 | 50209/10-50067/m |
| | | | | | | | | | | | | | | | | | | | | | Gl Memphis 4/30/02 Not terminated as per lease agreement SSL to advised Sold NOLA 2/19/03 |
| PRMC | 120566 | 06/18/02 | | $2.20 | $176.00 | 04/23/02 | 11/27/02 | 213 | 133 | 292.60 | 0 | 0 | 18 | 31 | 0 | 0 | 0 | 0 | 0 | 80 | AR 4/30/02-5/22/02 Pd 23 Days Wants 23 rtd Pd in error Email Emerald 10/2/02 to recover chassis |
| | | | | | | | | | | | | | | | | | | | | | bates Robins 10-EM14067 |
| PRMC | 120567 aj | 06/01/02 | | $2.20 | $195.80 | 04/23/02 | 06/19/02 | 113 | 24 | 52.80 | 16 | 16 | 30 | 9 | 0 | 0 | 0 | 0 | 0 | 89 | In CSX Rail System Not terminated as per lease agreement SSL advised CSX InRail Yard Ohio Sold |
| | | | | | | | | | | | | | | | | | | | | | 11/27/02 Ohio AR 6/18-9/6/02 Pd 80 Owes 0 Notified 10/24/02 To recover in Ohio |
| | | | | | | | | | | | | | | | | | | | | | Bates 17006 |
| PRMC | 120568* | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 08/19/02 | 113 | 113 | 248.60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | GI SJ 5/1/02 Not on any inventories Not terminated as per lease agreement Sold SSL 8/19/02 |
| PRMC | 120569* | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 08/19/02 | 113 | 113 | 248.60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | AR 4/30/02-8/8/02 Pd 60 days Owes 33 days |
| PRMC | 120571* | 7/24/2002 | | $2.20 | $166.20 | 06/16/02 | 08/23/02 | 319 | 30 | 701.80 | 16 | 24 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 71 | Bates 40108-40160-40182 |
| PRMC | 120572 | 07/12/02 | | $2.20 | $178.20 | 07/11/02 | 02/03/03 | 207 | 126 | 277.20 | 0 | 30 | 31 | 20 | 0 | 0 | 0 | 0 | 0 | 81 | Go Jax 7/11/02 Rtd Jax 2/3/03 TIR 7276C AR 7/12-2/20/03 Pd 81 Owes 125 Days |
| | | | | | | | | | | | | | | | | | | | | | Bates 16699-6145/6/66 |
| PRMC | 120573 | 05/24/02 | | $2.20 | $193.60 | 04/23/02 | 08/19/02 | 25 | 25 | 66.00 | 8 | 31 | 19 | 30 | 31 | 31 | 31 | 31 | 28 | 88 | GI SJ 4/30/02 Fastlane Ca Not on any inventories Not terminated as per lease agreement Sold SSL 8/19/02 |
| | | | | | | | | | | | | | | | | | | | | | AR 4/24/02-8/8/02 Pd 80 days Wants 3 rtd |
| PRMC | 120574 | 05/30/02 | | $2.20 | $66.00 | 04/23/02 | 07/10/02 | 43 | 43 | 94.60 | 0 | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | Bates 16700-5187273-50209/10 |
| PRMC | 120576 | 05/30/02 | | $2.20 | $66.00 | 04/23/02 | 11/30/03 | 581 | 581 | 1,212.20 | 0 | 0 | 30 | 31 | 0 | 0 | 0 | 0 | 0 | 30 | GI SJ signed by MMcDonald AR 6/30/02-7/10/02 Pd 30 Days Owes 11 days |
| PRMC | 120577 | 05/20/02 | | $2.20 | $0.00 | 04/23/02 | 03/13/03 | 319 | 319 | 701.80 | 0 | 10 | 30 | 19 | 0 | 0 | 0 | 0 | 0 | 30 | GI SJ 4/22/02 Not on any inventories No record of return AR 6/20/02-7/2/02 Pd 30 Owes 4 days |
| PRMC | 120579 aj | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 10/28/02 | 183 | 183 | 402.60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Gl Houston 4/29/02 Empire Gl FCI 8/20/02 Wilson Fri Per FCI inventory 9/4/02 Sold Tx 10/28/02 |
| | | | | | | | | | | | | | | | | | | | | | Bates FCIS Houston 7/12/02-7/24/02-8/23/02-6/20/02-9/16/02-60569/61 |
| PRMC | 120581 | 05/30/02 | | $2.20 | $66.00 | 04/23/02 | 09/09/02 | 104 | 104 | 228.80 | 0 | 0 | 0 | 0 | 30 | 31 | 31 | 28 | 4 | 30 | 10/4/02-Empire 7/6/02 |
| | | | | | | | | | | | | | | | | | | | | | GI 4/30/02 Fastlane Ca Not on any inventories Sold SJ 9/9/02 AR 5/30-7/19/02 Pd 30 Days Pd in error |
| | | | | | | | | | | | | | | | | | | | | | Wants 30 rtd NOH put into Stge 7/19/02 in SJ |
| PRMC | 120586 | Not on self billing | | $2.20 | $743.60 | 05/09/02 | 08/26/03 | 137 | 137 | 301.40 | 0 | 0 | 0 | 0 | 30 | 31 | 31 | 31 | 28 | 338 | Bates 16702-16703 |
| PRMC | 120606* aj | 04/30/02 | | $2.20 | $272.80 | 04/29/02 | 10/22/03 | 418 | 418 | 919.60 | 0 | 0 | 16 | 31 | 0 | 0 | 0 | 0 | 0 | 124 | GI 4/29/02 Barbours Cut Co Gl Empire 7/26/02 Per AR B Davis Fax 8/15/02 Unit GI Houston 6/10/02 |
| PRMC | 120607 aj | 05/01/02 | | $2.20 | $449.80 | 04/23/02 | 08/26/03 | 281 | 281 | 618.20 | 0 | 0 | 0 | 31 | 31 | 31 | 31 | 31 | 20 | 204 | Go 6/14/02 Not on any inventories Not terminated as per lease agreement Sold SSL 8/15/02 |
| | | | | | | | | | | | | | | | | | | | | | AR 5/2/02-8/30/02 Pd 80 Days Wants 1 rtd Bates 16703A |
| | | | | | | | | | | | | | | | | | | | | | In CSX RR System Not on any inventories No record of return |
| | | | | | | | | | | | | | | | | | | | | | Bates 16704-PRX Activity report Columbus 7/18/02 & 7/22/02- |
| | | | | | | | | | | | | | | | | | | | | | 17036-5146/6/66-EM14064 |
| PRMC | 120608 | Not on self billing | | $2.20 | $0.00 | 04/23/02 | 08/27/03 | 486 | 486 | 1,069.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Go SJ 6/9/02 No on any inventories in use on pier 7/10/03Rtd SJ 8/26/03 TIR 182436 |
| | | | | | | | | | | | | | | | | | | | | | Bates 16705-16706-6145/6/66-40151-5192/c-51891/52-5116691-51867/770 |
| | | | | | | | | | | | | | | | | | | | | | Bates 51993 /54-16707-51996-52630-52076-60067/m |
| | | | | | | | | | | | | | | | | | | | | | Days ax 8/20/03 Still on hire Bates 16708-17061-5145/6/66-51938/B-51903-51867/770 |
| | | | | | | | | | | | | | | | | | | | | | 51990/c-51996-52630-5191/c-5187273-60067/m |
| | | | | | | | | | | | | | | | | | | | | | Rtd Jax 8/27/03 TIR 80862 Bates 16709-16709A-16710-5187273 |

6

063120

A-141

ℓ · 063121

A-142

| ID | Notes |
|---|---|
| PRMC 120678* | Not on any inventories Bates 50209/10 |
| PRMC 120679 | GI SJ 6/4/02 Not on any inventories Rtd Jax 6/11/03 TIR 77732 |
| PRMC 120684* | Bates 16748-16749-16761-16752 |
| PRMC 120686* | GI SJ 4/29/02 Not on any inventories In use on Pier SJ 7/10/03Rtd SJ 8/26/03 TIR 192479 |
| (206) | AR 8/13/02-52/103 Pd 92 days Still on hire as of 8/20/03 AR report — 52012-50067/m |
| PRMC 120687* | GI SJ 4/30/02 Go SJ 6/16/02 Not on any inventories In use on Pier SJ 7/10/03 No record of return A davis saw unit onSJ Pier behind SSL yard Jockey on 1/13/04 Holdfed Manuel & Arturo & AR Via email 1/16/04 — AR 4/30/02-2/30/02 Pd 92 days Owes 0 Bates SE5198/6/7 No record of return |
| PRMC 120688* | Bates 17061-17052A-5191/5-52072D |
| PRMC 120593 | GI SJ 4/30/02 Not on any inventories Not terminated as per lease agreement Sold SJ 6/15/02 — AR 6/31/02-7/22/02 Pd 39 Days Owes 27 Days |
| PRMC 120594 | Bates 16754-40070-40080-40064-40098-40100 |
| PRMC 120593 | GI CSX Nola 4/24/02 Not on any inventories Rtd Jax 11/4/03 TIR 84237 — AR 7/31/02-10/15/02 Pd 32 Days Owes 44 Days |
| PRMC 120596 a] | Bates 16767-1704-5145/5/66-5190/1/s-52072A |
| PRMC 120596* | GI SJ 6/10/02 Not on any inventories Rtd A.Davis 3/13/03 AR NOH Wants 122 Days rtd |
| PRMC 120697* | Bates 16758-50067/m |
| PRMC 120639* | Bates 6209/9/10 |
| PRMC 120700* a] | Bates 17017-Robins 8 — Not terminated as per lease agreement Rtd 8/21/02 Jax AR 8/14-8/24/02 Pd 18 Wants 8 Rtd |
| PRMC 120702 | GI SJ 6/8/02 Not on any inventories Not terminated as per lease agreement Sold SSL 8/19/02 — AR 7/3-8/8/02 Pd 60 Days Want 23 Days rtd |
| PRMC 120703 a] | Bates 16763-19548-40182-5187/2/73 |
| PRMC 120706* | Go Miami 5/1/02 Atlantic Good Rtd Jax TIR 6956 10/17/02 AR 6/1-10/17/02 Pd 0 Owes 169 Days |
| PRMC 120706* | Bates 16759A-50977/C-50924/G-52145/E |
| PRMC 120707* | In CSX Rail System Jax 8/21/02 Allen 19 E003943 — Bates 17017-Robins 8 |
| PRMC 120710* | GI SJ 6/10/02 Loaded on Bates SE 61986 in terminal 8/21/03 9/9/03 es |
| PRMC 120710* | Bates 61986-5193/94-52630-5187/2/73-52068/a |
| PRMC 120713 T | GI SJ 6/20/9/0 PAMT GI PAMT 10/02/02 Palmer TIRM04158C |
| PRMC 120714* | Bates 30125-30126-30159-30290- — Go Miami 5/1/02 Not on any inventories Not terminated as per lease agreement Sold SSL 8/19/02 |
| PRMC 120716* a] | AR 4/16/02-8/8/02 Pd 80 Day Owes 4 Days Bates 16760 |
| PRMC 120716* | Bates 6146/6/66-52618-5217/6/a-5189/1/92-520728 |
| PRMC 120707* | GI Miami 5/6/02 Not on any inventories Rtd Jax TIR 79196 7/2/03 — Bates 16761-16761A-5145/5/66-5092/4/G-52145/E |
| PRMC 120717* a] | GI SJ 4/29/02 Not on any inventories Rtd SJ 9/9/03 at AR 4/29-9/20/02 Pd 92 Owes 31 Days |
| PRMC 120720 | GI SJ 5/6/02 Not on any inventories Sold SJ 6/3/02 AR 6/6-3/3/002 AR 26 Days Wants 1 Day rtd |
| PRMC 120722* | GI SJ 5/8/02 Not on any inventories 6 |
| PRMC 120723* a] | GI SJ 6/8/02 Not on any inventories Sold SJ 6/3/002 AR 6/6-3/3/002 Pd 26 Days Wants 1 Day rtd — AR 6/24/02-8/8/02 Pd 77 Days Owes 0 |
| PRMC 120725* a] | Bates 16766-16767-16768 |
| PRMC 120726 a] | Not on any inventories No record of return AR 6/7-9/30/02 Pd 26 Days Owes 29 Days |
| PRMC 120726 a] | Bates 16769-16770-52618-5217/6/a-5189/19252072B |
| PRMC 120735 | GI SJ 5/7/02 Not on any inventories Rtd Jax TIR 68993 10/17/02 Bates 50057/e — AR 6/16/02-10/17/02 Pd 139 Days Owes 16 Day Bates 50057/e |
| PRMC 120728 | Not on any inventories Not terminated as per lease agreement Sold SSL 8/19/02 — 16771-19504-6204/75-50977/C |
| PRMC 120729 | AR 8/8/02-4/8/02 Pd 245 Days Wants 18 Day Rtd — Bates 16773A-16773B-5145/09 |
| PRMC 120730* | GI SJ 4/30/02 Not on any inventories Rtd to A Davis 3/13/03 |
| PRMC 120731 | Allen 19 E003941 |
| PRMC 120732* | GI SJ 5/8/02 Signed by MMcDonald AR 6/25-7/10/02 Pd 0 Owes 46 Days |
| PRMC 120733 a] | Go 5/6/02 Garcia Hector Not on any inventories Sold SSL 8/19/02 — Bates 19224 |
| PRMC 120741 a] | Not on any inventories Rtd SJ 8/26/03 TIR 182480 AR 8/5-11/6/02 Pd 27 Days Owes 66 Day |
| PRMC 120734* aj | Bates 16774-16775-5145/66-5187/2/73-5189/192-51908 |
| PRMC 120736 a] | Not on any inventories No record of return AR 7/16-11/h/02 Pd 48 Days Owes 61 Days |
| PRMC 120735 | Bates 16776-40169-40119-40142-40143-40159-40161-40164-5189/1/92-520728 |
| PRMC 120738* a] | Mo16-5146/6/66-52618-5217/6A-5FSt SSL inventory 8/1806 — Bates 50057/m |
| PRMC 120739 | Not on any inventories No record of return — Bates 5146/6/66-62618-5187/2/1-5217/6/-5189/192-52078 |
| PRMC 120740 | GI SJ 6/14/02 Signed by MMcDonald AR 4/25-7/10/02 Pd 62 Days Owes 10 Days |
| PRMC 120741 a] | Go 5/6/02 Garcia Hector Not on any inventories Sold SSL 8/19/02 — Bates 16777-50067/m |
| PRMC 120743* T | Not on any inventories Sold SSL Substitute Bates 6187/2/3 |
| PRMC 120744 | GI SJ 4/29/02 Not on any inventories Rtd SJ 8/26/03 TIR 182481 — Bates 16778-16779-5145/66-5187/2/73-5006/7/m-5189/192-51908-5146/91 |
| PRMC 120745* a] | Go PAMT 5/10/02 TIR M06220A North Star GI PAMT TIR M31223A Palmer 7/23/02 — GI SJ 6/14/02 Garcia Hector AR Shaw Inventory 9/6/02 Hold for Booking B Davis email 10/24/02 at Shaw — B.Davis 8/21/03 Inventory UOSV (unit out of service) 5/28/02 No record of return — Bates 17011-17012-52091/2 |
| PRMC 120745* aj | GI 4/30/02 SJ Not on any inventories Not terminated as per lease agreement Sold SSL 8/19/02 |

| PRMC | No. | Status | Date | Rate | Amount | Qty | Date | Qty | Qty | Total | Note | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRMC | 120746 | Not on self billing | 04/23/02 | $2.20 | $0.00 | 0 | 11/30/03 | 681 | 681 | $1,278.20 | 0 | AR 4/30/02-8/8/02 Pd 80 Days Owes 20 Days; Bates 16780-40113-40143-50209/10-50067/m |
| PRMC | 120747 a] | Not on self billing | 04/23/02 | $2.20 | $0.00 | 0 | 10/02/02 | 168 | 168 | $347.60 | 0 | Go SJ 5/16/02 Loaded Fraticelli Eduardo Trkg No record of return; Bates 51465/56-52618-51901/s-52176A-52072b; In CSX Rail System Not on any inventories Rtd Jax TIR 68529 10/3/02 |
| PRMC | 120748 a] | Not on self billing | 04/23/02 | $2.20 | $0.00 | 0 | 10/17/02 | 172 | 172 | $378.40 | 0 | AR 7/12/02-3/7/02 Pd 0 Owes 67 Days; Bates 16781-16781A-All coast A08/30/02 & 9/10/02 report-50977/D; In FEC Rail System Not on any inventories Rtd Jax TIR 68582 10/17/02 |
| PRMC | 120749 | Not on self billing | 04/29/02 | $2.20 | $0.00 | 0 | 09/11/02 | 136 | 136 | $299.20 | 0 | AR 6/1/02-10/12/02 Pd 0 Owes 155 Days Bates 16782-17064-50977/C-50924O-52145/E; Go SJ 6/16/02 Loaded Hector Garcia Rtd Not on inventories Sold SJ 5/11/02; Bates 16783 |
| PRMC | 120752* | Not on self billing | 04/29/02 | $2.20 | $0.00 | 0 | 07/24/02 | 87 | 87 | $191.40 | 0 | Allen 19 E003942 |
| PRMC | 120763 | 05/06/02 7/7/2002 | | $2.20 | $138.60 | 63 | 11/30/03 | 574 | 611 | $1,124.20 | 63 | Go Jax 5/6/02 Not on any inventories In CSX Rail System No record of return; AR 5/6/02-7/7/02 Pd 63 Days Owes 0 Returned to Emerald at CSX Chicago 7/7/02; Bates 16784-17046 |
| PRMC | 120757 a] | 05/24/02 | | $2.20 | $488.40 | 222 | 11/30/03 | 681 | 359 | $789.80 | 222 | Gi SJ 5/4/02 Not on any inventories Not terminated as per lease agreement No record of return; AR 5/24/02-12/2/02 Pd 214 Days Wants 22 Days Rtd |
| PRMC | 120761 a] | Not on self billing | 04/29/02 | $2.20 | $0.00 | 0 | 11/30/03 | 581 | 581 | $1,278.20 | 284 | Not on any inventories In pool on pier 2/4/03 Not terminated as per lease agreement No record of; AR 6/21/02-2/28/03 Pd 284 Days Wants 31 Rtd bates 16786; Gi 51465/66-52618-52176/a-51891/52-51173/76-52072/8 |
| PRMC | 120762* | Not on self billing | 04/29/02 | $2.20 | $0.00 | 0 | 07/24/02 | 87 | 87 | $191.40 | 0 | Allen 19 E003941 |
| PRMC | 120764 | Not on self billing | 04/29/02 | $2.20 | $0.00 | 0 | 10/22/03 | 542 | 542 | $1,192.40 | 0 | Not on any inventories In use on pier 7/10/03 Sold SJ 10/22/03; Bates 16786-16766A-51465/66-52618-51901/s-51872/73; 52176/a-52072b-52103204 |
| PRMC | 120765* | Not on self billing | 04/29/02 | $2.20 | $0.00 | 0 | 08/19/02 | 113 | 113 | $248.60 | 0 | Bates 50209/10 |
| PRMC | 120766* | Not on self billing | 04/29/02 | $2.20 | $0.00 | 0 | 07/24/02 | 87 | 87 | $191.40 | 0 | Allen 19 E003942 |
| PRMC | 120768 | 06/04/02 | | $2.20 | $66.00 | 30 | 10/22/03 | 542 | 512 | $1,126.40 | 30 | Not on any inventories Rtd SJ 10/22/03 TIR 182597 AR 6/4-7/26/02 Pd 30 Days Owes 22 Days; Bates 16787-16788-52561-52076- |
| PRMC | 120769 a] | 05/06/02 | | $2.20 | $259.60 | 118 | 09/18/02 | 136 | 18 | $39.60 | 118 | Go PAMT 5/6/02 Northstar IMQ989C With 220312 Gi PAMT 9/18/02 Palmer M44468 With 220194; AR 6/6/02-9/18/02 Pd 108 Days Owes 27 Days Bates 60667/C; 30049-30119-30125-30165-30176-30276-30032-30048-30103 |
| PRMC | 120771 | Not on self billing | 04/29/02 | $2.20 | $0.00 | 0 | 08/19/02 | 113 | 113 | $248.60 | 0 | Bates 50209/10 |
| PRMC | 120772 | Not on self billing | 04/29/02 | $2.20 | $0.00 | 0 | 12/02/03 | 583 | 583 | $1,282.60 | 0 | Gi SJ 6/10/02 Not on any inventories Rtd SJ 12/2/03 TIR 182732; Bates 16790 |
| PRMC | 120774 a] | 05/06/02 | | $2.20 | $259.60 | 118 | 10/03/02 | 161 | 33 | $72.60 | 118 | Go Jax 5/6/02 In CSX Rail System Rtd Jax 10/3/02 TIR 68533 AR 6/5-10/3/02 Pd 148 Days Owes 2 days; Bates 16791-19642-50977/D |
| | | | Total | $43,296.00 | | | | | | $194,356.80 | | |

E 063122

A-143

A-144

063123

Emerald Equipment Leasing Invoice to Sea Star Line, Inc
Schedule 40' CH
Units on self billing report and units not on self billing report both terminated and still on hire

Amended 8/10/5 — Amended 12/1/05

| Prefix | | Number | Date on hire | Date off hire | NOT | Per Diem | Actual days pd | Amount Paid | Actual on hire | Actual off hire | Total days | Days due | Balance due | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRMC | | 040327 | | | Not on self billing | $2.20 | 0 | $0.00 | | | | | | Go Ele 5/03/02 GI PAMT 6/2/02 TIR M15457A Palmer / Bates 30013-30032-30126 |
| PRMC | aj | 040460 | | | Not on self billing | $2.20 | 0 | $0.00 | 06/17/02 | 10/17/02 | 164 | 164 | $338.80 | Go Memphis 6/17/02 Not on any inventories Rtd Jax TIR 68361 10/17/02 AR 807-10/30/02 Pd 0 Owes 67 / Bates 17009-50977/C |
| PRMC | | 040551 | | | Not on self billing | $2.20 | 0 | $0.00 | 11/30/03 | | 681 | 681 | $1,278.20 | |
| PRMC | aj | 045002 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | Go Jax CSX RR 4/23/02 GI Empire Houston 7/25/02 Per AR B Davis 8/21/03 Inventory stated OFHR / 6/30/03 No record of return Empire Houston inventory |
| PRMC | aj | 045006 | | | Not on self billing | $2.20 | 30 | $66.00 | 06/14/02 | 02/03/03 | 266 | 266 | $586.20 | Bdevis inventory 8/21/03 Stated Off hire 6/30/02 at Empire / Bates 52946-13180 |
| PRMC | | 045011* | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 11/30/03 | 581 | 340 | $1,278.20 | Go SJ 8/14/02 Not on any inventories Rtd Jax 2/30/03 TIR 72765 AR 616-1/30/03 Pd 0 Owes 269 / Bates 44607-51950/10-42146/F |
| PRMC | | 045016 | | | Not on self billing | $2.20 | 30 | $66.00 | 06/03/02 | 04/12/03 | 340 | 310 | $682.00 | Bates 52944-51857 |
| PRMC | | 045016* | 02/28/03 | | Not on self billing | $2.20 | 304 | $668.80 | 04/23/02 | 08/31/02 | 126 | 126 | $276.00 | Go SJ 6/00/02 Not on any inventories Sold SJ AR 621-6/13/02 Pd 30 days Wants 6 Rtd / Bates 14403-52145/G&H |
| PRMC | | 045036 | 06/01/02 | | Not on self billing | $2.20 | 304 | $668.80 | 04/23/02 | 03/15/03 | 324 | 20 | $44.00 | Bates 52945 |
| PRMC | aj | 045046 | | | Not on self billing | $2.20 | 681 | $1,150.00 | 04/23/02 | 11/30/03 | 681 | 681 | $1,278.20 | GI SJ 6/1/02 Not on any inventories Sold SJ 3/18/03 Bates 6006/7/c-50606/D-51071A-51116/9 |
| PRMC | | 045046 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | GI DR 6/7/02 No record of return |
| PRMC | | 045063 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | GI SJ 6/9/02 Signed by MMcDonald Sold SJ |
| PRMC | | 045069 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 08/31/02 | 126 | 126 | $276.00 | GI Jax 6/25/02 GI Pier West Ca 6/25/02 Rtd Jax 8/31/02 |
| PRMC | | 045071 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 08/28/02 | 122 | 122 | $268.40 | GI SJ 6/16/02 Taken back out by SSL Rtd Jax 8/28/02 TIR 67499 |
| PRMC | aj | 045082 | 09/12/03 | | Not on self billing | $2.20 | 377 | $829.40 | 04/23/02 | 11/12/03 | 563 | 186 | $409.20 | Not on any inventories Rtd 11/12/03 Email & Signed / 61867/8-51903/A-52106-42617 |
| PRMC | | 045089 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | GI SJ 5/10/02 Signed by MMcDonald Bates 51172/76 |
| PRMC | | 045100 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 08/31/02 | 126 | 126 | $276.00 | Not on any inventories Bates 19356 |
| PRMC | | 045108 | 09/30/02 | | Not on self billing | $2.20 | 164 | $338.80 | 04/23/02 | 08/01/02 | 95 | -63 | $(129.80) | GI Rio Hana DR 6/20/02 Rtd Jax 8/01/02 bates 21035-40058 |
| PRMC | | 045110 | 06/27/02 | | Not on self billing | $2.20 | 30 | $66.00 | 04/23/02 | 06/19/03 | 478 | 448 | $985.60 | AR 4/20/02/7/02/02 Pd 164 Days Wants 89 Rtd Bates 6006/7/c-SE352 |
| PRMC | aj | 045112 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | Bates 14415-14814 |
| PRMC | aj | 045134* | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | Go 4/25/02 SJ Loaded Dept PR Air National Guards No record of return |
| PRMC | aj | 045146 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | Not on any inventories Bates 19356 |
| PRMC | aj | 045147 | 06/22/02 | | Not on self billing | $2.20 | 30 | $66.00 | 06/22/02 | 08/01/02 | 42 | 42 | $92.40 | GI SJ 6/02/02 Signed by MMcDonald Sold SJ |
| PRMC | aj | 045149 | | | Not on self billing | $2.20 | 681 | $0.00 | 04/23/02 | 11/30/03 | 681 | 681 | $1,278.20 | Not on any invs. Not term per lease agrmt Signed MMD 8/1/02 Sold SJ 2/18/03 AR 622-7/1/02 Pd 30 Days Owes 19 |
| PRMC | aj | 045163* | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/12/02 | 76 | 76 | $166.00 | GI Dr 6/19/02 No record of return |
| PRMC | aj | 045164 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | Bates 52944 |
| PRMC | aj | 045173 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | GI SJ 6/10/02 Signed by MMcDonald |
| PRMC | aj | 045176 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | GI SJ 6/10/02 Signed by MMcDonald |
| PRMC | aj | 045179 | 06/03/02 | | Not on self billing | $2.20 | 460 | $1,012.00 | 04/23/02 | 11/30/03 | 681 | 121 | $266.20 | GI SJ 6/6/02 Signed by MMcDonald |
| PRMC | aj | 045186 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | Bates 19531 |
| PRMC | aj | 045199 | 06/23/02 | | Not on self billing | $2.20 | 303 | $666.60 | 06/23/02 | 12/02/03 | 659 | 266 | $563.20 | GoDR 6/26/02 No record of return Bates 6006/7/w |
| PRMC | aj | 045202 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 11/30/03 | 681 | 681 | $1,278.20 | Not on any inventories Rtd SJ 12/2/03 TIR 18275 |
| PRMC | aj | 045203 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 11/30/03 | 681 | 681 | $1,278.20 | GI DR 6/20/02 Not on any inventories No record of return |
| PRMC | | 045204 | 06/25/02 | | Not on self billing | $2.20 | 30 | $66.00 | 06/25/02 | 11/30/03 | 681 | 681 | $1,212.20 | GI DR 4/23/02 No record of return |
| PRMC | aj | 045214 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 11/30/03 | 681 | 681 | $1,278.20 | GI DR 6/25/02 Not on any inventories No record of return AR 625-6/29/02 Pd 30 Days Owes 66 |
| PRMC | aj | 045221 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 76 | 76 | $166.00 | Bates 40148-18036-L51207-42746/C |
| PRMC | aj | 045232 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 02/06/03 | 284 | 284 | $468.80 | GI SJ 6/8/02 Loaded Sabago, Inc Not on any inventories No record of return |
| PRMC | aj | 045240 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | GI DR 6/20/02 No record of return Bates 50067/w-AK66 |
| PRMC | aj | 045246 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | GI SJ 6/10/02 Signed by MMcDonald Sold SJ |
| PRMC | aj | 045251 | 06/19/02 | | Not on self billing | $2.20 | 30 | $66.00 | 06/01/02 | 11/30/03 | 96 | 66 | $378.40 | GI DR 6/26/02 Loaded Bao Plas, Inc No record of return |
| PRMC | aj | 045254 | 04/07/03 | | Not on self billing | $2.20 | 344 | $756.80 | 04/23/02 | 04/16/03 | 353 | 9 | $19.80 | Put into Storage 7/19/02 bates 14327 SE6060/7/11-354 / Signed by MMcDonald 8/1/02 AR 629-7/19/02 Pd 30 Wants 30 rtd Pd in error NOH |
| PRMC | aj | 045294 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | Bates 6006/7/w-18037-50606/d-5143/G33-51071/e-51186/91-51867/8-5143/E39 |
| PRMC | aj | 045299 | | | Not on self billing | $2.20 | 213 | $0.00 | 04/23/02 | 11/27/02 | 213 | 213 | $468.60 | GI SJ 6/14/02 Signed by MMcDonald |
| PRMC | aj | 045303 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 02/06/03 | 284 | 284 | $625.40 | GI DR 6/20/02 Not on any inventories No record of return Bates 50067/w-AK66 |
| PRMC | aj | 045307 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | bates 51172/76 |
| PRMC | aj | 045310 | | | Not on self billing | $2.20 | 0 | $0.00 | 07/01/02 | 08/31/02 | 126 | 126 | $276.00 | Bates 21189 |
| PRMC | aj | 045315 | 12/31/03 | | Not on self billing | $2.20 | 488 | $1,073.60 | 04/23/02 | 07/10/02 | 73 | 73 | $160.60 | Bates 21121 |
| PRMC | aj | 045318 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 11/30/03 | 681 | 93 | $204.60 | GI SJ 6/10/02 Signed by MMcDonald Sold SJ |
| PRMC | aj | 045319 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 11/30/03 | 681 | 681 | $1,278.20 | Not on any inventories No record of return |
| PRMC | aj | 045323 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 10/17/02 | 122 | 172 | $378.40 | GI SJ 6/1/02 Signed by MMcDonald |
| PRMC | aj | 045326* | 09/01/02 | | Not on self billing | $2.20 | 66 | $123.20 | 06/07/02 | 01/20/03 | 626 | 626 | $1,156.00 | Bates 14431-18604-L3444-42977/C-42146/C&J |
| PRMC | aj | 045327* | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 08/21/02 | 117 | 117 | $257.40 | Go Miami FEC RR 6/7/02 Rtd Jax 8/31/02 Sold Jax |
| PRMC | | 045329 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | | 93 | 93 | $204.60 | Bates 21177 |
| PRMC | aj | 045333 | | | Not on self billing | $2.20 | 0 | $0.00 | 04/23/02 | 09/16/03 | 506 | 506 | $1,111.00 | Not on any inventories GI PAMT 7/30/02 Palmer TIR M316/27/B / Bates 30104-30117-30126-30128-30142-30241-30256 / GI SJ 4/20/02 Not on any inventories Sold 9/16/03 TIR 8227/1 AR NOH |

A-145

| Acct | ID | Status | | | | | | | | | | | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRMC | 046334 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Go paint 6/13/02 Palmer M11693C W/in NPRU67425 GI 7/15/02 Palmer M27466A |
| PRMC | 046340 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 30240-30266 |
| PRMC | 04534B | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI DR 625/02 In use on Pier 7/10/03 Rtd SJ 12/01/03 TIR 102673 Shipped to Jax |
| PRMC | 046349 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 40058-51465/68-51901-51071/a5118&91 |
| PRMC | 046352 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI DR 6/6/02 Not on any inventories No record of return |
| PRMC | 046356 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI DR 6/25/02 Not on any inventories No record of return |
| PRMC | 046359 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 6/6/02 Signed by MMcDonald |
| PRMC | 046361 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Not on any inventories Rtd Jax 8/6/03 TIR 80366 |
| PRMC | 046366 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 52345-51465/68-51901/a-51844 |
| PRMC | 046367 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Go DR 625/02 Not signed by MMcDonald Not on any inventories AR 6/17-7/10/02 Pd 30 days Owes 3 |
| PRMC | 046373 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 60067w-40058 |
| PRMC | 046374 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI DR 6/2/02 Not on any inventories No record of return |
| PRMC | 046395 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 60067W-- |
| PRMC | 046376 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 6/9/02 Not on inventories Signed MMD 8/1/02 Sold SJ 6/20/03 Bates 14431-14463-352 |
| PRMC | 046421 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Not on any inventories Not terminated as per lease agreement Sold SJ 9/4/03 |
| PRMC | 046422 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 51465/68-51901/a-51907A |
| PRMC | 046425 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI Miami 4/29/02 FEC RR Not on any inventories Sold SJ 2/14/03 |
| PRMC | 046431 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 6145669-62072/a |
| PRMC | 046436 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 19406 |
| PRMC | 046443 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 6/10/02 Signed by MMcDonald Taken back by SSL In use on Pier 10/24/03 |
| PRMC | 046463 | Not on self billing | | | | | | | | | | | | | | | | | | | | | No record of return |
| PRMC | 046466 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 4/30/02 Signed by MMcDonald Sold SJ AR 4/30-7/10/02 Pd 154 days Want 82 Rtd |
| PRMC | 046467 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 60067/o |
| PRMC | 046473 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI 4/25/02 Charlotte FCl in CSX RR system Rtd Jax 6/31/02 |
| PRMC | 046476 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 40067-50600/D |
| PRMC | 046483 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 6/10/02 Signed MMcDonald |
| PRMC | 046486 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 4/25/02 Not on any inventories Rtd Jax 6/14/03 TIR 77716 AR 8/9-12/13/02 Pd 181 Wants 66 Rtd |
| PRMC | 046487 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 18601-18605-18777A-51071/a-5116&91-51468 |
| PRMC | 046494 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Go SJ 5/1/02 Vargas Marre Not on any inventories No record of return |
| PRMC | 046498 | Not on self billing | | | | | | | | | | | | | | | | | | | | | A Davis memo to A Rooks 4/25/06 |
| PRMC | 046499 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI DR 6/4/02 Not on any inventories No record of return |
| PRMC | 046501 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 4/30/02 Signed by MMcDonald Sold SJ AR 4/30-7/10/02 Pd 154 days Want 82 Rtd |
| PRMC | 046502 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 8006TO-50600/D |
| PRMC | 046509 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Taken back out by SSL No record of return Bates 8006TO-50600/D |
| PRMC | 046522 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 21152 |
| PRMC | 046526 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 4/26/02 Signed by MMcDonald |
| PRMC | 046528 | Not on self billing | | | | | | | | | | | | | | | | | | | | | bates 18631 |
| PRMC | 046601 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 6/14/02 Signed by MMcDonald |
| PRMC | 046602 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI DR 6/25/02 Not on any inventories No record of return |
| PRMC | 046609 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 18043-Bates 60606/A |
| PRMC | 046622 | Not on self billing | | | | | | | | | | | | | | | | | | | | | GI SJ 6/5/02 Not on any inventories Rtd Jax 4/22/03 TIR 76338 Sold Jax |
| PRMC | 046526 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 61435/19-51071/a-5116&91 |
| PRMC | 170003 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 40061-40063-52546 |
| PRMC | 170004 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Not on any inventories Rtd Jax 6/20/03 TIR 77719 |
| PRMC | 170005 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 14408 |
| PRMC | 170006 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 32037-30276 |
| PRMC | 170007 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 40141 |
| PRMC | 170008 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 18613-62066-Robins 10 & 11 |
| PRMC | 170009 | Not on self billing | | | | | | | | | | | | | | | | | | | | | Bates 30240-30276 |

162172

A-146

A-147

063126

A-148

063127

A-149

006123

A-150

063129

A-151