# APPENDIX

# PART 4c OF 7

A-170

A-171

063150

A-172

063151

A-173

063152

A-174

063135

A-175

A-176

063155

C 063156

A-178

063157

A-179

063153

A-180

063159

A-181

063160

063161

A-182

063162

A-184

063163

063164

A-185