# APPENDIX

# PART 5b OF 7

063131

A-202

063132

A-203

063133

**A-204**

A-205

063184

A-206

063185

063186

A-207

A-208

€ 063187

063183

A-210

063189

A-211

063190

A-212

063191

A-213

ℰ 063193

A-214

063193

**Schedule XV 40' Containers**

Units used by SSL both on self billing report and not on self billing report. Terminated and not terminated

Amended 9/2/2002

| Prefix | Number | Date on hire | Date off hire | Per Diem | Actual days of Paid | Actual off hire | Actual off hire date | Total days | Days due | Balance due | Interest Credit should be | Interest Credit Taken | 29-Apr | 14-May | 29-May | 13-Jun | 28-Jun | 13-Jul | 28-Jul | 1-Aug | 1-Sep | 1-Oct | 1-Nov | 1-Dec | 1-Jan | 1-Feb | TTL | NOT | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A-215

A-216

063195

A-217

063196

A-218

U63197

A-219

063193

A-220

063199

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRMU | 6007107 | Not on self billing | $1.25 | 7/16/2002 | 8/31/2002 | $0.00 | 4/29/2002 | 1/30/2003 | 591 | $726.25 | | 0 | 0 | 0 | 0 | 0 | Iv PAMT 425/02 MA455557/90 On both Inventories Taken Back SSL Used as a fence on pier in SJ |
| PRMU | 6007107 | MA4655 | | | | | | In Transit Credit | -14 | ($17.50) | | | | | | | Bates 151776 |
| PRMU | 6004655 | | | | | 12 | $15.00 | 6/5/2002 | 16 | $22.50 | | 7 | 5 | | | 12 | Go Jax 6/24/02 Rtd Jax 6/5/02 30 Day Minimum AR 626/02-45602 Pd 12 Days for days used |
| PRMU | 6007105 | | | | | | | | | | | | | | | | Bates 18516-18203-Also 3 |
| PRMU | 6007106 | 7/16/2002 | 8/31/2002 | 47 | $58.75 | 4/29/2002 | 6/17/2002 | 111 | $138.75 | | 0 | 0 | 16 | 21 | | 0 | 47 | Not any Inventories Rtd Jax 10/30/02 TR 88522 AR 7/16-100302 Pd 77 Days Owes 2 Days |
| PRMU | 6007107 | Not on self billing | $1.25 | | | | | | 19 | $13.75 | | 0 | 0 | 0 | 0 | 0 | Bates 18904-51400-51432-52304-9570v |
| PRMU | 6007107 | Not on self billing | $1.25 | 4/26/2002 | 6/22/2002 | 124 | $155.00 | 6/22/2002 | 89 | $111.25 | | 16 | 30 | 31 | 12 | 0 | 124 | Gi PAMT 617/02 Evans M2265A 30 Day Minimum |
| PRMU | 6007075 | 4/26/2002 | 8/31/2002 | | | | | | -49 | ($61.25) | $184.00 | $184.00 | | 0 | 0 | 0 | 0 | Go SJ 6/10/02 Loaded on truck SJ Immobiles Sold SJ |
| PRMU | 6006575 | | | | | -14 | ($17.50) | | | | | | | | | | Bates 6006776 |
| PRMU | 6006576 | 5/30/2002 | | | | 22 | $15.00 | 8/30/2002 | 22 | $25.00 | | 10 | 12 | | 0 | 12 | Go Jax 6/20/02 Rtd Jax 6/20/02 Sold Jax AR 6/19/02-620602 Pd 12 Days Owes 0 |
| PRMU | 6006717 | 5/16/2002 | 8/31/2002 | 108 | $142.50 | 4/29/2002 | 6/18/2002 | 109 | ($1.25) | | 20 | 30 | 31 | | 0 | 108 | Go SJ 5/20/02 On 6/15/02 SJ Inventory only Sold SJ Bates 29163-30163-30214-30255 |
| PRMU | | | | | | Paid 6/1/02 AR $1.00 | | | | | | | | | | | Bates 151162-Also 3 |
| PRMU | 6007171 | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 6/6/2002 | 36 | $45.00 | | 30 | 30 | | 0 | 109 | Vd 6lk 5/6/02 Gi PAMT 6/6/02 Palmer M1878/A All NON |
| PRMU | 6007170 | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 6/23/2002 | 109 | $136.25 | | 0 | 0 | 31 | | 0 | Go 6lk 6/30/01 6 Commercial Reg On 6/15/02 SJ Inventory only Sold SJ Bates 19327-52946-50647 |
| PRMU | 6007170 | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 11/30/2002 | 591 | $726.25 | | 0 | 0 | 0 | | 0 | Vd GR 5/13/02 Gi Pencil Not on any Inventories No record of return |
| PRMU | 6007170 | | | | | | | | | | | | | | | | Bates 6006780-52926-52937 |
| PRMU | 6007122 | 5/16/2002 | 9/30/2002 | 138 | $172.50 | 4/26/2002 | 6/16/2002 | 109 | -29 | ($36.25) | | 16 | 30 | 31 | 30 | 0 | 138 | Vd SJ 5/20/02 On 6/15/02 SJ Inventory only Sold SJ Bates 50057u-30187-50201-30205-30311 |
| PRMU | 6007123 | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 11/30/2002 | 591 | $726.25 | | 0 | 0 | 31 | 31 | 0 | Gi DR 5/6/02 Not on any Inventories No record of return |
| PRMU | 6007123 | | | | | | | | | | | | | | | | Bates 50202-40187-50211 |
| PRMU | 6007123+ | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 8/31/2002 | 125 | $156.25 | | 0 | 0 | 0 | 0 | 0 | Bates 19353-52945-52447 |
| PRMU | 6007125 | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 8/31/2002 | 125 | $156.25 | | 0 | 0 | 0 | 0 | 0 | Gi SJ 4/4/02 Rtd Jax 8/31/02 Sold SJ |
| PRMU | 6007125 | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 8/31/2002 | 125 | $156.25 | | 0 | 0 | 0 | 0 | 0 | Vd Jax 9/5/02 Rtd Jax 8/31/02 Sold Jax |
| PRMU | 6007187 | 4/30/2002 | 8/31/2002 | 124 | $155.00 | 4/29/2002 | 8/2/2002 | 485 | $663.75 | | 0 | 0 | 31 | 30 | 0 | 124 | Gi SJ 4/30/02 On both SJ Inv Taken Back SSL Used Fence at gate Sold SJ 50533 es AR 426-30/02 |
| PRMU | 6007187 H04675 | | | | | | | | -11 | ($13.75) | ($228.00) | | | | | | Paid 155 Days Owes 2 Bates 50057F |
| PRMU | 6004243 | 4/30/2002 | | | | $0.00 | 4/29/2002 | 8/2/2002 | 591 | $726.25 | | 0 | 0 | 31 | | 0 | 153 | Go Jax 4/25/02 7/c Covers Memphis On 6/22/02 SJ Inventory only No record of return |
| PRMU | | | | | | | | | | | | | | | | | Bates 14334-43341-521591 |
| PRMU | 6007244 | Not on self billing | $1.25 | | | $0.00 | 1/16/2002 | 7/17/2002 | 63 | $78.75 | | 20 | 31 | | 0 | 501 | Gi Atlanta 6/7/02 Spectrum Not on any Inventories No record of return Bates 50057u-30186-52945 |
| PRMU | 6007247 | Not on self billing | $1.25 | | | $0.00 | 6/14/2002 | 8/31/2002 | 125 | $156.25 | | 0 | 0 | 0 | 0 | 0 | Go Evansville 5/7/02 CSX Rail L d Bristol Myers Rtd Jax 6/21/02 Sold Jax Bates 19331-52946-L-51142 |
| PRMU | 6007247 | Not on self billing | $1.25 | | | $0.00 | 6/30/2002 | 22/10/2002 | 209 | $373.75 | | 0 | 0 | 31 | | 0 | Go Jax 4/15/02 7/c Covers Memphis On 6/22/02 SJ Inventory only Sold SJ 3/20/03 es |
| PRMU | 6007202 | 8/31/2002 | | | 191 | $176.25 | 11/30/2002 | 591 | $600.00 | | 0 | 0 | 30 | 31 | | 501 | Gi Atlanta 6/7/02 Spectrum Not on any Inventories No record of return Bates 19619-62456601 |
| PRMU | 6997337 | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 11/30/2002 | 591 | $726.25 | | 0 | 0 | 0 | 0 | 0 | Not any Inventories Used as fence on SJ pier No record of return |
| PRMU | 6006373 | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 11/30/2002 | 591 | $726.25 | | 0 | 0 | 0 | 0 | 0 | Not On 5/3/02 On SSL 2/23/04 6 10/19/04 Inventories |
| PRMU | 6009116 | Not on self billing | $1.25 | | | $0.00 | 4/29/2002 | 11/30/2002 | 591 | $726.25 | | 0 | 0 | 0 | 0 | 0 | Not any Inventories Container in use for storage on SJ Pier On 3/20/03 Inventory No record of return |
| | | | | | | | | | | | | | | | | | Bates 19620 |
| | | | TOTAL | | | | | | | $55,739.50 | $472.75 | $105.00 | | | | | | |

A-221

063200

063236

A-222