UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | |
| EMERALD EQUIPMENT LEASING,<br>INC., a corporation, | : | |
| | : | |
| Defendant/Plaintiff<br>on the Counterclaim | : | Case No. 05-CV-00245-(JJF) |
| | : | |
| -vs- | : | |
| | : | |
| SEA STAR LINE, LLC | : | |
| | : | |
| Defendant on the<br>Counterclaim | : | |

## CERTIFICATION OF SERVICE

I hereby certify on this _____25 th_____ day of _____May_____, 2007, a copy of

Emerald Equipment Leasing, Inc.'s Motion For Partial Summary Judgment on Count III

of the Amended Counterclaim of Emerald Seeking an Accounting And For Further Relief

Appointing A Master Pursuant to Fed.R.Civ.Proc. 53, together with Emerald Equipment

Leasing, Inc.'s Opening Brief in Support of Emerald's Motion For Partial Summary

Judgment on Count III of the Amended Counterclaim of Emerald Seeking an Accounting

And For Further Relief Appointing A Master Pursuant to Fed.R.Civ.Proc. 53 and

accompanying Appendix was served on the following by first-class mail:

Timothy J. Armstrong, Esquire
Armstrong & Mejer
Suite 1111, Douglas Center
2600 Douglas Road
Coral Gables, FL 33134

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899


ECKERT SEAMANS CHERIN & MELLOTT, LLC


By: _____/s/ Ronald S. Gellert, Esq._____
Tara Lattomus, Esq. (No. 3515)
Ronald S. Gellert, Esq. (No. 4259)
300 Delaware Avenue
Suite 1210
Wilmington, DE  19801
302-425-0430

-and-

Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102
215-851-8400

May 25, 2007          Counsel for Emerald Equipment Leasing, Inc.