## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2007 a copy of the foregoing **SEA STAR'S RESPONSE TO EMERALD'S MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS** was served on the parties listed below in the manner indicated:

***FIRST-CLASS MAIL***
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

***ELECTRONIC MAIL and FIRST-CLASS MAIL***
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

/s/ Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)