IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company,<br><br>        Plaintiff,<br><br>-vs-<br><br>EMERALD EQUIPMENT LEASING, INC.,<br>a corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 05-CV-00245 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON SUMMARY JUDGMENT BRIEFING

The following briefing schedule shall govern the briefing of Emerald Equipment Leasing, Inc.'s ("Emerald") Motion for Partial Summary Judgment and Sea Star Line, LLC's ("Sea Star") cross motion for partial summary judgment.

1. Sea Star shall file its combined opening/answering brief within 10 days of the completion of the Emerald 30(b)(6) deposition.

2. Emerald shall file its combined answering/reply brief within 21 days after the filing of Sea Star's combined brief.

3. Sea Star shall file its reply brief on its cross motion for summary judgment within 14 days after the filing of Emerald's combined brief.

    SO ORDERED

Date:_____                           _____
                                                               Joseph J. Farnan
                                                               United States District Judge