UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company,<br><br>    Plaintiff,<br><br>-vs-<br><br>EMERALD EQUIPMENT LEASING,<br>INC., a corporation,<br><br>    Defendant/Plaintiff<br>    on the Counterclaim<br><br>-vs-<br><br>SEA STAR LINE, LLC<br><br>    Defendant on the<br>    Counterclaim | CIVIL ACTION<br><br><br><br><br><br><br><br>Case No. 05-CV-00245-(JJF) |

**EMERALD'S STATEMENT IN LIEU OF REPLY TO SEA STAR'S
RESPONSE TO EMERALD'S MOTION TO COMPEL
RESPONSES TO CERTAIN INTERROGATORIES**

Defendant/Counterclaimant, Emerald Equipment Leasing, Inc. ("Emerald"), by its attorneys, Eckert Seamans Cherin & Mellott, LLC, hereby provides this statement in lieu of reply to Sea Star's Response to Emerald's Motion to Compel Responses to Certain Interrogatories. Pursuant to paragraph 5 of the Rule 16 Scheduling Order entered by this Court on November 3, 2006, discovery motions are to consist of a motion and an answer to the motion filed by the responding party. Upon receipt of the answer, the movant is to notify chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing. Paragraph 5(d) of the Scheduling Order further provides that upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly. Emerald, as the movant in this discovery motion, submitted the

e-mail notification as provided for in the Rule 16 Scheduling Order (see Exhibit "A"). This statement is provided in lieu of a reply. Emerald respectfully requests a conference be scheduled to dispose of this motion pursuant to paragraph 5(d) of the Rule 16 Scheduling Order.

                ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _/s/ Ronald S. Gellert_
Ronald S. Gellert, Esquire
300 Delaware Avenue, Suite 1210
Wilmington, De 19801
Phone: 302-425-0430
Fax:   302-425-0432
    -and-

Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
215-851-8400
Counsel for Emerald Equipment Leasing, Inc.

June 12, 2007