# EXHIBIT A

## Moldoff, Alan

| | |
|---|---|
| **From:** | Moldoff, Alan |
| **Sent:** | Thursday, May 31, 2007 6:06 PM |
| **To:** | 'jjf_civil@ded.uscourts.gov' |
| **Cc:** | 'tarmstrong@armstrongmejer.com'; 'Kathleen Miller'; Schildhorn, Gary |
| **Subject:** | Sea Star Line, LLC v Emerald Equipment Leasing, Inc Civil Action No.. 05C-245 JJF |

Pursuant to paragraph 5(c) of the Rule 16 Scheduling Order entered in the above referenced case on November 3, 2006, this is to advise the Court that the Emerald Motion and Sea Star Response have each been filed in connection with the following Emerald discovery motions filed in this case:

1. Motion of Emerald Equipment Leasing, Inc. to Compel Sea Star Line LLC's Responses To Certain Interrogatories and

2. Motion of Emerald Equipment Leasing, Inc To Compel Sea Star Line LLC's Production of Certain Documents.

As such, these matters are ready for disposition by the Court in accordance with paragraph 5(d) of the Rule 16 Scheduling Order.

Respectfully,

Alan I. Moldoff, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102
Phone: 215-568-7515 (ext.141)
Fax:  215-557-7922
Email:  amoldoff@adelmanlaw.com
        amoldoff@eckertseamans.com