UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : | CIVIL ACTION |
| Plaintiff, | : | |
| -vs- | : | |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : | |
| Defendant/Plaintiff on the Counterclaim | : | Case No. 05-CV-00245-(JJF) |
| -vs- | : | |
| SEA STAR LINE, LLC | : | |
| Defendant on the Counterclaim | : | |

**CERTIFICATION OF SERVICE**

I hereby certify on this 12th day of June, 2007, a copy of Emerald's Statement in Lieu of Reply to Sea Star's Response to Emerald's Motion to Compel Responses to Certain Interrogatories was served on the following by first-class mail:

> Timothy J. Armstrong, Esquire
> Armstrong & Mejer
> Suite 1111, Douglas Center
> 2600 Douglas Road
> Coral Gables, FL  33134

> Kathleen M. Miller, Esquire
> Smith, Katzenstein & Furlow, LLP
> 800 Delaware Avenue, 7th Floor
> P.O. Box 410
> Wilmington, DE  19899

Charles C. Robinson, Esquire
Garvey Schubert Barer
1191 Second Avenue, Suite 1800
Seattle, WA 98101-2939

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/ Ronald S. Gellert
Ronald S. Gellert, Esq. (No. 4259)
Tara Lattomus, Esq. (No. 3515)
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
302-425-0430

-and-

Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
215-851-8400

June 12, 2007   Counsel for Emerald Equipment Leasing, Inc.