UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | |
| EMERALD EQUIPMENT LEASING,<br>INC., a corporation, | : | |
| | : | |
| Defendant/Plaintiff<br>on the Counterclaim | : | Case No. 05-CV-00245-(JJF) |
| | : | |
| -vs- | : | |
| | : | |
| SEA STAR LINE, LLC | : | |
| | : | |
| Defendant on the<br>Counterclaim | : | |

**EMERALD'S STATEMENT IN LIEU OF REPLY TO SEA STAR'S
RESPONSE TO EMERALD'S MOTION TO COMPEL
PRODUCTION OF CERTAIN DOCUMENTS**

Defendant/Counterclaimant, Emerald Equipment Leasing, Inc. ("Emerald"), by its

attorneys, Eckert Seamans Cherin & Mellott, LLC, hereby provides this statement in lieu

of reply to Sea Star's Response to Emerald's Motion to Compel Production of Certain

Documents. Pursuant to paragraph 5 of the Rule 16 Scheduling Order entered by this

Court on November 3, 2006, discovery motions are to consist of a motion and an answer

to the motion filed by the responding party. Upon receipt of the answer, the movant is to

notify chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed

briefing. Paragraph 5(d) of the Scheduling Order further provides that upon receipt of the

movant's e-mail, the Court will determine whether a conference is necessary and advise

the parties accordingly. Emerald, as the movant in this discovery motion, submitted the

e-mail notification as provided for in the Rule 16 Scheduling Order (see Exhibit "A").

This statement is provided in lieu of a reply. Emerald respectfully requests a conference

be scheduled to dispose of this motion pursuant to paragraph 5(d) of the Rule 16

Scheduling Order.

ECKERT SEAMANS CHERIN & MELLOTT, LLC


By: _____
     Ronald S. Gellert, Esquire
     300 Delaware Avenue, Suite 1210
     Wilmington, De 19801
     Phone: 302-425-0430
     Fax:    302-425-0432

        -and-

     Gary M. Schildhorn, Esq.
     Alan I. Moldoff, Esq.
     Two Liberty Place
     50 South 16th Street, 22nd Floor
     Philadelphia, PA 19102
     215-851-8400

June 12, 2007          Counsel for Emerald Equipment Leasing, Inc.