UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company, : | CIVIL ACTION |
| : | |
| Plaintiff, : | |
| : | |
| -vs- : | |
| : | |
| EMERALD EQUIPMENT LEASING,<br>INC., a corporation, : | |
| : | |
| Defendant/Plaintiff :<br>on the Counterclaim : | Case No. 05-CV-00245-(JJF) |
| : | |
| -vs- : | |
| : | |
| SEA STAR LINE, LLC : | |
| : | |
| Defendant on the<br>Counterclaim : | |

## CERTIFICATION OF SERVICE

I hereby certify on this 12th day of June, 2007, a copy of Emerald's Statement in Lieu of Reply to Sea Star's Response to Emerald's Motion to Compel Production of Certain Documentss was served on the following by first-class mail:

        Timothy J. Armstrong, Esquire
        Armstrong & Mejer
        Suite 1111, Douglas Center
        2600 Douglas Road
        Coral Gables, FL  33134

        Kathleen M. Miller, Esquire
        Smith, Katzenstein & Furlow, LLP
        800 Delaware Avenue, 7th Floor
        P.O. Box 410
        Wilmington, DE  19899

Charles C. Robinson, Esquire
Garvey Schubert Barer
1191 Second Avenue, Suite 1800
Seattle, WA 98101-2939

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _/s/ R. Gell_____
Ronald S. Gellert, Esq. (No. 4259)
Tara Lattomus, Esq. (No. 3515)
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
302-425-0430

-and-

Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
215-851-8400

June 12, 2007   Counsel for Emerald Equipment Leasing, Inc.