EXHIBIT "A"

1

```
         IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA

                    JACKSONVILLE DIVISION

              CASE NO. 3:04 CV-146-V-99-HTS
```

Sea Star Line, LLC
a limited liability company,                    **CERTIFIED COPY**

    Plaintiff,

vs.

EMERALD EQUIPMENT LEASING,
INC., a corporation,

    Defendant.
_____

    Deposition of **PHILIP BATES**, taken on behalf of the Defendant, pursuant to Notice of Taking Deposition in the above-entitled action, on Monday, January, 10th, 2005, at 9:45 a.m., at the offices of Powers Reporting, Inc., 220 East Forsyth Street, Jacksonville, Florida, before Sherry Brazier, a Notary Public in and for the State of Florida at Large.

```
 1   transaction?
 2       A    Yes.
 3       Q    Did you have any involvement in it?
 4       A    I spent some time in Philadelphia doing due
 5   diligence.
 6       Q    And who else was involved in that
 7   transaction on behalf of Sea Star Line?
 8       A    From an equipment standpoint, Andy Rooks was
 9   with me.
10       Q    And could you generally describe the
11   transaction and in particular what assets were
12   purchased?
13       A    Okay.  There were four ships.
14       Q    That were purchased?
15       A    Yes.
16       Q    Do you know the names of those?
17       A    Some terminal equipment.
18       Q    Do you know the names of those ships at this
19   time?
20       A    From memory the Humacao, Mayaguez and two
21   others.
22       Q    Okay.  All right.  I'm sorry.  So you
23   purchased some ships, you, Sea Star, and what were the
24   other assets purchased?
25       A    A terminal lease in San Juan and a long list
```

1  of office equipment, office leases, some terminal
2  equipment --
3       Q    When you say --
4       A    -- receivables, terminal equipment.
5       Q    Yeah, what is terminal equipment?
6       A    That would be terminal handling equipment.
7       Q    In terms of equipment, did you purchase
8  any -- the containers, the reefers, chassis?
9       A    In general, no.
10      Q    Did you purchase the bookings of NPR, it's
11 customers?
12      A    Yes.  When I said receivables, that would
13 be -- well, the receivables would be shipments that
14 had taken place where money was due.
15      Q    Right.
16      A    We also purchased shipments in progress at
17 the time of closing.
18      Q    Any contracts with customers that --
19      A    My understanding is no.
20      Q    All right.  As a result of this aquisition,
21 the aquisition of those assets of NPR, Inc., that you
22 mentioned, did Sea Star Line determine that it needed
   to either lease or purchase equipment along the lines
   of containers and gensets and reefers and chassis?
        A    Can you repeat that, please?