UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| -vs- | : : | |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : : : | |
| Defendant/Plaintiff on the Counterclaim | : : : | Case No. 05-CV-00245-(JJF) |
| -vs- | : : : | |
| SEA STAR LINE, LLC | : : | |
| Defendant on the Counterclaim | : : | |

## CERTIFICATION OF SERVICE

I hereby certify on this 13th day of June, 2007, a copy of Emerald Reply to Sea

Star's Response to Emerald's Motion For Protective Order Regarding Re-Noticed

Deposition was served on the following by first-class mail:

Timothy J. Armstrong, Esquire
Armstrong & Mejer
Suite 1111, Douglas Center
2600 Douglas Road
Coral Gables, FL  33134

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

Charles C. Robinson, Esquire
Garvey Schubert Barer
1191 Second Avenue, Suite 1800
Seattle, WA  98101-2939


ECKERT SEAMANS CHERIN & MELLOTT, LLC


By: _____
Ronald S. Gellert, Esq. (No. 4259)
Tara Lattomus, Esq. (No. 3515)
300 Delaware Avenue
Suite 1210
Wilmington, DE  19801
302-425-0430

-and-

Gary M. Schildhorn, Esq.
Alan I. Moldoff, Esq.
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102
215-851-8400

June 13, 2007                                    Counsel for Emerald Equipment Leasing, Inc.