IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC, a limited : 
liability company, :
 :
       Plaintiff, :
 :
   v. : Civ. Act. No. 05-245-JJF
 :
EMERALD EQUIPMENT LEASING, INC.,:
a corporation, :
 :
      Defendant. :

## O R D E R

WHEREAS, several discovery Motions are pending before the Court (D.I. 114, 115 and 116);

NOW THEREFORE, IT IS HEREBY ORDERED that a Hearing will be held in connection with the pending Motions on **Wednesday, August 22, 2007** at **1:45 p.m.** in Courtroom 4B, 4th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

July 31, 2007
DATE

UNITED STATES DISTRICT JUDGE