UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

SEA STAR LINE, LLC,
a limited liability company,   Civil Action No. 05-CV-245-JJF

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant,

-vs-

SEA STAR LINE, LLC,

    Counter-Defendant.
_____/

## NOTICE OF TAKING DEPOSITION

TO:   ALAN I. MOLDOFF, ESQ.
      Eckert Seamans Cherin & Mellott, LLC
      Two Liberty Place
      50 South 16th Street
      22nd Floor
      Philadelphia, PA 19102

      Ronald S. Gellert, Esq.
      Eckert Seamans Cherin & Mellott, LLC
      300 Delaware Avenue
      Suite 1210
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the deposition of:

MBC Leasing Corp. pursuant to Fed. R. Civ. P. 45 and 30(b)(6), by and through any one or more officers, directors, managing agents, or corporate designees having personal knowledge of and qualified to testify as to the matters specified in attached Exhibit "A" and to produce documents specified in attached Exhibit "B".

DATE:        August 24, 2007

TIME:        10:00 A.M.

PLACE:       Neuberger, Quinn, Glelen, Rubin Gibber, P.A.
             One South Street, 27th Floor
             Baltimore, MD 21202

upon oral examination before, a Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Delaware. The oral examination will continue from day to day until completed. Each deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable and governing rules.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys will take the deposition of:

Storage Transfer, LLC pursuant to Fed. R. Civ. P. 45 and 30(b)(6), by and through any one or more officers, directors, managing agents, or corporate designees having personal knowledge of and qualified to testify as to the matters specified in attached Exhibit "A" and to produce documents specified in attached Exhibit "B".

DATE:        August 23, 2007

TIME:        10:00 A.M.

PLACE:       Law offices of Francis C. Miller, Esq.
             21 W. Washington Street, Suite D
             West Chester, PA 19380

upon oral examination before, a Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Delaware. The oral examination will continue from day to day until completed. Each deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable

and governing rules.

Dated: August 13, 2007               SMITH, KATZENSTEIN & FURLOW LLP

                                     _____
                                     Kathleen M. Miller (I.D. No. 2898)
                                     800 Delaware Avenue
                                     P.O. Box 410
                                     Wilmington, DE 19899
                                     Telephone: 302-652-8400
                                     Facsimile: 302-652-8405
                                     E-mail: Kmiller@skfdelaware.com

OF COUNSEL:
Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Miami, FL 33134
Telephone: 305-444-3355              *Attorneys for Sea Star Line LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2007 a copy of the foregoing **SEA STAR'S NOTICE OF DEPOSITION** was served on the parties listed below in the manner indicated:

**Facsimile**
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

**First Class Mail**
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

_____
Kathleen M. Miller   (2898)