IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC, a limited  :
liability company,             :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civ. Act. No. 05-245-JJF
                               :
EMERALD EQUIPMENT LEASING, INC.,:
a corporation,                 :
                               :
        Defendant.             :

### O R D E R

WHEREAS, the Court held a hearing on August 22, 2007, in connection with the Motion Of Emerald Equipment Leasing, Inc. To Compel Sea Star Line LLC's Responses To Certain Interrogatories (D.I. 114) and the Motion Of Emerald Equipment Leasing, Inc. To Compel Sea Star Line LLC's Production Of Certain Documents (D.I. 115);

WHEREAS, the Court permitted Emerald Equipment Leasing, Inc. to conduct limited third party discovery with regard to Sea Star Line, LLC's record keeping practices;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion Of Emerald Equipment Leasing, Inc. To Compel Sea Star Line LLC's Responses To Certain Interrogatories (D.I. 114) is **DENIED** without prejudice in deference to the third party discovery to be conducted by Emerald Equipment Leasing, Inc.

2. The Motion Of Emerald Equipment Leasing, Inc. To Compel Sea Star Line LLC's Production Of Certain Documents (D.I. 115)

is **DENIED** without prejudice in deference to the third party discovery to be conducted by Emerald Equipment Leasing, Inc.

August 23, 2007
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE