IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC, a limited        :
liability company,                   :
                                     :
             Plaintiff,              :
                                     :
     v.                              :  Civ. Act. No. 05-245-JJF
                                     :
EMERALD EQUIPMENT LEASING, INC.,     :
a corporation,                       :
                                     :
             Defendant.              :

### O R D E R

WHEREAS, the parties have requested the Court to reschedule the pretrial conference originally scheduled for September 6, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Thursday, November 1, 2007 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended June 30, 2007) shall govern the Pretrial Conference.

September 6, 2007               _____
      DATE                       UNITED STATES DISTRICT JUDGE