IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC, a limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> EMERALD EQUIPMENT LEASING, INC., a corporation, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-245-JJF <br> : <br> : <br> : <br> : |

## ORDER

At Wilmington this **10th** day of **September, 2007**,

IT IS ORDERED that:

The mediation conference tentatively scheduled for Saturday, September 15, 2007 is **cancelled**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE