

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

September 11, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Sea Star Line LLC v. Emerald Equipment Leasing, Inc.*
      C.A. No.: 05C-245 JJF

Dear Judge Farnan:

We represent Sea Star Line, LLC ("Sea Star") in this matter. The parties have entered a Confidentiality Agreement and Order to govern the exchange of confidential information. If the agreement meets with the Court's approval, the parties request that the order be entered.

Respectfully,

Kathleen M. Miller
Id. No. 2898

cc:   Ronald S. Gellert, Esquire (via eFiling)
      Alan Moldoff, Esquire (via regular U.S. mail)
      Timothy J. Armstrong, Esquire (via email)