## EXHIBIT "A"

## NONDISCLOSURE STATEMENT

I, the undersigned hereby certify that I understand that Confidential Materials are being disclosed to me pursuant to the Confidentiality Agreement and Order ("Agreement") dated as of September __, 2007, regarding the disclosure and use of non-public, confidential commercial and other information in connection with *Sea Star Line, LLC. v. Emerald Equipment Leasing, Inc.*, Case No. 05-245 (JJF), United States District Court for the District of Delaware ("Action"), that I have been given a copy of and have read the Agreement and agree to be bound by it, and that I voluntarily subject myself to the jurisdiction of the United States District Court for the District of Delaware. I understand that all Confidential Materials and copies, or transcriptions thereof, shall be destroyed no later than thirty (30) calendar days after the closing of the Action (including any and all appellate proceedings), whichever occurs later, as described in more detail in the Agreement.

_____                    _____
Date                                                            Signature

                                                            _____
                                                            Type or print name

                                                            _____
                                                            Type or print name of organization

                                                            _____
                                                            Type or print title or position

                                                            _____
                                                            Type or print address

                                                            _____
                                                            Type or print telephone number

Sworn to and subscribed before me this ___ day of _____, 2007

_____
Notary Public

{M0609421.1} {M0609393.1}

## EXHIBIT "B"

## NONDISCLOSURE STATEMENT

I, the undersigned hereby certify that I understand that "Attorneys' Eyes Only" materials are being disclosed to me pursuant to the Confidentiality Agreement and Order ("Agreement") dated as of September __, 2007, regarding the disclosure and use of non-public, confidential commercial and other information in connection with *Sea Star Line, LLC. v. Emerald Equipment Leasing, Inc.*, Case No. 05-245 (JJF), United States District Court for the District of Delaware ("Action"), that I have been given a copy of and have read the Agreement and agree to be bound by it, and that I voluntarily subject myself to the jurisdiction of the United States District Court for the District of Delaware. I understand that all "Attorneys' Eyes Only" materials and copies, or transcriptions thereof, shall be destroyed no later than thirty (30) calendar days after the closing of the Action (including any and all appellate proceedings), whichever occurs later, as described in more detail in the Agreement.

_____          _____
Date                               Signature

                                   _____
                                   Type or print name

                                   _____
                                   Type or print name of organization

                                   _____
                                   Type or print title or position

                                   _____
                                   Type or print address

                                   _____
                                   Type or print telephone number

Sworn to and subscribed before me this ___ day of _____, 2007

_____
Notary Public

{M0609421.1} {M0609393.1}