## EXHIBIT "A"

## NONDISCLOSURE STATEMENT

     I, the undersigned hereby certify that I understand that Confidential Materials are being disclosed to me pursuant to the Confidentiality Agreement and Order ("Agreement") dated as of September __, 2007, regarding the disclosure and use of non-public, confidential commercial and other information in connection with *Sea Star Line, LLC. v. Emerald Equipment Leasing, Inc.*, Case No. 05-245 (JJF), United States District Court for the District of Delaware ("Action"), that I have been given a copy of and have read the Agreement and agree to be bound by it, and that I voluntarily subject myself to the jurisdiction of the United States District Court for the District of Delaware. I understand that all Confidential Materials and copies, or transcriptions thereof, shall be destroyed no later than thirty (30) calendar days after the closing of the Action (including any and all appellate proceedings), whichever occurs later, as described in more detail in the Agreement.

_____  
Date

_____  
Signature

_____  
Type or print name

_____  
Type or print name of organization

_____  
Type or print title or position

_____  
Type or print address

_____  
Type or print telephone number

Sworn to and subscribed before me this ___ day of _____, 2007

_____  
Notary Public

{M0609421.1} {M0609393.1}