UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

SEA STAR LINE, LLC,
a limited liability company,    Civil Action No. 05-CV-245-JJF

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant,

-vs-

SEA STAR LINE, LLC,

    Counter-Defendant.
_____/

## NOTICE OF TAKING DEPOSITION

TO:    ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the deposition of:

**Raymond Suesser, c/o Mitsui mol America
160 Fieldcrest Avenue
Edison, NJ 09937**

DATE: November 2, 2007

TIME: 10:00 A.M.

PLACE: Mandelbaum, Salsburg, Gold, Lazris & Discenza P.C.
317 George Street, Suite 440
New Brunswick, NJ 08901

upon oral examination before, a Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Delaware. The oral examination will continue from day to day until completed. Each deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable and governing rules.

Dated: October 26, 2007

SMITH, KATZENSTEIN & FURLOW LLP

Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: Kmiller@skfdelaware.com

OF COUNSEL:
Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Miami, FL 33134
Telephone: 305-444-3355

*Attorneys for Sea Star Line LLC*

05130|NOD|10032956.WPD     -2-