## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2007 a copy of the foregoing **SEA STAR'S NOTICE OF DEPOSITION** was served on the parties listed below in the manner indicated:

**Facsimile**
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

**First Class Mail**
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE Id 2898)