## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SEA STAR LINE, LLC,
a limited liability company,                    Civil Action No. 05-CV-245-JJF

      Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

      Defendant.

-vs-

SEA STAR LINE, LLC,

      Counter-Defendant.

_____/


### *Local Rule 16.3(c) Pretrial Order*
### EXHIBIT LIST – (LIST OF SCHEDULES)

      Sea Star Line, LLC and Emerald Equipment Leasing, Inc. hereby file the following Exhibits to the Pretrial Order, filed on October 26, 2007, (DI No. 137):

Schedule A    Sea Star Line's List of Exhibits, including Bates numbers or deposition exhibit numbers

Schedule C    Emerald Equipment Leasing, Inc.'s List of Exhibits, including Bates numbers or deposition exhibit numbers

Schedule G    Sea Star Line's deposition designations

Schedule H    Emerald Equipment Leasing, Inc.'s deposition designations

05130|PLDG|10033066.WPD

SMITH, KATZENSTEIN & FURLOW, LLP

By:_____
Kathleen M. Miller (ID No. 2898)
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Tel: (302) 652-8400
Fax: (302) 652-8405

And

Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134

Counsel for Sea Star Line, LLC

Dated: October 30, 2007

05130|PLDG|10033066.WPD