# SCHEDULE C

## EMERALD EXHIBIT LIST

**(These lists may include exhibits and potential rebuttal exhibits that may not necessarily be introduced into evidence.  In its direct case, Emerald reserves the right to offer any exhibit appearing on any party's exhibit list)**

**H=Hearsay; R=Relevance; A=Authenticity; C=Lack of Completeness; O=Other; 403=Rule 403**

| Trial Ex. # | Bates Number | Exhibit Description | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|
| | | Complaint | | |
| | | Answer | | |
| | | Amended Counterclaim | | |
| | | Answer to Amended Counterclaim | | |
| | | Order re: Deposit Funds Into Court | | |
| | | Emerald's First Set of Interrogatories and Sea Star's Objection and Expenses | | |
| | | Emerald's Second Set of Interrogatories and Sea Star's Objections and Responses | | |
| | | Emerald's Final Request for Admissions and Sea Star's Objections and Responses | | |
| | | Emerald's Second Request for Admissions and Sea Star's Objections and Responses | | |
| | SE50041-SE50042; E5101; E5118 | | | |
| | SE14253-SE14263 E6471-E6481 | | | |
| | E1-E226 | | | |
| | SE1-SE901 | | | |
| | E68810-68936 | | | |
| | E60,000-63,113 E63,236-68,158 (including all Bates stamped | | | |

| | | | |
|---|---|---|---|
| | attachments thereto) | | |
| | E227-2143 | | |
| | E3974-3989 | | |
| | E3990-3997 | | |
| | E3998-4462 | | |
| | E4463-4596 | | |
| | SE902-SE13071 | | |
| | SE13100-SE13156 | | |
| | SE13157-SE13179 | | |
| | SE13180-SE13229 | | |
| | SE13230-SE13262 | | |
| | SE13265-SE13277 | | |
| | SE13278-SE13282 | | |
| | E6512-6578 | | |
| | E6579-6588 | | |
| | E68445<br>E68446<br>E68447-68452<br>E68465-68466<br>E68467-68470<br>E68471<br>E68472-68474<br>E68475-68476<br>E68477-68482<br>E68483<br>E68486 | | |
| | E13618-13757 | | |
| | SE53020 | | |
| | SE52949 | | |
| | SE51960 | | |
| | SE52927<br>SE52937-52948 | | |
| | SE51172-51176 | | |
| | E68441-68442 | | |
| | SE50768-50770 | | |
| | SE51927-SE51936 | | |
| | SE53020-SE53105 | | |
| | E142-E159<br>SE430-SE447 | | |
| | SE13600-SE13768 | | |
| | SE13800-SE14115 | | |
| | SE14116-SE14118 | | |
| | E4597-4691 | | |
| | E4846-E5058 | | |
| | E5059-5076 | | |

| | | | |
|---|---|---|---|
| | E5083-5088 | | |
| | E5091-5094 | | |
| | E5097 | | |
| | E5101 | | |
| | E5102-5104 | | |
| | E5111-5114 | | |
| | E5115-5116 | | |
| | E5117 | | |
| | E5119-E5130 | | |
| | E5133-5138 | | |
| | E5139-5147 | | |
| | E5449-5467 | | |
| | E5468-5469 | | |
| | E5470 | | |
| | E5471-5498 | | |
| | E5499-5515 | | |
| | E5516 | | |
| | E5517-5518 | | |
| | E5542-5544 | | |
| | E5545-5631 | | |
| | E5632-5745 | | |
| | E5746-5827 | | |
| | E5828-5870 | | |
| | E005882-005891 | | |
| | E005892 | | |
| | E005893-005895 | | |
| | E005913-005914 | | |
| | E005915-005916 | | |
| | E005917 | | |
| | E005918 | | |
| | E005919-005920 | | |
| | E005925-005929 | | |
| | E005935-005950 | | |
| | E0055951-005963 | | |
| | E006002-006106 | | |
| | E006107-006260 | | |
| | E006298-006299 | | |
| | E006327-006328 | | |
| | E006329-006322 | | |
| | E006338-006366 | | |
| | E006464-006470 | | |
| | E006471-006481 | | |
| | E006723-006786 | | |
| | E006869-006895 | | |
| | E14000-E16399 | | |

| | | | |
|---|---|---|---|
| | E17000-E17104 | | |
| | E17105-E17125 | | |
| | E68,159-E68,368 | | |
| | E60,000-E63,113 | | |
| | E63,236-E68,158 | | |
| | E68397 | | |
| | E68,500-E68,501 | | |
| | SE13400-SE13409 | | |
| | SE13500-SE13519 | | |
| | SE13769-SE13799 | | |
| | SE14163-SE14173 | | |
| | SE14197-SE14205 | | |
| | SE14215-SE14252 | | |
| | SE14300-SE19999 | | |
| | SE20500-SE20523 | | |
| | SE21000-SE21244 | | |
| | SE30000-SE30477 | | |
| | SE35000-SE35118 | | |
| | SE4000-SE40360 | | |
| | SE41000-SE41856 | | |
| | SE50000-SE53105 (specific designations subject to further review and revision include, but are not limited to, designations listed on attached addendum | Various correspondence, e-mails and related documents | | |
| | SE54000-SE54118 (Duplicate of SE52927-SE53028) | | |
| | SE60000-SE60098 | | |
| | SE61000-SE61003 | | |
| | SE61147-SE61162 | | |
| | SE61500-SE61509 | | |
| | SE62000-SE62066 | | |
| | SE21352-SE21385 | | |
| | SE14827-SE14944 | | |
| | SE36094-SE36125 | | |
| | SE53156-SE53183 | | |
| | SE53236-SE53712 | | |
| | SE53156-SE53201 | | |
| | SE53205-SE53417 | | |
| | SE53713; SE53736-SE53976 | | |
| | SE54129-SE54166 | | |
| | SE36126 | | |

{M0615546.1}

| | | | |
|---|---|---|---|
| | SE62067 | | |
| | SE52927-SE53105 | | |
| | SE30472-SE30477 | | |
| | SE53202-SE53204 | | |
| | SE61510-SE61518 | | |
| | EM14000-EM14277 | | |
| | E004884, E004885 | | |
| | E004896, E004897 | | |
| | E004907 | | |
| | E004908 through E004911 | | |
| | E004913 | | |
| | E004915 | | |
| | E004916, E004917 | | |
| | E004918, E004919 | | |
| | E004920, E004921 | | |
| | E004938 through E004944 | | |
| | E004946 through E004948 | | |
| | E5106-E5110 | | |
| | E5100 | | |
| | E005660/5713 | | |
| | E005616/5631 | | |
| | E005594/5613 | | |
| | E005763/5781 | | |
| | E004916/5469 | | |
| | E005139/5147 | | |
| | E005638/5659 | | |
| | E003932/3951 | | |
| | E003974/3997 | | |
| | E005542/44 | | |
| | E005632/36 | | |
| | E005320/4 | | |
| | E005820/22 | | |
| | E005497-5498 | | |
| | E005081 | | |
| | E004889-4891 | | |
| | E004896-4897 | | |
| | E005014-5016 | | |
| | E14062 | | |
| | E005100 | | |
| | E067845 | | |
| | E067080 | | |
| | E060886 | | |
| | E005106 | | |
| | E068486 | | |
| | E3961-E3973 | | |

| | | Disc containing attachment to SE51474 | | |
|---|---|---|---|---|
| | SE61100-SE61140 | | | |
| | SE61142-SE61146 | | | |
| | SE61147-SE61162 | | | |
| | SE352 | | | |
| | SE188/196 | | | |
| | SE13180 | | | |
| | SE19694 | | | |
| | SE18649 | | | |
| | SE18650 | | | |
| | SE18648 | | | |
| | E68486 | | | |

## ADDENDUM TO SE50000-SE53105
## (SPECIFIC DESIGNATIONS SUBJECT TO FURTHER REVIEW AND REVISION)

| Trial Ex. # | Bates Number | Exhibit Description | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|
| | SE50788, SE50789 | | | |
| | SE50869 | | | |
| | SE50925, SE50925A through SE50925F | | | |
| | SE52433 | | | |
| | SE50946, SE50946A through SE50946DD, SE50947 through SE50958 | | | |
| | SE51835 through SE51841 | | | |
| | SE51927 through SE51936 | | | |
| | SE52096 | | | |
| | SE52131, SE52132 | | | |
| | SE52145A through SE52145N | | | |
| | SE52149, SE52149A through SE52149G, SE52150, SE52151, SE52151A through SE52151J, | | | |
| | SE52152 | | | |
| | SE52159, SE52159A through SE52159J, SE52160, SE52161 | | | |
| | SE52166 through SE52172 | | | |
| | SE52176, SE52176A through SE52176C, SE52177 through SE52179 | | | |
| | SE52181 | | | |
| | SE52186 through SE52188 | | | |
| | SE52191 | | | |
| | SE52213 through SE52215 | | | |
| | SE52250 through SE52253 | | | |
| | SE52471 through SE52475 | | | |
| | SE50768, SE50769, SE50770 | | | |
| | SE50791 | | | |
| | SE50792, SE50793, SE50794 | | | |
| | SE50799 | | | |
| | SE50803, SE50804 | | | |

| | | | |
|---|---|---|---|
| | SE50828 | | |
| | SE50858 | | |
| | SE50866 | | |
| | SE50868 | | |
| | SE50869 | | |
| | SE50871 through SE50877 | | |
| | SE50889 | | |
| | SE50890, SE50891, SE50892 | | |
| | SE50925, SE50925A through SE50925F | | |
| | SE50959 | | |
| | SE50964 | | |
| | SE50976 | | |
| | SE51029 | | |
| | SE51030, SE51031 | | |
| | SE51118, SE51119 | | |
| | SE51125, SE51126 | | |
| | SE51141, SE51142, SE51143 | | |
| | SE51801, SE51802 | | |
| | SE51817 | | |
| | SE51818 through SE51831 | | |
| | SE51833 | | |
| | SE51834 | | |
| | SE51835 through SE51841 | | |
| | SE51842, SE51843 | | |
| | SE51847, SE51848 | | |
| | SE51849 through SE51861, SE51861A, SE51861B, SE51861C, SE51862, SE51862A, SE51862B, | | |
| | SE51863 | | |
| | SE51864, SE51865 | | |
| | SE51867 through SE51870 | | |
| | SE51871 | | |
| | SE51872 through SE51879 | | |
| | SE51891 through SE51894 | | |
| | SE51895 | | |
| | SE51897 through SE51900 | | |
| | SE51911 | | |
| | SE51912, SE51912A through SE51912D | | |
| | SE51913 | | |
| | SE51927 through SE51936 | | |

| | | | |
|---|---|---|---|
| | SE51939, SE51940, SE51941 | | |
| | SE51960 through SE51985 | | |
| | SE52021, SE52022 | | |
| | SE52058, SE52058A | | |
| | SE52094 | | |
| | SE52099 | | |
| | SE52100 through SE52106, SE52090A, SE52090B, SE52107 | | |
| | SE52145A through SE52145N | | |
| | SE52159, SE52159A through SE52159J, SE52160, SE52161 | | |
| | SE52173, SE52173A through SE52173G | | |
| | SE52350, SE52351, SE52352 | | |
| | SE52384 | | |
| | SE52437, SE52438 | | |
| | SE52514 | | |
| | SE52523 through SE52526 | | |
| | SE52533 | | |
| | SE52821-SE52822 | | |
| | SE52805 | | |
| | SE52807-SE52809 | | |
| | SE52823 | | |
| | SE52879-SE52880 | | |
| | SE52881-SE52883 | | |
| | SE52885-SE52889 | | |
| | SE52929 | | |
| | SE52927-SE52928 | | |
| | SE52930 | | |
| | SE52931 | | |
| | SE52933-SE52934 | | |
| | SE52958 | | |
| | SE52940 | | |
| | SE52963 | | |
| | SE52966 | | |
| | SE52967 | | |
| | SE52968 | | |
| | SE52969 | | |
| | SE52970; SE52970A-SE52970C | | |

| | | | |
|---|---|---|---|
| | SE52800-SE52803 | | |
| | SE53022 | | |
| | SE53023 | | |
| | SE53019-SE53020 | | |
| | SE52974-SE52975 | | |
| | SE52971-SE52973 | | |
| | SE52561 | | |
| | SE52589-SE52598 | | |
| | SE52617-SE52626 | | |
| | SE52649-SE52650 | | |
| | SE52654-SE52655 | | |
| | SE52692-SE52695 | | |
| | SE52743-SE52770 | | |
| | SE52790-SE52796 | | |
| | SE52797-SE52799 | | |
| | SE51172-SE51184 | | |
| | SE51186-SE51192 | | |
| | SE51197-SE51198 | | |
| | SE51276 | | |
| | SE51300 | | |
| | SE51428-SE51441 | | |
| | SE51466; SE51466A-SE51466G | | |
| | SE51468-SE51478 | | |
| | SE51492 | | |
| | SE51762 | | |
| | SE352 | | |
| | SE188/196 | | |
| | SE13180 | | |
| | SE51957A/BM | | |
| | SE19694 | | |
| | SE50291 | | |
| | SE50827 | | |
| | SE50883-4 | | |
| | SE50891 | | |
| | SE50924-A,G,H.M.N | | |
| | SE50946-A to DD | | |
| | SE50960 | | |
| | SE50977-A to D | | |
| | SE50983-51009 | | |
| | SE51140 | | |
| | SE51172-76 | | |
| | SE51186-91 | | |
| | SE51196 | | |
| | SE51299 | | |

| | | | |
|---|---|---|---|
| | SE51369 | | |
| | SE51436 | | |
| | SE51439 | | |
| | SE51441 | | |
| | SE51449 | | |
| | SE51468 | | |
| | SE51471 | | |
| | SE51783-84 | | |
| | SE51834 | | |
| | SE51842-43 | | |
| | SE51847-48 | | |
| | SE51863 | | |
| | SE51866 | | |
| | SE51867-70 | | |
| | SE51891-94 | | |
| | SE51896-99 | | |
| | SE51902-ABC | | |
| | SE51903 | | |
| | SE51904 | | |
| | SE51908 | | |
| | SE51911 | | |
| | SE51938-AB | | |
| | SE51943-44 | | |
| | SE51990-90A | | |
| | SE52005-11 | | |
| | SE52012 | | |
| | SE52019-20&22 | | |
| | SE52047-48 | | |
| | SE52058-A | | |
| | SE52072-A-D | | |
| | SE52073 | | |
| | SE52100 | | |
| | SE52102-3 | | |
| | SE52105-6 | | |
| | SE52136 | | |
| | SE52139 | | |
| | SE52145-A-N | | |
| | SE52153-A | | |
| | SE52154 | | |
| | SE52163 | | |
| | SE52183-84 | | |
| | SE52267 | | |
| | SE52278 | | |
| | SE52410 | | |
| | SE52433 | | |

| | | | |
|---|---|---|---|
| | SE52562 | | |
| | SE52617-21 | | |
| | SE52278 | | |
| | SE52631 | | |
| | SE51957A-BM | | |
| | SE53156-53201 | | |
| | SE53205-53417 | | |
| | SE53202-53204 | | |
| | SE61510-61518 | | |
| | SE53156-53201 | | |
| | SE53205-53417 | | |
| | SE53713 | | |
| | SE53736-53976 | | |
| | SE53977-53999 | | |
| | SE54119-54128 | | |
| | SE54129-54166 | | |
| | SE51927-51936 | | |
| | SE52927-52948 | | |
| | SE51960 | | |
| | SE50768-50770 | | |
| | SE52949-53019 | | |
| | SE53020-53105 | | |
| | SE50056 | | |
| | SE50780 | | |
| | SE50869 | | |
| | SE50871 | | |
| | SE50872 | | |
| | SE51147 | | |
| | SE51329-51330 | | |
| | SE52091-93 | | |
| | Robins 20 | | |
| | SE51786-51789 | | |
| | SE51483-51484 | | |
| | SE51864 | | |
| | SE51871 | | |
| | SE51941-51942 | | |
| | SE52049 | | |
| | SE52054 | | |
| | SE51300 | | |
| | SE51897-51898 | | |
| | SE51483 | | |
| | SE51492 | | |
| | SE51913-51914 | | |
| | SE52058-A | | |
| | SE52963 | | |

| | | | |
|---|---|---|---|
| | SE52942 | | |
| | SE50890-50891 | | |
| | SE50881-50882 | | |
| | SE51179-51180 | | |
| | SE51048 | | |
| | SE51030-51031 | | |
| | SE52222 | | |
| | SE51288-51290 | | |
| | SE52452-52454 | | |
| | SE50792-50789 | | |
| | SE52566 | | |
| | SE50019-50020 | | |
| | SE50060 | | |
| | SE52342-52343 | | |
| | SE18649 | | |
| | SE18650 | | |
| | SE18648 | | |
| | SE51957A-BM | | |

| Bates Number | Deposition Exhibit | Objection (Yes/No) | Basis For Objection |
|---|---|---|---|
| | Arthur Davis Deposition (December 8, 2004) Exhibit Numbers | | |
| | 1 | | |
| | 2 | | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | 6 | | |
| | 9 | | |
| | 10 | | |
| | 11 | | |
| | 15 | | |
| | 16 | | |
| | 17 | | |
| | 18 | | |
| | 34 | | |
| | 35 | | |
| | 38 | | |
| | 39 | | |
| | 40 | | |
| | 41 | | |
| | 42 | | |
| | 47 | | |
| | 48 | | |
| | 53 | | |
| | 55 | | |
| | Andrew Rooks 30(b)(6) Record Keeper Deposition (December 14, 2004) Exhibit Numbers | | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | 6 | | |
| | 7 | | |
| | 8 | | |
| | 9 | | |
| | 10 | | |
| | 11 | | |
| | 12 | | |
| | 13 | | |

{M0615546.1}

| | | | |
|---|---|---|---|
| | 14 | | |
| | 15 | | |
| | 16 | | |
| | 17 | | |
| | 18 | | |
| | 19 | | |
| | 20 | | |
| | Philip Bates Deposition (January 10, 2005) Exhibit Numbers | | |
| | 1 | | |
| | 2 | | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | 6 | | |
| | 7 | | |
| | 8 | | |
| | 9 | | |
| | 10 | | |
| | 11 | | |
| | 12 | | |
| | 13 | | |
| | 14 | | |
| | 15 | | |
| | 16 | | |
| | 17 | | |
| | 18 | | |
| | 19 | | |
| | 20 | | |
| | 21 | | |
| | 22 | | |
| | 23 | | |
| | George Cervone Deposition (January 11, 2005) Exhibit Numbers | | |
| | 1 | | |
| | 2 | | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | 6 | | |
| | 7 | | |
| | 8 | | |
| | 9 | | |

| | | | |
|---|---|---|---|
| | 10 | | |
| | 11 | | |
| | 12 | | |
| | 13 | | |
| | 14 | | |
| | 15 | | |
| | 16 | | |
| | 17 | | |
| | 18 | | |
| | 19 | | |
| | 20 | | |
| | Lisa Florence Deposition (January 13, 2005) Exhibit Numbers | | |
| | 1 | | |
| | 2 | | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | 6 | | |
| | 7 | | |
| | 8 | | |
| | 9 | | |
| | 10 | | |
| | 11 | | |
| | 12 | | |
| | 13 | | |
| | 14 | | |
| | Andrew Rooks Deposition (January 14, 2005) Exhibit Numbers | | |
| | 1 | | |
| | 2 | | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | 6 | | |
| | 7 | | |
| | 8 | | |
| | 9 | | |
| | 10 | | |
| | 11 | | |
| | 12 | | |
| | 13 | | |
| | 14 | | |

| | | | |
|---|---|---|---|
| | 15 | | |
| | Tom Holt, Sr. Deposition (January 25, 2005) Exhibit Numbers | | |
| | 1 | | |
| | 4 | | |
| | 6 | | |
| | Lorraine Robins Deposition (January 26, 2005) Exhibit Numbers | | |
| | 2 | | |
| | 3 | | |
| | 5 | | |
| | 12 | | |
| | 13 | | |
| | 15 | | |
| | 16 | | |
| | 17 | | |
| | 18 | | |
| | 20 | | |
| | 21 | | |
| | 22 | | |
| | 23 | | |
| | Tom Holt, Jr. Deposition (January 27, 2005) Exhibit Numbers | | |
| | 1 | | |
| | 2 | | |
| | Francisco Gonzalez Deposition (May 8, 2007) Exhibit Numbers | | |
| | 6 | | |
| | 7 | | |
| | 8 | | |
| | 9 | | |
| | 10 | | |
| | 11 | | |
| | 12 | | |
| | 13 | | |
| | 14 | | |
| | 15 | | |
| | 16 | | |
| | E-1 | | |
| | John Allen Deposition (December 2, 2004) | | |

| | Exhibit Numbers | | |
|---|---|---|---|
| | 2 | | |
| | 3 | | |
| | 4 | | |
| | 5 | | |
| | 7 | | |
| | 8 | | |
| | 9 | | |
| | 10 | | |
| | 11 | | |
| | 12 | | |
| | 13 | | |
| | 14 | | |
| | 15 | | |
| | 16 | | |
| | 17 | | |
| | 18 | | |
| | 19 | | |
| | 20 | | |
| | 21 | | |
| | 22 | | |
| | 23 | | |

SCHEDULE H

EMERALD'S DEPOSITION DESIGNATIONS

**JOHN ALLEN DEPOSITION DESIGNATIONS**
**(DEPOSITION HELD ON DECEMBER 2, 2004)**

**CITES TO THE DEPOSITION TESTIMONY OF ALLEN**

Page 6, Line 20 through Page 22, Line 11

Page 23, Line 17 through Page 29, Line 18

Page 32, Line 25 through Page 36, Line 12

Page 38, Line 1 through Page 64, Line 19

ANDREW ROOKS 30(b)(6) RECORD KEEPER DEPOSITION DESIGNATIONS
(DEPOSITION HELD ON DECEMBER 14, 2004)

Page 7, Line 22 through Page 8, Line 11

Page 19, Line 8 through Page 22, Line 10

Page 28, Line 5 through Page 32, Line 7

Page 33, Line 3 through Page 39, Line 13

Page 48, Line 1 through Page 49, Line 14

Page 49, Line 20 through Page 50, Line 23

Page 52, Line 23 through Page 53, Line 3

Page 55, Line 1 through Page 57, Line 24

Page 58, Line 2 through Page 59, Line 14

Page 59, Line 23 through Page 63, Line 6

Page 76, Line 23 through Page 81, Line 18

Page 125, Line 21 through Page 128, Line 13

Page 156, Line 13 through Page 157, Line 16

Page 159, Line 23 through Page 161, Line 7

Page 175, Line 15 through Page 176, Line 6

## DEPOSITION DESIGNATIONS FOR PHILIP BATES
### (DEPOSITION HELD ON JANUARY 10, 2005)

Page 6, Line 15 through Page 10, Line 3

Page 10, Line 7 through Page 12, Line 14

Page 13, Line 22 through Page 14, Line 3

Page 22, Line 15 through Page 22, Line 25

Page 28, Line 14 through Page 31, Line 1

Page 31, Line 6 through Page 33, Line 19

Page 40, Line 3 through Page 40, Line 24

Page 40, Line 25 through Page 46, Line 13

Page 48, Line 10 through Page 48, Line 24

Page 48, Line 25 through Page 49, Line 11

Page 49, Line 20 through Page 52, Line 17

Page 52, Line 23 through Page 53, Line 18

Page 60, Line 24 through Page 61, Line 11

Page 61, Line 12 through Page 63, Line 12

Page 64, Line 9 through Page 69, Line 17

Page 69, Line 18 through Page 70, Line 6

Page 71, Line 4 through Page 76, Line 16

Page 76, Line 17 through Page 78, Line 13

Page 78, Line 18 through Page 82, Line 1

Page 84, Line 3 through Page 85, Line 2

Page 85, Line 3 through Page 85, Line 10

{M0615859.1}

Page 85, Line 11 through Page 86, Line 10

Page 86, Line 14 through Page 86, Line 15

Page 92, Line 9 through Page 92, Line 25

Page 99, Line 13 through Page 100, Line 16

Page 100, Line 17 through Page 102, Line 9

Page 104, Line 16 through Page 106, Line 8

Page 106, Line 9 through Page 106, Line 13

Page 106, Line 14 through Page 108, Line 21

Page 108, Line 22 through Page 109, Line 27

Page 110, Line 5 through Page 112, Line 22

Page 120, Line 15 through Page 122, Line 8

Page 124, Line 23 through Page 124, Line 25

Page 126, Line 2 through Page 126, Line 11

Page 133, Line 3 through Page 137, Line 2

Page 146, Line 15 through Page 146, Line 20

Page 148, Line 20 through Page 149, Line 1

Page 152, Line 2 through Page 154, Line 17

Page 154, Line 18 through Page 157, Line 24

Page 165, Line 21 through Page 166, Line 10

Page 168, Line 10 through Page 170, Line 25

Page 171, Line 1 through Page 172, Line 92

Page 177, Line 11 through Page 183, Line 6

Page 183, Line 11 through Page 188, Line 1

## GEORGE CERVONE DEPOSITION DESIGNATIONS
## (DEPOSITION HELD ON JANUARY 11, 2005)

### CITES TO THE DEPOSITION TESTIMONY OF CERVONE

Page 5, Line 12 through Page 7, Line 25

Page 8, Line 5 through Page 8, Line 17

Page 9, Line 8 through Page 9, Line 27

Page 11, Line 5 through Page 12, Line 6

Page 12, Line 15 through Page 12, Line 21

Page 13, Line 19 through Page 14, Line 14

Page 17, Line 7 through Page 21, Line 1

Page 23, Line 21 through Page 26, Line 10

Page 26, Line 11 through Page 30, Line 6

Page 30, Line 13 through Page 31, Line 18

Page 32, Line 10 through Page 34, Line 7

Page 35, Line 2 through Page 40, Line 5

Page 40, Line 17 through Page 40, Line 20

Page 41, Line 11 through Page 42, Line 4

Page 42, Line 19 through Page 43, Line 12

Page 43, Line 13 through Page 47, Line 10

Page 47, Line 25 through Page 57, Line 8

Page 60, Line 18 through Page 61, Line 15

Page 63, Line 10 through Page 63, Line 16

Page 66, Line 14 through Page 66, Line 22

Page 68, Line 20 through Page 69, Line 25

Page 70, Line 1 through Page 70, Line 11

Page 72, Line 3 through Page 72, Line 13

Page 77

Page 78, Line 15 through Page 80, Line 25

Page 81, Line 5 through Page 83, Line 1

Page 85, Line 11 through Page 86, Line 21

Page 86, Line 22 through Page 87, Line 4

Page 91, Line 17 through Line 19

Page 92, Line 24 through Page 93, Line 10

Page 93, Line 20 through Page 96, Line 8

Page 96, Line 21 through Page 100, Line 14

Page 100, Line 15 through Page 101, Line 2

Page 101, Line 4 through Page 102, Line 3

Page 103, Line 4, through Page 103, Line 14

Page 103, Line 15 through Page 104, Line 12

Page 108, Line 10 through Page 108, Line 17

Page 109, Line 13 through Page 109, Line 20

Page 109, Line 21 through Page 111, Line 23

Page 113, Line 5 through Page 114, Line 13

Page 114, Line 17 through Page 118, Line 17

Page 118, Line 18 through Line 25

Page 119, Line 10 through Page 123, Line 7

## LISA FLORENCE DEPOSITION DESIGNATIONS
### (DEPOSITION HELD ON JANUARY 13, 2005)

### CITES TO THE DEPOSITION TESTIMONY OF LISA FLORENCE

Page 5, Line 13 through Page 6, Line 3

Page 6, Line 22 through Page 7, Line 10

Page 10, Line 23 through Page 11, Line 9 and
Page 12, Line 18 through Line 24

Page 11, Line 19 through Page 12, Line 6

Page 13, Line 8 through Page 14, Line 7

Page 16, Line 4 through Page 17, Line 22

Page 18, Line 16 through Page 19, Line 20

Page 21, Line 25 through Page 23, Line 2

Page 22, Line 18 through Page 23, Line 2

Page 23, Line 6 through Line 13

Page 25, Line 10 through Page 26, Line 7

Page 27, Line 16 through Line 24

Page 28, Line 5 through Line 8

Page 34, Line 2 through Line 24

Page 35, Line 1 through Line 25

Page 42, Line 1 through Page 44, Line 16

Page 56, Line 8 through Page 59, Line 10

Page 87, Line 21 through Page 92, Line 1

Page 96, Line 1 through Page 97, Line 11

Page 111, Line 3 through Line 23

Page 116, Line 8 through Page 117, Line 4

Page 118, Line 10 through Line 14

Page 129, Line 5 through Line 18

## ANDREW ROOKS DEPOSITION DESIGNATIONS
### (DEPOSITION HELD ON JANUARY 14, 2005)

### CITES TO THE DEPOSITION TESTIMONY OF ROOKS

Page 7, Line 3 through Line 14

Page 8, Line 5 through Page 10, Line 3

Page 11, Line 4 through Line 9

Page 14, Line 2 through Page 15, Line 14

Page 15, Line 21 through Page 18, Line 7

Page 19, Line 16 through Page 20, Line 2

Page 26, Line 10 through Line 22

Page 28, Line 2 through Line 20

Page 41, Line 22 through Page 42, Line 3

Page 49, Line 11 through Page 50, Line 10

Page 50, Line 11 through Line 13

Page 53, Line 25 through Page 54, Line 9

Page 55, Line 14 through Page 56, Line 4

Page 56, Line 16 through Page 57, Line 3

Page 59, Line 11 through Page 60, Line 2

Page 62, Line 18

Page 65, Line 5 through Line 23

Page 66, Line 6 through Page 69, Line 2

Page 83, Line 25 through Page 84, Line 6

Page 88, Line 3 through Line 15

Page 87, Line 11 through Page 93, Line 23

{M0615481.2}

Page 94, Line 16 through Line 25

Page 99, Line 16 through Page 100, Line 13

Page 113, Line 13 through Line 16

Page 113, Line 17 through Page 114, Line 4

Page 114, Line 22 through Line 25

## FRANCISCO GONZALEZ DEPOSITION DESIGNATIONS
### (DEPOSITION HELD ON MAY 8, 2007)

### CITES TO THE DEPOSITION TESTIMONY OF GONZALEZ

Page 17, Line 18 through Page 17, Line 25

Page 23, Line 6 through Page 24, Line 18

Page 25, Line 22 to Page 27, Line 24

Page 35, Line 5 through Page 34, Line 9

Page 37, Line 2 through Page 37, Line 20

Page 39, Line 6 through Page 39, Line 9

Page 39, Line 10 through Page 39, Line 18

Page 40, Line 4 through Page 40, Line 24

Page 44, Line 12 through Page 45, Line 3

Page 50, Line 9 through Page 50, Line 14

Page 50, Line 20 through Page 51, Line 18

Page 54, Line 8 through Page 54, Line 17

Page 55, Line 2 through Page 55, Line 23

Page 57, Line 19 through Page 58, Line 23

Page 61, Line 2 through Page 61, Line 8

Page 63, Line 1 through Page 63, Line 4

Page 64, Line 5 through Page 64, Line 12

Page 68, Line 20 through Page 73, Line 18

Page 79, Line 22 through Page 80, Line 3

Page 88, Line 8 through Page 89, Line 1

Page 91, Line 3 through Page 91, Line 15

Page 92, Line 21 through Page 93, Line 19

Page 96, Line 20 through Page 97, Line 13

Page 97, Line 16 through Page 110, Line 20

Page 110, Line 21 through Page 112, Line 20

Page 112, Line 24 through Page 114, Line 7

Page 115, Line 25 through Page 143, Line 3

Page 145, Line 16 through Page 145, Line 23

Page 147, Line 7 through Page 151, Line 3

Page 151, Line 14 through Page 151, Line 18

Page 151, Line 19 through Page 153, Line 11

Page 154, Line 20 through Page 156, Line 24

Page 156, Line 25 through Page 157, Line 23

Page 158, Line 8 through Page 158, Line 12

Page 160, Line 13 through Page 170, Line 12

Page 171, Line 10 through Page 173, Line 8

Page 173, Line 9 through Page 173, Line 11

Page 174, Line 21 through Page 176, Line 12

Page 177, Line 24 through Page 178, Line 14

Page 179, Line 5 through Page 179, Line 11

Page 179, Line 12 through Page 179, Line 17

Page 179, Line 18 through Page 180, Line 15

Page 180, Line 18 through Page 182, Line 15

Page 182, Line 16 through Page 183, Line 3

Page 183, Line 4 through Page 184, Line 5

Page 184, Line 6 through Page 184, Line 21

Page 185, Line 25 through Page 187, Line 8

Page 185, Line 25 through Page 187, Line 9

**RECORDS CUSTODIAN FOR PRIORITY RO-RO, INC.**
**(DEPOSITION HELD ON MARCH 30, 2005)**


**DESIGNATION INCLUDES ENTIRE DEPOSITION**


**RECORDS CUSTODIAN FOR LUIS A. AYALA COLON SUCRS. INC.**
**(DEPOSITION HELD ON MARCH 30, 2005)**


**DESIGNATION INCLUDES ENTIRE DEPOSITION**

{M0616264.1}