## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2007 a copy of the foregoing **LOCAL RULE 16.3(c) PRETRIAL ORDER, EXHIBIT LIST** – (List of Schedules) was served on the parties listed below in the manner indicated:

**FIRST-CLASS MAIL**
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

**ELECTRONIC MAIL**
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
Email: rgellert@eckertseamans.com

/s/ Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)

05130|COS|10033086.WPD