IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC, a limited :
liability company, :
                               :
        Plaintiff,             :
                               :
    v.                         :  Civ. Act. No. 05-245-JJF
                               :
EMERALD EQUIPMENT LEASING, INC.,:
a corporation,                 :
                               :
        Defendant.             :

### O R D E R

WHEREAS, Emerald Equipment Leasing, Inc. filed a Motion for Partial Summary Judgment on Count III of the Amended Counterclaim of Emerald Seeking an Accounting and For Further Relief Appointing a Master Pursuant to Fed. R. Civ. Proc. 53 (D.I. 117);

WHEREAS, the Court will conduct a bench trial and this Motion raises issues which may be implicated;

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion for Partial Summary Judgment on Count III of the Amended Counterclaim of Emerald Seeking an Accounting and For Further Relief Appointing a Master Pursuant to Fed. R. Civ. Proc. 53 (D.I. 117) is **DENIED** with leave to renew.

November 2, 2007                    _____
    DATE                             UNITED STATES DISTRICT JUDGE