IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : |
| Plaintiff, | : |
| v. | : Civ. Act. No. 05-245-JJF |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the Court held a pretrial conference in the above-captioned action on November 1, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  The parties shall submit any outstanding discovery disputes regarding the issues raised by Sea Star Line, LLC's Complaint no later than **Thursday, November 22, 2007**.

2.  Discovery on the issues raised by Sea Star Line, LLC's Complaint shall be completed by **Friday, December 14, 2007**.

November 2, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE