IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : |
| Plaintiff/ Counterclaim Defendant, | : |
| v. | : Civ. Act. No. 05-245-JJF (LPS) |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : |
| Defendant/ Counterclaim Plaintiff. | : |

## O R D E R

WHEREAS, the Court held a Pretrial Conference in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Amended Counterclaim of Emerald Equipment Leasing, Inc. is referred to Magistrate Judge Stark to regulate and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

2. Matters relating to the Amended Counterclaim shall be filed using the caption designated on this Order.

November 2, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE