**SEA STAR LINE, LLC**  COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | | BL NO. SJUELY269JAX020 | Date: 06/11/02 |
|---|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
ROAD #5 KM. 27.4 EXT.
EXPRESO DE DIEGO BO. PALMAS
CATANO, PR. 00962

EXPORT REFERENCES
RV-081474

BOOKING NUMBER
MG11216

SHIPPER REFERENCE NO.

CONSIGNEE  (COMPLETE NAME, ADDRESS, AND ZIP CODE)
MG- WAUKEGAN DC (REL)   ()
C/O ALLEGIANCE 2101
WAUKEGAN ROAD
WAUKEGAN IL 60085

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.
UPON ARRIVAL PLEASE CONTACT   ()
LUIS VEGA
787 275-3013

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

PIER
SAN JUAN, PR

PLACE OF RECEIPT

VESSEL                VOY. NO    FLAG
EL YUNQUE     269 N    UNITED STATES

PORT OF LOADING
SAN JUAN, PR

POINT AND COUNTRY OF ORIGIN

PORT OF DISCHARGE
JACKSONVILLE, FL

DESTINATION PORT
WAUKEGAN, IL

FINAL DESTINATION OF GOODS (NOT VESSEL)
WAUKEGAN, IL

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650664 SEAL 1: 28777 SEAL 2: 32252 | 1  45HC | STC: 47 PALLETS 1957 PCS MEDICAL DEVICES BILL OF LADING NO. RV-81474 **ALL MOTOR** DELIVERY ON 6/18 AT 8:00AM ** | 24,854 | |
| TIR# 097176 | | TR/DR; | | |
| | | CORRECTED BILL OF LADING | | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

• Carrier's $600 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's internal cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipped subsets Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $600 limitation per container will not apply and ad nor will charge the Ad Valorem rate for Shipper's cargo.
     Declared Value          $

B  Insurance Coverage - See Clause 25 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper releases Shipper's internal cargo insurance at the applicable rates charged by Carrier.
( ) Yes  ( ) No    Insured Value  $

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of Freight and all other lawful charges.
                                                              Signature of
                                                              Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSPORTING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

FREIGHT PAYABLE AT/BY:   BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE   IL   60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,250.00 | 1,250.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |

JUL-29-2002  17:42    SEA STAR LINE    904 725 9829    P.01/01

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUEXP219ELZ055 | Date: 05/07/02 |
|---|---|---|---|

**SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002   M00477

CATANO

**TAX BOND NO.**

**BL NO.** SJUEXP219ELZ055

**Date:** 05/07/02

**EXPORT REFERENCES**
MA566N0380

**BOOKING NUMBER**

**SHIPPER REFERENCE NO.**
RV#80723

**CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
BW MONTGOMERY DC (REL)   (USA11111)
C/O ALLEGIANCE
390 COUNTY HIGHWAY 99
MONTGOMERY, NY 12549

**SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.**

**NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.**

**ALSO NOTIFY, ROUTING OR INSTRUCTIONS**

**PIER**
SAN JUAN, PR

**PLACE OF RECEIPT**
SAN JUAN, PR

**VESSEL** EXPEDITION  **VOY. NO** 219 N  **FLAG** UNITED STATES

**PORT OF LOADING**
SAN JUAN, PR

**POINT AND COUNTRY OF ORIGIN**

**PORT OF DISCHARGE**
PORT ELIZABETH, NJ

**DESTINATION PORT**
PORT ELIZABETH, NJ

**FINAL DESTINATION OF GOODS (NOT VESSEL)**
MONTGOMERY, NY

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650725 SEAL 1: 026083 | 1  40HC | STC: 44 PALLETS 1,470 PIECES MEDICAL DEVICES ** TR/DR | 27,589 | |

SHIPPER LOAD AND COUNT          FREIGHT COLLECT          COPY NON-NEGOTIABLE

- Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 34 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - if Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value  $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No    Insured Value  $

**FREIGHT PAYABLE AT/BY:**
BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE  IL   60554

Subject to Clause 34 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of Consignor

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,118.00 | 1,118.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

REVISED 2/02

BY _____

SEA STAR LINE, LLC

**TOTAL CHARGES: 1,253.00**

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | TAX BOND NO. | BL NO. SJUELY259JAX012 | | Date. |
|---|---|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR (SJU05000) PO BOX 2002 M00477 CATANO, P.R | | EXPORT REFERENCES RV#80773 | | | |
| | | BOOKING NUMBER KG06229 | | SHIPPER REFERENCE NO. | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, Address and Zip Code) FREIGHT BROKER LIC |
|---|---|
| NO HAMMOND DC (REL) (USA11111) C/O ALLEGIANCE 701 PRIDE DRIVE HAMMOND, LA 70401 | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| () | |

| PIER SAN JUAN, PR | | PLACE OF RECEIPT | |
|---|---|---|---|
| VESSEL EL YUNQUE | VOY. NO 259 N | FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | | PLACE OF DELIVERY HAMMOND, LA | FINAL DESTINATION OF GOODS (NOT VESSEL) HAMMOND, LA |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650038 SEAL 1: 26017 TIR# 100797 @0x@0x | 1 45HC | STC: 44 PALLETS 1,865 PIECES MEDICAL DEVICES ** TR/DR | 18,801 | |

| SHIPPER LOAD AND COUNT | FREIGHT COLLECT | COPY NON-NEGOTIABLE |
|---|---|---|

- Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below

A  Ad Valorem - if Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
   Declared Value $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured . If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
   [ ] Yes   [ ] No    Insured Value  $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                          Signature of
                                                          Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY AND TRANSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE IL 60554 |
|---|---|

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,072.00 | 1,072.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

| REVISED 2/02 | BY _____ | SEA STAR LINE, LLC | TOTAL CHARGES: 1,207.00 |
|---|---|---|---|

**SEA STAR LINE, LLC**    COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUELY259JAX011 | Date: |
|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)

BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002  M00477

CATANO, P.R

TAX BOND NO.

BL NO. SJUELY259JAX011

EXPORT REFERENCES     RV#80782

BOOKING NUMBER
KG06157

SHIPPER REFERENCE NO.

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)

BAXTER HEALTHCARE CORP.    (USA50912)
4835 MENDENHALL

MEMPHIS, TN 38118

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.

()

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL EL YUNQUE  VOY. NO 259 N  FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | PLACE OF DELIVERY MEMPHIS, TN | FINAL DESTINATION **OF GOODS (NOT VESSEL)** MEMPHIS, TN |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650312<br>SEAL 1: 26020<br><br>TIR# 100850 | 1  45HC | STC: 34 PALLETS<br>1,259 PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR | 18,801 | |

SHIPPER LOAD AND COUNT       FREIGHT COLLECT       COPY NON-NEGOTIABLE

Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Ophons (A) or (B) below.

Ad Valorem - if Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

Declared Value          $

Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.

Yes [ ] No     Insured Value  $

Subject to Clause 8A of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following domand : The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

                                                                           Signature of
                                                                           Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES

IN RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND 24 HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION THIS TON DOC

WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND TE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID

FREIGHT PAYABLE AT/BY:  BAXTER HEALTHCARE C/O SCHNEIDER  (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE

IL  60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 875.00 | 875.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

BY

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | TAX BOND NO. | BL NO. SJUCRS060JAX107 | Date: 05/10/02 |
|---|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000) PO BOX 2002   M00477 CATANO, PR 00962 | | EXPORT REFERENCES    GU585N0400 | | |
| | | BOOKING NUMBER | | SHIPPER REFERENCE NO. RV#80813 |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC. |
|---|---|
| LA ONTARIO DC (REL)   (USA11111) C/O ALLEGIANCE 4551 E. PHILADELPHIA ST ONTARIO, CA 91761 | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| | |

| PIER SAN JUAN, PR | PLACE OF RECEIPT SAN JUAN, PR | |
|---|---|---|
| VESSEL      VOY. NO      FLAG CRUSADER     060  N    UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | PLACE OF DELIVERY ONTARIO, CA | FINAL DESTINATION OF GOODS (NOT VESSEL) ONTARIO, CA |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650083 SEAL 1: 025947 | 1  45HC | STC: 44 PALLETS 2,120 PIECES MEDICAL DEVICES ** TR/DR | 21,025 | |

SHIPPER LOAD AND COUNT                FREIGHT COLLECT                COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
    Declared Value          $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No    Insured Value  $

Subject to Clause 44 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                      Signature of
                                                                      Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                                BY _____
                                SEA STAR LINE, L__C

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE IL  60554 | |
|---|---|---|

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,726.00 | 1,726.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,861.00

**SEA STAR LINE, LLC**   COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUCRS060JAX116 | Date: 05/10/02 |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR  (SJU05000) PO BOX 2002  M00477 | EXPORT REFERENCES | GU585N0670 | |
| CATANO, P.R 00962 | BOOKING NUMBER RV 80838 | | SHIPPER REFERENCE NO. |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, Address and Zip Code)  FREIGHT BROKER LIC. |
|---|---|
| MN CHAMPLIN DC (REL)   (USA11111) C/O ALLEGIANCE HEALTHCARE 9000 109TH AVE. NORTH CHAMPLIN, MN 55316 | () |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| () | |

| PIER SAN JUAN, PR | PLACE OF RECEIPT SAN JUAN, PR | |
|---|---|---|
| VESSEL      VOY. NO      FLAG CRUSADER      060  N      UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | PLACE OF DELIVERY | FINAL DESTINATION OF GOODS (NOT VESSEL) |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650106 SEAL 1: 026008 | 1  45HC | STC: 1,672 PCS MEDICAL SUPPLIES ** TR/DR DOOR DELIVERY TO: MN CHAMPLOIN DC 9000 109TH AVE. NORTH CHAMPLIN, MN 55316 | 22,368 | |

| SHIPPER LOAD AND COUNT | FREIGHT COLLECT | COPY NON-NEGOTIABLE |
|---|---|---|

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

   Declared Value      $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured - if cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.

[ ] Yes  [ ] No     Insured Value  $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Signature of Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

BY _____

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE IL  60554 | |
|---|---|---|

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,500.00 | 1,500.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,635.00

**SEA STAR LINE, LLC**    COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUHAW215ELZ048    Date: 05/13/02 |

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)

BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002   M00477

CATANO PR 00962

TAX BOND NO.

BL NO. SJUHAW215ELZ048    Date: 05/13/02

EXPORT REFERENCES        IV06530

BOOKING NUMBER        SHIPPER REFERENCE NO.
                                      RV80868

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)

BW MONTGOMERY DC   (USA11111)
C/O ALLEGIANCE
390 COUNTY HIGWAY 99
MONTGOMERY NY 12549

SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FREIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.

BAXTER HEALTHCARE   (USA03930)
C/O SCHNEIDER LOGISTICS
PO BOX 2000
SUGAR GROVE

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

PIER
SAN JUAN, PR

PLACE OF RECEIPT

VESSEL     VOY. NO     FLAG        PORT OF LOADING
HAWAII       215  N    UNITED STATES   SAN JUAN, PR

POINT AND COUNTRY OF ORIGIN

PORT OF DISCHARGE
PORT ELIZABETH, NJ

PLACE OF DELIVERY
MONTGOMERY, NY

FINAL DESTINATION OF GOODS (NOT VESSEL)
MONTGOMERY, NY

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650954 | 1  45HC | STC: 44 PALLETS MEDICAL DEVICES ** TR/DR | 12,399 | |

SHIPPER LOAD AND COUNT          FREIGHT COLLECT          COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's Interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - if Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

Declared Value          $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's Interest cargo insurance at the applicable rates charged by Carrier.

[ Yes  |  | No ]    Insured Value  $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                              Signature of
                                                                              Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILLS) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

BY _____

FREIGHT          BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
PAYABLE AT/BY:  LOGISTICS PAYMENT SERVICES
                        PO BOX 2000
                        SUGAR GROVE

                        IL  60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,136.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |

TOTAL CHARGES: 1,276.00

# NAVIERAS
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUITE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. | BOOKING NUMBER | EXPORT DEC. |
|---|---|---|---|
| BAXTER HEALTHCARE CORP | B01554535 | HU567N-0290 | |
| RD 5 KM 27 4 EXT | CREDIT NO. | BILL TO: D10072 | VE -VEM |
| EXPRESO DE DIEGO BO PALMAS | | | |
| CATANO              PR | ZIP CODE | | |
| | 00962 | BAXTER HEALTHCARE CORPOR | |

| CONSIGNEE (COMPLETE NAME & ADDRESS) | CONSIGNEE NO. | C/O SCHNEIDER LOGISTICS       ----- |
|---|---|---|
| BAXTER HEALTHCARE CORP | B01554453 | PO BOX 2000 |
| C/O ALLEGIANCE | | SUGAR GROVE IL 60554 |
| 390 COUNTY HIGHWAY 99 | | |
| MONTGOMERY          NY 12549 | | EXPORT REFERENCES |

| NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS) | NOTIFY PTY. NO. | B/L#RV80564 |
|---|---|---|
| UPON ARRIVAL PLEASE CONTACT | | FORWARDING AGENT - REFERENCES | FMC NO. |
| P COBIAN/LUIS VEGA AT | | | |
| 787-275-3013 | | N/A | 0000-FF |

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL | CITY, STATE AND COUNTRY OF ORGIN |
|---|---|---|
| | SAN JUAN | CATANO , PR CAR |
| VESSEL (SEE CL 2) VOYAGE NO. | FLAG | PORT OF LOADING | VESSEL TERMINAL |
| HUMACAO           567N | | SAN JUAN | PUERTO NUEVO |
| PORT OF DISCHARGE | | DESTINATION INTERMODAL | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only) |
| ELIZABETH | | MONTGOMERY | | ☒ YES   ☐ NO |

**CARRIER'S RECEIPT** — PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK PULK) | NO OF PACKAGES | MM MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS   NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| PRMU650936 | 237 | MEDICAL PRODUCTS | 16206.0 | 0.00 |
| 1X45HV | PKG | | LB | CF |
| S/ 026095 | | | | |
| | | ORDERS:52505783*AA 52506784*AA 830664411 | PIECES | |
| | | 009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS | 601 | |
| | | 5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | | |
| | | 010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS | 344 | |
| | | 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | | |
| | | 011 SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS | 942 | |
| | | BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | | |
| | | 032 ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 4#/CF | 8 | |
| | | L/T 6#/CF (NMF 156600-4 CL 150) | | |
| | | 155 DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX | 480 | |
| | | $2.30/# (NMFC 060000 CL 70) | | |

TOTAL NUMBER OF PKGS OR UNITS
IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION

DIVERSION CONTRARY TO U.S. LAW PROHIBITED

| TERMS: ➤ ☐ PREPAID   ☒ COLLECT | BILL TO: ➤ ☐ SHIPPER  ☐ FORWARDER ☐ CONSIGNEE | ☐ NOTIFY PARTY | ☒ OTHER |
|---|---|---|---|
| INSURANCE (See Tariff Reg.) YES ☐ | OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |

Values $.................. Premium $..................
DECLARED VALUE OVER $500

Per pkg. or unit $ .................. Extra Charge $ ..............

RECEIVED for shipment, in external apparent good order and condition, 2 containers, other packages or units listed in "Carrier's Receipt", id by the Shipper to contain the goods described in "Particulars" furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of B/L contract.   The   Carrier   makes representation regarding contents, weight or measurement.

NOTICE, BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

PH, INC.                    ON BEHALF OF THE MASTER

| BILL OF LADING NO | DATE: | | €Transport Automated | TOTAL CHARGES ➤ |
|---|---|---|---|---|
| NAVA | 04/29/02 | ☐ N8 PICKUP | | |
| 380-5646412 | | | | |

PAGE: 001 OF 001
M/M # NPR, INC. - 1997

IMPORTANT READ CLAUSES ON REVERSE SIDE. 2

**NAVIERAS**
NPR, Inc.

**HOST FAX BILL OF LADING**

FOR INTERMODAL TRANSPORT [X] Check One Box
FOR PORT TO PORT SHIPMENT [ ]

PLEASE REMIT TO

SEA STAR
100 BELL TEL WAY SUTIE 300
JACKSONVILLE, FL 32216

(SPACES BELOW ON SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. | BOOKING NUMBER | | EXPORT DEC. |
|---|---|---|---|---|
| BAXTER HEALTHCARE CORP | B01554535 | MA565N-0610 | | |

RD 5 KM 27 4 EXT
EXPRESO DE DIEGO BO PALMAS
CATANO                     PR

CREDIT NO. — BILL TO: D10072    DJ -DJW

ZIP CODE
00962

| CONSIGNEE (COMPLETE NAME & ADDRESS) | CONSIGNEE NO. |
|---|---|
| MEMPHIS REL | B01554548 |

C-O ALLEGIANCE
4835 MENDENHALL RD
MEMPHIS                TN 38115

BAXTER HEALTHCARE CORPOR
C/O SCHNEIDER LOGISTICS    -----
PO BOX 2000
SUGAR GROVE IL 60554

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)

P COBIAN / LUIS VEGA
787-275-3013

NOTIFY PTY. NO.

RV80649

FORWARDING AGENT - REFERENCES        FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL | CITY, STATE AND COUNTRY OF ORGIN |
|---|---|---|
| | SAN JUAN | CATANO , PR CAR |

| VESSEL (SEE CL. 2) VOYAGE NO. | FLAG | PORT OF LOADING | VESSEL TERMINAL |
|---|---|---|---|
| MAYAGUEZ | 565N | SAN JUAN | PUERTO NUEVO |

| PORT OF DISCHARGE | DESTINATION INTERMODAL | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only) |
|---|---|---|---|
| JACKSONVILLE | MEMPHIS | | [X] YES [ ] NO |

**CARRIER'S RECEIPT** | PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| PRMU650582 | 1240 | MEDICAL PRODUCTS | 20223.0 | 0.00 |
| 1X45HV | PCS | | LB | CF |
| S/ 026055 | | | | |

009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS    93
    5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)
010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS   362
    5#/CF+, W/ OR W/O $OL. (NMF56790-2 CL 100)
011 SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS 547
    BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)
088 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR,      20
    IN BXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150)
155 DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX         200
    $2.30/# (NMFC 06000 CL 70)
304 GLASS, MICROSCOPE SLIDE/COVER, IN BSX                       18
    (NMFC 86770 CLS 70)

TOTAL NUMBER OF PKGS OR UNITS
IMPORTANT: See Clause 8

THESE COMMODITIES LICENSED BY US FOR ULTIMATE DESTINATION        DIVERSION CONTRARY TO US LAW PROHIBITED

| TERMS: ➤ [ ] PREPAID | [ ] COLLECT | BILL TO: ➤ [ ] SHIPPER [ ] FORWARDER [ ] CONSIGNEE | [ ] NOTIFY PARTY | [X] OTHER |
|---|---|---|---|---|

| INSURANCE (See Tariff Reg.) | YES [ ] | OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |
|---|---|---|---|---|
| Values $ ............... Premium $ ............... | | | | |

DECLARED VALUE OVER $500
Per pkg. or unit $ ............... Extra Charge $ ...............

RECEIVED for shipment, in external apparent good order and condition, the containers, other packages or units listed in the "Carrier's Receipt", said by the Shipper to contain the goods described in "Particulars Furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of this B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

NPR, INC.                    ON BEHALF OF THE MASTER

| BILL OF LADING NO. NAVA | DATE | [ ] N/B PICKUP | Transport AutoRated | TOTAL CHARGES ➤ | |
|---|---|---|---|---|---|
| 380-5647974 | 04/30/02 | | | | |

FORM # NPR, INC. - 1997

# NAVIERAS
NPR, Inc.

**HOST FAX BILL OF LADING**

FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE
REMIT
TO

SEA STAR
100 BELL TEL WAY SUTIE 300
JACKSONVILLE, FL 32216

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. | BOOKING NUMBER | EXPORT DEC. |
|---|---|---|---|
| BAXTER HEALTHCARE CORP RD 5 KM 27 4 EXT EXPRESO DE DIEGO BO PALMAS CATANO          PR | B01554535 | MA565N-0580 | |
| | CREDIT NO. | BILL TO:        D10072        DJ -DJW | |
| | ZIP CODE 00962 | | |

| CONSIGNEE (COMPLETE NAME & ADDRESS) | CONSIGNEE NO. |
|---|---|
| BAXTER HEALTHCARE CORP C/O ALLEGIANCE 701 PRIDE DRIVE HAMMOND              LA 70401 | B01554512 |

BAXTER HEALTHCARE CORPOR
C/O SCHNEIDER LOGISTICS        -----
PO BOX 2000
SUGAR GROVE IL 60554

EXPORT REFERENCES

| NOTIFY (NAME, ADDRESS, FAX PHONE NUMBERS) | NOTIFY PTY. NO. |
|---|---|
| P COBIAN/LUIS VEGA 787-275-3013 | RV80645 |

FORWARDING AGENT - REFERENCES        FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL | CITY, STATE AND COUNTRY OF ORGIN |
|---|---|---|
| JACKSONVILLE | SAN JUAN | CATANO , PR CAR |

| VESSEL (SEE CL 2) VOYAGE NO. | FLAG | PORT OF LOADING | VESSEL TERMINAL |
|---|---|---|---|
| MAYAGUEZ      565N | | SAN JUAN | PUERTO NUEVO |

| PORT OF DISCHARGE | DESTINATION INTERMODAL | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only) |
|---|---|---|---|
| JACKSONVILLE | HAMMOND | | ☒ YES ☐ NO |

**CARRIER'S RECEIPT**        PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS   NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| PRMU650965 1X45HV S/ 026051 | 1584 PCS | | MEDICAL PRODUCTS | 20007.0 LB | 0.00 CF |
| | | | 009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | 155 | |
| | | | 010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | 651 | |
| | | | 011 SOLUTIONS,I.V.,NUTRINOAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 760 | |
| | | | 020 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR,IN BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60) | 10 | |
| | | | 450 ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 6#/CF L/T 8#/CF (NMF 156600-5 CLS 125) | 6 | |

TOTAL NUMBER OF PKGS OR UNITS
IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION        DIVERSION CONTRARY TO U.S. LAW PROHIBITED

TERMS: ➤ ☐ PREPAID    ☐ COLLECT        BILL TO: ➤ ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE    ☐ NOTIFY PARTY    ☒ OTHER

| INSURANCE (See Tariff Reg.)    YES ☐ | OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |
|---|---|---|---|
| Values $ ............ Premium $ ............ | | | |
| DECLARED VALUE OVER $500 | | | |
| Per pkg. or unit $ ............ Extra Charge $ ............ | | | |

RECEIVED for shipment, in external apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt", said by the Shipper to contain the goods described in "Particulars furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of B/L contract. The Carrier makes representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. SIGN NATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

..., INC.        ON BEHALF OF THE MASTER

| B/L OF LADING NO. NAVA 380-5647963 | DATE 04/30/02 | ☐ N/B PICKUP | € Transport Associated    TOTAL CHARGES ➤ | |
|---|---|---|---|---|

PAGE: 001 OF 001

FORM # NPR, INC. - 1997

IMPORTANT! READ CLAUSES ON REVERSE SIDE

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

BHC 1878A

| TO: 34028166 | SHIPPED FROM: | BILL OF LADING NO. RV8Z568 |
|---|---|---|
| CINCINNATI DC (REL) | BAXTER HEALTHCARE CORP. PRGLC | |
| J ALLEGIANCE | ROAD#5 KM.27.4 EXT. | |
| 32 SPELLMIRE DRIVE | EXPREO DE DIEGBO. PALMAS | |
| NCINNATI OH 45246 | CATANO, PR 00962 | |

SHIP DATE 8-16-02 | PAGE NO.

SC8CRU

DEST: CI          DATE/TIME PRINTED: 8/16/02   8:07:32

CABRIER STAR

---

**ECES** | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**

Special Instructions: Carrier direct billing only - No assignments include #3 240 Bill of Lading in Freight Bill to:
Baxter Healthcare Corp.
Freight payment Dept.
1430 Waukegan Road
McGaw Park, IL 60085

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

DERS: 53631991*AA   53655389*AA   53655391*AA

```
************************************
**        MEDICAL PRODUCT         **
************************************
**      PROTECT FROM FREEZING     **
************************************
```

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL   (NMFC 56790-1 CLS 175) | 169 | 209 | 784 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 138 | 256 | 1462 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 575 | 511 | 8439 |
| 3 | BAG/ENV/PCKT/POUCHES,PLASTIC,W/DENS 8#/CF < 15#/CF,INBXS/CRATES/PKG 2311 /Z43Z   (NMFC 20480-2 CLS 92.5) | 40 | 22 | 160 |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

PRMU 673317

ILER NO: Sea validlo  SEAL NO: 0029456  PALLET COUNT: 22

PIECES: 922   TOTAL POUNDS: 10,845

X _____
                        RECEIVED BY:

---

LOCK    :          SHIP VIA:          STAGE:          ROUTE:

D BY :   [signature]          DRIVER: N/A

R INSTRUCTIONS:

SEA STAR/CI173/CI036
SHIPPED BY: _Sea Star_  40

- FOR CARRIER USE ONLY -

DS OFFERED   ACCEPTED ☐   DECLINED ☐

R PER:          AGENT:          PER:

# Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO:    34028 ZZ8
WAUKEGAN DC (REL)
ALLEGIANCE
1 WAUKEGAN ROAD
KEGAN          IL      60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO, PALMAS
CATANO, PR          00962

DEST: MG          DATE/TIME PRINTED:    6/18/02    7:51:47

| BILL OF LADING NO. |
| --- |
| RVB16Z3 |
| SHIP DATE 6/18/02 | PAGE NO. |
| SCAC TRU |
| CARRIER STAR |

## HAZARDOUS MATERIAL INFORMATION

ECES          0

**CLASS 70 POUNDS**          0

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road. McGaw Park, IL 60085

DERS: 53042792*AA    53042793*AA

```
* * * * * = = = = = = = = = = = = = = = = = = = = = = = = * * * * *
* *          MEDICAL PRODUCT                    * *
* * * * * = = = = = = = = = = = = = = = = = = = = = = = = * * * * *
```

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
| --- | --- | --- | --- | --- |
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 817 | 1025 | 4009 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 765 | 1025 | 5577 |
| Z | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 4#/CF < 6#/CF (NMFC 156600-4 CLS 150) | 18 | 7 | 18 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

'Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

### SUMMARY

| | BAXTER INFORMATION | | ! | CARRIER INFORMATION | | |
| --- | --- | --- | --- | --- | --- | --- |
| LV | WEIGHT | PIECES | CUBE | : CLASS | WEIGHT | PIECES | CUBE |
| C | 9604 | 1600 | 2057 | ! 100.0 | 5577 | 765 | 1025 |

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

AILER NO. PRMU650928    SEAL NO: 0032224    PALLET COUNT: 48P

PIECES:    1600      TOTAL POUNDS:    9,604

X _____
RECEIVED BY:

LOCK    :

SHIP VIA:          STAGE:          ROUTE:

D BY

DRIVER: N/A

R INSTRUCTIONS:

SEA STAR/MGS63/MG798    SeaStar
SHIPPED BY: _____

SEE ROUTE FOR CARRIER USE ONLY

RDS OFFERED    ACCEPTED ☐    DECLINED ☐

AGENT:          PER:

EXHIBIT "B"

| Baxter PRMU | Billed as by Emerald | Paid for | Due | Amt Due |
|---|---|---|---|---|
| 673317 | On Self billing | 4/29/02 to 4/03/3 - 341 days | 143 days | 341 Days | $ 297.00 |
| | Documents | SE 1048 Load summary CRSDR Voyage 052 No 5/24/02 | | | |
| | | SE 30070 Maersk Newark Gate report 5/0/ loaded export | | | |
| | | SE 19963 TIR 122796 San Jaun Gate out/Gate in 9/30/02 | | | |
| | | No on any inventories sold San Juan 4/3/03 | | | |
| 650038 | On Self billing | 4/29/02 to 3/28/03 - 334 days | 140 days | 194 days | $ 338.00 |
| | Documents | Gate out San Juan 4/23/02 with load for Best Way | | | |
| | | E 067118 SSL report from First Coast Houston gate in 7/17/02 | | | |
| | | E 067119 SSL report from First Coast Houston Gate out 11/05/02 | | | |
| | | SE 19628 TIR 116180 San Juan Gate out 12/27/02 In 12/30/02 | | | |
| | | Not on any inventories Gate out 3/28/03 Email and signed | | | |
| 650083 | Not on Self billing | 4/29/02 to 11/30/03 - 581 days | | 0 581 days | $ 1,162.00 |
| | | Stipulated loss value | | | $ 1,120.00 |
| | Documents | E 067156 Gate out San Juan 5/14/ Loaded Baxter | | | |
| | | SE 19349 TIR 159358 Jax Gate out only 5/17/02 | | | |
| | | SE 1027 Load summary CRSDR 060 N Voyage 5/10/02 loaded Baxter | | | |
| | | SE 5927/41 L Florence email date 10/03/03 to Andy Rooks stating | | | |
| | | Evaluation of Emerald equipment that sailed from 4/26/02 to | | | |
| | | 8/31/03 that was not on self billing report or Emerald Claim | | | |
| | | Not on any inventories No record of return | | | |
| 650106 | Not on self billing | 4/29/02 ro 11/30/03 - 581 days | | 0 581 days | $ 1,162.00 |
| | | Stipulated loss value | | | $ 1,120.00 |
| | Documents | E 067185 CSX Electronic report OA 5/21/02 Loaded Baxter | | | |
| | | SE 1027 Load summary CRSDR 060N Voyage Loaded Baxter 5/10/02 | | | |
| | | SE 18030 5/17/02 TIR 159566 Jax Gate out only 5/17/02 | | | |
| | | SE 5927/41 same explanation as PRMU 650083 | | | |
| | | Not on any inventories No record of return | | | |

| Baxter PRMU | Documents | Billed as by Emerald | Paid for | Due | Amt Due |
|---|---|---|---|---|---|
| 650312 / On self billing | SE 19700 TIR 75802 Gate out/Gate in No date | 4/30/02 to 11/30/03 - 580 Days | 141 days | 429 days | $ 878.00 |
| Documents | SE 1284 Load Summary Elyun 259 N Voyage loaded | | Stipulated loss value | | $ 1,120.00 |
| 650582 / On self billing | SE 50067/I George cervone Email Emerald equipment active 4/29/02 Not on any inventories No record of return | 5/3/02 to 7/3/02 - 62 days | 62 days | 0 | $  - |
| 650664 / On self billing | SE 15841 Returned to Jax TIR 67518 | 4/29/02 to 8/14/02 108 days | 124 days / In transit credit | (16 Days) | $ (32.00) / $ (20.00) |
| 650725 / Not on self billing | E 067637 Returned Packer Avenue Marine by Palmer TIR M63211A SE 30083 Maersk Newark gate log delivered import 5/13/02 loaded | 4/29/02 to 11/29/02 - 215 Days | 0 | 215 days | $ 430.00 |
| 650928 / Not on self billing | SE 1501 Load summary 5/7/02 Exped 219 N voyage Loaded SE 5292?/45 same as PRMU 650083 Returned to Jax 7/31/02 | 4/29/02 to 7/31/02 - 93 days | 0 | 93 days | $ 186.00 |
| 650936 / Not on self billing | Returned Packer Avenue Marine Terminal by Palmer TIR M69871A SE 30039 Maresk Newark Gate log Received export 5/6/02 | 4/29/02 to 12/30/02 --246 days | 0 | 246 days | $ 492.00 |
| 650954 / On self billing | SE 30116 Maersk Newark gate log Delivered import 5/20/02 loaded Florence 2 shows second use 5/20/02 to 8/8/02 Returned Packer Avenue Marine terminal by HM Trkg TIR M35827A | 4/29/02 to 8/14/02 - 108 days | 124 days / In transit credit | (16 days) | $ (32.00) / $ (20.00) |

| Baxter | | | | | |
|---|---|---|---|---|---|
| PRMU | Billed as by Emerald | Paid for | Due | | Amt Due |
| 650965 | On self billing | | | | |
| | 4/29/02 to 9/10/03 - 500 days | 121 days | 379 days | $ | 758.00 |
| | SE 17537 TIR 156478 Jax Gate out only 5/3/02 | | | | |
| | E 067820 Gate in First Coast Houston 7/18/02 | | | | |
| | E 067821 Gate out First Coast Houston 9/23/02 | | | | |
| | SE 51455/64 L Florence email 4/30/03 stating Emerald equipment | | | | |
| | remaining in the system | | | | |
| | Gate out of San Juan 9/10/03 email and signed | | | | |

EXHIBIT "C"