

Smith
Katzenstein
Furlow LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

November 9, 2007

**By E-Filing and Hand Delivery**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Sea Star Line LLC v. Emerald Equipment Leasing, Inc.*
      C.A. No.: 05C-245 JJF

Dear Judge Farnan:

Counsel have conferred on availability for trial dates.

Counsel are available February 4, 5, 6, 20, 21, 22, 25, 26 and 27th for the trial on Sea Star's claim. The parties request that two days be scheduled for this trial.

Counsel are available the week of April 21 and the week of April 28th for the trial on Emerald Equipment's counterclaim. The parties request that four to five days be scheduled for this trial.

Respectfully,

Kathleen M. Miller
Id. No. 2898

cc:   Ronald Gellert, Esquire (via eFiling)
      Timothy J. Armstrong, Esquire (via email)
      Alan Moldoff (via email)