IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC | : | |
|     Plaintiff/<br>    Counterclaim<br>    Defendant, | : | |
| v. | : | Civ. No. 05-245-JJF-LPS |
| EMERALD EQUIPMENT LEASING, INC., | : | |
|     Defendant/<br>    Counterclaim<br>    Plaintiff, | : | Defendants. |

### ORDER

At Wilmington this **9th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, November 19, 2007 at 2:00 p.m.** with Magistrate Judge Stark to discuss the status of the case and matters relating to the Amended Counterclaim of Emerald Equipment Leasing, Inc. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE