# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC

    Plaintiff/
    Counterclaim
    Defendant,

v.

    Civ. No. 05-245-JJF-LPS

EMERALD EQUIPMENT LEASING, INC.,

    Defendant/
    Counterclaim
    Plaintiff,

## ORDER

A teleconference having been held at Wilmington this **19th** day of **November, 2007** with Magistrate Judge Stark,

IT IS ORDERED that:

1. Sea Star Line, LLC shall serve and file its response to the October 24, 2007 letter of Emerald Equipment Leasing, Inc. (D.I. 143) on or before November 30, 2007.

2. Emerald Equipment Leasing, Inc. shall serve and file its reply to Sea Star's response to the October 24, 2007 letter of Emerald Equipment Leasing, Inc. (D.I. 143) on or before December 7, 2007.

3. Counsel for both parties shall confer and submit an agreed upon proposed discovery scheduling order to the Court on or before December 7, 2007. If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed discovery scheduling order, the parties shall submit individual proposed discovery scheduling orders to the Court on or before December 7, 2007.

4.  With respect to discovery matters, should counsel find they are unable to resolve a discovery matter, the parties involved in the discovery matter(s) shall contact chambers at (302) 573-4571 to schedule a telephone conference. Not less than forty-eight (48) hours prior to the conference, the party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues. Not less than twenty-four (24) hours prior to the conference, any party opposing the application for relief may file a letter, not to exceed three (3) pages, outlining that party's reasons for its opposition. Should any document(s) be filed under seal, a copy of the sealed document(s) must be provided to the Magistrate Judge within one (1) hour of e-filing the document(s). Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Disputes over protective orders or motions for extension of time for briefing case dispositive motions which are related to discovery matters are to be addressed in the first instance in accordance with this paragraph.

_____
UNITED STATES MAGISTRATE JUDGE