UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD EQUIPMENT LEASING,<br>INC., a corporation,<br><br>Defendant/Counter-Plaintiff,<br><br>v.<br><br>SEA STAR LINE, LLC,<br><br>Counter-Defendant. | Civil Action No. 05-CV-245 (JJF) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on November 14, 2007, **Emerald Equipment Leasing, Inc.'s Subpoena on Marine Express, Inc.** (the "Subpoena") was served as set forth in the Proof of Service, attached hereto with the Subpoena as Exhibit "A".

ECKERT SEAMANS CHERIN & MELLOTT, LLC

/s/ Ronald S. Gellert
Ronald S. Gellert, Esquire (No. 4259)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302-425-0430
        and
Alan I. Moldoff, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400

Counsel for Emerald Equipment Leasing, Inc.