## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2007 a copy of the foregoing **RESPONSE TO EMERALD'S SUBMISSION REGARDING BAXTER HEALTH CARE, INC.** was served on the parties listed below in the manner indicated:

**_FIRST-CLASS MAIL_**
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

**_ELECTRONIC MAIL_**
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
Email: rgellert@eckertseamans.com

                                                                Kathleen M. Miller (I.D. No. 2898)

05130|PLDG|10034673.WPD