# EXHIBIT F

**SCHEDULE OF EMERALD EQUIPMENT USED BY SSL TO SHIP BAXTER GOODS**
**WHICH WERE NOT INCLUDED IN SSL'S SELF-BILLING REPORTS**

| |
|---|
| PRMU220144 |
| PRMU650006 |
| PRMU650083 |
| PRMU650106 |
| PRMU650472 |
| PRMU650654 |
| PRMU650725 |
| PRMU650807 |
| PRMU650899 |
| PRMU650928 |
| PRMU650936 |
| PRMU650983 |
| PRMU653206 |
| PRMU653227 |
| PRMU653399 |
| PRMU673362 |
| PRMU673441 |
| PRMU673548 |
| PRMU674049 |
| PRMU674051 |
| PRMU674317 |
| PRMU674333 |
| PRMU674357 |
| PRMU674361 |

{M0621629.1}