# EXHIBIT E – PART 1

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015

847.948.2000
Fax: 847.948.2896
www.baxter.com

# Baxter

Phone: 847-948-4919
Fax:    847-948-2896

October 17, 2007                                **Via UPS**

Alan  Moldoff
Eckert Seamans Cherin & Mellot
50 S. 16th Street, 22nd Floor
Two Liberty Place
Philadelphia, PA 19102

**RE:    Subpoena – Sea Star Line, LLC v. Emerald Equipment Leasing, Inc.**

Dear Mr. Moldoff:

Enclosed please find Bills of Lading of Sea Star Line from April 27, 2002 to September 30, 2002.  I have also included information we were able to pull from our freight payment database for the time period you requested.

BOL Number – This is our Bill of Lading Number.
PRO Number – This number is provided by the carrier and usually will represent a container number.
SCAC – Carrier alpha code to denote SeaStar.
Doc Batch ID – Baxter's internal way of recording payment.
Ship Date
Period Date – Date when the carrier was paid.

Sincerely,

Claudia Williams

Claudia Williams
Paralegal
Litigation and Employment

/cw

Enclosure

135102_1

*CC: Jim Wagner —*
*Tranzact —*
*5/3/01*



**SEA STAR**

## TRANSPORTATION SERVICE AGREEMENT

This Transportation Services Agreement ("2001-1408 ") is entered into and made effective as of March 09, 2001 by and between SEA STAR LINE, LLC ("CARRIER") and Baxter Healthcare ("SHIPPER").

CARRIER is in the business of providing, on behalf of Shippers or Consignees, transportation of freight and SHIPPER is a Shipper of freight in the noncontiguous domestic trade between ports/points in the United States and the port of San Juan, Puerto Rico. CARRIER and SHIPPER mutually agree that they will conduct their business together under the following terms and conditions:

### 1. TERMS OF AGREEMENT:
The Agreement shall become effective as March 09, 2001 and shall continue in effect until. March 09, 2003.

### 2. DEFINITIONS:
The term "UNITS" as used in this agreement shall mean any owned or leased by CARRIER utilized to transport freight as provided by this Agreement

### 3. EQUIPMENT SUPPLY:
CARRIER shall endeavor to provide SHIPPER with serviceable units with chassis at CARRIER'S terminal.

### 4. RATES:
Addendum "A" attached hereto and made part hereof, provides applicable rates and terms for the transportation services to be provided by CARRIER to SHIPPER under this Agreement. The rates set forth in Addendum "A" shall apply during the term of this Agreement subject only to adjustments to the bunker surcharge as specified in Addendum "A".

### 5. VOLUME:



**SEA STAR**

## TRANSPORTATION SERVICE AGREEMENT

During the term of this Agreement, SHIPPER agrees to tender and ship with CARRIER a Minimum Volume Guarantee (MVG) of 3% of their total shipments moving between the ports / points as detailed in Addendum A.

### 6. FAILURE TO TENDER:

If SHIPPER fails to tender the minimum volume guarantee as specified in Paragraph 5 within the applicable period, SHIPPER shall be subject to liquidated damages of $250 per unit not tendered. The liquidated damages shall be calculated by multiplying $250 by the number of units by which SHIPPER falls short of the required minimum volume guarantee. Any liquidated damage shall be calculated and settled at the end of each agreement period. CARRIER shall reconcile and invoice SHIPPER within thirty (30) calendar days after the end of each agreement period. SHIPPER shall pay CARRIER the liquidated damages within thirty (30) days.

### 7. PAYMENT BY SHIPPER:

SHIPPER agrees to and shall pay CARRIER the rates and charges as provided in Addendum "A" attached hereto in within 30 days of the postmark or fax date of Carrier's invoice. If SHIPPER pays CARRIER within 15 days a discount of 1% shall apply.

### 8. GENERAL RULES:

A)  Pursuant to 49U.S.C 14101(b)(1), CARRIER and SHIPPER hereby and expressly waive any rights and remedies specified in 49U.S.C., Subtitle IV, Part B, except for provisions governing registration, insurance, or safety fitness. CARRIER and SHIPPER further expressly and irrevocably waive their respective rights to challenge the foregoing waiver of rights and remedies.

B)  CARRIER will issue a transportation Bill of Lading and export declaration for each shipment. The terms and conditions printed upon the Bill of Lading shall govern all such shipments. The CARRIER shall have the unrestricted right to compare the information on the Packing List or Container Manifest with the Cargo Declaration on the Bill of Lading.



## TRANSPORTATION SERVICE AGREEMENT

C) CARRIERS Tariff 015790-465 shall be the governing publication for terms and conditions not specifically contained in this agreement.

9. **SERVICES:**

   Carrier shall provide regularly scheduled port calls between ports in the United States and the port of San Juan, Puerto Rico. If carrier fails to provide regularly scheduled service between ports in the United States and the port of San Juan, Puerto Rico, Shipper at its option, may terminate this agreement with no penalties to shipper.

   Addendum B outlines carrier commitment on transit times both southbound and northbound points.

   Carriers cannot be held responsible for failure to meet transit times that occur as a result of "Act of GOD" or third party carriers that are not directly under carriers operations control.

10. **NOTICES:**

   Unless otherwise provided herein, all notices shall be sent to:

   **For CARRIER:**

   Sea Star Line, LLC
   100 Bell Tel Way Suite 300
   Jacksonville, FL 32216
   Attn: Peter Baci

   **For SHIPPER:**

   Baxter Healthcare
   P.O. box 2002
   Catano, Puerto Rico 00936-2002
   Attn: Bautista Alvarado

11. **GOVERNING LAW:**

   The constitution, interpretation and application of the Agreement shall be governed by the laws of the State of Florida.

12. **FREETIME AND DEMURRAGE CHARGES:**

   Rates listed include fifteen (15) days free time. Demurrage charges after expiration of free time will be charged $25.00 per 24-hour fraction.

13. **ENTIRE AGREEMENT AND UNDERSTANDING:**



## TRANSPORTATION SERVICE AGREEMENT

This Agreement constitutes the entire understanding of both parties and may not be modified without written consent of both parties. In witness thereof, the parties have executed this Agreement as of the date mentioned above. This Agreement shall be known as SEA STAR 2001-1408.

**SHP: Baxter Healthcare**

By: _____

Title: _____

**SEA STAR LINE, LLC**

By: _____

Title: _____



**SEA STAR**

## TRANSPORTATION SERVICE AGREEMENT

### Addendum "A"

Commodity: Hospital and Medical Supplies, Nos

| ORIGIN | DESTINATION | MOVE | EQUIP | TLI # | RATE | NOTES |
|--------|-------------|------|-------|-------|------|-------|
| ARGO, IL | SAN JUAN, PR | D/T | PC | 0001 | 2550 | 1-4 |
| CLEVELAND, MS | SAN JUAN, PR | D/T | PC | 0002 | 2650 | 1-4 |
| EL PASO, TX | SAN JUAN, PR | D/T | 45 DC | 0003 | 3125 | 1-3 |
| EL PASO, TX | SAN JUAN, PR | D/T | 48 DC | 0004 | 3425 | 1-3 |
| MEMPHIS, TN | SAN JUAN, PR | D/T | PC | 0005 | 2350 | 1-4 |
| MEMPHIS, TN | SAN JUAN, PR | D/T | 48 DC | 0006 | 2650 | 1-3 |
| MT HOME, AR | SAN JUAN, PR | D/T | PC | 0007 | 2700 | 1-4 |
| MT HOME, AR | SAN JUAN, PR | D/T | 48 DC | 0008 | 2900 | 1-3 |
| NORTH COVE, NC | SAN JUAN, PR | D/T | PC | 0009 | 2100 | 1-4 |
| NORTH COVE, NC | SAN JUAN, PR | D/T | 48 DC | 0010 | 2500 | 1-3 |
| RALEIGH, NC | SAN JUAN, PR | D/T | PC | 0011 | 2300 | 1-4 |
| SAN JUAN, PR | BESSEMER, AL | T/D | PC | 0012 | 900 | 1-2 |
| SAN JUAN, PR | WOODLAND, TX | T/D | PC | 0013 | 1450 | 1-3 |
| SAN JUAN, PR | WESTON, FL | T/D | PC | 0014 | 625 | 1-2 |
| SAN JUAN, PR | WAUKEGAN, IL | T/D | PC | 0015 | 1250 | 1-2 |
| SAN JUAN, PR | WAUKEGAN, IL | T/D | PC | 0016 | 1250 | 1-3 |
| SAN JUAN, PR | WILSONVILLE, OR | T/D | PC | 0017 | 2900 | 1-3 |
| SAN JUAN, PR | MISSISSAUGA, ON | T/D | PC | 0018 | 2700 | 1-3 |
| SAN JUAN, PR | CHAMPLIN, MN | T/D | PC | 0019 | 1500 | 1-3 |
| SAN JUAN, PR | CHARLOTTE, NC | T/D | PC | 0020 | 1100 | 1-2 |
| SAN JUAN, PR | CINCINNATI, OH | T/D | PC | 0021 | 1200 | 1-3 |
| SAN JUAN, PR | DENVER, CO | T/D | PC | 0022 | 1950 | 1-3 |
| SAN JUAN, PR | EARTH CITY, MO | T/D | PC | 0023 | 1050 | 1-3 |
| SAN JUAN, PR | GRAND PRAIRIE, TX | T/D | PC | 0024 | 2000 | 1-2 |
| SAN JUAN, PR | GRAND PRAIRIE, TX | T/D | PC | 0025 | 1250 | 1-3 |



**SEA STAR**

### TRANSPORTATION SERVICE AGREEMENT
#### Addendum "A"

| | | | | | | |
|---|---|---|---|---|---|---|
| SAN JUAN, PR | HAMMOND, LA | T/D | PC | 0026 | 1100 | 1-2 |
| SAN JUAN, PR | HAMMOND, LA | T/D | PC | 0027 | 1110 | 1-3 |
| SAN JUAN, PR | INDIANAPOLIS, IN | T/D | PC | 0028 | 1330 | 1-3 |
| SAN JUAN, PR | LAVERGNE, TN | T/D | PC | 0029 | 1100 | 1-2 |
| SAN JUAN, PR | MEMPHIS, TN | T/D | PC | 0030 | 900 | 1-2 |
| SAN JUAN, PR | MORROW, GA | T/D | PC | 0031 | 900 | 1-2 |
| SAN JUAN, PR | OBERTZ, OH | T/D | PC | 0032 | 1200 | 1-3 |
| SAN JUAN, PR | OMAHA, NE | T/D | PC | 0033 | 1400 | 1-3 |
| SAN JUAN, PR | ONTARIO, CA | T/D | PC | 0034 | 1800 | 1-3 |
| SAN JUAN, PR | OVERLAND, KS | T/D | PC | 0035 | 1100 | 1-3 |
| SAN JUAN, PR | REDMOND, WA | T/D | PC | 0036 | 2700 | 1-3 |
| SAN JUAN, PR | SALT LAKE CITY, UT | T/D | PC | 0037 | 2600 | 1-3 |
| SAN JUAN, PR | SAN ANTONIA, TX | T/D | PC | 0038 | 1400 | 1-3 |
| SAN JUAN, PR | SAN LEONDRO, CA | T/D | PC | 0039 | 2200 | 1-3 |
| SAN JUAN, PR | SOLON, ON | T/D | PC | 0040 | 1200 | 1-3 |
| SAN JUAN, PR | TAMPA, FL | T/D | PC | 0041 | 900 | 1-2 |
| SAN JUAN, PR | TAYLOR, MI | T/D | PC | 0042 | 1600 | 1-2 |
| SAN JUAN, PR | TAYLOR, MI | T/D | PC | 0043 | 1250 | 1-3 |
| SAN JUAN, PR | TEMPE, AZ | T/D | PC | 0044 | 2200 | 1-3 |
| SAN JUAN, PR | WOODLAND, TX | T/D | PC | 0045 | 2200 | 1-2 |
| SPARTANBURG, SC | SAN JUAN, PR | D/T | PC | 0046 | 2235 | 1-4 |

**NOTES:**

1. Rate is subject to a Bunker Fuel Surcharge of $125 per container.
2. Rate is subject to a Puerto Rico Ports Authority Charge of $6 per container.
3. Rate is valid via rail moves only.
4. 40' and 45' size equipment only.



## TRANSPORTATION SERVICE AGREEMENT

### Addendum "B"

**TRANSIT TIMES**

| DESTINATION | TRUCK | RAIL |
|---|---|---|
| Bessemer, AL | 4 | ----- |
| Champlin, MN | ----- | 9 |
| Charlotte, NC | 4 | ----- |
| Cincinnati, OH | ----- | 8 |
| Denver, CO | ----- | 11 |
| Earth City, MO | ----- | 8 |
| Grand Prairie, TX | 5 | 10 |
| Hammond, LA | 4 | 7 |
| Indianapolis, IN | ----- | 8 |
| LaVergne, TN | 4 | ----- |
| Memphis, TN | 4 | ----- |
| Morrow, GA | 4 | ----- |
| Obertz, OH | ----- | 8 |
| Omaha, NE | ----- | 10 |
| Ontario, CA | ----- | 12 |
| Overland, KS | ----- | 9 |
| Redmond, WA | ----- | 13 |
| Salt Lake City, UT | ----- | 11 |
| San Antonio, TX | ----- | 10 |
| San Leondro, CA | ----- | 12 |
| Solon, ON | ----- | 8 |
| Tampa, FL | 4 | ----- |
| Taylor, MI | 5 | 8 |
| Tempe, AZ | ----- | 12 |



**TRANSPORTATION SERVICE AGREEMENT**

Addendum "B"

| | | |
|---|---|---|
| Woodland, TX | 5 | 10 |
| Weston, FL | 4 | ------ |
| Wankegan, IL | 5 | 7 |
| Wilsonville, OR | ------ | 12 |
| Mississauga, ON | ------ | 10 |

| NOTES | | | | | |
|---|---|---|---|---|---|
| 1) Rates exclude Bunker and Intermodal Fuel Surcharge. | | | | | |
| 2) Rates exclude Port Authority Charge. | | | | | |
| 3) Rates are valid until December 31, 2002. | | | | | |

| BOL Number | Pro Number | SCAC | Doc Batch ID | Ship Date | Period Date |
|---|---|---|---|---|---|
| RV80627 | 3805646342 | STRU | 0008850 | 4/29/2002 | 5/20/2002 |
| RV80617 | 3805646390 | STRU | 0008850 | 4/29/2002 | 5/20/2002 |
| RV80620 | 3805646401 | STRU | 0008850 | 4/29/2002 | 5/20/2002 |
| RV80619 | 3805647414 | STRU | 0004172 | 4/29/2002 | 5/20/2002 |
| JD23768 | 3768696746 | STRU | 0004172 | 4/30/2002 | 5/20/2002 |
| GU584S1390 | 3768696820 | STRU | 0002999 | 4/30/2002 | 6/3/2002 |
| HU567S3240 | 3768696831 | STRU | 0002999 | 4/30/2002 | 6/3/2002 |
| GU584S1050 | 3768696842 | STRU | 0002999 | 4/30/2002 | 6/3/2002 |
| GU584S1120 | 3768696853 | STRU | 0009991 | 4/30/2002 | 6/3/2002 |
| CL004377 | 3768697354 | STRU | 0004169 | 4/30/2002 | 5/20/2002 |
| MA566S0660 | 3768697435 | STRU | 0009991 | 4/30/2002 | 6/3/2002 |
| CL004380 | 3768697446 | STRU | 0004169 | 4/30/2002 | 5/20/2002 |
| CL004374 | 3768697461 | STRU | 0004169 | 4/30/2002 | 5/20/2002 |
| GU584S1120 | 3768697855 | STRU | 0009991 | 4/30/2002 | 6/3/2002 |
| 3768698150 | 3768698150 | STRU | 0004169 | 4/30/2002 | 5/20/2002 |
| NC2148 | 3768698791 | STRU | 0006926 | 4/30/2002 | 5/27/2002 |
| 3805646843 | 3805646843 | STRU | 0007599 | 4/30/2002 | 5/27/2002 |
| FP52560404AA | 3805646913 | STRU | 0006384 | 4/30/2002 | 5/20/2002 |
| FP52564010AA | 3805646924 | STRU | 0006384 | 4/30/2002 | 5/20/2002 |
| 3805646935 | 3805646935 | STRU | 0004169 | 4/30/2002 | 5/20/2002 |
| 3805646946 | 3805646946 | STRU | 0004169 | 4/30/2002 | 5/20/2002 |
| RV80647 | 3805647333 | STRU | 0004172 | 4/30/2002 | 5/20/2002 |
| RV80642 | 3805647355 | STRU | 0004172 | 4/30/2002 | 5/20/2002 |
| FP52561135AA | 3805647403 | STRU | 0009663 | 4/30/2002 | 5/20/2002 |
| FP52563978AA | 3805647425 | STRU | 0006384 | 4/30/2002 | 5/20/2002 |
| RV80645 | 3805647436 | STRU | 0004172 | 4/30/2002 | 5/20/2002 |
| RV80650 | 3805647882 | STRU | 0006926 | 4/30/2002 | 5/27/2002 |
| RV80636 | 3805647904 | STRU | 0006926 | 4/30/2002 | 5/27/2002 |
| RV80648 | 3805647926 | STRU | 0006926 | 4/30/2002 | 5/27/2002 |
| RV80639 | 3805647941 | STRU | 0006926 | 4/30/2002 | 5/27/2002 |
| RV80641 | 3805647952 | STRU | 0006926 | 4/30/2002 | 5/27/2002 |
| RV80649 | 3805647974 | STRU | 0006926 | 4/30/2002 | 5/27/2002 |
| 3952080160 | 3952080160 | STRU | 0003270 | 4/30/2002 | 5/27/2002 |
| 3952080171 | 3952080171 | STRU | 0003270 | 4/30/2002 | 5/27/2002 |
| 3952080182 | 3952080182 | STRU | 0003270 | 4/30/2002 | 5/27/2002 |
| RV80643 | ELY257JAX020 | SSLH | 0000073 | 30-Apr-02 | 09-Dec-02 |
| RV80638 | ELY257JAX021 | SSLH | 0000073 | 30-Apr-02 | 09-Dec-02 |
| RV80644 | ELY257PEV019 | SSLH | 0000073 | 30-Apr-02 | 09-Dec-02 |
| RV80640 | ELY257PEV020 | SSLH | 0000073 | 30-Apr-02 | 09-Dec-02 |
| RV80672 | EXP219ELZ017 | STRU | 0007420 | 02-May-02 | 23-Sep-02 |
| RV80670 | EXP219ELZ018 | STRU | 0007420 | 02-May-02 | 23-Sep-02 |
| RV80673 | EXP219ELZ019 | STRU | 0007420 | 02-May-02 | 23-Sep-02 |
| MA566S1690 | 3768698776 | STRU | 0006005 | 5/3/2002 | 6/3/2002 |
| MA566S1691 | 3768700482 | STRU | 0004265 | 5/3/2002 | 6/10/2002 |
| 3805648081 | 3805648081 | STRU | 0006917 | 5/3/2002 | 5/27/2002 |
| 3805648114 | 3805648114 | STRU | 0006917 | 5/3/2002 | 5/27/2002 |
| 3805648140 | 3805648140 | STRU | 0006917 | 5/3/2002 | 5/27/2002 |
| 3805648151 | 3805648151 | STRU | 0006917 | 5/3/2002 | 5/27/2002 |
| 3805648173 | 3805648173 | STRU | 0006917 | 5/3/2002 | 5/27/2002 |
| 3805648195 | 3805648195 | STRU | 0006917 | 5/3/2002 | 5/27/2002 |

| | | | | | |
|---|---|---|---|---|---|
| 3805648663 | 3805648663 | STRU | 0006917 | 5/3/2002 | 5/27/2002 |
| RV80723 | EXP219ELZ055 | STRU | 0007420 | 03-May-02 | 23-Sep-02 |
| 3952080414 | 3952080414 | STRU | 0003270 | 5/6/2002 | 5/27/2002 |
| 3952080425 | 3952080425 | STRU | 0006024 | 5/6/2002 | 6/24/2002 |
| 3952080543 | 3952080543 | STRU | 0003270 | 5/6/2002 | 5/27/2002 |
| 3952080554 | 3952080554 | STRU | 0003270 | 5/6/2002 | 5/27/2002 |
| 3952080565 | 3952080565 | STRU | 0003270 | 5/6/2002 | 5/27/2002 |
| 3952081125 | 3952081125 | STRU | 0003270 | 5/6/2002 | 5/27/2002 |
| 3952081136 | 3952081136 | STRU | 0003270 | 5/6/2002 | 5/27/2002 |
| RV80745 | EXP219ELZ020 | STRU | 0007420 | 06-May-02 | 23-Sep-02 |
| RV80744 | EXP219ELZ021 | STRU | 0007420 | 06-May-02 | 23-Sep-02 |
| RV80748 | EXP219ELZ054 | STRU | 0007420 | 06-May-02 | 23-Sep-02 |
| FP52644753AA | 3805649245 | STRU | 0005632 | 5/7/2002 | 5/27/2002 |
| MA566S2390 | AXCHA079SJU125 | STRU | 0004790 | 07-May-02 | 08-Jul-02 |
| GU585S0500 | CRS059SJU037 | SSLH | 0001052 | 07-May-02 | 08-Sep-03 |
| CRS059SJU182 | CRS059SJU182 | STRU | 0007421 | 07-May-02 | 23-Sep-02 |
| CRS059SJU188 | CRS059SJU188 | STRU | 0007421 | 07-May-02 | 23-Sep-02 |
| GU585S0960 | CRS059SJU311 | STRU | 0007297 | 07-May-02 | 23-Sep-02 |
| 09192 | CRS059SJU400 | STRU | 0007421 | 07-May-02 | 23-Sep-02 |
| RV80770 | ELY259JAX008 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80777 | ELY259JAX009 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80781 | ELY259JAX010 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80782 | ELY259JAX011 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80773 | ELY259JAX012 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80779 | ELY259JAX013 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80775 | ELY259JAX014 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80774 | ELY259JAX015 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80778 | ELY259JAX016 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80780 | ELY259JAX017 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| RV80771 | ELY259JAX018 | SSLH | 0000073 | 07-May-02 | 09-Dec-02 |
| ELY259JAX041 | ELY259JAX041 | STRU | 0000800 | 07-May-02 | 30-Sep-02 |
| RV80772 | IV05775 | SSLH | 0009984 | 07-May-02 | 21-Apr-03 |
| RV80791 | CRS060JAX102 | STRU | 0007420 | 08-May-02 | 23-Sep-02 |
| RV80791 | CRS081JAX039 | SSLH | 0004184 | 08-May-02 | 21-Apr-03 |
| RV80791 | CRS082JAX052 | SSLH | 0005806 | 08-May-02 | 30-Dec-02 |
| RV80791 | CRS082JAX076 | SSLH | 0005806 | 08-May-02 | 30-Dec-02 |
| RV80791 | CRS083JAX042 | SSLH | 0000527 | 08-May-02 | 11-Nov-02 |
| RV80791 | CRS083JAX071 | SSLH | 0000527 | 08-May-02 | 11-Nov-02 |
| RV80791 | CRS083JAX072 | SSLH | 0000527 | 08-May-02 | 11-Nov-02 |
| RV80794 | HAW215ELZ043 | STRU | 0007420 | 08-May-02 | 23-Sep-02 |
| RV80796 | HAW215ELZ044 | STRU | 0007420 | 08-May-02 | 23-Sep-02 |
| GU579N0430 | 3805630404S1 | SSLH | 0003649 | 09-May-02 | 06-Jan-03 |
| AXCHA079SJU1 | AXCHA079SJU1 | STRU | 0008242 | 5/9/2002 | 6/24/2002 |
| CHA079SJU171 | CHA079SJU171 | SSLH | 0006385 | 09-May-02 | 21-Apr-03 |
| FP52669563AA | CRS060JAX075 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| RV80806 | CRS060JAX101 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| RV80815 | CRS060JAX103 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| RV80808 | CRS060JAX106 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| RV80813 | CRS060JAX107 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| RV80810 | CRS060JAX109 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| RV80810 | CRS060JAX110 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |

| | | | | | |
|---|---|---|---|---|---|
| RV80814 | CRS060JAX115 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| RV80819 | CRS060JAX117 | SSLH | 0001194 | 09-May-02 | 28-Apr-03 |
| RV80813 | CRS082JAX046 | SSLH | 0005806 | 09-May-02 | 30-Dec-02 |
| RV80807 | HAW215ELZ045 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| RV80817 | HAW215ELZ049 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| RV80812 | HAW215ELZ053 | STRU | 0007420 | 09-May-02 | 23-Sep-02 |
| 3952081420 | 3952081420 | STRU | 0006538 | 5/10/2002 | 6/3/2002 |
| 3952081431 | 3952081431 | STRU | 0006538 | 5/10/2002 | 6/3/2002 |
| 3952081464 | 3952081464 | STRU | 0006538 | 5/10/2002 | 6/3/2002 |
| RV80832 | CHA080JAX002 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| CRS060JAX078 | CRS060JAX078 | STRU | 0007362 | 10-May-02 | 23-Sep-02 |
| CRS060JAX088 | CRS060JAX088 | STRU | 0007362 | 10-May-02 | 23-Sep-02 |
| CRS060JAX100 | CRS060JAX100 | STRU | 0007421 | 10-May-02 | 23-Sep-02 |
| RV80836 | CRS060JAX105 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| RV80843 | CRS060JAX108 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| RV80837 | CRS060JAX111 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| RV80835 | CRS060JAX112 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| RV80834 | CRS060JAX113 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| RV80833 | CRS060JAX114 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| RV80838 | CRS060JAX116 | SSLH | 0004184 | 10-May-02 | 21-Apr-03 |
| RV80831 | CRS060JAX118 | SSLH | 0004184 | 10-May-02 | 21-Apr-03 |
| CRS060JAX119 | CRS060JAX119 | SSLH | 0001251 | 10-May-02 | 28-Apr-03 |
| CRS060JAX120 | CRS060JAX120 | SSLH | 0001251 | 10-May-02 | 28-Apr-03 |
| CRS060JAX122 | CRS060JAX122 | STRU | 0007362 | 10-May-02 | 23-Sep-02 |
| CRS060JAX123 | CRS060JAX123 | STRU | 0007362 | 10-May-02 | 23-Sep-02 |
| CRS060JAX124 | CRS060JAX124 | STRU | 0007362 | 10-May-02 | 23-Sep-02 |
| CRS060JAX125 | CRS060JAX125 | STRU | 0007362 | 10-May-02 | 23-Sep-02 |
| CRS060JAX126 | CRS060JAX126 | SSLH | 0004199 | 10-May-02 | 21-Apr-03 |
| CRS060JAX127 | CRS060JAX127 | SSLH | 0004204 | 10-May-02 | 21-Apr-03 |
| CRS060JAX128 | CRS060JAX128 | SSLH | 0004204 | 10-May-02 | 21-Apr-03 |
| CRS060JAX129 | CRS060JAX129 | SSLH | 0004204 | 10-May-02 | 21-Apr-03 |
| CRS060JAX130 | CRS060JAX130 | SSLH | 0004204 | 10-May-02 | 21-Apr-03 |
| CRS060JAX135 | CRS060JAX135 | SSLH | 0004204 | 10-May-02 | 21-Apr-03 |
| RV80833 | CRS082JAX041 | SSLH | 0005806 | 10-May-02 | 30-Dec-02 |
| RV80833 | CRS083JAX041 | SSLH | 0000527 | 10-May-02 | 11-Nov-02 |
| CSR060JAX076 | CSR060JAX076 | STRU | 0007362 | 10-May-02 | 23-Sep-02 |
| CSR060JAX081 | CSR060JAX081 | STRU | 0007362 | 10-May-02 | 23-Sep-02 |
| RV80841 | ELM260JAX070 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| ELM260SJU040 | ELM260SJU040 | SSLH | 0006315 | 10-May-02 | 22-Dec-03 |
| ELM260SJU251 | ELM260SJU251 | SSLH | 0006315 | 10-May-02 | 22-Dec-03 |
| ELM260SJU265 | ELM260SJU265 | SSLH | 0009706 | 10-May-02 | 09-Dec-02 |
| ELM260SJU302 | ELM260SJU302 | SSLH | 0000942 | 10-May-02 | 25-Nov-02 |
| ELM260SJU334 | ELM260SJU334 | SSLH | 0006315 | 10-May-02 | 22-Dec-03 |
| ELM260SJU335 | ELM260SJU335 | SSLH | 0006315 | 10-May-02 | 22-Dec-03 |
| ELM260SJU336 | ELM260SJU336 | SSLH | 0006315 | 10-May-02 | 22-Dec-03 |
| ELM260SJU337 | ELM260SJU337 | SSLH | 0006315 | 10-May-02 | 22-Dec-03 |
| ELM260SJU338 | ELM260SJU338 | SSLH | 0006315 | 10-May-02 | 22-Dec-03 |
| RV80839 | HAW215ELZ046 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| RV80842 | HAW215ELZ047 | STRU | 0007420 | 10-May-02 | 23-Sep-02 |
| AXELY261SJU0 | AXELY261SJU0 | STRU | 0008242 | 5/11/2002 | 6/24/2002 |
| AXELY261SJU1 | AXELY261SJU1 | STRU | 0008989 | 11-May-02 | 08-Jul-02 |

| | | | | | |
|---|---|---|---|---|---|
| NC36820 | ELY261SJU116 | SSLH | 0007365 | 11-May-02 | 10-Feb-03 |
| 3952081685 | 3952081685 | STRU | 0002432 | 5/12/2002 | 6/3/2002 |
| 3952081862 | 3952081862 | STRU | 0002432 | 5/12/2002 | 6/3/2002 |
| RV80868 | HAW215ELZ048 | STRU | 0007420 | 13-May-02 | 23-Sep-02 |
| RV80858 | HAW215ELZ050 | STRU | 0007420 | 13-May-02 | 23-Sep-02 |
| RV80866 | HAW215ELZ051 | SSLH | 0004184 | 13-May-02 | 21-Apr-03 |
| RV80857 | HAW215ELZ052 | STRU | 0007420 | 13-May-02 | 23-Sep-02 |
| GU586S0730 | AXCHA080SJU014 | STRU | 0005480 | 5/14/2002 | 7/1/2002 |
| AXCRS060SJU0 | AXCRS060SJU0 | STRU | 0005894 | 5/14/2002 | 6/24/2002 |
| AXCRS060SJU0 | AXCRS060SJU0 | STRU | 0008242 | 5/14/2002 | 6/24/2002 |
| GU586S0700 | AXCRS060SJU024 | STRU | 0004790 | 14-May-02 | 08-Jul-02 |
| GU586S0530 | CRS060SJU039 | STRU | 0000042 | 14-May-02 | 02-Sep-02 |
| CRS060SJU048 | CRS060SJU048 | SSLH | 0002684 | 14-May-02 | 18-Nov-02 |
| CRS060SJU049 | CRS060SJU049 | SSLH | 0002684 | 14-May-02 | 18-Nov-02 |
| CRS060SJU050 | CRS060SJU050 | SSLH | 0002684 | 14-May-02 | 18-Nov-02 |
| CRS060SJU051 | CRS060SJU051 | SSLH | 0002684 | 14-May-02 | 18-Nov-02 |
| CRS060SJU052 | CRS060SJU052 | SSLH | 0002684 | 14-May-02 | 18-Nov-02 |
| CRS060SJU053 | CRS060SJU053 | SSLH | 0002684 | 14-May-02 | 18-Nov-02 |
| CRS060SJU054 | CRS060SJU054 | SSLH | 0002684 | 14-May-02 | 18-Nov-02 |
| CRS060SJU055 | CRS060SJU055 | SSLH | 0002684 | 14-May-02 | 18-Nov-02 |
| ELY261JAX006 | ELY261JAX006 | STRU | 0007362 | 14-May-02 | 23-Sep-02 |
| ELY261JAX007 | ELY261JAX007 | STRU | 0007362 | 14-May-02 | 23-Sep-02 |
| ELY261JAX008 | ELY261JAX008 | STRU | 0007362 | 14-May-02 | 23-Sep-02 |
| ELY261JAX009 | ELY261JAX009 | SSLH | 0004468 | 14-May-02 | 11-Nov-02 |
| ELY261JAX010 | ELY261JAX010 | SSLH | 0004468 | 14-May-02 | 11-Nov-02 |
| RV80888 | ELY261JAX011 | STRU | 0007420 | 14-May-02 | 23-Sep-02 |
| RV80889 | ELY261JAX012 | STRU | 0007295 | 14-May-02 | 23-Sep-02 |
| ELY261JAX047 | ELY261JAX047 | STRU | 0007421 | 14-May-02 | 23-Sep-02 |
| ELY261JAX047 | ELY261JAX047 | SSLH | 0006741 | 14-May-02 | 28-Apr-03 |
| ELY261JAX048 | ELY261JAX048 | STRU | 0007421 | 14-May-02 | 23-Sep-02 |
| RV80894 | ELY261PEV020 | STRU | 0007420 | 14-May-02 | 23-Sep-02 |
| RV80891 | ELY261PEV021 | STRU | 0007420 | 14-May-02 | 23-Sep-02 |
| 3952082061 | 3952082061 | STRU | 0009196 | 5/15/2002 | 6/3/2002 |
| 3952082072 | 3952082072 | STRU | 0009196 | 5/15/2002 | 6/3/2002 |
| 3952082223 | 3952082223 | STRU | 0009196 | 5/15/2002 | 6/3/2002 |
| 3952082234 | 3952082234 | SSLH | 0005622 | 15-May-02 | 29-Dec-03 |
| NC37316 | ELM262SJU079 | SSLH | 0004263 | 15-May-02 | 10-Feb-03 |
| NC37316 | ELM282SJU079 | SSLH | 0004263 | 15-May-02 | 10-Feb-03 |
| MH2196 | AXELM264SJU0 | STRU | 0000438 | 5/16/2002 | 7/1/2002 |
| CHA080SJU014 | CHA080SJU014 | SSLH | 0005074 | 16-May-02 | 08-Dec-03 |
| FP52731820AA | CRS061JAX022 | STRU | 0007295 | 16-May-02 | 23-Sep-02 |
| FP52731870AA | JUCHA081JAX0 | STRU | 0006902 | 5/16/2002 | 6/24/2002 |
| AXELM262DOM5 | AXELM262DOM5 | STRU | 0005161 | 17-May-02 | 15-Jul-02 |
| AXELM262SJU0 | AXELM262SJU0 | STRU | 0002059 | 5/17/2002 | 7/1/2002 |
| AXELM262SJU1 | AXELM262SJU1 | STRU | 0006490 | 17-May-02 | 15-Jul-02 |
| CL0921 | AXELM262SJU2 | STRU | 0002059 | 5/17/2002 | 7/1/2002 |
| CL1022 | AXELM264SJU1 | STRU | 0006478 | 5/17/2002 | 6/24/2002 |
| CRS061JAX008 | CRS061JAX008 | STRU | 0007421 | 17-May-02 | 23-Sep-02 |
| CRS061JAX014 | CRS061JAX014 | STRU | 0007421 | 17-May-02 | 23-Sep-02 |
| CRS061JAX018 | CRS061JAX018 | STRU | 0007421 | 17-May-02 | 23-Sep-02 |
| CRS061JAX019 | CRS061JAX019 | STRU | 0007421 | 17-May-02 | 23-Sep-02 |

| | | | | | |
|---|---|---|---|---|---|
| CRS061JAX021 | CRS061JAX021 | STRU | 0007421 | 17-May-02 | 23-Sep-02 |
| CRS061JAX027 | CRS061JAX027 | STRU | 0007362 | 17-May-02 | 23-Sep-02 |
| CRS061JAX030 | CRS061JAX030 | STRU | 0007362 | 17-May-02 | 23-Sep-02 |
| ELM262DOM510 | ELM262DOM510 | SSLH | 0001251 | 17-May-02 | 28-Apr-03 |
| NC37317 | ELM262SJU199 | SSLH | 0007365 | 17-May-02 | 10-Feb-03 |
| NC37320 | ELM262SJU207 | SSLH | 0007365 | 17-May-02 | 10-Feb-03 |
| ELM262SJU267 | ELM262SJU267 | SSLH | 0005849 | 17-May-02 | 15-Sep-03 |
| NC37508 | ELY263SJU045 | SSLH | 0004263 | 17-May-02 | 10-Feb-03 |
| FP52741368AA | JUCHA081JAX0 | STRU | 0006902 | 5/17/2002 | 6/24/2002 |
| NC37509 | ELY263SJU044 | SSLH | 0007365 | 18-May-02 | 10-Feb-03 |
| NC37510 | ELY263SJU046 | SSLH | 0007365 | 18-May-02 | 10-Feb-03 |
| CHA081JAX016 | CHA081JAX016 | SSLH | 0001251 | 19-May-02 | 28-Apr-03 |
| FENWAL | CHA081JAX018 | SSLH | 0001251 | 19-May-02 | 28-Apr-03 |
| CHA081JAX022 | CHA081JAX022 | STRU | 0007421 | 19-May-02 | 23-Sep-02 |
| FENWAL | CHA081JAX024 | SSLH | 0001251 | 19-May-02 | 28-Apr-03 |
| FENWAL | CHA081JAX078 | SSLH | 0001251 | 19-May-02 | 28-Apr-03 |
| CHA081JAX102 | CHA081JAX102 | SSLH | 0004199 | 19-May-02 | 21-Apr-03 |
| JUCHA081JAX0 | JUCHA081JAX0 | STRU | 0008242 | 5/19/2002 | 6/24/2002 |
| ELM262JAX027 | ELM262JAX027 | SSLH | 0001251 | 20-May-02 | 28-Apr-03 |
| SJUELM262JAX | JUELM262JAX0 | STRU | 0009976 | 5/20/2002 | 6/17/2002 |
| ELY263JAX043 | ELY263JAX043 | STRU | 0007362 | 21-May-02 | 23-Sep-02 |
| ELY263JAX044 | ELY263JAX044 | STRU | 0007362 | 21-May-02 | 23-Sep-02 |
| ELY263JAX045 | ELY263JAX045 | STRU | 0007421 | 21-May-02 | 23-Sep-02 |
| ELY263JAX047 | ELY263JAX047 | STRU | 0007421 | 21-May-02 | 23-Sep-02 |
| 3952082606 | 3952082606 | STRU | 0003491 | 5/23/2002 | 6/10/2002 |
| 3952082702 | 3952082702 | STRU | 0003491 | 5/23/2002 | 6/10/2002 |
| 3952082713 | 3952082713 | STRU | 0003491 | 5/23/2002 | 6/10/2002 |
| FP52794730AA | JUCRS062JAX0 | STRU | 0009362 | 5/23/2002 | 6/24/2002 |
| FP52794761AA | JUCRS062JAX0 | STRU | 0009362 | 5/23/2002 | 6/24/2002 |
| FP52796190AA | JUCRS062JAX0 | STRU | 0009362 | 5/23/2002 | 6/24/2002 |
| FP52796212AA | JUCRS062JAX0 | STRU | 0009362 | 5/23/2002 | 6/24/2002 |
| MH16905 | AXELM264SJU1 | STRU | 0004945 | 24-May-02 | 15-Jul-02 |
| Y352802140AA | CHA082JAX008 | SSLH | 0003233 | 24-May-02 | 11-Nov-02 |
| CRS062JAX001 | CRS062JAX001 | SSLH | 0001251 | 24-May-02 | 28-Apr-03 |
| CRS062JAX004 | CRS062JAX004 | SSLH | 0004204 | 24-May-02 | 21-Apr-03 |
| FENWAL | CRS062JAX005 | SSLH | 0006385 | 24-May-02 | 21-Apr-03 |
| FENWAL | CRS062JAX006 | SSLH | 0006385 | 24-May-02 | 21-Apr-03 |
| FENWAL | CRS062JAX007 | SSLH | 0008599 | 24-May-02 | 28-Apr-03 |
| FENWAL | CRS062JAX010 | SSLH | 0008599 | 24-May-02 | 28-Apr-03 |
| CRS062JAX066 | CRS062JAX066 | SSLH | 0001251 | 24-May-02 | 28-Apr-03 |
| ELM264SJU008 | ELM264SJU008 | SSLH | 0006315 | 24-May-02 | 22-Dec-03 |
| ELM264SJU132 | ELM264SJU132 | SSLH | 0000451 | 24-May-02 | 21-Apr-03 |
| JUCRS062JAX0 | JUCRS062JAX0 | STRU | 0007057 | 5/24/2002 | 7/1/2002 |
| JUCRS062JAX0 | JUCRS062JAX0 | STRU | 0008242 | 5/24/2002 | 6/24/2002 |
| Y752805762AA | JUCRS062JAX0 | STRU | 0009362 | 5/24/2002 | 6/24/2002 |
| 3952082805 | 3952082805 | STRU | 0007738 | 26-May-02 | 08-Jul-02 |
| 3952082831A1 | 3952082831A1 | STRU | 0007738 | 26-May-02 | 08-Jul-02 |
| CHA082JAX002 | CHA082JAX002 | SSLH | 0009706 | 26-May-02 | 09-Dec-02 |
| CRS062SJU001 | CRS062SJU001 | SSLH | 0007296 | 28-May-02 | 22-Sep-03 |
| ELY265JAX036 | ELY265JAX036 | SSLH | 0006385 | 28-May-02 | 21-Apr-03 |
| ELY265JAX040 | ELY265JAX040 | SSLH | 0003271 | 28-May-02 | 11-Nov-02 |

| | | | | | |
|---|---|---|---|---|---|
| RV81138 | JUELY265JAX0 | STRU | 0005610 | 28-May-02 | 08-Jul-02 |
| RV81141 | JUELY265JAX0 | STRU | 0005610 | 28-May-02 | 08-Jul-02 |
| RV81143 | JUELY265JAX0 | STRU | 0005610 | 28-May-02 | 08-Jul-02 |
| JD26201 | AXELM266SJU2 | STRU | 0000438 | 5/29/2002 | 7/1/2002 |
| MH2406 | AXELM268DOM5 | STRU | 0004532 | 30-May-02 | 15-Jul-02 |
| 3952083144 | 3952083144 | STRU | 0007738 | 31-May-02 | 08-Jul-02 |
| 3952083155 | 3952083155 | STRU | 0007738 | 31-May-02 | 08-Jul-02 |
| CRS063JAX040 | CRS063JAX040 | SSLH | 0006385 | 31-May-02 | 21-Apr-03 |
| JUCRS063JAX0 | JUCRS063JAX0 | STRU | 0006171 | 5/31/2002 | 7/1/2002 |
| CHA083JAX037 | CHA083JAX037 | STRU | 0000800 | 02-Jun-02 | 30-Sep-02 |
| CHA083JAX038 | CHA083JAX038 | STRU | 0000800 | 02-Jun-02 | 30-Sep-02 |
| CHA083JAX039 | CHA083JAX039 | STRU | 0000800 | 02-Jun-02 | 30-Sep-02 |
| CHA083JAX087 | CHA083JAX087 | SSLH | 0001251 | 02-Jun-02 | 28-Apr-03 |
| ELM266JAX051 | ELM266JAX051 | SSLH | 0008131 | 03-Jun-02 | 22-Sep-03 |
| ELM266JAX052 | ELM266JAX052 | STRU | 0000800 | 03-Jun-02 | 30-Sep-02 |
| ELM266JAX053 | ELM266JAX053 | STRU | 0000800 | 03-Jun-02 | 30-Sep-02 |
| ELY267JAX023 | ELY267JAX023 | SSLH | 0003271 | 04-Jun-02 | 11-Nov-02 |
| RV81322 | ELY267JAX059 | SSLH | 0003233 | 04-Jun-02 | 11-Nov-02 |
| RV81321 | ELY267JAX060 | SSLH | 0004184 | 04-Jun-02 | 21-Apr-03 |
| RV81309 | ELY267JAX061 | SSLH | 0004184 | 04-Jun-02 | 21-Apr-03 |
| ELY267JAX083 | ELY267JAX083 | SSLH | 0001605 | 04-Jun-02 | 25-Nov-02 |
| FP52924816AA | JUCRS064JAX0 | STRU | 0004929 | 06-Jun-02 | 29-Jul-02 |
| FP52924897AA | JUCRS064JAX0 | STRU | 0004929 | 06-Jun-02 | 29-Jul-02 |
| Y352919222AA | JUCRS064JAX0 | STRU | 0004929 | 06-Jun-02 | 29-Jul-02 |
| FP52924897AA | LL10577 | SSLH | 0009984 | 06-Jun-02 | 21-Apr-03 |
| CRS064JAX065 | CRS064JAX065 | STRU | 0000800 | 07-Jun-02 | 30-Sep-02 |
| JUCRS064JAX0 | JUCRS064JAX0 | STRU | 0005961 | 07-Jun-02 | 29-Jul-02 |
| ELM268JAX066 | ELM268JAX066 | STRU | 0000800 | 10-Jun-02 | 30-Sep-02 |
| Y752871539AA | CHA083JAX036 | STRU | 0000796 | 11-Jun-02 | 30-Sep-02 |
| ELY269JAX023 | ELY269JAX023 | SSLH | 0004199 | 11-Jun-02 | 21-Apr-03 |
| ELY269JAX024 | ELY269JAX024 | SSLH | 0009706 | 11-Jun-02 | 09-Dec-02 |
| ELY269JAX025 | ELY269JAX025 | SSLH | 0009706 | 11-Jun-02 | 09-Dec-02 |
| FP52978571AA | JUELY269JAX0 | STRU | 0002697 | 11-Jun-02 | 19-Aug-02 |
| RV81471 | JUELY269JAX0 | STRU | 0002697 | 11-Jun-02 | 19-Aug-02 |
| RV81474 | JUELY269JAX0 | STRU | 0002697 | 11-Jun-02 | 19-Aug-02 |
| RV81475 | JUELY269JAX0 | STRU | 0002697 | 11-Jun-02 | 19-Aug-02 |
| RV81476 | JUELY269JAX0 | STRU | 0002697 | 11-Jun-02 | 19-Aug-02 |
| RV81473 | JUELY269PEV0 | STRU | 0005610 | 11-Jun-02 | 08-Jul-02 |
| CRS065JAX053 | CRS065JAX053 | SSLH | 0006385 | 14-Jun-02 | 21-Apr-03 |
| JUCRS065JAX0 | JUCRS065JAX0 | STRU | 0006847 | 14-Jun-02 | 29-Jul-02 |
| CHA085JAX004 | CHA085JAX004 | SSLH | 0001251 | 16-Jun-02 | 28-Apr-03 |
| RV81613 | JUELY271JAX0 | STRU | 0009710 | 18-Jun-02 | 29-Jul-02 |
| RV81622 | JUELY271JAX0 | STRU | 0009710 | 18-Jun-02 | 29-Jul-02 |
| RV81623 | JUELY271JAX0 | STRU | 0009710 | 18-Jun-02 | 29-Jul-02 |
| RV81615 | JUELY271PEV0 | STRU | 0003087 | 18-Jun-02 | 08-Jul-02 |
| CRS066JAX084 | CRS066JAX084 | SSLH | 0006385 | 21-Jun-02 | 21-Apr-03 |
| CRS066JAX085 | CRS066JAX085 | SSLH | 0006385 | 21-Jun-02 | 21-Apr-03 |
| CRS066JAX086 | CRS066JAX086 | SSLH | 0006385 | 21-Jun-02 | 21-Apr-03 |
| CRS066JAX101 | CRS066JAX101 | STRU | 0000800 | 21-Jun-02 | 30-Sep-02 |
| JUCRS066JAX0 | JUCRS066JAX0 | STRU | 0009618 | 21-Jun-02 | 29-Jul-02 |
| JUCRS066JAX1 | JUCRS066JAX1 | STRU | 0009618 | 21-Jun-02 | 29-Jul-02 |

| | | | | | |
|---|---|---|---|---|---|
| RV81728 | ELY273JAX053 | SSLH | 0004184 | 25-Jun-02 | 21-Apr-03 |
| RV81722 | JUELY273JAX0 | STRU | 0005798 | 25-Jun-02 | 05-Aug-02 |
| RV81728 | JUELY273JAX0 | STRU | 0005798 | 25-Jun-02 | 05-Aug-02 |
| RV81723 | JUELY273PEV0 | STRU | 0009019 | 25-Jun-02 | 22-Jul-02 |
| RV81723 | MG13348 | SSLH | 0009984 | 25-Jun-02 | 21-Apr-03 |
| CRS067JAX032 | CRS067JAX032 | SSLH | 0006385 | 28-Jun-02 | 21-Apr-03 |
| CRS067JAX079 | CRS067JAX079 | SSLH | 0006385 | 28-Jun-02 | 21-Apr-03 |
| JUCRS067JAX0 | JUCRS067JAX0 | STRU | 0009661 | 28-Jun-02 | 12-Aug-02 |
| RV81806 | ELY275PEV078 | SSLH | 0001194 | 01-Jul-02 | 28-Apr-03 |
| RV81804 | JUELY275JAX0 | STRU | 0002697 | 01-Jul-02 | 19-Aug-02 |
| RV81827 | JUELY275JAX0 | STRU | 0002697 | 02-Jul-02 | 19-Aug-02 |
| RV81939 | JUELY277JAX0 | STRU | 0003256 | 09-Jul-02 | 19-Aug-02 |
| RV81941 | JUELY277JAX0 | STRU | 0003256 | 09-Jul-02 | 19-Aug-02 |
| RV81942 | JUELY277JAX0 | STRU | 0003256 | 09-Jul-02 | 19-Aug-02 |
| RV81944 | JUELY277PEV0 | STRU | 0006521 | 09-Jul-02 | 19-Aug-02 |
| RV81944 | MG15217 | SSLH | 0009984 | 09-Jul-02 | 21-Apr-03 |
| RV82079 | ELM279PEV075 | SSLH | 0001194 | 16-Jul-02 | 28-Apr-03 |
| RV82072 | JUELM279JAX1 | STRU | 0006521 | 16-Jul-02 | 19-Aug-02 |
| RV82080 | JUELM279JAX1 | STRU | 0006521 | 16-Jul-02 | 19-Aug-02 |
| CRS070JAX082 | CRS070JAX082 | STRU | 0001821 | 19-Jul-02 | 09-Sep-02 |
| CRS070JAX102 | CRS070JAX102 | STRU | 0001821 | 19-Jul-02 | 09-Sep-02 |
| RV82147 | ELM281JAX126 | SSLH | 0004184 | 23-Jul-02 | 21-Apr-03 |
| RV82154 | ELM281PEV087 | STRU | 0000796 | 23-Jul-02 | 30-Sep-02 |
| RV82218 | ELM283JAX076 | STRU | 0000796 | 29-Jul-02 | 30-Sep-02 |
| RV82221 | ELM283JAX077 | STRU | 0000796 | 29-Jul-02 | 30-Sep-02 |
| RV82240 | ELM283JAX075 | SSLH | 0003233 | 30-Jul-02 | 11-Nov-02 |
| RV82253 | ELM283JAX078 | STRU | 0000796 | 30-Jul-02 | 30-Sep-02 |
| RV82241 | ELM283PEV078 | STRU | 0000796 | 30-Jul-02 | 30-Sep-02 |
| RV82296 | CRS072JAX092 | STRU | 0000796 | 01-Aug-02 | 30-Sep-02 |
| CRS072JAX022 | CRS072JAX022 | STRU | 0000800 | 02-Aug-02 | 30-Sep-02 |
| CRS072JAX024 | CRS072JAX024 | STRU | 0000800 | 02-Aug-02 | 30-Sep-02 |
| CRS072JAX030 | CRS072JAX030 | STRU | 0000800 | 02-Aug-02 | 30-Sep-02 |
| RV82318 | CRS072JAX099 | STRU | 0000796 | 02-Aug-02 | 30-Sep-02 |
| RV82302 | CRS072JAX100 | STRU | 0000796 | 02-Aug-02 | 30-Sep-02 |
| ELM285JAX005 | ELM285JAX005 | STRU | 0000800 | 06-Aug-02 | 30-Sep-02 |
| RV82359 | ELM285JAX012 | STRU | 0002525 | 06-Aug-02 | 07-Oct-02 |
| RV82360 | ELM285PEV130 | STRU | 0000796 | 06-Aug-02 | 30-Sep-02 |
| RV82374 | CRS073JAX017 | STRU | 0001188 | 07-Aug-02 | 09-Sep-02 |
| RV82415 | CRS073JAX067 | STRU | 0001188 | 08-Aug-02 | 09-Sep-02 |
| RV82420 | CRS073JAX069 | STRU | 0000796 | 08-Aug-02 | 30-Sep-02 |
| CRS073JAX018 | CRS073JAX018 | STRU | 0008712 | 09-Aug-02 | 09-Sep-02 |
| RV82460 | CRS073JAX090 | STRU | 0001188 | 09-Aug-02 | 09-Sep-02 |
| CRS073JAX093 | CRS073JAX093 | STRU | 0008712 | 09-Aug-02 | 09-Sep-02 |
| RV82462 | CRS073JAX094 | STRU | 0001188 | 09-Aug-02 | 09-Sep-02 |
| RV82491 | ELM287JAX126 | STRU | 0000796 | 13-Aug-02 | 30-Sep-02 |
| RV82493 | ELM287JAX127 | STRU | 0000796 | 13-Aug-02 | 30-Sep-02 |
| RV82492 | ELM287JAX128 | STRU | 0000796 | 13-Aug-02 | 30-Sep-02 |
| ELM287JAX136 | ELM287JAX136 | STRU | 0000800 | 13-Aug-02 | 30-Sep-02 |
| CL1466 | HAW228SJU150 | STRU | 0007201 | 14-Aug-02 | 16-Sep-02 |
| RV82569 | CHA093JAX091 | STRU | 0000796 | 16-Aug-02 | 30-Sep-02 |
| RV82555 | CRS074JAX090 | STRU | 0000796 | 16-Aug-02 | 30-Sep-02 |

| | | | | | |
|---|---|---|---|---|---|
| RV82570 | CRS074JAX092 | STRU | 0000796 | 16-Aug-02 | 30-Sep-02 |
| RV82564 | CRS074JAX093 | STRU | 0000796 | 16-Aug-02 | 30-Sep-02 |
| RV82575 | CRS074JAX094 | STRU | 0000796 | 16-Aug-02 | 30-Sep-02 |
| RV82568 | CRS074JAX095 | STRU | 0000796 | 16-Aug-02 | 30-Sep-02 |
| RV82565 | CRS074JAX096 | SSLH | 0009707 | 16-Aug-02 | 18-Nov-02 |
| RV82600 | ELY288JAX020 | STRU | 0002747 | 19-Aug-02 | 07-Oct-02 |
| RV82611 | ELM289JAX038 | STRU | 0000796 | 20-Aug-02 | 30-Sep-02 |
| RV82612 | ELM289JAX039 | STRU | 0000796 | 20-Aug-02 | 30-Sep-02 |
| RV82625 | ELM289JAX040 | STRU | 0000796 | 20-Aug-02 | 30-Sep-02 |
| ELM289JAX041 | ELM289JAX041 | STRU | 0000800 | 20-Aug-02 | 30-Sep-02 |
| RV82614 | ELM289PEV076 | STRU | 0000796 | 20-Aug-02 | 30-Sep-02 |
| RV82687 | CRS075JAX069 | STRU | 0000796 | 22-Aug-02 | 30-Sep-02 |
| RV82688 | CRS075JAX078 | STRU | 0000796 | 22-Aug-02 | 30-Sep-02 |
| RV82689 | CRS075JAX079 | STRU | 0000796 | 22-Aug-02 | 30-Sep-02 |
| CL1542 | CRS075SJU504 | STRU | 0004874 | 22-Aug-02 | 23-Sep-02 |
| CRS075JAX100 | CRS075JAX100 | STRU | 0000800 | 23-Aug-02 | 30-Sep-02 |
| RV82700 | CRS075JAX106 | STRU | 0000796 | 23-Aug-02 | 30-Sep-02 |
| RV82710 | CRS075JAX107 | STRU | 0000796 | 23-Aug-02 | 30-Sep-02 |
| RV82711 | CRS075JAX108 | STRU | 0000796 | 23-Aug-02 | 30-Sep-02 |
| RV82705 | CRS075JAX109 | STRU | 0000796 | 23-Aug-02 | 30-Sep-02 |
| RV82701 | CRS075JAX110 | STRU | 0000796 | 23-Aug-02 | 30-Sep-02 |
| CHA094JAX017 | CHA094JAX017 | STRU | 0000800 | 25-Aug-02 | 30-Sep-02 |
| ELY290JAX086 | ELY290JAX086 | STRU | 0002717 | 26-Aug-02 | 07-Oct-02 |
| RV82739 | ELY290JAX087 | STRU | 0002747 | 26-Aug-02 | 07-Oct-02 |
| RV82783 | ELM291JAX060 | STRU | 0002747 | 27-Aug-02 | 07-Oct-02 |
| RV82775 | ELM291JAX061 | STRU | 0002747 | 27-Aug-02 | 07-Oct-02 |
| RV82787 | ELM291JAX062 | STRU | 0002747 | 27-Aug-02 | 07-Oct-02 |
| RV82776 | ELM291JAX063 | STRU | 0002747 | 27-Aug-02 | 07-Oct-02 |
| RV82788 | ELM291PEV076 | STRU | 0005144 | 27-Aug-02 | 23-Sep-02 |
| RV82829 | CRS076JAX039 | STRU | 0001884 | 29-Aug-02 | 21-Oct-02 |
| RV82826 | CRS076JAX040 | STRU | 0001884 | 29-Aug-02 | 21-Oct-02 |
| CRS076JAX032 | CRS076JAX032 | STRU | 0005261 | 30-Aug-02 | 21-Oct-02 |
| CRS076JAX063 | CRS076JAX063 | STRU | 0000538 | 30-Aug-02 | 21-Oct-02 |
| RV82852 | CRS076JAX064 | STRU | 0001884 | 30-Aug-02 | 21-Oct-02 |
| RV82838 | CRS076JAX065 | STRU | 0001884 | 30-Aug-02 | 21-Oct-02 |
| RV82853 | CRS076JAX066 | STRU | 0001884 | 30-Aug-02 | 21-Oct-02 |
| RV82851 | CRS076JAX067 | STRU | 0001884 | 30-Aug-02 | 21-Oct-02 |
| RV82862 | ELM293JAX005 | SSLH | 0003234 | 03-Sep-02 | 11-Nov-02 |
| RV82863 | ELM293JAX006 | SSLH | 0003234 | 03-Sep-02 | 11-Nov-02 |
| ELY293JAX010 | ELM293JAX010 | SSLH | 0003271 | 03-Sep-02 | 11-Nov-02 |
| RV82864 | ELM293PEV078 | SSLH | 0003234 | 03-Sep-02 | 11-Nov-02 |
| RV82906 | CRS077JAX069 | STRU | 0006279 | 05-Sep-02 | 28-Oct-02 |
| RV82914 | CRS077JAX073 | STRU | 0006279 | 05-Sep-02 | 28-Oct-02 |
| RV82907 | CRS077JAX081 | STRU | 0006279 | 05-Sep-02 | 28-Oct-02 |
| RV82910 | CRS077JAX091 | STRU | 0006279 | 05-Sep-02 | 28-Oct-02 |
| RV82906 | CRS077JAX094 | STRU | 0006279 | 05-Sep-02 | 28-Oct-02 |
| RV82915 | CRS077JAX095 | STRU | 0006279 | 05-Sep-02 | 28-Oct-02 |
| CL1667 | ELM295SJU507 | STRU | 0005110 | 05-Sep-02 | 07-Oct-02 |
| RV82920 | CRS077JAX030 | STRU | 0001884 | 06-Sep-02 | 21-Oct-02 |
| RV82919 | CRS077JAX031 | STRU | 0001884 | 06-Sep-02 | 21-Oct-02 |
| RV82929 | CRS077JAX039 | STRU | 0001884 | 06-Sep-02 | 21-Oct-02 |

| | | | | | |
|---|---|---|---|---|---|
| RV82928 | CRS077JAX092 | STRU | 0006279 | 06-Sep-02 | 28-Oct-02 |
| RV82934 | CRS077JAX093 | STRU | 0006279 | 06-Sep-02 | 28-Oct-02 |
| RV82921 | CRS077JAX096 | STRU | 0006279 | 06-Sep-02 | 28-Oct-02 |
| RV82933 | CRS077JAX097 | STRU | 0006279 | 06-Sep-02 | 28-Oct-02 |
| RV82938 | PRO219ELZ099 | STRU | 0006279 | 06-Sep-02 | 28-Oct-02 |
| RV82932 | PRO219ELZ132 | STRU | 0006279 | 06-Sep-02 | 28-Oct-02 |
| RV82950 | ELM295JAX054 | STRU | 0006279 | 09-Sep-02 | 28-Oct-02 |
| RV82952 | ELY294JAX031 | STRU | 0001884 | 09-Sep-02 | 21-Oct-02 |
| RV82951 | ELY294JAX035 | STRU | 0001884 | 09-Sep-02 | 21-Oct-02 |
| RV82953 | ELY294JAX036 | STRU | 0001884 | 09-Sep-02 | 21-Oct-02 |
| RV82964 | ELY294JAX037 | STRU | 0001884 | 09-Sep-02 | 21-Oct-02 |
| ELM295JAX051 | ELM295JAX051 | STRU | 0000176 | 10-Sep-02 | 28-Oct-02 |
| RV82993 | ELM295JAX052 | STRU | 0006279 | 10-Sep-02 | 28-Oct-02 |
| RV82989 | ELM295JAX053 | STRU | 0006279 | 10-Sep-02 | 28-Oct-02 |
| RV82990 | ELM295JAX055 | STRU | 0006279 | 10-Sep-02 | 28-Oct-02 |
| RV82991 | ELM295PEV041 | STRU | 0006279 | 10-Sep-02 | 28-Oct-02 |
| RV83044 | CRS078JAX066 | STRU | 0006279 | 12-Sep-02 | 28-Oct-02 |
| RV83043 | CRS078JAX071 | STRU | 0006279 | 12-Sep-02 | 28-Oct-02 |
| RV83041 | CRS078JAX074 | STRU | 0006279 | 12-Sep-02 | 28-Oct-02 |
| RV83045 | CRS078JAX075 | STRU | 0006279 | 12-Sep-02 | 28-Oct-02 |
| CRS078JAX036 | CRS078JAX036 | STRU | 0000176 | 13-Sep-02 | 28-Oct-02 |
| RV83062 | CRS078JAX064 | STRU | 0006279 | 13-Sep-02 | 28-Oct-02 |
| RV83074 | CRS078JAX065 | STRU | 0006279 | 13-Sep-02 | 28-Oct-02 |
| RV83075 | CRS078JAX067 | STRU | 0006279 | 13-Sep-02 | 28-Oct-02 |
| RV83071 | CRS078JAX068 | STRU | 0006279 | 13-Sep-02 | 28-Oct-02 |
| RV83063 | CRS078JAX069 | STRU | 0006279 | 13-Sep-02 | 28-Oct-02 |
| RV83073 | CRS078JAX070 | STRU | 0006279 | 13-Sep-02 | 28-Oct-02 |
| RV83070 | CRS078JAX072 | STRU | 0006279 | 13-Sep-02 | 28-Oct-02 |
| RV83069 | CRS078JAX073 | STRU | 0006279 | 13-Sep-02 | 28-Oct-02 |
| RV83062 | ELM297JAX041 | STRU | 0006279 | 13-Sep-02 | 28-Oct-02 |
| CL005786 | ELY296SJU270 | STRU | 0008162 | 13-Sep-02 | 07-Oct-02 |
| MH4021 | CRS079SJU031 | SSLH | 0004565 | 16-Sep-02 | 10-Feb-03 |
| RV83111 | ELY296JAX069 | STRU | 0004166 | 16-Sep-02 | 14-Oct-02 |
| RV83138 | ELM297JAX038 | STRU | 0006279 | 17-Sep-02 | 28-Oct-02 |
| RV83126 | ELM297JAX040 | STRU | 0006279 | 17-Sep-02 | 28-Oct-02 |
| RV83135 | ELM297JAX042 | STRU | 0006279 | 17-Sep-02 | 28-Oct-02 |
| ELM297JAX059 | ELM297JAX059 | STRU | 0000176 | 17-Sep-02 | 28-Oct-02 |
| ELM297JAX065 | ELM297JAX065 | STRU | 0000176 | 17-Sep-02 | 28-Oct-02 |
| RV83128 | ELM297PEV075 | STRU | 0006279 | 17-Sep-02 | 28-Oct-02 |
| RV83129 | ELM297PEV076 | STRU | 0006279 | 17-Sep-02 | 28-Oct-02 |
| CL1720 | ELY298SJU059 | STRU | 0002147 | 18-Sep-02 | 14-Oct-02 |
| RV83208 | CRS079JAX016 | STRU | 0005444 | 19-Sep-02 | 04-Nov-02 |
| RV83208 | CRS079JAX016 | SSLH | 0008396 | 19-Sep-02 | 07-Apr-03 |
| RV83207 | CRS079JAX033 | STRU | 0005444 | 19-Sep-02 | 04-Nov-02 |
| RV83209 | CRS079JAX039 | STRU | 0005444 | 19-Sep-02 | 04-Nov-02 |
| RV83209 | CRS079JAX039 | SSLH | 0008396 | 19-Sep-02 | 07-Apr-03 |
| RV83211 | CRS079JAX048 | STRU | 0005444 | 19-Sep-02 | 04-Nov-02 |
| RV83205 | CRS079JAX050 | STRU | 0005444 | 19-Sep-02 | 04-Nov-02 |
| RV83207 | CRS079JAX33 | SSLH | 0008396 | 19-Sep-02 | 07-Apr-03 |
| RV83247 | CRS079064 | SSLH | 0008396 | 20-Sep-02 | 07-Apr-03 |
| RV83238 | CRS079JAX047 | STRU | 0005444 | 20-Sep-02 | 04-Nov-02 |

| | | | | | |
|---|---|---|---|---|---|
| RV83242 | CRS079JAX049 | STRU | 0005444 | 20-Sep-02 | 04-Nov-02 |
| RV83250 | CRS079JAX051 | STRU | 0005444 | 20-Sep-02 | 04-Nov-02 |
| RV83230 | CRS079JAX052 | STRU | 0005444 | 20-Sep-02 | 04-Nov-02 |
| RV83248 | CRS079JAX053 | STRU | 0005444 | 20-Sep-02 | 04-Nov-02 |
| RV83247 | CRS079JAX054 | STRU | 0005444 | 20-Sep-02 | 04-Nov-02 |
| RV83236 | CRS079JAX055 | STRU | 0005444 | 20-Sep-02 | 04-Nov-02 |
| RV83246 | CRS079JAX056 | STRU | 0005444 | 20-Sep-02 | 04-Nov-02 |
| RV83279 | ELY298JAX072 | STRU | 0005444 | 23-Sep-02 | 04-Nov-02 |
| RV83231 | ELY298JAX073 | STRU | 0005444 | 23-Sep-02 | 04-Nov-02 |
| RV83284 | ELY298JAX074 | STRU | 0005444 | 23-Sep-02 | 04-Nov-02 |
| RV83284 | ELY298JAX074 | SSLH | 0008396 | 23-Sep-02 | 07-Apr-03 |
| RV83277 | PRO221ELZ110 | STRU | 0005444 | 23-Sep-02 | 04-Nov-02 |
| RV83286 | PRO221ELZ111 | STRU | 0005444 | 23-Sep-02 | 04-Nov-02 |
| RV83288 | PRO221ELZ112 | STRU | 0005444 | 23-Sep-02 | 04-Nov-02 |
| RV83287 | PRO221ELZ113 | STRU | 0005444 | 23-Sep-02 | 04-Nov-02 |
| MH17398 | CRS079SJU031 | STRU | 0005261 | 24-Sep-02 | 21-Oct-02 |
| ELM299JAX029 | ELM299JAX029 | SSLH | 0009654 | 24-Sep-02 | 20-Jan-03 |
| ELM299JAX031 | ELM299JAX031 | SSLH | 0001789 | 24-Sep-02 | 31-Mar-03 |
| RV83333 | ELM299JAX085 | SSLH | 0003234 | 24-Sep-02 | 11-Nov-02 |
| RV83331 | ELM299JAX086 | SSLH | 0003234 | 24-Sep-02 | 11-Nov-02 |
| RV83330 | ELM299JAX087 | SSLH | 0003234 | 24-Sep-02 | 11-Nov-02 |
| RV83341 | ELM299JAX088 | SSLH | 0003234 | 24-Sep-02 | 11-Nov-02 |
| RV83341 | ELM299JAX088 | SSLH | 0008396 | 24-Sep-02 | 07-Apr-03 |
| RV83345 | ELM299JAX089 | SSLH | 0003234 | 24-Sep-02 | 11-Nov-02 |
| RV83332 | ELM299PEV033 | SSLH | 0003236 | 24-Sep-02 | 11-Nov-02 |
| RV83356 | CRS080JAX046 | SSLH | 0004647 | 25-Sep-02 | 11-Nov-02 |
| RV83307 | CRS080JAX056 | SSLH | 0000073 | 25-Sep-02 | 09-Dec-02 |
| RV83389 | CRS080JAX016 | STRU | 0004647 | 26-Sep-02 | 11-Nov-02 |
| RV83389 | CRS080JAX016 | SSLH | 0008396 | 26-Sep-02 | 07-Apr-03 |
| RV83384 | CRS080JAX049 | SSLH | 0004647 | 26-Sep-02 | 11-Nov-02 |
| RV83384 | CRS080JAX049 | SSLH | 0008396 | 26-Sep-02 | 07-Apr-03 |
| RV83385 | CRS080JAX063 | SSLH | 0004647 | 26-Sep-02 | 11-Nov-02 |
| RV83385 | CRS080JAX063 | SSLH | 0008396 | 26-Sep-02 | 07-Apr-03 |
| RV83382 | CRS080JAX071 | SSLH | 0004647 | 26-Sep-02 | 11-Nov-02 |
| RV83386 | CRS080JAX087 | SSLH | 0004647 | 26-Sep-02 | 11-Nov-02 |
| RV83386 | CRS080JAX087 | SSLH | 0008396 | 26-Sep-02 | 07-Apr-03 |
| CRS080JAX017 | CRS080JAX017 | SSLH | 0009706 | 27-Sep-02 | 09-Dec-02 |
| CRS080JAX018 | CRS080JAX018 | SSLH | 0006265 | 27-Sep-02 | 10-Feb-03 |
| CRS080JAX019 | CRS080JAX019 | SSLH | 0006265 | 27-Sep-02 | 10-Feb-03 |
| RV83423 | CRS080JAX077 | SSLH | 0004647 | 27-Sep-02 | 11-Nov-02 |
| RV83423 | CRS080JAX077 | SSLH | 0008396 | 27-Sep-02 | 07-Apr-03 |
| RV83417 | CRS080JAX082 | SSLH | 0004647 | 27-Sep-02 | 11-Nov-02 |
| RV83418 | CRS080JAX083 | SSLH | 0004647 | 27-Sep-02 | 11-Nov-02 |
| RV83418 | CRS080JAX083 | SSLH | 0008396 | 27-Sep-02 | 07-Apr-03 |
| RV83426 | CRS080JAX084 | SSLH | 0004647 | 27-Sep-02 | 11-Nov-02 |
| RV83420 | CRS080JAX085 | SSLH | 0004647 | 27-Sep-02 | 11-Nov-02 |
| RV83411 | CRS080JAX086 | SSLH | 0004647 | 27-Sep-02 | 11-Nov-02 |
| RV83412 | CRS080JAX088 | SSLH | 0004647 | 27-Sep-02 | 11-Nov-02 |
| CRS080JAX092 | CRS080JAX092 | SSLH | 0009706 | 27-Sep-02 | 09-Dec-02 |
| ELY300SJU012 | ELY300SJU012 | STRU | 0000318 | 27-Sep-02 | 28-Oct-02 |
| CRS080JAX017 | JUCRS080JAX0 | SSLH | 0001789 | 27-Sep-02 | 31-Mar-03 |

| ELM301SJU003 | ELM301SJU003 | STRU | 0005378 | 28-Sep-02 | 21-Oct-02 |
|---|---|---|---|---|---|
| RV83440 | ELM301JAX022 | STRU | 0001884 | 30-Sep-02 | 21-Oct-02 |
| RV83440 | ELM301JAX022 | SSLH | 0008396 | 30-Sep-02 | 07-Apr-03 |
| RV83432 | ELM301JAX089 | STRU | 0001884 | 30-Sep-02 | 21-Oct-02 |
| RV83444 | ELY300JAX033 | SSLH | 0004647 | 30-Sep-02 | 11-Nov-02 |
| RV83431 | ELY300JAX034 | SSLH | 0004647 | 30-Sep-02 | 11-Nov-02 |
| RV83441 | HAW235ELZ080 | SSLH | 0000073 | 30-Sep-02 | 09-Dec-02 |
| RV83438 | HAW235ELZ081 | SSLH | 0000073 | 30-Sep-02 | 09-Dec-02 |
| RV83438 | HAW235ELZ081 | SSLH | 0008396 | 30-Sep-02 | 07-Apr-03 |
| RV83439 | PRO223ELZ076 | SSLH | 0005802 | 30-Sep-02 | 30-Dec-02 |