# EXHIBIT E – PART 3

**SEA STAR LINE, LLC**  COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUELY269JAX019 | Date: 06/11/02 |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR  (SJU05000) ROAD #5 KM. 27.4 EXT EXPRESO DE DIEGO BO. PALMAS CATANO, PR 00962 | EXPORT REFERENCES RV81476 | | |
| | BOOKING NUMBER MG11216 | SHIPPER REFERENCE NO. | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FREIGHT BROKER LIC. |
|---|---|
| ALLEGIANCE HEALTHCARE  (USA04357) 2101 WAUKEGAN ROAD  WAUKEGAN,IL 60068 | () |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| UPON ARRIVAL PLEASE CONTACT   () LUIS VEGA 787 - 275-3013 | |

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL EL YUNQUE | VOY. NO 269 N  FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | DESTINATION PORT WAUKEGAN, IL | FINAL DESTINATION OF GOODS (NOT VESSEL) WAUKEGAN, IL |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655287-7 SEAL 1: 26722 SEAL 2: 37242 <br><br> TIR# 097181 | 1  45HC | STC: 50 PALLETS 1348 PCS MEDICAL DEVICES **ALL MOTOR** DELIVERY ON 6/18 AT 6:00AM ** TR/DR <br><br><br> **CORRECTED BILL OF LADING** | 10,806 | |

| SHIPPER LOAD AND COUNT | FREIGHT COLLECT | COPY NON-NEGOTIABLE |
|---|---|---|

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
  Declared Value        $ _____

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.

[ ] Yes  [ ] No     Insured Value  $ _____

Subject to Clause 64 of Conditions, if this shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                         Signature of Consignor

RECEIVED THE GOODS OR GOODS SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED      ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER  (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE  IL  60554 | | |
|---|---|---|---|
| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
| OC FRT NORTHBOUND | 1 | 1,250.00 | 1,250.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUEXP219ELZ017 | Date: 05/07/02 |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000) PO BOX 2002   M00477 | | | |

BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002   M00477

CATANO

EXPORT REFERENCES      MA566N0790

BOOKING NUMBER

SHIPPER REFERENCE NO.
RV#80672

CONSIGNEE  (COMPLETE NAME, ADDRESS, AND ZIP CODE)

BW MONTGOMERY DC (REL)   (USA11111)
C/O ALLEGIANCE
390 COUNTY HIGHWAY 99
MONTGOMERY, NY 12549

SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FREIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT SAN JUAN, PR | |
|---|---|---|
| VESSEL EXPEDITION | VOY. NO 219 N    FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR |

POINT AND COUNTRY OF ORIGIN

| PORT OF DISCHARGE PORT ELIZABETH, NJ | PLACE OF DELIVERY MONTGOMERY, NY | FINAL DESTINATION OF GOODS (NOT VESSEL) MONTGOMERY, NY |
|---|---|---|

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655080 SEAL 1: 025912 | 1  40HC | STC: 44 PALLETS 2,040 PIECES MEDICAL DEVICES ** TR/DR | 21,010 | |

SHIPPER LOAD AND COUNT                         FREIGHT COLLECT                         COPY NON-NEGOTIABLE

A   Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
    Declared Value                     $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
    ] Yes  ] No    Insured Value   $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                                Signature of
                                                                                Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D C

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____
                               SEA STAR LINE, LLC

FREIGHT PAYABLE AT/BY:   BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE
IL  60554

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,136.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,271.00

## SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUEXP219ELZ019 | Date: 05/07/02 |
|---|---|---|---|

**SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002   M00477

CATANO

TAX BOND NO.

BL NO. SJUEXP219ELZ019   Date: 05/07/02

EXPORT REFERENCES    MA566N0790

BOOKING NUMBER

SHIPPER REFERENCE NO.
RV#80673

**CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
BW MONTGOMERY DC (REL)   (USA11111)
C/O ALLEGIANCE
390 COUNTY HIGHWAY 99
MONTGOMERY, NY 12549

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.

**NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.)**

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT SAN JUAN, PR | |
|---|---|---|
| **VESSEL** EXPEDITION | **VOY. NO** 219  N | **FLAG** UNITED STATES |

PORT OF LOADING SAN JUAN, PR

POINT AND COUNTRY OF ORIGIN

| PORT OF DISCHARGE PORT ELIZABETH, NJ | PLACE OF DELIVERY MONTGOMERY, NY | FINAL DESTINATION OF GOODS (NOT VESSEL) MONTGOMERY, NY |
|---|---|---|

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655245 SEAL 1: 025911 | 1  40HC | STC: 44 PALLETS 1,682 PIECES MEDICAL DEVICES ** TR/DR | 9,820 | |

SHIPPER LOAD AND COUNT            FREIGHT COLLECT            COPY NON-NEGOTIABLE

A  Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value  $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No    Insured Value  $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement.  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED_____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02            BY _____
                        SEA STAR LINE, LLC

**FREIGHT PAYABLE AT/BY:** BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE
IL  60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,136.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,271.00

**SEA STAR LINE, LLC**   COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | |
|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002   M00477<br><br>CATANO | | |

| TAX BOND NO. | BL. NO.<br>SJUEXP219ELZ018 | Date:<br>05/07/02 |
|---|---|---|
| EXPORT REFERENCES | MA566N0790 | |

| BOOKING NUMBER | SHIPPER REFERENCE NO.<br>RV#80670 |
|---|---|

| CONSIGNEE  (COMPLETE NAME, ADDRESS, AND ZIP CODE) |
|---|
| BW MONTGOMERY DC (REL)   (USA11111)<br>C/O ALLEGIANCE<br>390 COUNTY HIGHWAY 99<br>MONTGOMERY, NY 12549 |

SALES AGENT OR ICC (Complete Name, and Zip Code)    FREIGHT BROKER LIC

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT<br>SAN JUAN, PR | |
|---|---|---|
| VESSEL<br>EXPEDITION | VOY. NO<br>219  N | FLAG<br>UNITED STATES |

| PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
|---|---|

| PORT OF DISCHARGE<br>PORT ELIZABETH, NJ | PLACE OF DELIVERY<br>MONTGOMERY, NY | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>MONTGOMERY, NY |
|---|---|---|

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655246<br>SEAL 1: 25917 | 1  40HC | STC: 44 PALLETS<br>1,815  PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR<br>0 | 25,930 | |

SHIPPER LOAD AND COUNT                          FREIGHT COLLECT                          COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A. Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply and carrier will charge the Ad Valorem rate for Shipper's cargo.
  Declared Value       $

B. Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
  [ ] Yes   [ ] No     Insured Value  $

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement.  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                                                Signature of
                                                                                                Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02

BY _____

SEA STAR LINE, LLC

| FREIGHT<br>PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br>IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,136.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,271.00

JUL-23-2002  17:42          SEA STAR LINE                    904 725 9829     P.01/01

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUEXP219ELZ055 | Date: 05/07/02 |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000) PO BOX 2002  M00477  CATANO | EXPORT REFERENCES MA566N0380 | | |
| | BOOKING NUMBER | | SHIPPER REFERENCE NO. RV#80723 |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FREIGHT BROKER LIC |
|---|---|
| BW MONTGOMERY DC (REL)   (USA11111) C/O ALLEGIANCE 390 COUNTY HIGHWAY 99 MONTGOMERY, NY 12549 | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| | |

| PIER SAN JUAN, PR | PLACE OF RECEIPT SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
|---|---|---|
| VESSEL         VOY. NO     FLAG EXPEDITION    219 N    UNITED STATES | PORT OF LOADING SAN JUAN, PR | |
| PORT OF DISCHARGE PORT ELIZABETH, NJ | DESTINATION PORT PORT ELIZABETH, NJ | FINAL DESTINATION OF GOODS (NOT VESSEL) MONTGOMERY, NY |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650725 SEAL 1: 026063 | 1  40HC | STC: 44 PALLETS 1,470 PIECES MEDICAL DEVICES ** TR/DR | 27,599 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
   Declared Value          $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
   [ ]Yes  [ ] No      Insured Value  $

Subject to Clause 8d of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                              Signature of
                                                                              Consignor

RECEIVED the goods bid to contain goods here in mentioned in apparent good order and condition unless otherwise indicated, to be shipped as herein provided. Carrier has not inspected contents or said sealed packages.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSFERRING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                 BY                    SEA STAR LINE, LLC

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA039SO) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE   IL   60554 |
|---|---|

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,118.00 | 1,118.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,253.00

TOTAL  P.01

**SEA STAR LINE, LLC**   COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)<br><br>BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002  M00477<br><br>CATANO | TAX BOND NO.           BL NO.  SJUEXP219ELZ054     Date:<br>                                                         05/07/02<br><br>EXPORT REFERENCES      MA566N0490<br><br>BOOKING NUMBER                   SHIPPER REFERENCE NO.<br>                  RV#80748 |
| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)<br><br>CV SOLON DC SOLON OHIO (REL)   (USA11111)<br>C/O ALLEGIANCE<br>5260 NAIMAN PARKWAY<br>SOLON, OH  44139 | SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC. |
| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.) | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT<br>SAN JUAN, PR | |
|---|---|---|
| VESSEL        VOY. NO    FLAG<br>EXPEDITION   219  N   UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>PORT ELIZABETH, NJ | PLACE OF DELIVERY<br>SOLON, OH | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>SOLON, OH |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655179<br>SEAL 1: 025915 | 1  40HC | STC: 44 PALLETS<br>2,174 PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR | 21,423 | |

SHIPPER LOAD AND COUNT              FREIGHT COLLECT              COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff providers for Shipper's interest insurance with limits specified in Clauses 23 and 24 on the reverse side of shipper selects Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
   Declared Value       $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
   [ ] Yes  [ ] No    Insured Value  $

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement:  This carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                            Signature of
                                            Consignor

| FREIGHT<br>PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br>IL  60554 |
|---|---|

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OF SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ (ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                        BY _____
                              SEA STAR LINE, LLC

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 2,167.00 | 2,167.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |
| TOTAL CHARGES | | | |

## SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | | B/L NO. SJUEXP219ELZ021 | Date: 05/07/02 |
|---|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR  (SJU05000) PO BOX 2002  M00477 CATANO | EXPORT REFERENCES    MA566N0480 | | | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | BOOKING NUMBER | SHIPPER REFERENCE NO. RV#80744 |
|---|---|---|
| GL DEPEW DC   (USA11111) C/O ALLEGIANCE 3356 WALDEN AVE DEPEW, NY 14043 | SALES AGENT OR ICC (Complete Name, and Zip Code)    FREIGHT BROKER LIC. | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| | |

| PIER SAN JUAN, PR | PLACE OF RECEIPT SAN JUAN, PR | |
|---|---|---|
| VESSEL          VOY. NO      FLAG EXPEDITION     219  N     UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE PORT ELIZABETH, NJ | PLACE OF DELIVERY DEPEW, NY | FINAL DESTINATION OF GOODS (NOT VESSEL) DEPEW, NY |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655534 SEAL 1: 023247 | 1  40HC | STC: 26 PALLETS 1,061 PIECES MEDICAL DEVICES ** TR/DR | 15,216 | |

SHIPPER LOAD AND COUNT          FREIGHT COLLECT          COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value                   $

B  Insurance Coverage - See Clause 22 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No     Insured Value    $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement:  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                          Signature of
                                          Consignor

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL (BILLS) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____
                         SEA STAR LINE, LLC

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,136.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,271.00

THIS BILL OF LADING IS A RECEIVED-FOR-SHIPMENT BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | | B/L NO. SJUEXP219ELZ020 | Date: 05/07/02 |
|---|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002   M00477

CATANO

TAX BOND NO.

B/L NO. SJUEXP219ELZ020

Date: 05/07/02

EXPORT REFERENCES          MA566N0470

BOOKING NUMBER

SHIPPER REFERENCE NO.
RV#80745

CONSIGNEE  (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BW MONTGOMERY DC (REL)   (USA11111)
C/O ALLEGIANCE
390 COUNTY HIGHWAY 99
MONTGOMERY, NY 12549

SALES AGENT OR ICC (Complete Name, Address and Zip Code)     FREIGHT BROKER LIC

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.)

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

PIER
SAN JUAN, PR

PLACE OF RECEIPT
SAN JUAN, PR

VESSEL
EXPEDITION

VOY. NO
219  N

FLAG
UNITED STATES

PORT OF LOADING
SAN JUAN, PR

POINT AND COUNTRY OF ORIGIN

PORT OF DISCHARGE
PORT ELIZABETH, NJ

PLACE OF DELIVERY
MONTGOMERY, NY

FINAL DESTINATION OF GOODS (NOT VESSEL)
MONTGOMERY, NY

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655376<br>SEAL 1: 025919 | 1  40HC | STC: 46 PALLETS<br>2,148  PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR<br>□ | 20,745 | |

SHIPPER LOAD AND COUNT

FREIGHT COLLECT

COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A.  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

   Declared Value                    $

B.  Insurance Coverage - See Clause 20 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.

[ ] Yes  [ ] No     Insured Value  $

Subject to Clause #6 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement.  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                    Signature of
                                                                    Consignor

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____
                                      SEA STAR LINE, LLC

FREIGHT PAYABLE AT/BY:  BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE

IL 60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,136.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES:  1,271.00

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. | Date: |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR  (SJU05000) <br> PO BOX 2002   M00477 <br><br> CATANO, P.R 00962 | | SJUELY259JAX008 | |

EXPORT REFERENCES        RV480770

**BOOKING NUMBER**
KG06154

SHIPPER REFERENCE NO

**CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
ALLEGIANCE HEALTHCARE   (USA04357)
2101 WAUKEGAN ROAD

WAUKEGAN, IL 60085

SALES AGENT OR ICC (Complete Name, Address and Zip Code)        FREIGHT BROKER

**NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.**
ATTN: KAY UTTER  ()
PHONE: 847-578-5921

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER <br> SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL         VOY. NO           FLAG <br> EL YUNQUE    259    N    UNITED STATES | PORT OF LOADING <br> SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE <br> JACKSONVILLE, FL | PLACE OF DELIVERY <br> WAUKEGAN, IL | FINAL DESTINATION OF GOODS (NOT VESSEL) <br> WAUKEGAN, IL |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| UNIT NO: STRU4550563 <br> SEAL 1: 2212 <br><br><br> TIR# 100783 | 1   45HC | STC: 44 PALLETS <br> 1,830 PIECES <br> MEDICAL DEVICES <br> ** <br> TR/DR | 17,843 | |

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,250.00 | 1,250.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |
| | | TOTAL CHARGES: 1,385.00 | |

**FREIGHT PAYABLE AT/BY:**
BAXTER HEALTHCARE C/O SCHNEIDER  (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE

IL  60554

**SHIPPER LOAD AND COUNT**

**FREIGHT COLLECT**

**COPY NON-NEGOTIABLE**

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provisions for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
   Declared Value      $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
   [ ] Yes   [ ] No      Insured Value   $

Subject to Clause 34 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                BY _____        SEA STAR LINE, LLC

Signature of
Consignor

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | TAX BOND NO. | BL NO. SJUELY259JAX018 | Date: |
|---|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002   M00477

CATANO, P.R

EXPORT REFERENCES       RV#80771

| BOOKING NUMBER KG06247 | SHIPPER REFERENCE NO. |
|---|---|

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)
LA ONTARIO DC (REL)   (USA11111)
C/O ALLEGIANCE
4551 E PHILADELPHIA ST
ONTARIO, CA 91761

SALES AGENT OR ICC (Complete Name, and Zip Code)      FREIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.
()

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT |
|---|---|

| VESSEL EL YUNQUE | VOY. NO 259 | FLAG N  UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
|---|---|---|---|---|

| PORT OF DISCHARGE JACKSONVILLE, FL | PLACE OF DELIVERY ONTARIO, CA | FINAL DESTINATION OF GOODS (NOT VESSEL) ONTARIO, CA |
|---|---|---|

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU6553338 SEAL 1: 25944  TIR# 100852 ◌0◌ @0x◌@0x | 1  45HC | STC: 46 PALLETS 2,277 PIECES MEDICAL DEVICES ** TR/DR | 24,542 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
    Declared Value $_____

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
    [ ] Yes  [ ] No      Insured Value  $_____

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement:  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                    Signature of
                                                    Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02          BY _____
                      SEA STAR LINE, LLC

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE  IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,726.00 | 1,726.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,861.00

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | TAX BOND NO. | B/L NO. SJUELY259PEV001 | Date: 05/07/02 |
|---|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000) PO BOX 2002   M00477 CATANO, PR  00962 | | EXPORT REFERENCES | BL # RV80772 | |

**BOOKING NUMBER**
IV05775

SHIPPER REFERENCE NO

**CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
ALLEGIANCE HEALTHCARE   (USA56831)
3205 MERIDIAN PARKWAY
WESTON, FL 33331

SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FREIGHT BROKER

**NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.**

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | | PLACE OF RECEIPT | |
|---|---|---|---|
| VESSEL EL YUNQUE | VOY. NO 259  N   FLAG  UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE PORT EVERGLADES, FL. | | PLACE OF DELIVERY WESTON, FL | FINAL DESTINATION OF GOODS (NOT VESSEL) WESTON, FL |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| UNIT NO: STRU4550033 SEAL 1: 0002208 TIR # 101812p□□ | 1  45HC | SAID TO CONTAIN MEDICAL SUPPLIES 1,851 PCS TR/DR□ | 24,915 | |

**SHIPPER LOAD AND COUNT**

**FREIGHT PREPAID**

**COPY NON-NEGOTIABLE**

- Carrier's 6500 Division of liability for carriage shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's 6500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
   Declared Value   $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
   [ Yes  [ ] No    Insured Value   $

Subject to Clause 66 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement.  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                          BY
BZ/10/A   5006521606                  SEA STAR LINE LLC

**FREIGHT PAYABLE AT/BY:** BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002   M00477
CATANO
PR  00963

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 625.00 | 625.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |

COMBINED INLAND AND OCEAN (SHORT FORM) BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUELY259JAX012 | Date: |
|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002   M00477

CATANO, P.R

EXPORT REFERENCES          RV#80773

BOOKING NUMBER
KG06229

SHIPPER REFERENCE NO.

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)
NO HAMMOND DC (REL)   (USA11111)
C/O ALLEGIANCE
701 PRIDE DRIVE
HAMMOND, LA 70401

SALES AGENT OR ICC (Complete Name, Address and Zip Code)     FREIGHT BROKER LIC

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.
()

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL EL YUNQUE  VOY. NO 259 N  FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | PLACE OF DELIVERY HAMMOND, LA | FINAL DESTINATION OF GOODS (NOT VESSEL) HAMMOND, LA |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| UNIT NO: PRMU650038<br>SEAL 1: 26017<br><br>TIR# 100797<br>□0□ @0x□@0x | 1  45HC | STC: 44 PALLETS<br>1,865  PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR<br>□ | 18.801 | |

SHIPPER LOAD AND COUNT                         FREIGHT COLLECT                         COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or Shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
    Declared Value                    $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
    ] Yes  ] No     Insured Value   $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                          Signature of
                                                                          Consignor

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____
                               SEA STAR LINE, LLC

FREIGHT PAYABLE AT/BY:   BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
                         LOGISTICS PAYMENT SERVICES
                         PO BOX 2000
                         SUGAR GROVE
                         IL 60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,072.00 | 1,072.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,207.00

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | | |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR    (SJU05000)<br>PO BOX 2002    M00477<br><br>CATANO, P.R | | B/L NO. SJUELY259JAX015 | Date: |

EXPORT REFERENCES    RV#80774

| BOOKING NUMBER KG06240 | SHIPPER REFERENCE NO. |
|---|---|

**CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
CH CHARLOTTE DC    (USA11111)
C/O ALLEGIANCE
3031 NEVADA BLVD
CHARLOTTE, NC 28273

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC

**NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.**
()

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT |
|---|---|

| VESSEL EL YUNQUE | VOY. NO 259 N | FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR |
|---|---|---|---|

POINT AND COUNTRY OF ORIGIN

| PORT OF DISCHARGE JACKSONVILLE, FL | PLACE OF DELIVERY CHARLOTTE, NC | FINAL DESTINATION OF GOODS (NOT VESSEL) CHARLOTTE, NC |
|---|---|---|

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: UXXU4811806<br>SEAL 1: 26012<br><br>TIR# 100841<br>◌Ù◌ @0x◌@0x | 1  45HC | STC: 46 PALLETS<br>2,165  PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR<br>◌ | 17,030 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23) and 24 on the reverse side or shipper selects Options (A) or (B) below

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value  $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's interest cargo can be insured  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
] Yes  [ ] No    Insured Value  $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of Consignor

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OF SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D C

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____
                                           SEA STAR LINE, LLC

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER    (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br>IL 60554 |
|---|---|

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,100.00 | 1,100.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,235.00

# SEA STAR LINE. LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. | Date: |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002  M00477<br>CATANO, P.R 00962 | EXPORT REFERENCES | SJUELY259JAX009<br>RV#30777 | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | BOOKING NUMBER | SHIPPER REFERENCE NO |
|---|---|---|
| ALLEGIANCE HEALTHCARE   (USA04357)<br>2101 WAUKEGAN ROAD<br>WAUKEGAN, IL 60085 | KG06155 | |
| | SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FRFEIGHT BROKER | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| ATTN: KAY UTTER   ()<br>PHONE: 847-578-5921 | |

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL         VOY. NO       FLAG<br>EL YUNQUE   259    N    UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>JACKSONVILLE, FL | PLACE OF DELIVERY<br>WAUKEGAN, IL | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>WAUKEGAN, IL |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMEN |
|---|---|---|---|---|
| UNIT NO: STRU4550460<br>SEAL 1: 32265<br><br>TIR# 100833 | 1   45HC | STC: 44 PALLETS<br>1,495 PIECES<br>MEDICAL DEVICES<br><br>TR/DR | 10,260 | |

| TARIFF ITEM NUMBER | CHARGES | | TOTAL | FREIGHT PAYABLE AT/BY: |
|---|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,250.00 | 1,250.00 | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br><br>IL  60554 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 | |
| PT AUTH FEE | 1 | 10.00 | 10.00 | |
| | | TOTAL CHARGES: 1,385.00 | | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff providers for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
    Declared Value      $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No     Insured Value    $

Subject to Clause 44 of Conditions, if this shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                    Signature of

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE DELIVERY, AND TRANSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                              BY _____        SEA STAR LINE, LLC

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | TAX BOND NO. | BL. NO. SJUELY259JAX016 | | Date: |
|---|---|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000) PO BOX 2002   M00477 CATANO, P.R | | EXPORT REFERENCES    RV#80778 | | | |
| | | BOOKING NUMBER KG06243 | | SHIPPER REFERENCE NO. | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, and Zip Code)    FREIGHT BROKER LIC. |
|---|---|
| PN TEMPRE DC (REL)   (USA11111) C/O ALLEGIANCE 525 W 21ST STRETT TEMPE, AZ 85282 | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| () | |

| PIER SAN JUAN, PR | | | PLACE OF RECEIPT | |
|---|---|---|---|---|
| VESSEL EL YUNQUE | VOY. NO 259  N | FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | | | PLACE OF DELIVERY TEMPE, AZ | FINAL DESTINATION OF GOODS (NOT VESSEL) TEMPE, AZ |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU6552096 SEAL 1: 26019 TIR# 100843 | 1  45HC | STC: 40 PALLETS 1,321  PIECES MEDICAL DEVICES ** TR/DR | 20,088 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A    Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
     Declared Value            $

B    Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No    Insured Value   $

Subject to Clause 44 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement:  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                          Signature of
                                                                          Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____
                                   SEA STAR LINE, LLC

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER  (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,894.00 | 1,894.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 2,029.00

**SEA STAR LINE, LLC**    COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | B/L NO. SJUELY259JAX013 | Date: |
|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BAXTER HEALTHCARE CORP. OF PR    (SJU05000)
PO BOX 2002    M00477

CATANO, P.R

EXPORT REFERENCES    RV#80779

BOOKING NUMBER
KG06231

SHIPPER REFERENCE NO.

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)
HU-THE WOODLANDS DC (REL)    (USA11111)
C/O ALLEGIANCE
9201 GROGAN'S MILL RD
THE WOODLANDS, TX 77380

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.
()

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL EL YUNQUE | VOY. NO 259 N | FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | PLACE OF DELIVERY WOODLAND, TX | FINAL DESTINATION OF GOODS (NOT VESSEL) WOODLAND, TX |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU6554611<br>SEAL 1:  26016<br><br>TIR# 100588<br>□ù□ @0x□@0x | 1  45HC | STC: 32 PALLETS<br>1,420 PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR<br>□à | 15,683 | |

SHIPPER LOAD AND COUNT          FREIGHT COLLECT          COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A    Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value          $

B    Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
] Yes  ] No    Insured Value  $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement.  This carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                        Signature of
                                        Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILLS) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____
                          SEA STAR LINE, LLC

FREIGHT PAYABLE AT/BY:
BAXTER HEALTHCARE C/O SCHNEIDER    (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE
IL  60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,082.00 | 1,082.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,217.00

**SEA STAR LINE, LLC**   COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)<br><br>BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002   M00477<br><br>CATANO, P.R | TAX BOND NO. | BL NO.<br>SJUELY259JAX017 | Date: |
|---|---|---|---|
| | EXPORT REFERENCES          RV/#80780 | | |

| BOOKING NUMBER<br>KG06244 | SHIPPER REFERENCE NO. |
|---|---|

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)<br><br>KC KANSAS CITY DC (REL)   (USA11111)<br>C/O ALLEGIANCE<br>11300 GRENWOOD ST<br>OVERLAND PARK, KS 66211 | SALES AGENT OR ICC (Complete Name, Address and Zip Code)        FREIGHT BROKER LIC. |
|---|---|

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.<br>() | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL          VOY. NO          FLAG<br>EL YUNQUE    259   N    UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>JACKSONVILLE, FL | PLACE OF DELIVERY<br>OVERLAND PARK, KS | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>OVERLAND PARK, KS |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO:  GESU4003548<br>SEAL 1: 026088<br><br><br>TIR# 100854 | 1  45HC | STC: 40  PALLETS<br>1,732  PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR | 15,551 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

A   Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation for container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
    Declared Value              $

I.   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
    Yes [ ] No    Insured Value  $

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                             Signature of
                                                             Consignor

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED   CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02              BY _____
                         SEA STAR LINE, LLC

| FREIGHT<br>PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br><br>IL 60554 |
|---|---|

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,100.00 | 1,100.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUELY259JAX010 | Date: |
|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002  M00477

CATANO, P.R

TAX BOND NO.

BL NO. SJUELY259JAX010    Date:

EXPORT REFERENCES          RV#80781

BOOKING NUMBER
KG06157

SHIPPER REFERENCE NO.

CONSIGNEE  (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BAXTER HEALTHCARE CORP.    (USA50912)
4835 MENDENHALL

MEMPHIS, TN 38118

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.
()

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

PIER
SAN JUAN, PR

PLACE OF RECEIPT

| VESSEL | VOY. NO | FLAG | PORT OF LOADING | POINT AND COUNTRY OF ORIGIN |
|---|---|---|---|---|
| EL YUNQUE | 259  N | UNITED STATES | SAN JUAN, PR | |

PORT OF DISCHARGE
JACKSONVILLE, FL

PLACE OF DELIVERY
MEMPHIS, TN

FINAL DESTINATION OF GOODS (NOT VESSEL)
MEMPHIS, TN

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU6553209 SEAL 1: 026013  TIR# 100586 | 1  40HC | STC: 24 PALLETS 1,089 PIECES MEDICAL DEVICES ** TR/DR | 16,423 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value                    $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.   If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No    Insured Value $

Subject to Clause A4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement.  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of
Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIER'S TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02          BY _____
                      SEA STAR LINE, LLC

FREIGHT
PAYABLE AT/BY:    BAXTER HEALTHCARE C/O SCHNEIDER    (USA03930)
                  LOGISTICS PAYMENT SERVICES
                  PO BOX 2000
                  SUGAR GROVE

                  IL 60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 875.00 | 875.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,010.00

**SEA STAR LINE, LLC**

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | | |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002   M00477<br><br>CATANO, P.R | | BL NO.<br>SJUELY259JAX011 | Date: |

| | EXPORT REFERENCES          RV#80782 |
|---|---|

| CONSIGNEE  (COMPLETE NAME, ADDRESS, AND ZIP CODE) | BOOKING NUMBER<br>KG06157 | SHIPPER REFERENCE NO. |
|---|---|---|
| BAXTER HEALTHCARE CORP.   (USA50912)<br>4835 MENDENHALL<br><br>MEMPHIS, TN 38118 | SALES AGENT OR ICC (Complete Name, and Zip Code)    FREIGHT BROKER LIC. | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.<br>() | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL          VOY. NO     FLAG<br>EL YUNQUE      259   N    UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>JACKSONVILLE, FL | PLACE OF DELIVERY<br>MEMPHIS, TN | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>MEMPHIS, TN |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650312<br>SEAL 1: 26020<br><br><br>TIR# 100850 | 1  45HC | STC: 34  PALLETS<br>1,259  PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR | 18,801 | |

SHIPPER LOAD AND COUNT                FREIGHT COLLECT                COPY NON-NEGOTIABLE

Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 34 on the reverse side or shipper selects Options (A) or (B) below

Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
  Declared Value           $

Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
  Yes [ ] No     Insured Value   $

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                        Signature of
                                                                        Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED - CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VGID.

REVISED 2/02              BY _____
                          SEA STAR LINE, LLC

| FREIGHT<br>PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br><br>IL 60554 | | |
|---|---|---|---|
| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
| OC FRT NORTHBOUND | 1 | 875.00 | 875.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

**SEA STAR LINE, LLC**   COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER ( OMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUHAW215ELZ043 | Date: 05/13/02 |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000) PO BOX 2002   M00477  CATANO PR 00962 | EXPORT REFERENCES   HU569N0120 | | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | BOOKING NUMBER | SHIPPER REFERENCE NO. RV80794 |
|---|---|---|
| BW MONTGOMERY   (USA11111) C/O ALLEGIANCE 390 COUNTY HIGWAY 99 MONTGOMERY NY 12549 | SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FREIGHT BROKER LIC | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| BAXTER HEALTHCARE   (USA03930) C/O SCHNEIDER LOGISTICS  SUGAR GROVE | |

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL HAWAII   VOY. NO 215 N   FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE PORT ELIZABETH, NJ | PLACE OF DELIVERY MONTGOMERY, NY | FINAL DESTINATION OF GOODS (NOT VESSEL) MONTGOMERY, NY |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU855445 | 1  45HC | STC: 50 PALLETS MEDICAL DEVICES ** TR/DR | 20,297 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
    Declared Value          $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes   [ ] No    Insured Value $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                    Signature of
                                                                    Consignor

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02               BY _____
                           SEA STAR LINE, LLC

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE  IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,136.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |

TOTAL CHARGES: 1,276.00