# EXHIBIT E – PART 5

**SEA STAR LINE, LLC**    COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | B/L NO. SJUHAW215ELZ046 | Date: 05/13/02 |
|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BAXTER HEALTHCARE CORP. OF PR    (SJU05000)
PO BOX 2002   M00477

CATANO PR 00962

TAX BOND NO.

B/L NO. SJUHAW215ELZ046    Date: 05/13/02

EXPORT REFERENCES    HU569N0270

BOOKING NUMBER

SHIPPER REFERENCE NO.
RV80839

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BW MONTGOMERY   (USA11111)
C/O ALLEGIANCE
390 COUNTY HIGWAY 99
MONTGOMERY NY 12549

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, COMPLETE NAME, ZIP CODE, TELEPHONE AND FAX NOS.
BAXTER HEALTHCARE   (USA03930)
C/O SCHNEIDER LOGISTICS

SUGAR GROVE

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

PIER   SAN JUAN, PR

PLACE OF RECEIPT

VESSEL   HAWAII    VOY. NO 215  N    FLAG UNITED STATES

PORT OF LOADING   SAN JUAN, PR

POINT AND COUNTRY OF ORIGIN

PORT OF DISCHARGE   PORT ELIZABETH, NJ

PLACE OF DELIVERY   MONTGOMERY, NY

FINAL DESTINATION OF GOODS (NOT VESSEL)   MONTGOMERY, NY

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655542 | 1  45HC | STC: 44 PALLETS MEDICAL DEVICES ** TR/DR | 27,511 | |

SHIPPER LOAD AND COUNT          FREIGHT COLLECT          COPY NON-NEGOTIABLE

• Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff providers for Shipper's inbrent cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
   Declared Value       $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's inbrent cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No    Insured Value   $

Subject to Clause 44 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                Signature of
                                                                Consignor

FREIGHT PAYABLE AT/BY:   BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE

IL  60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,136.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BN(S) of Lading, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02          BY _____          SEA STAR LINE, LLC

TOTAL CHARGES:  1,276.00

**SEA STAR LINE, LLC**  COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | |
|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000) PO BOX 2002   M00477 CATANO | | |

| TAX BOND NO. | BL NO. SJUELM260JAX070 | Date: 05/13/02 |
|---|---|---|
| EXPORT REFERENCES | GU585N0680 | |

| BOOKING NUMBER | SHIPPER REFERENCE NO. RV/#80841 |
|---|---|

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) |
|---|
| CA ONTARIO  DC (REL)   (USA11111) C/O ALLEGIANCE 551 E PHILADELPHIA ST. ONTARIO, CA  91761 |

| SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC. |
|---|

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. |
|---|

| ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL EL MORRO | VOY. NO 260  N | FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | | PLACE OF DELIVERY ONTARIO, CA | FINAL DESTINATION OF GOODS (NOT VESSEL) ONTARIO, CA |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO:  GESU400032 SEAL 1:  025892 | 1  40HC | STC: 48 PALLETS 1,850 PIECES MEDICAL DEVICES ** TR/DR | 36,614 | |

SHIPPER LOAD AND COUNT                 FREIGHT COLLECT                 COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
   Declared Value                    $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No     Insured Value   $

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02          BY _____
          SEA STAR LINE, LLC

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER  (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | .1 | 1,549.00 | 1,549.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |
| | | | |
| | | TOTAL CHARGES: | 1,689.00 |

**SEA STAR LINE, LLC**    COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | | |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR    (SJU05000)<br>PO BOX 2002    M00477<br><br>CATANO PR 00962 | | BL NO.<br>SJUHAW215ELZ047 | Date:<br>05/13/02 |

| | EXPORT REFERENCES | HU569N0270 |
|---|---|---|
| | BOOKING NUMBER | SHIPPER REFERENCE NO.<br>RV60842 |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC. |
|---|---|
| BW MONTGOMERY    (USA11111)<br>C/O ALLEGIANCE<br>390 COUNTY HIGWAY 99<br>MONTGOMERY NY 12549 | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| BAXTER HEALTHCARE    (USA03930)<br>C/O SCHNEIDER LOGISTICS<br><br>SUGAR GROVE | |

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL          VOY. NO<br>HAWAII        215   N | FLAG<br>UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>PORT ELIZABETH, NJ | | PLACE OF DELIVERY<br>MONTGOMERY, NY | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>MONTGOMERY, NY |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655579 | 1  45HC | STC:<br>44 PALLETS<br>MEDICAL DEVICES<br>**<br>TR/DR | 27,058 | |

SHIPPER LOAD AND COUNT          FREIGHT COLLECT          COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff providers for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selectes Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value          $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requestss Shipper's interest cargo insurance at the applicable rates charged by Carrier.

] Yes  [ ] No    Insured Value   $

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement; The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
          Signature of
          Consignor

| FREIGHT<br>PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER    (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br><br>IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,136.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |

RECEIVED THE GOODS OF PACKAGES, SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFF'S ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, IONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

BY _____

REVISED 2-02          SEA STAR LINE, LLC

TOTAL CHARGES: 1,276.00

# SEA STAR LINE, LLC
COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)<br><br>BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002   M00477<br><br>CATANO, PR 00962 | TAX BOND NO.<br><br>BL NO. SJUCRS060JAX108   Date: 05/10/02<br><br>EXPORT REFERENCES        GU585N0680 |

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)

LA ONTARIO DC (REL)   (USA11111)
C/O ALLEGIANCE
4551 E. PHILADELPHIA ST
ONTARIO, CA 91761

BOOKING NUMBER                SHIPPER REFERENCE NO.
                                              RV#80843

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT<br>SAN JUAN, PR | |
|---|---|---|
| VESSEL        VOY. NO        FLAG<br>CRUSADER        060  N        UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>JACKSONVILLE, FL | PLACE OF DELIVERY<br>ONTARIO, CA | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>ONTARIO, CA |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU655557<br>SEAL 1: 026010 | 1  45HC | STC: 38 PALLETS<br>2,068 PIECES<br>MEDICAL DEVICES<br>**<br>TR/DR | 8,244 | |

SHIPPER LOAD AND COUNT                FREIGHT COLLECT                COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Classes 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
   Declared Value                          $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
   ] Yes  ] No    Insured Value   $

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                          Signature of
                                                                          Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS SHOWN ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____        SEA STAR LINE, LLC

FREIGHT PAYABLE AT/BY:   BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE
IL 60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,726.00 | 1,726.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

TOTAL CHARGES: 1,861.00

**SEA STAR LINE, LLC**  COMBINED INLAND / OCEAN LONG FORM BILL OF LADING. NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| TAX BOND NO. | BL NO. SJUHAW215ELZ050 | Date: 05/13/02 |
|---|---|---|

**SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002   M00477

CATANO ,PR 00962

EXPORT REFERENCES          RV80858

| BOOKING NUMBER IV06525 | SHIPPER REFERENCE NO. |
|---|---|

**CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
CV SOLON DC SOLON OHIO   (USA11111)
C/O ALLEGIANCE
5260 NAIMAN PARKWAY
SOLON OH 44139

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.

**NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.**
BAXTER HEALTHCARE   (USA03930)
C/O SCHNEIDER LOGISTICS
PO BOX 2000
SUGAR GROVE

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT |
|---|---|

| VESSEL HAWAII | VOY. NO 215 N | FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
|---|---|---|---|---|

| PORT OF DISCHARGE PORT ELIZABETH, NJ | PLACE OF DELIVERY SOLON, OH | FINAL DESTINATION OF GOODS (NOT VESSEL) SOLON, OH |
|---|---|---|

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU450151 | 1  45HC | STC: 46 PALLETS MEDICAL DEVICES ** TR/DR | 26,521 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff providers for Shipper's interest cargo insurance with limits specified in Classes 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value _____

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ] Yes  [ ] No      Insured Value $_____

Subject to Clause #4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                    Signature of
                                                                    Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                          BY _____
                                       SEA STAR LINE, LLC

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,562.00 | 1,562.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |

TOTAL CHARGES: 1,702.00

**SEA STAR LINE, LLC**    COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)<br><br>BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002   M0O477<br><br>CATANO ,PR 00962 | TAX BOND NO. | BL NO.<br>SJUHAW215ELZ052    Date:<br>05/13/02 |
| | EXPORT REFERENCES    RV80857 | |
| | BOOKING NUMBER<br>IV06529 | SHIPPER REFERENCE NO. |
| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)<br><br>GL DEEW DC   (USA11111)<br>C/O ALLEGIANCE<br>3356 WALDEN AVE<br>DEPEW ,NY 14043 | SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC. | |
| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.<br><br>BAXTER HEALTHCARE   (USA03930)<br>C/O SCHNEIDER LOGISTICS<br>PO BOX 2000<br>SUGAR GROVE | ALSO NOTIFY, ROUTING OR INSTRUCTIONS | |

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL    VOY. NO    FLAG<br>HAWAII    215  N    UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>PORT ELIZABETH, NJ | PLACE OF DELIVERY<br>DEPEW, NY | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>DEPEW, NY |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: UXXU481008 | 1  45HC | STC:<br>34 PALLETS<br>MEDICAL DEVICES<br>**<br>TR/DR | 22,904 | |

SHIPPER LOAD AND COUNT          FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value                $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.

[ ] Yes  [ ] No    Insured Value  $

Subject to Clause A4 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02          BY _____
SEA STAR LINE, LLC

| FREIGHT<br>PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER    (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br><br>IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,495.00 | 1,495.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |

TOTAL CHARGES: 1,635.00

**SEA STAR LINE, LLC**    COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | TAX BOND NO. | | BL NO. SJUHAW215ELZ048 | Date: 05/13/02 |
|---|---|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002  M00477

CATANO PR 00962

EXPORT REFERENCES    IV06530

BOOKING NUMBER

SHIPPER REFERENCE NO.
RV80868

CONSIGNEE  (COMPLETE NAME, ADDRESS, AND ZIP CODE)
BW MONTGOMERY DC   (USA11111)
C/O ALLEGIANCE
390 COUNTY HIGWAY 99
MONTGOMERY NY 12549

SALES AGENT OR ICC (Complete Name, and Zip Code)    FREIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.
BAXTER HEALTHCARE   (USA03930)
C/O SCHNEIDER LOGISTICS
PO BOX 2000
SUGAR GROVE

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

PIER
SAN JUAN, PR

PLACE OF RECEIPT

| VESSEL HAWAII | VOY. NO 215 N | FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
|---|---|---|---|---|

PORT OF DISCHARGE
PORT ELIZABETH, NJ

PLACE OF DELIVERY
MONTGOMERY, NY

FINAL DESTINATION OF GOODS (NOT VESSEL)
MONTGOMERY, NY

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: PRMU650954 | 1  45HC | STC: 44 PALLETS MEDICAL DEVICES ** TR/DR | 12,399 | |

SHIPPER LOAD AND COUNT         FREIGHT COLLECT         COPY NON-NEGOTIABLE

• Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A   Ad Valorem - If Shipper declares a value in this space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
    Declared Value          $

B   Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
[ ]Yes  [ ] No   Insured Value  $

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                         Signature of
                                         Consignor

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPMENT OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON-FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

FREIGHT PAYABLE AT/BY:
BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE

IL 60554

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,138.00 | 1,136.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 15.00 | 15.00 |

BY _____
SEA STAR LINE, LLC

REVISED 2/02

TOTAL CHARGES: 1,276.00

**SEA STAR LINE, LLC**  COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. SJUHAW215ELZ051 | Date: 05/13/02 |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR  (SJU05000) PO BOX 2002  M00477 | EXPORT REFERENCES *Rv80866* | | |
| CATANO ,PR 00962 | BOOKING NUMBER IV06524 | SHIPPER REFERENCE NO. | |

| CONSIGNEE  (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC. |
|---|---|
| ERIE SCIENTIFIC COMPANY   (USA11111) 20 POST ROAD INDUSTRIAL PARK PORTSMOUTH,NH 03801 | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| BAXTER HEALTHCARE   (USA03930) C/O SCHNEIDER LOGISTICS PO BOX 2000 SUGAR GROVE | |

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL  HAWAII | VOY. NO 215  N | FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE PORT ELIZABETH, NJ | PLACE OF DELIVERY PORTSMOUTH, NH | FINAL DESTINATION OF GOODS (NOT VESSEL) PORTSMOUTH, NH |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU450239 | 1  45HC | STC: 38 PALLETS MEDICAL DEVICES ** 1ST STOP: 390 COUNTY HWY 99 MONTGOMERY, NY 12549 CONTACT: MARGARET HALL PHONE# 914-457-2231 ** 2ND STOP:20 POST ROAD IND. PARK PORT SMOUTH, NH 03801 ** TR/DR | 31,356 | |

SHIPPER LOAD AND COUNT              FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
   Declared Value            $

B  Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
   [ ]Yes  [ ]No     Insured Value  $

Subject to Clause 44 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                    Signature of
                                                    Consignor

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) LOGISTICS PAYMENT SERVICES PO BOX 2000 SUGAR GROVE IL  60554 |
|---|---|

| TARIFF ITEM NUMBER | | CHARGES | | TOTAL |
|---|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,900.00 | | 1,900.00 |
| BUNKER SURCHARGE | 1 | 125.00 | | 125.00 |
| PT AUTH FEE | 1 | 15.00 | | 15.00 |

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

                    BY
REVISED 2/02              SEA STAR LINE, LLC

                                                    TOTAL CHARGES: 2,040.00

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. | Date: |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR  (SJU05000)<br>PO BOX 2002   M00477<br><br>CATANO PR 00962 | | SJUELY261PEV020 | |

EXPORT REFERENCES     RV80804

| BOOKING NUMBER | SHIPPER REFERENCE NO. |
|---|---|
| MG06767 | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FRFEIGHT BROKER LIC. |
|---|---|
| ALLEGIANCE HEALTHCARE  (USA56831)<br>3205 MERIDIAN PARKWAY<br><br>WESTON ,FL 33331 | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| BAXTER HEALTHCARE  (USA03930)<br>C/O SCHNEIDER LOGISTICS<br>PO BOX 2000<br>SUGAR GROVE | |

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| **VESSEL**  VOY. NO   FLAG<br>EL YUNQUE   251   N   UNITED STATES | **PORT OF LOADING**<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| **PORT OF DISCHARGE**<br>PORT EVERGLADES, FL. | **DESTINATION PORT**<br>WESTON, FL | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>WESTON, FL |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO:<br>NPRU653160<br>SEAL 1: 0032287 | 1    45HC | STC:<br>1530 PC<br>44 PALLETS<br>MEDICAL DEVICES<br>""<br>TR/DR | 12,612 | |

| TARIFF ITEM NUMBER | CHARGES | | TOTAL | FREIGHT PAYABLE AT/BY: |
|---|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 625.00 | 625.00 | BAXTER HEALTHCARE C/O SCHNEIDER  (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE  IL   60554 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 | |
| PT AUTH FEE | 1 | 10.00 | 10.00 | |
| | | TOTAL CHARGES: 760.00 | | |

SHIPPER LOAD AND COUNT          FREIGHT COLLECT                    COPY NON-NEGOTIABLE

Carrier's 8500 limitation of liability per container shall apply unless Carrier's tariff provides for Shipper's internal cargo insurance with limits specified in Clauses 23 and 38 on the reverse side or shipper selects Options (A) or (B) below.

A  Ad Valorem - If Shipper declares a value in the space provided, Carrier's 8500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
  Declared Value    $

B  Insurance Coverage - Sub Clause 23 on the reverse side and applicable brief to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's internal cargo insurance at the applicable rates charged by Carrier.
Yes [ ] No    Insured Value  $

Apart or Clause P4 of Conditions, If the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statment. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                Signature of

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSFERING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED           ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

| REVISED 2/02 | | BY | SEA STAR LINE, LLC |
|---|---|---|---|

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. | Date: |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002  M00477<br><br>CATANO PR 00962 | EXPORT REFERENCES      RV80891 | SJUELY261PEV021 | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | BOOKING NUMBER | SHIPPER REFERENCE NO. |
|---|---|---|
| ALLEGIANCE HEALTHCARE   (USA56831)<br>3205 MERIDIAN PARKWAY<br><br>WESTON ,FL 33331 | MG06767 | |

| | SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FRFEIGHT BROKER I/C. |
|---|---|

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.) | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| BAXTER HEALTHCARE   (USA03930)<br>C/O SCHNEIDER LOGISTICS<br>PO BOX 2000<br>SUGAR GROVE | |

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL     VOY. NO.       FLAG<br>EL YUNQUE    261    N    UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>PORT EVERGLADES, FL. | DESTINATION PORT<br>WESTON, FL | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>WESTON, FL |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO:<br>NPRU655372<br>SEAL 1: 0032262 | 1    45HC | STC:<br>1794 PC<br>44 PALLETS<br>MEDICAL DEVICES<br>**<br>TR/DR | 27,723 | |

| TARIFF ITEM NUMBER | | CHARGES | TOTAL | FREIGHT PAYABLE AT/BY: |
|---|---|---|---|---|
| DC FRT NORTHBOUND | 1 | | | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) |
| BUNKER SURCHARGE | 1 | 625.00 | 625.00 | LOGISTICS PAYMENT SERVICES |
| PT AUTH FEE | 1 | 125.00 | 125.00 | PO BOX 2000 |
| | | 10.00 | 10.00 | SUGAR GROVE   IL   60554 |
| | | TOTAL CHARGES: 780.00 | | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's cargo insurance with limits specified in Clauses 23 and 28 on the reverse side or shipper selects Options (A) or (B) below.

# Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value            $

‡ Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.
# | No    Insured Value $

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSACTIONS OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

pect in Clause 24 of Conditions, if this shipment is "to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following errors: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of

| | REVISED 2/02 | BY | SEA STAR LINE, LLC |
|---|---|---|---|

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| | |
|---|---|
| **SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)**<br>BAXTER HEALTHCARE CORP. PRGLC   (SJU57279)<br>ROAD #5 KM 27.4 EXT<br>EXPRESO DE DIEGO, PALMAS<br>CATANO, PR 00962 | **TAX BOND NO.**<br><br>**EXPORT REFERENCES**<br>DOC#: RV80888 | **BL NO.** SJUELY261JAX012 | **Date:** 05/14/02 |

**BOOKING NUMBER** MG06765

**SHIPPER REFERENCE NO.** RV80888

**CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
MG-WAUKEGAN DC (REL)   (USA11111)
2101 WAUKEGAN ROAD
WAUKEGAN, IL 60085

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.

**NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.**
BAXTER HEALTHCARE   (USA03930)
C/O SCHNEIDER LOGISTICS
PO BOX 2000
SUGAR GROVE

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| **PIER** SAN JUAN, PR | **PLACE OF RECEIPT** | |
|---|---|---|
| **VESSEL** EL YUNQUE | **VOY. NO** 261 N | **FLAG** UNITED STATES |

**PORT OF LOADING** SAN JUAN, PR

**POINT AND COUNTRY OF ORIGIN**

| **PORT OF DISCHARGE** JACKSONVILLE, FL | **DESTINATION PORT** JACKSONVILLE, FL | **FINAL DESTINATION OF GOODS (NOT VESSEL)** WAUKEGAN, IL |
|---|---|---|

## PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO:<br>UXXU481039<br>SEAL 1: 0032273 | 1  45HC | STC: 44 PALLETS , 1577 PIECES MEDICAL DEVICES<br>***<br>TR/DR | 12,803 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

Carrier's 9500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clause 23 and set on the reverse side or shipper informs Carrier (A) or (B) below.

Ad Valorem - If Shipper declares a value in the space provided, Carrier's 9500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

Declared Value    $

Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rate charged by Carrier.

Yes  [ ] No  [ ]    Insured Value  $

Subject to Clause 84 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Consignor _____

**FREIGHT PAYABLE AT/BY:** BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE   IL   60554

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,250.00 | 1,250.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED, CARRIER HAS NOT INSPECTED CONTENTS ON SAID SEALED PACKAGES.

48 RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND FOR HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____

# SEA STAR LINE, LLC    COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | B/L NO. SJUELY261JAX011 | Date: 05/14/02 |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. PRGLC  (SJU57279)<br>ROAD #5 KM 27.4 EXT<br>EXPRESO DE DIEGO, PALMAS<br>CATANO, PR 00962 | EXPORT REFERENCES | | |

| BOOKING NUMBER FW06706 | SHIPPER REFERENCE NO. RV80888 |
|---|---|

**CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)**
MG-WAUKEGAN DC (REL)   (USA11111)
2101 WAUKEGAN ROAD
WAUKEGAN, IL 60085

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FREIGHT BROKER LIC.

**NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.**
BAXTER HEALTHCARE   (USA03930)
C/O SCHNEIDER LOGISTICS
PO BOX 2000
SUGAR GROVE

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL EL YUNQUE  VOY. NO 261 N  FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE JACKSONVILLE, FL | DESTINATION PORT JACKSONVILLE, FL | FINAL DESTINATION OF GOODS (NOT VESSEL) WAUKEGAN, IL |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO:<br>UXXU480527<br>SEAL 1: 0032297 | 1  45HC | STC: 44 PALLETS , 1987 PIECES MEDICAL DEVICES<br>***<br>TR/DR | 18,796 | |

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

* Baxter's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

Ad Valorem - If Shipper declares a value in the space provided, Carrie's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

Declared Value    $

Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured.  If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable rates charged by Carrier.

Yes [ ] No  Insured Value  $

Unless in Clause 34 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
                                                                    Signature of
                                                                    Consignor

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED, CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

IN RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                                     BY
                                                         SEA STAR LINE, LLC

| FREIGHT PAYABLE AT/BY: | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE   IL   60554 |
|---|---|

| TARIFF ITEM NUMBER | | CHARGES | TOTAL |
|---|---|---|---|
| OC FRT NORTHBOUND | 1 | 1,250.00 | 1,250.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| PT AUTH FEE | 1 | 10.00 | 10.00 |

1521 228 195  07/16/02 08:08 Navieras NPR Inc.  p13/13

# NAVIERAS
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
100 BELL TEL WAY SUITE 300
JACKSONVILLE, FL 32216

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | | |
|---|---|---|
| BAXTER HEALTHCARE CORP<br>RD 5 KM 27 4 EXT<br>EXPRESO DE DIEGO BO PALMAS<br>CATANO                PR | SHIPPER NO.<br>B01554535<br>CREDIT NO. | BOOKING NUMBER<br>HU567N-0290      EXPORT DEC. |

ZIP CODE 00962

BILL TO: D10072      VE -VEM

| CONSIGNEE (COMPLETE NAME & ADDRESS) | | |
|---|---|---|
| BAXTER HEALTHCARE CORP<br>C/O ALLEGIANCE<br>390 COUNTY HIGHWAY 99<br>MONTGOMERY      NY 12549 | CONSIGNEE NO.<br>B01554453 | BAXTER HEALTHCARE CORPOR<br>C/O SCHNEIDER LOGISTICS   -----<br>PO BOX 2000<br>SUGAR GROVE IL 60554 |

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
UPON ARRIVAL PLEASE CONTACT
P COBIAN/LUIS VEGA AT
787-275-3013

NOTIFY PTY. NO.

B/L#RV80564

FORWARDING AGENT - REFERENCES
N/A                FMC NO.  0000-FF

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL<br>SAN JUAN | CITY, STATE AND COUNTRY OF ORIGIN<br>CATANO , PR CAR |
|---|---|---|
| VESSEL (SEE CL 2) VOYAGE NO.<br>HUMACAO        567N   FLAG | PORT OF LOADING<br>SAN JUAN | VESSEL TERMINAL<br>PUERTO NUEVO |
| PORT OF DISCHARGE<br>ELIZABETH | DESTINATION INTERMODAL<br>MONTGOMERY | ROUTING FROM DISCHARGE TERMINAL      CONTAINERIZED (Vessel Only)<br>☐ YES  ☐ NO |

CARRIER'S RECEIPT                PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO OF PACKAGES | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS   NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| PRMU650936<br>1X45HV<br>S/ 026095 | 237<br>PKG | MEDICAL PRODUCTS | 16206.0<br>LB | 0.00<br>CF |

ORDERS:52505783*AA 52506784*AA 830664411

| | | | PIECES |
|---|---|---|---|
| 009 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS<br>5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | | 601 |
| 010 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS<br>5#/CF+, W OR W/O SOL. (NMF56790-2 CL 100) | | 344 |
| 011 | SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS<br>BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | | 942 |
| 032 | ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 4#/CF<br>L/T 6#/CF (NMF 156600-4 CL 150) | | 8 |
| 155 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX<br>$2.30/# (NMFC 060000 CL 70) | | 480 |

TOTAL NUMBER OF PKGS or UNITS
IMPORTANT: See Clause 6
THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION 6      DIVERSION CONTRARY TO U.S. LAW PROHIBITED

TERMS: ☐ PREPAID    ☐ COLLECT    BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE    ☐ NOTIFY PARTY    ☒ OTHER

| INSURANCE (See Tariff Reg.) YES ☐<br>Values $ ..... Premium $ .....<br>DECLARED VALUE OVER $500<br>per pkg. or unit $ ...... Extra Charge $ ...... | OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |
|---|---|---|---|

RECEIVED for shipment, in external apparent good order and condition, #
containers, other packages or units listed in the "Carrier's Receipt",
said by the Shipper to contain the goods described in "Particulars
furnished by Shipper", which Particulars, including weight and
measurement, have not been verified by the Carrier and are not part of
this B/L contract. The Carrier makes no
representation regarding contents, weight or measurement.
NOTICE: BE SURE TO READ THE TERMS OF THIS BILL OF
LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN
SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS
YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

NPR, INC.        ON BEHALF OF THE MASTER

| B/L OF LADING NO<br>360-5646412 | DATE<br>04/29/02 | ☐ NO PICKUP | E Transport<br>Autorated | TOTAL CHARGES ➤ |
|---|---|---|---|---|

PAGE: 001 OF 001
NVM ® NPR, INC. · 1997

IMPORTANT - READ CLAUSES ON REVERSE SIDE. 2

**NAVIERAS**
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT  ☒ Check One Box
FOR PORT TO PORT SHIPMENT

PLEASE
REMIT
TO

SEA STAR
100 BELL TEL WAY SUITE 300
JACKSONVILLE, FL 32216

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)
BAXTER HEALTHCARE CORP
RD 5 KM 27 4 EXT
EXPRESO DE DIEGO BO PALMAS
CATANO                    PR

SHIPPER NO.
B01554535
CREDIT NO.

ZIP CODE
00962

CONSIGNEE (COMPLETE NAME & ADDRESS)
BAXTER HEALTHCARE CORP
NORTHEAST DISTRIBUTION CENTER
390 COUNTY HIGHWAY 99
MONTGOMERY              NY 12549

CONSIGNEE NO.
B01554453

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
UPON ARRIVAL PLEASE CONTACT
P COBIAN/LUIS VEGA AT
787-275-3013

NOTIFY PTY. NO.

BOOKING NUMBER
HU567N-0290
BILL TO:        D10072          VE -VEM

EXPORT DEC.

BAXTER HEALTHCARE CORPOR
C/O SCHNEIDER LOGISTICS      _____
PO BOX 2000
SUGAR GROVE IL 60554

EXPORT REFERENCES
B/L#RV80563

FORWARDING AGENT - REFERENCES
N/A                                    FMC NO.
                                       0000-FF

ORIGINATING CARRIER - INTERMODAL        PLACE OF ORIGIN - INTERMODAL
                                        SAN JUAN

VESSEL (SEE CL. 2) VOYAGE NO.           PORT OF LOADING
HUMACAO         567N     FLAG           SAN JUAN
PORT OF DISCHARGE                       DESTINATION INTERMODAL
ELIZABETH                               MONTGOMERY

CITY, STATE AND COUNTRY OF ORGIN
CATANO , PR CAR
VESSEL TERMINAL
PUERTO NUEVO
ROUTING FROM DISCHARGE TERMINAL

CARRIER'S RECEIPT                                                  CONTAINERIZED (Vessel Only)
                                                                  ☒ YES    ☐ NO

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS   NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| UXXU480523-3 1X45HV S/ 026097 | 1709 PCS | | MEDICAL PRODUCTS | 26831.0 LB | 0.00 CF |

ORDERS:52497767*AA 52506774*AA 52506780*AA
009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS
    5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)                273 PIECES
010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS
    5#/CF+, W OR W/O SOL. (NMF56790-2 CL 100)               460 PIECES
011 SOLUTIONS,I.V.,NUTRICNAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS
    BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)                944 PIECES
653 BAG/ENV/PCKT/POUCHES,PLASTIC,W/DENS 8#/CF L/T#15/CF,
    INBXS/CRATES/PKG 2311/2432 LNMFC 20480-2 CLS 92.51       32 PIECES

TOTAL NUMBER OF PKGS OR UNITS
IMPORTANT: See Clause 8

TERMS: ☐ PREPAID  ☐ COLLECT
INSURANCE (See Tariff Reg.)   YES ☐
es $ ........................ Premium $ .........
DECLARED VALUE OVER $500
pkg. or unit $ ............... Extra Charge $ .........

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION
BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE

DIVERSION CONTRARY TO U.S. LAW PROHIBITED
☐ NOTIFY PARTY    ☒ OTHER

OCEAN FREIGHT & ACCESSORIAL CHARGES      PREPAID      COLLECT

RECEIVED for shipment, in external apparent good order and condition,
containers, other packages or units listed in the "Carrier's Receipt".
By the Shipper to contain the goods described in "Particulars
Furnished by Shipper", which Particulars, including weight and
measurement, have not been verified by the Carrier and are not part of
B/L contract. The Carrier makes no
representation regarding contents, weight or measurement.

NODE. BE SURE TO READ THE TERMS OF THIS BILL OF
LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN
SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS
ORIGINAL INLAND/OCEAN BILL OF LADING.

NO.            ON BEHALF OF THE MASTER

FLADING NO                DATE:
380-5646375              04/29/02

☐ N/B PICKUP   ETransport AutoRated   TOTAL CHARGES ➤

PAGE: 001 OF 001
Form # NPR, INC.-1997

IMPORTANT: READ CLAUSES ON REVERSE SIDE. 1

**NAVIERAS**
IPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT  ☒ Check One Box
FOR PORT TO PORT SHIPMENT  ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**RD 5 KM 27 4 EXT**
**EXPRESO DE DIEGO BO PALMAS**
**CATANO            PR**

SHIPPER NO.
B01554535
CREDIT NO.

ZIP CODE
00962
CONSIGNEE NO.
B01554404

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

BOOKING NUMBER
MA565N-0610
EXPORT DEC.

BILL TO:        D10072        JL -JLM

CONSIGNEE (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
*****CROSSDOCK**********
**4535 MENDENHALL RD**
**MEMPHIS                TN 38141**

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**P COBIAN/LUIS VEGA ON ARRIVAL**
**787-275-3013**

NOTIFY PTY. NO.

EXPORT REFERENCES
**RV80648**

FORWARDING AGENT - REFERENCES
**N/A**

FMC NO.
**0000-FF**

ORIGINATING CARRIER - INTERMODAL

PLACE OF ORIGIN - INTERMODAL
**SAN JUAN**

CITY, STATE AND COUNTRY OF ORGIN
**CATANO  , PR CAR**

VESSEL (SEE CL 2.) VOYAGE NO.
**MAYAGUEZ        565N**

FLAG

PORT OF LOADING
**SAN JUAN**

VESSEL TERMINAL
**PUERTO NUEVO**

PORT OF DISCHARGE
**JACKSONVILLE**

DESTINATION INTERMODAL
**MEMPHIS**

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only)
☐ YES  ☐ NO

CARRIER'S RECEIPT

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS  NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| NPRU655537-2 1X45HV S/ 026053 | 1967 PCS | MEDICAL PRODUCTS | 27386.0 LB | 0.00 CF |

ORDERS: 52497756AA,52556298AA,52556299AA,52556302AA,
52556303AA,3119,3123,830602469,830749357

009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS
5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)      146 PCS

010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS
5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100)    813 PCS

011 SOLUTIONS,I.V./NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS
BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)      847 PCS

020 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR,IN
BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60)   8 PCS

088 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR,
IN BXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150)  34 PCS

TOTAL NUMBER OF PKGS.
IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY US FOR ULTIMATE DESTINATION

TERMS: ☐ PREPAID   ☐ COLLECT      BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE   ☐ NOTIFY PARTY   ☒ OTHER
DIVERSION CONTRARY TO US LAW PROHIBITED

INSURANCE (See Tariff Reg.)     YES ☐

OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT

RECEIVED for shipment, in external apparent good order and condition, the containers, other packages or units listed in the "Carrier's Receipt" furnished by Shipper to contain the goods described in the "Particulars furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of this B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

CODE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS THE ORIGINAL INLAND/OCEAN BILL OF LADING.

INC.        ON BEHALF OF THE MASTER

B/L OF LADING NO.
NAVA
380-5647926

DATE
04/30/02

☐ N/B PICKUP   ☐ E Transport AutoRated   TOTAL CHARGES ▶

PAGE: 001 OF 002

FAX # NPR, INC. - 1997

IMPORTANT I READ CLAUSES ON REVERSE SIDE. 7

# NAVIERAS
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| | |
|---|---|
| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)<br>**BAXTER HEALTHCARE CORP**<br>**RD 5 KM 27 4 EXT**<br>**EXPRESO DE DIEGO BO PALMAS**<br>**CATANO                    PR** | SHIPPER NO.<br>**B01554535**<br>CREDIT NO. |

| | |
|---|---|
| | BOOKING NUMBER **MA565N-0610**   EXPORT DEC. |
| ZIP CODE<br>**00962** | BILL TO:   **D10072**      **JL -JIM** |

CONSIGNEE (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
******CROSSDOCK******************
**4835 MENDENHALL RD**
**MEMPHIS                TN 38141**

CONSIGNEE NO.
**B01554404**

BILL TO:
**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS      -----**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES
**RV80650**

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**P COBIAN/LUIS VEGA ON ARRIVAL**
**787-275-3013**

NOTIFY PTY. NO.

FORWARDING AGENT - REFERENCES
**N/A**

FMC NO.
**0000-FF**

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL<br>**SAN JUAN** | CITY, STATE AND COUNTRY OF ORGIN<br>**CATANO , PR CAR** |
|---|---|---|
| VESSEL (SEE CL. 2) VOYAGE NO.<br>**MAYAGUEZ      565N** | FLAG | PORT OF LOADING<br>**SAN JUAN** | VESSEL TERMINAL<br>**PUERTO NUEVO** |
| PORT OF DISCHARGE<br>**JACKSONVILLE** | DESTINATION INTERMODAL<br>**MEMPHIS** | ROUTING FROM INTERMODAL TERMINAL | CONTAINERIZED (Vessel Only)<br>☒YES  ☐ NO |

CARRIER'S RECEIPT

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS  NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| GESU400188-5<br>1X45HV<br>S/ 026054 | 857<br>PCS | MEDICAL PRODUCTS | 7022.0<br>LB | 0.00<br>CF |
| | | ORDERS: 52556307AA, 52556308AA | | |
| 009 | | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS<br>5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | | 51 PCS |
| 010 | | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS<br>5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | | 480 PCS |
| 011 | | SOLUTIONS,I.V., NUTRIONAL,ANTICOAGULANT,IN PLAS BAG W/IN PLAS<br>BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | | 230 PCS |
| 020 | | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR, IN<br>EXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60) | | 15 PCS |
| 155 | | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX<br>$2.30/# (NMFC 060000 CL 70) | | 80 PCS |

TOTAL NUMBER OF PKG'S OR UNITS
IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION   DIVERSION CONTRARY TO US LAW PROHIBITED

TERMS: ➤ ☐ PREPAID  ☒ COLLECT    BILL TO: ➤ ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE   ☐ NOTIFY PARTY  ☒ OTHER

INSURANCE (See Tariff Reg.)     YES ☐
Values $ ............. Premium $ ............
DECLARED VALUE OVER $500
Per pkg. or unit $ .............. Extra Charge $ .............

OCEAN FREIGHT & ACCESSORIAL CHARGES   |  PREPAID  |  COLLECT

RECEIVED for shipment, in external apparent good order and condition,
the containers, other packages or units listed in the "Carrier's Receipt",
said by the Shipper to contain the goods described in "Particulars
Furnished by Shipper", which Particulars, including weight and
measurement, have not been verified by the Carrier and are not part of
this B/L contract.    The Carrier makes
no representation regarding contents, weight or measurement.
NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF
LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN
SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS
YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

___, INC.          ON BEHALF OF THE MASTER

| B/L OF LADING NO<br>**NAVA**<br>**380-5647882** | DATE:<br>**04/30/02** | ☐ N/B PICKUP | ☒ Transport<br>Autohaul  TOTAL CHARGES ➤ | |
|---|---|---|---|---|

PAGE: **001 OF 001**
Form # NPR, INC. - 1997

IMPORTANT I READ CLAUSES ON REVERSE SIDE. **5**

# NAVIERAS
**NPR, Inc.**

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT  ☒ Check One Box
FOR PORT TO PORT SHIPMENT  ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. |
|---|---|
| **BAXTER HEALTHCARE CORP**<br>**RD 5 KM 27 4 EXT**<br>**EXPRESO DE DIEGO BO PALMAS**<br>**CATANO          PR** | **B01554535** |

CREDIT NO.

ZIP CODE
**00962**

BOOKING NUMBER
**MA565N-0610**

EXPORT DEC.

BILL TO:          **D10072      DJ -DJW**

| CONSIGNEE (COMPLETE NAME & ADDRESS) | CONSIGNEE NO. |
|---|---|
| **MEMPHIS REL**<br>**C-O ALLEGIANCE**<br>**4835 MENDENHALL RD**<br>**MEMPHIS          TN 38115** | **B01554548** |

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**          ------
**PO BOX 2000**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES

| NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS) | NOTIFY PTY. NO. |
|---|---|
| **P COBIAN / LUIS VEGA**<br>**787-275-3013** | **RV80649** |

FORWARDING AGENT - REFERENCES          FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL<br>**SAN JUAN** | CITY, STATE AND COUNTRY OF ORGIN<br>**CATANO , PR CAR** |
|---|---|---|
| VESSEL (SEE CL. 2) VOYAGE NO.      FLAG<br>**MAYAGUEZ      565N** | PORT OF LOADING<br>**SAN JUAN** | VESSEL TERMINAL<br>**PUERTO NUEVO** |
| PORT OF DISCHARGE<br>**JACKSONVILLE** | DESTINATION INTERMODAL<br>**MEMPHIS** | ROUTING FROM DISCHARGE TERMINAL |

CONTAINERIZED (Vessel Only)
☐ YES   ☐ NO

CARRIER'S RECEIPT          PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS  NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| **PRMU650582**<br>**1X45HV**<br>**S/ 026055** | **1240**<br>**PCS** | | **MEDICAL PRODUCTS** | **20223.0**<br>**LB** | **0.00**<br>**CF** |

```
  009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS          93
      5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)
  010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS          362
      5#/CF+, W/ OR W/O SOL. (NMFC56790-2 CL 100)
  011 SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS      547
      BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)
  088 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR,           20
      IN BXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150)
  155 DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX              200
      $2.30/# (NMFC 060000 CL 70)
  304 GLASS, MICROSCOPE SLIDE/COVER, IN BSX                           18
      (NMFC 86770 CLS 70)
```

TOTAL NUMBER OF PKGS OR UNITS          THESE COMMODITIES LICENSED BY US FOR ULTIMATE DESTINATION
IMPORTANT: See Clause 8          DIVERSION CONTRARY TO US LAW PROHIBITED

TERMS: ▶ ☐ PREPAID          ☐ COLLECT          BILL TO: ▶ ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE          ☐ NOTIFY PARTY          ☐ OTHER

INSURANCE (See Tariff Reg.)          YES ☐
Values $ ............... Premium $ ...............
**DECLARED VALUE OVER $500**
Per pkg. or unit $ ............... Extra Charge $ ...............

OCEAN FREIGHT & ACCESSORIAL CHARGES          PREPAID          COLLECT

RECEIVED for shipment, in external apparent good order and condition, the containers, other packages or units listed in the "Carrier's Receipt", said by the Shipper to contain the goods described in "Particulars Furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of this B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE: BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

NPH, INC.          ON BEHALF OF THE MASTER

| BILL OF LADING NO.<br>**380-5647974** | DATE:<br>**04/30/02** | ☐ N/B PICKUP | ⊜ Transport<br>Authorized  TOTAL CHARGES ▶ | |
|---|---|---|---|---|

PAGE: 001 OF 001
FORM # NPR, INC. - 1897

IMPORTANT READ CLAUSES ON REVERSE SIDE 1

# NAVIERAS
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT [X] Check One Box
FOR PORT TO PORT SHIPMENT [ ]

PLEASE REMIT TO

SEA STAR
100 BELL TEL WAY SUITE 300
JACKSONVILLE, FL 32216

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. | BOOKING NUMBER | EXPORT DEC. |
|---|---|---|---|
| BAXTER HEALTHCARE CORP<br>RD 5 KM 27 4 EXT<br>EXPRESSO DE DIEGO BO PALMAS<br>CATANO          PR | B01554535<br>CREDIT NO.<br>ZIP CODE<br>00962 | MA565N-0600 | |

CONSIGNEE NO. B01554496

BILL TO:   D10072      DJ -DJW

BAXTER HEALTHCARE CORPOR
C/O SCHNEIDER LOGISTICS     -----
PO BOX 2000
SUGAR GROVE IL 60554

CONSIGNEE (COMPLETE NAME & ADDRESS)
BAXTER HEALTHCARE CORP
CHARLOTTE DC, C/O ALLEGIANCE
3031 NEVADA BLVD
CHARLOTTE          NC 28273

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
UPON ARRIVAL PLEASE CONTACT
P COBIAN/ LUIS VEGA
787-275-3013

NOTIFY PTY. NO.   RV60647

FORWARDING AGENT - REFERENCES          FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL<br>SAN JUAN | CITY, STATE AND COUNTRY OF ORGIN<br>CATANO , PR CAR |
|---|---|---|
| VESSEL (SEE CL. 2) VOYAGE NO.<br>MAYAGUEZ      565N | FLAG   PORT OF LOADING<br>SAN JUAN | VESSEL TERMINAL<br>PUERTO NUEVO |
| PORT OF DISCHARGE<br>JACKSONVILLE | DESTINATION INTERMODAL<br>CHARLOTTE | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only)<br>[X] YES  [ ] NO |

**CARRIER'S RECEIPT**   PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS  NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| GESU400331-6<br>1X45HV<br>S/ 026056 | 1760<br>PCS | | MEDICAL PRODUCTS | 22378.0<br>LB | 0.00<br>CF |

| | | | | | |
|---|---|---|---|---|---|
| 009 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF,W OR W/O SOL (NMF 57900-1 CL 175) | | | 120 | PCS |
| 010 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | | | 770 | |
| 011 | SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | | | 771 | |
| 020 | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR,IN BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60) | | | 30 | |
| 088 | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR, IN BXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150) | | | 20 | |
| 304 | GLASS, MICROSCOPE SLIDE/COVER, IN BSX (NMFC 86770 CLS 70) | | | 49 | |

TOTAL NUMBER OF PKGS OR UNITS
IMPORTANT: See Clause 8

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION

DIVERSION CONTRARY TO U.S. LAW PROHIBITED

| TERMS: ► [ ] PREPAID  [ ] COLLECT | BILL TO: ► [ ] SHIPPER  [ ] FORWARDER  [ ] CONSIGNEE | [ ] NOTIFY PARTY  [X] OTHER |
|---|---|---|

INSURANCE (See Tariff Reg.)   YES [ ]
Values $ ............. Premium $ .............
DECLARED VALUE OVER $500
per pkg. or unit $ ............. Extra Charge $ .............

RECEIVED for shipment, in external apparent good order and condition, the containers, other packages or units listed in the "Carrier's Receipt" furnished by Shipper, which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE: BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

NPR, INC.          ON BEHALF OF THE MASTER

| OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |
|---|---|---|

| BILL OF LADING NO.<br>NAVA<br>380-5647333 | DATE:<br>04/30/0? | [ ] N/B PICKUP | E Transport<br>AutoRated | TOTAL CHARGES ► | |
|---|---|---|---|---|---|

PAGE: 001 OF 001
NM # NPR, INC. - 1997

IMPORTANT READ CLAUSES ON REVERSE SIDE. 1

**NAVIERAS**
PR, Inc.

HOST FAX BILL OF LADING
FOR INTERMODAL TRANSPORT   ☒ Check One Box
FOR PORT TO PORT SHIPMENT   ☐

PLEASE REMIT TO

SEA STAR
100 BELL TEL WAY SUTIE 300
JACKSONVILLE, FL 32216

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. | BOOKING NUMBER | EXPORT DEC. |
|---|---|---|---|
| BAXTER HEALTHCARE CORP<br>RD 5 KM 27 4 EXT<br>EXPRESO DE DIEGO BO PALMAS<br>CATANO                    PR | B01554535<br>CREDIT NO.<br><br>ZIP CODE<br>00962 | MA565N-0590 |  |

| | | BILL TO: | D10072 | TL -TLC |

| CONSIGNEE (COMPLETE NAME & ADDRESS) | CONSIGNEE NO. |
|---|---|
| GRAND PRAIRIE DC<br>C/O ALLEGIANCE<br>3080 WEST INTERSTATE 20<br>GRAND PRAIRIE          TX 75050 | B01554572 |

BAXTER HEALTHCARE CORPOR
C/O SCHNEIDER LOGISTICS          -----
PO BOX 2000
SUGAR GROVE IL 60554

EXPORT REFERENCES

| NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS) | NOTIFY PTY. NO. |
|---|---|
| UPON ARRIVAL PLEASE CONTACT<br>P COBIAN/LUIS VEGA<br>787-275-3013 |  |

BL# RV80645  07-10-02

FORWARDING AGENT - REFERENCES                    FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL | CITY, STATE AND COUNTRY OF ORGIN |
|---|---|---|
|  | SAN JUAN | CATANO , PR CAR |

| VESSEL (SEE CL. 2) VOYAGE NO. | FLAG | PORT OF LOADING | VESSEL TERMINAL |
|---|---|---|---|
| MAYAGUEZ | 565N | SAN JUAN | PUERTO NUEVO |

| PORT OF DISCHARGE | DESTINATION INTERMODAL | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only) |
|---|---|---|---|
| JACKSONVILLE | GRAND PRAIRIE |  | ☒ YES   ☐ NO |

CARRIER'S RECEIPT     PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS   NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| NPRU655140-1<br>1X45HV<br>S/ 026060 | 1663<br>PCS |  | MEDICAL PRODUCTS | 23964.0<br>LB | 0.00<br>CF |

TOTAL NUMBER OF PKGS OR UNITS,
IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION          DIVERSION CONTRARY TO U.S. LAW PROHIBITED

TERMS: ► ☐ PREPAID     ☒ COLLECT     BILL TO: ► ☐ SHIPPER  ☐ FORWARDER  ☐ CONSIGNEE     ☐ NOTIFY PARTY     ☒ OTHER

INSURANCE (See Tariff Reg.)     YES ☐
Values $ _____ Premium $ _____

OCEAN FREIGHT & ACCESSORIAL CHARGES

| | PREPAID | COLLECT |
|---|---|---|

DECLARED VALUE OVER $500

Per pkg. or unit $ _____ Extra Charge $ _____

RECEIVED for shipment, in external apparent good order and condition,
containers, other packages or units listed in the "Carrier's Receipt",
said by the Shipper to contain the goods described in "Particulars
furnished by Shipper", which Particulars, including weight and
measurement, have not been verified by the Carrier and are not part of
this B/L contract. The Carrier makes
no representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF
LADING CONTINED ON REVERSE SIDE. OBTAIN
SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS
YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

H, INC.                    ON BEHALF OF THE MASTER

| BILL OF LADING NO.   NAVA | DATE: |
|---|---|
| 380-5647436 | 04/30/02 |

☐ N/B PICKUP     ℰ Transport Automated     TOTAL CHARGES ►

PAGE: 001 OF 001
FORM # NPR, INC. - 1997

IMPORTANT I READ CLAUSES ON REVERSE SIDE. **4**

# NAVIERAS
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT [X] Check One Box
FOR PORT TO PORT SHIPMENT [ ]

PLEASE REMIT TO

**SEA STAR**
100 BELL TEL WAY SUTIE 300
JACKSONVILLE, FL 32216

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

SHIPPER/EXPORTER (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**RD 5 KM 27 4 EXT**
**EXPRESO DE DIEGO BO PALMAS**
**CATANO                    PR**

SHIPPER NO.
B01554535
CREDIT NO.

ZIP CODE
00962
CONSIGNEE NO.
B01554512

BOOKING NUMBER
MA565N-0580
EXPORT DEC.

BILL TO:    D10072        DJ -DJW

CONSIGNEE (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**C/O ALLEGIANCE**
**701 PRIDE DRIVE**
**HAMMOND              LA 70401**

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS        -----**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**P COBIAN/LUIS VEGA**
**787-275-3013**

NOTIFY PTY NO.

RV80645

FORWARDING AGENT - REFERENCES          FMC NO.

ORIGINATING CARRIER - INTERMODAL
PLACE OF ORIGIN - INTERMODAL
**SAN JUAN**

CITY, STATE AND COUNTRY OF ORGIN
**CATANO , PR CAR**

VESSEL (SEE CL. 2) VOYAGE NO.     FLAG
**MAYAGUEZ      565N**
PORT OF LOADING
**SAN JUAN**

VESSEL TERMINAL
**PUERTO NUEVO**

PORT OF DISCHARGE
**JACKSONVILLE**
DESTINATION INTERMODAL
**HAMMOND**

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only)
[X] YES  [ ] NO

CARRIER'S RECEIPT

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OR ...

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| PRMU650965 1X45HV S/ 026051 | 1584 PCS | | MEDICAL PRODUCTS | 20007.0 LB | 0.00 CF |
| | 009 | | KITS/SETS, IN/OUTPATIENT TREATMENT/CARE,NOI,IN EXS W/DENS 5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | 155 | |
| | 010 | | KITS/SETS, IN/OUTPATIENT TREATMENT/CARE,NOI,IN EXS W/DENS 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | 651 | |
| | 011 | | SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN EXS/PKG 97 (NMFC 59380-6 CLS 55) | 760 | |
| | 020 | | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR,IN EXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60) | 10 | |
| | 450 | | ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 6#/CF L/T 8#/CF (NMF 156600-5 CLS 125) | 6 | |

TOTAL NUMBER OF PKGS OR UNITS
IMPORTANT: See Clause 9

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION    DIVERSION CONTRARY TO U.S. LAW PROHIBITED

TERMS: > [ ] PREPAID    [ ] COLLECT    BILL TO: > [ ] SHIPPER [ ] FORWARDER [ ] CONSIGNEE    [ ] NOTIFY PARTY    [X] OTHER

INSURANCE (See Tariff Reg.)    YES [ ]
Values $ ............ Premium $ ............
$ per pkg. or unit $ ............ Extra Charge $ ............
DECLARED VALUE OVER $500

OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT

RECEIVED for shipment, in external apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt", ... by the Shipper to contain the goods described in "Particulars" furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of B/L contract. The Carrier makes representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

NPR, INC.       ON BEHALF OF THE MASTER

B/L OF LADING NO.   **NAVA**      DATE:
**380-5647963    04/30/02**

[ ] N/B PICKUP    E Transport Automated    TOTAL CHARGES >

PAGE: 001 OF 001
FORM # NPR, INC. - 1997

IMPORTANT ! READ CLAUSES ON REVERSE SIDE 10