# EXHIBIT G – PART 3

068909

068910

E 068911

E 068912

068913

068914

068915