# EXHIBIT E – PART 6

**SEA STAR LINE, LLC**    COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE)

BAXTER HEALTHCARE CORP. OF PR   (SJU05000)
PO BOX 2002  M00477

CATANO, P.R 00962

| TAX BOND NO. | BL NO. SJUELY257PEV019 | Date: |
|---|---|---|

EXPORT REFERENCES    RV# 60544

BOOKING NUMBER
MG04877                SHIPPER REFERENCE NO.

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)

ALLEGIANCE HEALTHCARE   (USA56831)
3205 MERIDIAN PARKWAY

WESTON, FL 33331

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FRFEIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.

MANUEL FERNANDEZ  ()
PHONE# 954-349-9988

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL EL YUNQUE  VOY. NO 257  N  FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE PORT EVERGLADES, FL. | PLACE OF DELIVERY WESTON, FL | FINAL DESTINATION OF GOODS (NOT VESSEL) WESTON, FL |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: STRU4900370<br>SEAL 1: 002201 | 1  45HC | STC:<br>1,873 CS MEDICAL SUPPLIES<br>**<br>APPT: 5/8/02<br>AT: 8:00 A.M. | 25,803 | |
| TIR# 91371 | | TR/DR | | |

| TARIFF ITEM NUMBER | CHARGES | | TOTAL | FREIGHT PAYABLE AT/BY: |
|---|---|---|---|---|
| C FRT NORTHBOUND | 1 | 625.00 | 625.00 | BAXTER HEALTHCARE C/O SCHNEIDER  (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br>IL  60554 |
| UNKER SURCHARGE | 1 | 125.00 | 125.00 | |
| F AUTH FEE | 1 | 10.00 | 10.00 | |
| | | TOTAL CHARGES: 760.00 | | |

HIPPER LOAD AND COUNT                FREIGHT COLLECT                COPY NON-NEGOTIABLE

Carrier's 9500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's interest cargo insurance with limits specified in Clauses 23 and 24 on the reverse side of Shipper intends Options (A) or (B) below.

Ad Valorem - If Shipper declares a value in the space provided. Carrier's 9500 limitation per container will not apply and carrier will charge the Ad Valorem rate for Shipper's cargo.

Declared Value   $

Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's interest cargo insurance at the applicable Rate charged by Carrier.

[ ] Yes   [ ] No      Insured Value $

Clause 9d of Conditions, if the statement is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHER(S) TO STAND VOID.

REVISED 2/02                BY _____    SEA STAR LINE, LLC

Signature of

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | |
|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000) <br> PO BOX 2002  M00477 <br><br> CATANO, P.R. 00962 | | |

| TAX BOND NO. | B/L NO. <br> SJUELY257JAX020 | Date: |
|---|---|---|
| EXPORT REFERENCES      RV# 80043 | | |

BOOKING NUMBER
MG04870                           SHIPPER REFERENCE NO.

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)

ALLEGIANCE HEALTHCARE   (USA04357)
2101 WAUKEGAN ROAD

WAUKEGAN, IL 60085

SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FRFEIGHT BROKER LIC.

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.

ATTN: KAY UTTER  ()
PHONE: 847-578-5921
DELIVER: 5/07/02 AT (6:00AM)

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER <br> SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL       VOY. NO <br> EL YUNQUE   257   N | FLAG <br> UNITED STATES | PORT OF LOADING <br> SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE <br> JACKSONVILLE, FL | PLACE OF DELIVERY <br> WAUKEGAN, IL | FINAL DESTINATION OF GOODS (NOT VESSEL) <br> WAUKEGAN, IL |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: STRU4550795 <br> SEAL 1: 002207 <br><br><br><br> TIR# 099459 | 1     45HC | STC: 42 PALLETS <br> 1,965 PIECES <br> MEDICAL DEVICES <br> RV#80043 <br> ** <br> TR/DR <br> *□ | 19,988 | |

| TARIFF ITEM NUMBER | CHARGES | | TOTAL |
|---|---|---|---|
| C FRT NORTHBOUND | 1 | 1,250.00 | 1,250.00 |
| BUNKER SURCHARGE | 1 | 125.00 | 125.00 |
| T AUTH FEE | 1 | 10.00 | 10.00 |
| | TOTAL CHARGES: 1,385.00 | | |

FREIGHT PAYABLE AT/BY:

BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)
LOGISTICS PAYMENT SERVICES
PO BOX 2000
SUGAR GROVE

IL  60554

SHIPPER LOAD AND COUNT                    FREIGHT COLLECT                    COPY NON-NEGOTIABLE

• Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provision for Shipper's inland large Insurance with limits specified in Clauses 23 and 24 on the reverse side or shipper selects Options (A) or (B) below.

I Ad Valorem - If Shipper declares a value in the space provided, Carrier $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.
Declared Value                    $

Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine what or Shipper's cargo can be insured. If cargo can be insured, Shipper may ask Shipper's inland cargo insurance as the applicable rates charged by Carrier.
B [ ] No    Insured Value    $

set to Clause 6d of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following itself. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of
Consignor

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILLS OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                    BY _____    SEA STAR LINE, LLC

# NAVIERAS
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. | (SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT |
|---|---|---|

**BAXTER HEALTHCARE CORP**
**RD 5 KM 27 4 EXT**
**EXPRESO DE DIEGO BO PALMAS**
**CATANO                    PR**

SHIPPER NO. **B01554535**
CREDIT NO.

BOOKING NUMBER **MA565N-0550**    EXPORT DEC.

BILL TO:              **D10072**      **DJ -DJW**

ZIP CODE **00962**

CONSIGNEE (COMPLETE NAME & ADDRESS)

**BAXTER HEALTHCARE CORP**
**ONTARIO DC(REL) C/O ALLEGIANCE**
**4551 E PHILADELPHIA STREET**
**ONTARIO                    CA 91761**

CONSIGNEE NO. **B01554497**

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)

**UPON ARRIVAL PLEASE CONTACT**
**P COBIAN / LUIS VEGA**
**TEL :787-276-3013**

NOTIFY PTY. NO.

**RV60642**

FORWARDING AGENT - REFERENCES          FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL | CITY, STATE AND COUNTRY OF ORIGIN |
|---|---|---|
| | **SAN JUAN** | **CATANO , PR CAR** |

VESSEL (SEE CL. 2) VOYAGE NO.    FLAG    PORT OF LOADING
**MAYAGUEZ**    **565N**         **SAN JUAN**

VESSEL TERMINAL
**PUERTO NUEVO**

PORT OF DISCHARGE    DESTINATION INTERMODAL
**JACKSONVILLE**    **ONTARIO**

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only) ☐ YES ☒ NO

**CARRIER'S RECEIPT**

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS  NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| **NPRU655421-0**<br>**1X45HV**<br>**S/ 026059** | **1780**<br>**PCS** | **MEDICAL SUPPLIES** | **19322.0**<br>**LB** | **0.00**<br>**CF** |
| 009 | | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN EXS W/DENS 5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | 679 PCS | |
| 010 | | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN EXS W/DENS 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | 169 | |
| 011 | | SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN EXS/PKG 97 (NMFC 59380-6 CLS 55) | 666 | |
| 020 | | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR,IN EXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60) | 80 | |
| 031 | | ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 2#/CF L/T 4#/CF (NMF 156600-3 CL 250) | 66 | |
| 088 | | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR, IN EXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150) | 60 | |

TOTAL NUMBER OF PKGS.
IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION

DIVERSION CONTRARY TO US LAW PROHIBITED

TERMS: ☐ PREPAID    ☐ COLLECT

BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE    ☐ NOTIFY PARTY ☒ OTHER

INSURANCE (See Tariff Reg.)    YES ☐

OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT

Values $ ............... Premium $ ...........

DECLARED VALUE OVER $500

Per pkg. or unit $ .............. Extra Charge $ .........

RECEIVED for shipment, in external apparent good order and condition, the containers, other packages or units listed in the "Carrier's Receipt", said by the Shipper to contain the goods describ.d in "Particulars furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of this B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

NPR, INC.                    ON BEHALF OF THE MASTER

| B/L OF LADING NO. | | | | | |
|---|---|---|---|---|---|
| **NAVA**<br>**380-5647355** | **04/30/02** | ☐ N/B PICKUP | E Transport AutoRated | TOTAL CHARGES ➤ | |

**PAGE: 001 OF 002**
FORM # NPR, INC. - 1997

IMPORTANT I READ CLAUSES ON REVERSE SIDE. **2**

**NAVIERAS**
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT [X] Check One Box
FOR PORT TO PORT SHIPMENT [ ]

PLEASE REMIT TO: **SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**RD 5 KM 27 4 EXT**
**EXPRESO DE DIEGO BO PALMAS**
**CATANO                PR**

SHIPPER NO. **B01554535**
CREDIT NO.
ZIP CODE **00962**
CONSIGNEE NO. **B01554570**

BOOKING NUMBER **MA565N-0570**    EXPORT DEC.

BILL TO: **D10072        JL -JLM**

CONSIGNEE (COMPLETE NAME & ADDRESS)
**KC KANSAS CITY DC REL**
**C/O ALLEGIANCE**
**11300 GLENWOOD ST**
**OVERLAND PARK          KS 66211**

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**P COBIAN/LUIS VEGA ON ARRIVAL**
**787-275-3013**

NOTIFY PTY. NO.
**RV80641**

FORWARDING AGENT - REFERENCES
**N/A**                          FMC NO. **0000-FF**

ORIGINATING CARRIER - INTERMODAL

PLACE OF ORIGIN - INTERMODAL
**SAN JUAN**

CITY, STATE AND COUNTRY OF ORGIN
**CATANO , PR CAR**

VESSEL (SEE CL. 2) VOYAGE NO.
**MAYAGUEZ      565N**
FLAG

PORT OF LOADING
**SAN JUAN**

VESSEL TERMINAL
**PUERTO NUEVO**

PORT OF DISCHARGE
**JACKSONVILLE**

DESTINATION INTERMODAL
**OVERLAND PARK**

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only)
[X] YES  [ ] NO

CARRIER'S RECEIPT
CONTAINER NO. AND SEAL (OR MARK IF BREAK-BULK)
**NPRU655501-1**
**1X45HV**
**S/ 026052**

NO. OF PACKAGES
**1698 PCS**

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

HM MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS  NOT PART OF B/L
**MEDICAL PRODUCTS**

GROSS WEIGHT (Kilos)
**17727.0 LB**

MEASUREMENTS
**0.00 CF**

**ORDERS: 52556300AA, 52556301AA, 3122, 830749360**

| | | |
|---|---|---|
| 009 | KITS/SETS, IN/OUTPATIENT TREATMENT/CARE, NOI, IN BXS W/DENS 5#/CF, W OR W/O SOL (NMF 567900-1 CL 175) | 140 PCS |
| 010 | KITS/SETS, IN/OUTPATIENT TREATMENT/CARE, NOI, IN BXS W/DENS 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | 893 PCS |
| 011 | SOLUTIONS, I.V., NUTRIONAL/ANTICOAGULANT, IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 511 PCS |
| 020 | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR, IN BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 55) | 37 PCS |
| 031 | ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 2#/CF L/T 4#/CF (NMF 156600-3 CL 250) | 1 PCS |
| 155 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX | 80 PCS |

TOTAL NUMBER OF PACKAGES UNITS

IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION

TERMS: ▶ [ ] PREPAID  [X] COLLECT
BILL TO: ▶ [ ] SHIPPER [ ] FORWARDER [ ] CONSIGNEE
DIVERSION CONTRARY TO US LAW PROHIBITED
[ ] NOTIFY PARTY  [ ] OTHER

INSURANCE (See Tariff Reg.) YES [ ]
Values $ _____ Premium $ _____
DECLARED VALUE OVER $500
_____ pkg. or unit $ _____ Extra Charge $ _____

OCEAN FREIGHT & ACCESSORIAL CHARGES      PREPAID      COLLECT

RECEIVED for shipment, in external apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt" to be by the Shipper to contain the goods described in "Particulars furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are no part of this B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTAINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

_____, INC.        ON BEHALF OF THE MASTER

BILL OF LADING NO.
**NAVA**
**380-5647952**

DATE:
**04/30/02**

[ ] N/B PICKUP

€ Transport Automated

TOTAL CHARGES ▶

PAGE: **001 OF 002**

FORM # NPR, INC. - 1997

IMPORTANT ! READ CLAUSES ON REVERSE SIDE. **9**

## SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | | |
|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000) PO BOX 2002  M00477  CATANO, P.R 00962 | TAX BOND NO. | BL NO. SJUELY257PEV020    Date: |
| | EXPORT REFERENCES    RV# 80640 | |
| | BOOKING NUMBER MG04877 | SHIPPER REFERENCE NO. |
| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) ALLEGIANCE HEALTHCARE   (USA56831) 3205 MERIDIAN PARKWAY  WESTON, FL 33331 | SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FRFEIGHT BROKER LIC | |
| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. MANUEL FERNANDEZ    0 PHONE# 954-349-9988 | ALSO NOTIFY, ROUTING OR INSTRUCTIONS | |

| PIER SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL EL YUNQUE | VOY. NO 257   N | FLAG UNITED STATES | PORT OF LOADING SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE PORT EVERGLADES, FL | PLACE OF DELIVERY WESTON, FL | FINAL DESTINATION OF GOODS (NOT VESSEL) WESTON, FL |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: STRU4550100 SEAL 1: 2262   TIR# 109145 | 1   45HC | STC: 1,457 CS MEDICAL SUPPLIES  APPT: 5/8/02 AT: 9:00 A.M. **  TR/DR | 11,032 | |

| TARIFF ITEM NUMBER | CHARGES | TOTAL | |
|---|---|---|---|
| C FRT NORTHBOUND | 1   825.00 | 825.00 | FREIGHT PAYABLE AT/BY: |
| UNKER SURCHARGE | 1   125.00 | 125.00 | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) |
| T AUTH FEE | 1   10.00 | 10.00 | LOGISTICS PAYMENT SERVICES |
| | | TOTAL CHARGES: 760.00 | PO BOX 2000 SUGAR GROVE  IL 60554 |

HIPPER LOAD AND COUNT

FREIGHT COLLECT                COPY NON-NEGOTIABLE

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

* Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's inland cargo insurance with limits specified in Clauses 23 and 24 in the reverse side of shipper whichs Options (A) or (B) below.

Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

Declared Value   $ _____

Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's inland cargo insurance at the applicable rates charged by Carrier.

x  [ ] No    Insured Value  $ _____

and in Clause 66 of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following ment. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| REVISED 2/02 | BY _____   SEA STAR LINE, LLC |
|---|---|

Signature of _____

# NAVIERAS
PR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**RD 5 KM 27 4 EXT**
**EXPRESO DE DIEGO BO PALMAS**
**CATANO              PR**

SHIPPER NO.
**B01554535**
CREDIT NO.

ZIP CODE
**00962**

CONSIGNEE NO.
**B01554544**

BOOKING NUMBER
**MA565N-0550**

BILL TO:   **D10072      DJ -DJW**

EXPORT DEC.

CONSIGNEE (COMPLETE NAME & ADDRESS)
**ONTARIO DC**
**C-O ALLEGIANCE**
**4551 E PHILADELPHIA ST**
**ONTARIO              CA 91761**

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS      -----**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**P COBIAN / LUIS VEGA**
**787-276-3013**

NOTIFY PTY. NO.

**RV80639**

FORWARDING AGENT - REFERENCES

FMC NO.

ORIGINATING CARRIER - INTERMODAL

PLACE OF ORIGIN - INTERMODAL
**SAN JUAN**

CITY, STATE AND COUNTRY OF ORGIN
**CATANO , PR CAR**

VESSEL (SEE CL. 2) VOYAGE NO.
**MAYAGUEZ        565N**
FLAG

PORT OF LOADING
**SAN JUAN**

VESSEL TERMINAL
**PUERTO NUEVO**

PORT OF DISCHARGE
**JACKSONVILLE**

DESTINATION INTERMODAL
**ONTARIO**

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only)
☒ YES   ☐ NO

CARRIER'S RECEIPT

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS   NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| NPRU655169-6 1X45HV S/ 26058 | 1481 PKG | | MEDICAL SUPPLIES | 19439.0 LB | 0.00 CF |
| | | | 009 KITS/SETS, IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | 89 PCS | |
| | | | 010 KITS/SETS, IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | 280 PCS | |
| | | | 011 SOLUTIONS, E.V., NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1112 PCS | |

TOTAL NUMBER OF PKGS OR UNITS
IMPORTANT: See Clause 6

TERMS: ☐ PREPAID   ☐ COLLECT

BILL TO: ☐ SHIPPER   ☐ FORWARDER   ☐ CONSIGNEE

DIVERSION CONTRARY TO US LAW PROHIBITED
☐ NOTIFY PARTY   ☒ OTHER

INSURANCE (See Tariff Reg.)   YES ☐
Values $ _____ Premium $ _____
DECLARED VALUE OVER $500

| OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |
|---|---|---|
| | | |

Per pkg. or unit $ _____ Extra Charge $ _____

RECEIVED for shipment, in external apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt", subject by the Shipper to contain the goods described in "Particulars furnished by Shipper", which Particulars, including Weight and measurement, have not been verified by the Carrier and are not part of B/L contract. The Carrier makes no representation regarding contents, weight or measurements.

NOTICE: BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

_____, INC.           ON BEHALF OF THE MASTER

BILL OF LADING NO.
**NAVA**
**380-5647941**
DATE:
**01/30/02**

☐ N/B PICKUP

≡ Transport Autorized

TOTAL CHARGES ➤

PAGE: 001 OF 001
FORM # NPR, INC. - 1997

IMPORTANT ! READ CLAUSES ON REVERSE SIDE. **8**

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. | Date: |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002  M00477<br><br>CATANO, P.R. 00962 | | SJUELY257JAX021 | |

EXPORT REFERENCES     RV# 80638

BOOKING NUMBER
MG04870

SHIPPER REFERENCE NO.

CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE)

ALLEGIANCE HEALTHCARE   (USA04357)
2101 WAUKEGAN ROAD

WAUKEGAN, IL 60085

SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FRFEIGHT BROKER LIC

NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS.

ATTN: KAY UTTER   0
PHONE: 847-578-5921
DELIVER: 5/07/02 AT (6:00AM)

ALSO NOTIFY, ROUTING OR INSTRUCTIONS

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL<br>EL YUNQUE | VOY. NO<br>257   N | FLAG<br>UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |

| PORT OF DISCHARGE<br>JACKSONVILLE, FL | PLACE OF DELIVERY<br>WAUKEGAN, IL | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>WAUKEGAN, IL |
|---|---|---|

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU8550426<br>SEAL 1: 002218<br><br>TIR# D99914 | 1    46HC | STC: 44 PALLETS<br>2,100 PIECES<br>MEDICAL DEVICES<br>RV#80638<br>FR<br>TR/DR | 19,537 | |

| ARIFF ITEM NUMBER | CHARGES | | TOTAL | FREIGHT PAYABLE AT/BY: |
|---|---|---|---|---|
| C FRT NORTHBOUND | 1 | 1,250.00 | 1,250.00 | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br><br>IL 60554 |
| JNKER SURCHARGE | 1 | 125.00 | 125.00 | |
| F AUTH FEE | 1 | 10.00 | 10.00 | |
| | | TOTAL CHARGES: 1,385.00 | | |

HIPPER LOAD AND COUNT

FREIGHT COLLECT

COPY NON-NEGOTIABLE

· Carrier's $500 limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's internal cargo insurance with limits specified in Clauses 23 and 24 on the reverse side or Shipper selects Options (A) or (B) below.

Ad Valorem - if Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

Declared Value       $

Insurance Coverage - See Clause 23 on the reverse side and applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's internal cargo insurance at the applicable rates charged by Carrier.

DN [ ] N6    Insured Value    $

ct to Clause 8d of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following ment. The owner shall not make delivery of this shipment without payment of freight and all other lawful charges.

                                                                                    Signature of

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIER'S TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                                        BY _____   SEA STAR LINE, LLC

# NAVIERAS
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO
**SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| | |
|---|---|
| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)<br>BAXTER HEALTHCARE CORP<br>RD 5 KM 27 4 EXT<br>EXPRESO DE DIEGO BO PALMAS<br>CATANO                    PR | SHIPPER NO.<br>B01554535<br>CREDIT NO.<br><br>ZIP CODE<br>00962<br>CONSIGNEE NO.<br>B01554404 |

BOOKING NUMBER
**MA565N-0610**

EXPORT DEC.

BILL TO: **D10072    JL -JLM**

CONSIGNEE (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
*********CROSSDOCK************
**4835 MENDENHALL**
**MEMPHIS                    TN 38141**

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**P COBIAN/LUIS VEGA ON ARRIVAL**
**787-275-3013**

NOTIFY PTY. NO.

EXPORT REFERENCES
**RV80635** 6  **07-10-02**

FORWARDING AGENT - REFERENCES
**N/A**

FMC NO.
**0000-FF**

ORIGINATING CARRIER - INTERMODAL

PLACE OF ORIGIN - INTERMODAL
**SAN JUAN**

CITY, STATE AND COUNTRY OF ORGIN
**CATANO , PR CAR**

VESSEL (SEE CL. 2) VOYAGE NO.
**MAYAGUEZ        565N**

FLAG PORT OF LOADING
**SAN JUAN**

VESSEL TERMINAL
**PUERTO NUEVO**

PORT OF DISCHARGE
**JACKSONVILLE**

DESTINATION INTERMODAL
**MEMPHIS**

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only)
☐ YES ☒ NO

CARRIER'S RECEIPT

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| NPRU655290-1<br>1X45HV<br>S/ 026057 | 1279<br>PCS | | MEDICAL PRODUCTS | 8940.0<br>LB | 0.00<br>CF |

ORDERS: 52291655BA,52312596BB,52366329BB,52392791BA,
52444291BA,52454677AA,52458527AA,52460419AB,52493293AA,
52500122BA,52526074AA,52536712AA,52536713AA,52548492AA,
52549187AA,52556309AA,52556310AA

| | | | | |
|---|---|---|---|---|
| 009 | KITS/SETS,IN,OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS<br>5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | | | 167 PCS |
| 010 | KITS/SETS,IN,OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS<br>5#/CF+, W OR W/O SOL. (NMF56790-2 CL 100) | | | 905 PCS |
| 011 | SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS<br>BAGS IN BXS PKG 97 (NMFC 59380-6 CLS 55) | | | 108 PCS |
| 155 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX<br>(NMFC 060000 CL 70) | | | 80 PCS |

TOTAL NUMBER OF PCS 39/#'s

THESE COMMODITIES LICENSED BY US FOR ULTIMATE DESTINATION

| TERMS: ☐ PREPAID ☐ COLLECT | BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE | ☐ NOTIFY PARTY | DIVERSION CONTRARY TO U S LAW PROHIBITED<br>☐ OTHER |
|---|---|---|---|

INSURANCE (See Tariff Reg.)        YES ☐
Values $ ............ Premium $ ............
DECLARED VALUE OVER $500
er pkg. or unit $ ............ Extra Charge $ ............

| OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |
|---|---|---|

RECEIVED for shipment, in external apparent good order and condition,
the containers, other packages or units listed in the "Carrier's Receipt"
said by the Shipper to contain the goods described in "Particulars
Furnished by Shipper", which Particulars, including weight and
measurement, have not been verified by the Carrier and are not part of
this B/L contract. The Carrier makes
no representation regarding contents, weight or measurement.

NOTICE, BE SURE TO READ THE TERMS OF THIS BILL OF
LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN
SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS
YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

PH, INC.                                  ON BEHALF OF THE MASTER

BILL OF LADING I.D.
**NAVA**
**300-5647904**

DATE:
**04/30/02**

☐ N/B PICKUP

E Transport
AutoRated

TOTAL CHARGES ➤

PAGE: 001 OF 002

™ # NPR, INC. - 1997

IMPORTANT I READ CLAUSES ON REVERSE SIDE. 6

# NAVIERAS
IPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

SEA STAR
100 BELL TEL WAY SUTIE 300
JACKSONVILLE, FL 32216

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. B01554535 | BOOKING NUMBER MA565N-0550 | EXPORT DEC. |
|---|---|---|---|

SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)
BAXTER HEALTHCARE CORP
RD 5 KM 27 4 EXT
EXPRESO DE DIEGO BO PALMAS
CATANO                    PR

SHIPPER NO. B01554535
CREDIT NO.
ZIP CODE 00962
CONSIGNEE NO. B01554497

BOOKING NUMBER MA565N-0550
BILL TO:            D10072        DJ -DJW

CONSIGNEE (COMPLETE NAME & ADDRESS)
BAXTER HEALTHCARE CORP
ONTARIO DC(REL) C/O ALLEGIANCE
4551 E PHILADELPHIA STREET
ONTARIO                    CA 91761

BAXTER HEALTHCARE CORPOR
C/O SCHNEIDER LOGISTICS
PO BOX 2000
SUGAR GROVE IL 60554

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
UPON ARRIVAL PLEASE CONTACT
P COBIAN / LUIS VEGA
TEL :787-276-3013

NOTIFY PTY. NO.
RV60642

FORWARDING AGENT - REFERENCES          FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL SAN JUAN | CITY, STATE AND COUNTRY OF ORGIN CATANO , PR CAR |
|---|---|---|
| VESSEL (SEE CL. 2) VOYAGE NO. MAYAGUEZ    565N   FLAG | PORT OF LOADING SAN JUAN | VESSEL TERMINAL PUERTO NUEVO |
| PORT OF DISCHARGE JACKSONVILLE | DESTINATION INTERMODAL ONTARIO | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only) ☒ YES ☐ NO |

CARRIER'S RECEIPT          PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF ...

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS  NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| NPRU655421-0 1X45HV S/ 026059 | 1780 PCS | | MEDICAL SUPPLIES | 19322.0 LB | 0.00 CF |

009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS        679 PCS
    5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)
010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS        169
    5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100)
011 SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS    666
    BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)
020 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR,IN        80
    BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60)
031 ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 2#/CF         66
    L/T 4#/CF (NMF 156600-3 CL 250)
088 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR,           60
    IN BXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150)

TOTAL NUMBER OF PKGS
IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY US FOR ULTIMATE DESTINATION          DIVERSION CONTRARY TO US LAW PROHIBITED

| TERMS: ► ☐ PREPAID   ☐ COLLECT   YES ☐ | BILL TO: ► ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE   ☐ NOTIFY PARTY   ☒ OTHER |
|---|---|
| INSURANCE (See Tariff Reg.) | OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |

Values $ ........... Premium $ ...........
DECLARED VALUE OVER $500
Per pkg. or unit $ .......... Extra Charge $ ...........

"CERTIFIED for shipment, in external apparent good condition ...
... containers, other packages or units listed in the "Carrier's Receipt" ...
... by the Shipper to contain the goods described in "Particulars
furnished by Shipper", which Particulars, including weight and
measurement, have not been verified by the Carrier and are no part of
this B/L contract. The Carrier makes no
representation regarding contents, weights or measurements."

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF
LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN
SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS
YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

NAVA R, INC.                    ON BEHALF OF THE MASTER

| BILL OF LADING NO. NAVA 380-5647355 | DATE 04/30/02 | ☐ N/B PICKUP | E Transport Autoload | TOTAL CHARGES ► |
|---|---|---|---|---|

PAGE: 001 OF 002
FORM # NPR, INC. - 1997                                    IMPORTANT I READ CLAUSES ON REVERSE SIDE. 2

**NAVIERAS**
PR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

(SPACES RESERVED FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. B01554535 | BOOKING NUMBER MA565N-0570 | EXPORT DEC. |
|---|---|---|---|
| BAXTER HEALTHCARE CORP RD 5 KM 27 4 EXT EXPRESO DE DIEGO BO PALMAS CATANO                   PR | CREDIT NO. | BILL TO:          D10072          JL -JLM | |
| | ZIP CODE 00962 | | |

CONSIGNEE (COMPLETE NAME & ADDRESS)
**KC KANSAS CITY DC REL**
**C/O ALLEGIANCE**
**11300 GLENWOOD ST**
**OVERLAND PARK          KS 66211**

CONSIGNEE NO. B01554570

BILL TO:
**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**P COBIAN/LUIS VEGA ON ARRIVAL**
**787-275-3013**

NOTIFY PTY. NO.

EXPORT REFERENCES
**RV80641**

FORWARDING AGENT - REFERENCES
**N/A**

FMC NO.
**0000-FF**

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL SAN JUAN | CITY, STATE AND COUNTRY OF ORGIN CATANO , PR CAR |
|---|---|---|
| VESSEL (SEE CL. 2) VOYAGE NO. MAYAGUEZ          565N          FLAG | PORT OF LOADING SAN JUAN | VESSEL TERMINAL PUERTO NUEVO |
| PORT OF DISCHARGE JACKSONVILLE | DESTINATION INTERMODAL OVERLAND PARK | ROUTING FROM DISCHARGE TERMINAL          CONTAINERIZED (Vessel Only) ☒ YES  ☐ NO |

CARRIER'S RECEIPT

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF GOODS

| CONTAINER NO. AND SEAL OR MARK IF BREAK BULK | NO. OF PACKAGES | HM MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS   NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| NPRU655501-1 1X45HV S/ 026052 | 1698 PCS | MEDICAL PRODUCTS | 17727.0 LB | 0.00 CF |
| | | ORDERS: 52556300AA,52556301AA,3122,83074 9360 | | |
| 009 | | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | 140 PCS | |
| 010 | | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | 893 PCS | |
| 011 | | SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN EXS/PKG 97 (NMFC 59380-6 CLS 55) | 511 PCS | |
| 020 | | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR, IN BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60) | 37 PCS | |
| 031 | | ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 2#/CF L/T 4#/CF (NMF 156600-3 CL 250) | 1 PCS | |
| TOTAL NUMBER OF DRUGS UNITS | 155 | CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX | 80 PCS | |

IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY US FOR ULTIMATE DESTINATION. DIVERSION CONTRARY TO US LAW PROHIBITED

| TERMS: ➤ ☐ PREPAID    ☐ COLLECT | BILL TO: ➤ ☐ SHIPPER  ☐ FORWARDER  ☐ CONSIGNEE | ☐ NOTIFY PARTY | ☒ OTHER |
|---|---|---|---|
| INSURANCE (See Tariff Reg.)          YES ☐ | OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |

Values $ .............. Premium $
DECLARED VALUE OVER $500
pkg. or unit $ ............... Extra Charge $

RECEIVED for shipment, in external apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt", by the Shipper to contain the goods described in "Particulars furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

____, INC.                    ON BEHALF OF THE MASTER

| BILL OF LADING NO. NAVA 380-5647952 | DATE 04/30/02 | ☐ N/B PICKUP | ≣Transport AutoRated | TOTAL CHARGES ➤ |
|---|---|---|---|---|

PAGE: 001 OF 002
IM # NPR, INC. - 1897

IMPORTANT READ CLAUSES ON REVERSE SIDE. 9

# SEA STAR LINE, LLC

COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. | Date: |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002   M00477<br><br>CATANO, P.R 00982 | EXPORT REFERENCES | SJUELY257PEV020<br>RV# 80640 | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | BOOKING NUMBER | SHIPPER REFERENCE NO. |
|---|---|---|
| ALLEGIANCE HEALTHCARE   (USA56831)<br>3205 MERIDIAN PARKWAY<br><br>WESTON, FL 33331 | MG04877 | |
| | SALES AGENT OR ICC (Complete Name, Address and Zip Code)    FRFEIGHT BROKER LIC. | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | |
|---|---|
| MANUEL FERNANDEZ   ()<br>PHONE# 954-349-9988 | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL   EL YUNQUE | VOY. NO<br>257   N | FLAG<br>UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>PORT EVERGLADES, FL. | PLACE OF DELIVERY<br>WESTON, FL | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>WESTON, FL |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: STRU4550100<br>SEAL 1: 2262<br><br><br>TIR# 109145 | 1    45HC | STC:<br>1,467 CS MEDICAL SUPPLIES<br><br>APPT: 5/8/02<br>AT: 9:00 A.M.<br><br>TR/DR | 11,032 | |

| RIFF ITEM NUMBER | CHARGES | TOTAL | FREIGHT PAYABLE AT/BY: |
|---|---|---|---|
| C FRT NORTHBOUND | 1 | 625.00 | 625.00 | |
| JNKER SURCHARGE | 1 | 125.00 | 125.00 | BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930) |
| * AUTH FEE | 1 | 10.00 | 10.00 | LOGISTICS PAYMENT SERVICES |
| | | TOTAL CHARGES: 760.00 | | PO BOX 2000<br>SUGAR GROVE<br><br>IL 60554 |

HIPPER LOAD AND COUNT

FREIGHT COLLECT

COPY NON-NEGOTIABLE

RECEIVED THE GOODS OF PACKAGES SAID TO CONTAIN GOODS HERE IN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED.  CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSFERING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

Carrier's NMo limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's insured cargo insurance with limits specified in Clauses 33 and 34 on the reverse side or shipper elects Options (A) or (B) below.

Ad Valorem - If Shipper declares a value in the space provided, Carrier's $500 limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

Declared Value          $

Insurance Coverage - See Clause 33 on this reverse side and available tariff to determine whether shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's insured cargo insurance at the applicable rates charged by Carrier.

[  ] No      Insured Value  $

ct to Clause 84 of Conditions, if the shipment in to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following ment. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of
Consignor

REVISED 2/02          BY _____ SEA STAR LINE, LLC

**NAVIERAS**
IPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY - NOT PART OF B/L CONTRACT)

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | | |
|---|---|---|
| **BAXTER HEALTHCARE CORP** <br> **RD 5 KM 27 4 EXT** <br> **EXPRESO DE DIEGO BO PALMAS** <br> **CATANO          PR** | SHIPPER NO. <br> **B01554535** | |
| | CREDIT NO. | |
| | ZIP CODE <br> **00962** | |

BOOKING NUMBER **MA565N-0550**     EXPORT DEC.

BILL TO     **D10072     DJ -DJW**

| CONSIGNEE (COMPLETE NAME & ADDRESS) | | |
|---|---|---|
| **ONTARIO DC** <br> **C-O ALLEGIANCE** <br> **4551 E PHILADELPHIA ST** <br> **ONTARIO          CA 91761** | CONSIGNEE NO. <br> **B01554544** | |

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**      -----
**PO BOX 2000**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES

| NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS) | NOTIFY PTY. NO. |
|---|---|
| **P COBIAN / LUIS VEGA** <br> **787-276-3013** | **RV80639** |

FORWARDING AGENT - REFERENCES     FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL <br> **SAN JUAN** | CITY, STATE AND COUNTRY OF ORGIN <br> **CATANO , PR CAR** |
|---|---|---|
| VESSEL (SEE CL. 2) VOYAGE NO. <br> **MAYAGUEZ      565N** | FLAG | PORT OF LOADING <br> **SAN JUAN** | VESSEL TERMINAL <br> **PUERTO NUEVO** |
| PORT OF DISCHARGE <br> **JACKSONVILLE** | DESTINATION INTERMODAL <br> **ONTARIO** | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only) <br> ☐ YES   ☐ NO |

CARRIER'S RECEIPT     PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS   NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| **NPRU655169-6** <br> **1X45HV** <br> **S/ 26058** | **1481** <br> **PKG** | **MEDICAL SUPPLIES** | **19439.0** <br> **LB** | **0.00** <br> **CF** |
| | | **009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS** <br> **5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)** | **89 PCS** | |
| | | **010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS** <br> **5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100)** | **280 PCS** | |
| | | **011 SOLUTIONS,I.V. NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS** <br> **BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)** | **1112 PCS** | |

TOTAL NUMBER OF PKGS OR UNITS
IMPORTANT: See Clause 6

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION     DIVERSION CONTRARY TO US. LAW PROHIBITED

TERMS: ☐ PREPAID   ☐ COLLECT     BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE   ☐ NOTIFY PARTY   ☐ OTHER

INSURANCE (See Tariff Reg.)   YES ☐

Values $ _____ Premium $ _____
DECLARED VALUE OVER $500

r pkg. or unit $ _____ Extra Charge $ _____

RECEIVED for shipment, in apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt," said by the Shipper to contain the goods described in "Particulars furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are as a part of B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

NPR, INC.     ON BEHALF OF THE MASTER

OCEAN FREIGHT & ACCESSORIAL CHARGES     PREPAID     COLLECT

| BILL OF LADING NO. <br> **NAVA** <br> **380-5647941** | DATE: <br> **0 /30/02** | ☐ N/B PICKUP | E Transport® <br> Authorized | TOTAL CHARGES ➤ | |
|---|---|---|---|---|---|

PAGE: 001 OF 001
FORM # NPR, INC. - 1997

IMPORTANT ! READ CLAUSES ON REVERSE SIDE. **8**

# SEA STAR LINE, LLC

### COMBINED INLAND / OCEAN LONG FORM BILL OF LADING NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

| SHIPPER/EXPORTER (COMPLETE NAME, ADDRESS, AND ZIP CODE) | TAX BOND NO. | BL NO. | Date: |
|---|---|---|---|
| BAXTER HEALTHCARE CORP. OF PR   (SJU05000)<br>PO BOX 2002   M00477<br>CATANO, P.R. 00962 | | SJUELY257JAX021 | |

EXPORT REFERENCES                                RV# 80638

| BOOKING NUMBER | SHIPPER REFERENCE NO. |
|---|---|
| MG04870 | |

| CONSIGNEE (COMPLETE NAME, ADDRESS, AND ZIP CODE) | SALES AGENT OR ICC (Complete Name, Address and Zip Code)   FREIGHT BROKER LIC. |
|---|---|
| ALLEGIANCE HEALTHCARE   (USA04357)<br>2101 WAUKEGAN ROAD<br>WAUKEGAN, IL 60085 | |

| NOTIFY PARTY (COMPLETE NAME, ADDRESS, ZIP CODE, TELEPHONE AND FAX NOS. | ALSO NOTIFY, ROUTING OR INSTRUCTIONS |
|---|---|
| ATTN: KAY UTTER   0<br>PHONE: 847-578-5921<br>DELIVER: 5/07/02 AT (6:00AM) | |

| PIER<br>SAN JUAN, PR | PLACE OF RECEIPT | |
|---|---|---|
| VESSEL<br>EL YUNQUE | VOY. NO<br>257 | FLAG<br>N   UNITED STATES | PORT OF LOADING<br>SAN JUAN, PR | POINT AND COUNTRY OF ORIGIN |
| PORT OF DISCHARGE<br>JACKSONVILLE, FL | PLACE OF DELIVERY<br>WAUKEGAN, IL | FINAL DESTINATION OF GOODS (NOT VESSEL)<br>WAUKEGAN, IL |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| UNIT NO: NPRU8550426<br>SEAL 1: 002218<br><br>TR# D99914 | 1   45HC | STC: 44 PALLETS<br>2,100 PIECES<br>MEDICAL DEVICES<br>RV#80638<br>**<br>TR/DR | 19,537 | |

| NFF ITEM NUMBER | CHARGES | TOTAL | |
|---|---|---|---|
| FRT NORTHBOUND | 1 | 1,250.00 | 1,250.00 |
| NKER SURCHARGE | 1 | 125.00 | 125.00 |
| AUTH FEE | 1 | 10.00 | 10.00 |
| | | TOTAL CHARGES: 1,385.00 | |

| FREIGHT PAYABLE AT/BY: |
|---|
| BAXTER HEALTHCARE C/O SCHNEIDER   (USA03930)<br>LOGISTICS PAYMENT SERVICES<br>PO BOX 2000<br>SUGAR GROVE<br><br>IL  60554 |

## IPPER LOAD AND COUNT

### FREIGHT COLLECT                    COPY NON-NEGOTIABLE

Carrier's BSOO limitation of liability per container shall apply, unless Carrier's tariff provides for Shipper's internat cargo insurance with limits specified in Clauses 23 and 24 on this reverse side or Shipper selects Options (A) or (B) below.

Ad Valorem - If Shipper declares a value in the space provided, Carrier's BSOO limitation per container will not apply, and carrier will charge the Ad Valorem rate for Shipper's cargo.

Declared Value        $

Insurance Coverage - See Clause 22 on the reverse side of applicable tariff to determine whether Shipper's cargo can be insured. If cargo can be insured, Shipper requests Shipper's internat cargo insurance at the applicable limits charged by Carrier.

[ ] No      Insured Value   $

In Clause 8A of Conditions, if the shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of

RECEIVED THE GOODS OR PACKAGES SAID TO CONTAIN GOODS HEREIN MENTIONED IN APPARENT GOOD ORDER AND CONDITION, UNLESS OTHERWISE INDICATED, TO BE SHIPPED AS HEREIN PROVIDED. CARRIER HAS NOT INSPECTED CONTENTS OR SAID SEALED PACKAGES.

THE RECEIPT, CUSTODY, CARRIAGE, DELIVERY, AND TRANSSHIPPING OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF, AND CARRIERS TARIFFS ON FILE WITH THE INTERSTATE COMMERCE COMMISSION AND/OR THE FEDERAL MARITIME COMMISSION, WASHINGTON D.C.

IN WITNESS WHEREOF, THE CARRIER OR ITS AGENT HAS SIGNED _____ ORIGINAL BILL(S) OF LADING, ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.

REVISED 2/02                          BY            SEA STAR LINE, LLC

**NAVIERAS**
IPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO: **SEA STAR**
**100 BELL TEL WAY SUTIE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**RD 5 KM 27 4 EXT**
**EXPRESO DE DIEGO BO PALMAS**
**CATANO              PR**

SHIPPER NO. **B01554535**
CREDIT NO.
ZIP CODE **00962**
CONSIGNEE NO. **B01554404**

BOOKING NUMBER **MA565N-0610**    EXPORT DEC.
BILL TO: **D10072**        **JL -JLM**

CONSIGNEE (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**********CROSSDOCK**************
**4835 MENDENHALL**
**MEMPHIS              TN 38141**

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**P COBIAN/LUIS VEGA ON ARRIVAL**
**787-275-3013**

NOTIFY PTY. NO.

EXPORT REFERENCES
**RV80635** 07-10-02

FORWARDING AGENT - REFERENCES
**N/A**
FMC NO. **0000-FF**

ORIGINATING CARRIER - INTERMODAL

PLACE OF ORIGIN - INTERMODAL
**SAN JUAN**

CITY, STATE AND COUNTRY OF ORGIN
**CATANO , PR CAR**

VESSEL (SEE CL. 2) VOYAGE NO.
**MAYAGUEZ        565N**
FLAG

PORT OF LOADING
**SAN JUAN**

VESSEL TERMINAL
**PUERTO NUEVO**

PORT OF DISCHARGE
**JACKSONVILLE**

DESTINATION INTERMODAL
**MEMPHIS**

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only)
☒ YES    ☐ NO

CARRIER'S RECEIPT

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

CONTAINER NO. AND SEAL OR MARK IF BREAK BULK
**NPRU655290-1**
**1X45HV**
**S/ 026057**

NO. OF PACKAGES
**1279**
**PCS**

HM MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS   NOT PART OF B/L

GROSS WEIGHT (Kilos)
**8940.0**
**LB**

MEASUREMENTS
**0.00**
**CF**

| | | |
|---|---|---|
| **MEDICAL PRODUCTS** | | |

**ORDERS** 52291655BA,52312596BB,52366329BB,52392791BA,
52444291BA,52454677AA,52458527AA,52460419AB,52493293AA,
52500122BA,52526074AA,52536712AA,52536713AA,52548492AA,
52549187AA,52556309AA,52556310AA

| | Description | PCS |
|---|---|---|
| 009 | KITS/SETS,IN OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | 167 PCS |
| 010 | KITS/SETS,IN OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | 905 PCS |
| 011 | SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 108 PCS |
| 155 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX | 80 PCS |

TOTAL NUMBER OF PACKAGES **1279** #'s (NMFC 060000 CL 70)

THESE COMMODITIES LICENSED BY U.S FOR ULTIMATE DESTINATION
IMPORTANT: See Clause 6

TERMS: ☐ PREPAID  ☐ COLLECT

BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE

DIVERSION CONTRARY TO US LAW PROHIBITED
☐ NOTIFY PARTY    ☐ OTHER

INSURANCE (See Tariff Reg.)    YES ☐

OCEAN FREIGHT & ACCESSORIAL CHARGES

PREPAID        COLLECT

Values $ ................. Premium $ ................
DECLARED VALUE OVER $500
pkg. or unit $ ........... Extra Charge $ ...........

RECEIVED for shipment, in external apparent good order and condition, containers, other packages or units lifted in the "Carrier's Receipt", by the Shipper to contain the goods described in "Particulars" furnished by Shipper, which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTAINED ON REVERSE SIDE. CERTAIN NATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

IPR, INC.

ON BEHALF OF THE MASTER

BILL OF LADING NO.
**NAVA**
**350-5647904**

DATE:
**04/30/02**

☐ N/B PICKUP

**Transport** Authorized

TOTAL CHARGES ▶

PAGE: 001 OF 002

IMPORTANT READ CLAUSES ON REVERSE SIDE. **6**

FORM # NPR, INC. - 1997

# NAVIERAS
PR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUITE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER/EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. B01554535 | BOOKING NUMBER HU567N-0290 | EXPORT DEC. |
|---|---|---|---|

SHIPPER/EXPORTER (COMPLETE NAME & ADDRESS)
BAXTER HEALTHCARE CORP
RD 5 KM 27 4 EXT
EXPRESO DE DIEGO BO PALMAS
CATANO                    PR

SHIPPER NO. B01554535
CREDIT NO.
ZIP CODE 00962

BOOKING NUMBER HU567N-0290
*** CORRECTION *** 07/10/02    NE -NEC

CONSIGNEE (COMPLETE NAME & ADDRESS)
BAXTER HEALTHCARE CORP
NORTHEAST DISTRIBUTION CENTER
390 COUNTY HIGHWAY 99
MONTGOMERY            NY 12549

CONSIGNEE NO. B01554453

BAXTER HEALTHCARE CORPOR
C/O SCHNEIDER LOGISTICS
PO BOX 2000
SUGAR GROVE IL 60554

EXPORT REFERENCES
B/L#RV80627

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
UPON ARRIVAL PLEASE CONTACT
P COBIAN/LUIS VEGA AT
787-275-3013

NOTIFY PTY. NO.

FORWARDING AGENT - REFERENCES          FMC NO.

ORIGINATING CARRIER - INTERMODAL

PLACE OF ORIGIN - INTERMODAL
SAN JUAN

CITY, STATE AND COUNTRY OF ORGIN
CATANO , PR CAR

VESSEL (SEE CL. 2) VOYAGE NO.    FLAG
HUMACAO        567N

PORT OF LOADING
SAN JUAN

VESSEL TERMINAL
PUERTO NUEVO

PORT OF DISCHARGE
ELIZABETH

DESTINATION INTERMODAL
MONTGOMERY

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only)
☒ YES ☐ NO

**CARRIER'S RECEIPT**

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS  NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| NPRU655171-5 1X45HV S/ 026084 | 267 PCS | | MEDICAL PRODUCTS | 20288.0 LB | 0.00 CF |

ORDERS:52536702*AA 52536703*AA 3111                                    PIECES
009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS             410
    5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)
010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS             358
    5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100)
011 SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS        1334
    BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)
020 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR,IN            57
    BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60)
088 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR,               60
    IN BXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150)
155 DRUGS,CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX                   160

TOTAL NUMBER OF CONTAINERS/UNITS

IMPORTANT: See Clause-6

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION

DIVERSION CONTRARY TO U.S. LAW PROHIBITED

TERMS: ☒ PREPAID  ☐ COLLECT
BILL TO: ☒ SHIPPER ☐ FORWARDER ☐ CONSIGNEE  ☐ NOTIFY PARTY  ☒ OTHER

INSURANCE (See Tariff Reg.)    YES ☐
Values $ _____ Premium $ _____
DECLARED VALUE OVER $500
Per pkg. or unit $ _____ Extra Charge $ _____

OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT

RECEIVED for shipment, in external apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt", said by the Shipper to contain the goods described in "Particulars furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of this B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE. BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

_____, INC.                    ON BEHALF OF THE MASTER

B/L OF LADING NO.
NAVA
380-5646342A1

DATE:
04/29/02

☐ N/B PICKUP    E Transport Authorized    TOTAL CHARGES ➤

IMPORTANT | READ CLAUSES ON REVERSE SIDE. 1

# NAVIERAS
IPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO:

**SEA STAR**
**100 BELL TEL WAY SUITE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. | EXPORT DEC. |
|---|---|---|
| BAXTER HEALTHCARE CORP RD 5 KM 27 4 EXT EXPRESO DE DIEGO BO PALMAS CATANO                        PR | B01554535 | |
| | CREDIT NO. | BOOKING NUMBER: HU567N-0540 |
| | | BILL TO:      D10072         VE -VEM |

ZIP CODE **00962**

| CONSIGNEE (COMPLETE NAME & ADDRESS) | CONSIGNEE NO. |
|---|---|
| SOLON DC RED C/O ALLEGIANCE 5260 NAIMAN PARKWAY SOLON                          OH 44139 | B01554484 |

BAXTER HEALTHCARE CORPOR
C/O SCHNEIDER LOGISTICS
PO BOX 2000
SUGAR GROVE IL 60554

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX, PHONE NUMBERS)

UPON ARRIVAL PLEASE CONTACT
P COBIAN/LUIS VEGA AT
787-275-3013

NOTIFY PTY. NO.

B/L#RV80620

FORWARDING AGENT - REFERENCES        FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL SAN JUAN | CITY, STATE AND COUNTRY OF ORIGIN CAROLINA , PR CAR |
|---|---|---|
| VESSEL (SEE CL. 2) VOYAGE NO. HUMACAO          567N | FLAG, PORT OF LOADING SAN JUAN | VESSEL TERMINAL PUERTO NUEVO |
| PORT OF DISCHARGE ELIZABETH | DESTINATION INTERMODAL SOLON | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only) ☒YES ☐ NO |

CARRIER'S RECEIPT                    PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (IF MARKED) BREAK BULK | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| GESU400C11-1 1X45HV S/ 026031 | 1671 PCS | | MEDICAL PRODUCTS | 19553.0 LB | 0.00 CF |
| | | | ORDERS 52536672*AA 52536673*AA | PIECES | |
| | | | 009 KITS/SETS IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF,W OR W/O SOL (NMF 567900-1 CL 175) | 321 | |
| | | | 010 KITS/SETS IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF+, W OR W/O SOL. (NMF56790-2 CL 100) | 671 | |
| | | | 011 SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 489 | |
| | | | 020 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR, IN BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60) | 88 | |
| | | | 031 ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 2#/CF L/T 4#/CF (NMF 156600-3 CL 250) | 30 | |
| TOTAL NUMBER...... 155 | | | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX | 140 | |

IMPORTANT: See Clause 6

THESE COMMODITES LICENSED BY U.S. FOR ULTIMATE DESTINATION

TERMS: ➤ ☐PREPAID    ☐COLLECT    BILL TO: ➤ ☐SHIPPER ☐ FORWARDER ☐ CONSIGNEE    ☐NOTIFY PARTY    ☒ OTHER

| INSURANCE (See Tariff Reg.)   YES ☐ | OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |
|---|---|---|---|
| Values $ _____ Premium $ _____ | | | |

DECLARED VALUE OVE $ _____

per pkg. or unit $ _____ Extra Charge $ _____

RECEIVED for shipment, in external apparent good order and condition, the containers, other packages or units listed in the "Carrier's Receipt" ld by the Shipper to contain the goods described in "Particulars urnished by Shipper", which Particulars, including weight and easurement, have not been verified by the Carrier and are not part of is B/L contract. The Carrier makes representation regarding contents, weight or measurement.

NOTICE, BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

IH, INC.

ON BEHALF OF THE MASTER

| LL OF LADING NO NAVA 380-5646401 | DATE: 04/29/02 | ☐ NB PICKUP | 'E Transport Americad | TOTAL CHARGES ➤ | |
|---|---|---|---|---|---|

PAGE: 001 OF 002
NM # NPR, INC. - 1997

IMPORTANT I READ CLAUSES ON REVERSE SIDE. 3

# NAVIERAS
IPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUITE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

| SHIPPER EXPORTER (COMPLETE NAME & ADDRESS) | SHIPPER NO. B01554535 | BOOKING NUMBER HU567N-0450 | EXPORT DEC. |
|---|---|---|---|

SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**RD 5 KM 27 4 EXT**
**EXPRESO DE DIEGO BO PALMAS**
**CATANO                          PR**

SHIPPER NO. **B01554535**
CREDIT NO.
ZIP CODE **00962**
CONSIGNEE NO. **B01554453**

BOOKING NUMBER **HU567N-0450**
BILL TO: **D10072**      VE -VEM

CONSIGNEE (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**C/O ALLEGIANCE**
**390 COUNTY HIGHWAY 99**
**MONTGOMERY              NY 12549**

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES
**B/L#RV80598**     07-10-02

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**UPON ARRIVAL PLEASE CONTACT**
**P COBIAN/LUIS VEGA AT**
**787-275-3013**

NOTIFY PTY. NO.

FORWARDING AGENT - REFERENCES
**N/A**                          FMC NO. **0000-FF**

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL **SAN JUAN** | CITY, STATE AND COUNTRY OF ORGIN **CATANO , PR CAR** |
|---|---|---|
| VESSEL (SEE CL. 2) VOYAGE NO. **HUMACAO        567N** | FLAG | PORT OF LOADING **SAN JUAN** | VESSEL TERMINAL **PUERTO NUEVO** |
| PORT OF DISCHARGE **ELIZABETH** | DESTINATION, INTERMODAL **MONTGOMERY** | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only) ☒ YES ☐ NO |

**CARRIER'S RECEIPT**     PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | ITM MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS - NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| GESU4002211-4 1X45HV S/ 026037 | 2134 PCS | MEDICAL PRODUCTS | 24616.0 LB | 0.00 CF |

```
ORDERS;52523246*AA 52523247*AA 830673815                              PIECES
 009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS            306
     5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)
 010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS            273
     5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100)
 011 SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS       1174
     BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)
 020 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR,IN           54
     BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60)
 088 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR,              55
     IN BXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150)
 155 DRUGS,CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX                  240
```

TOTAL NUMBER OF PACKAGES/UNITS
IMPORTANT: See Clause 6

THESE COMMODOTIES LICENSED BY U.S. FOR ULTIMATE DESTINATION
DIVERSION CONTRARY TO U.S. LAW PROHIBITED

| TERMS: ☐ PREPAID ☐ COLLECT | BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE | DIVERSION PARTY ☐ NOTIFY PARTY ☒ OTHER |
|---|---|---|

INSURANCE (See Tariff Reg.)     YES ☐
Values $ _____ Premium $ _____
DECLARED VALUE OVER $500
per pkg. or unit $ _____ Extra Charge $ _____

OCEAN FREIGHT & ACCESSORIAL CHARGES          PREPAID     COLLECT

RECEIVED the shipment, in external apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt" furnished by the Shipper to contain the goods described in "Particulars furnished by Shipper," which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of this B/L contract. The Carrier makes no representation regarding contents, weight or measurements.

NOTICE: BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND OCEAN BILL OF LADING.

_____, INC.     ON BEHALF OF THE MASTER

| BILL OF LADING NO. **NAVA 380-5646386** | DATE: **04/29/0_** | ☐ N/B PICKUP | E Transport Associated | TOTAL CHARGES ▶ | | |
|---|---|---|---|---|---|---|

PAGE: 001 OF 002
VIM # NPR, INC. - 1997

IMPORTANT! READ CLAUSES ON REVERSE SIDE. **1**

# NAVIERAS
PR, Inc.

**HOST FAX BILL OF LADING**

FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO: **SEA STAR**
**100 BELL TEL WAY SUITE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**RD 5 KM 27 4 EXT**
**EXPRESO DE DIEGO BO PALMAS**
**CATANO                    PR**

| SHIPPER NO. | BOOKING NUMBER | EXPORT DEC. |
|---|---|---|
| **B01554535** | **HU567N-0290** | |
| CREDIT NO. | | |
| | *** **CORRECTION *** 07/10/02   NE -NEC** | |
| ZIP CODE | | |
| **00962** | | |

CONSIGNEE (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**NORTHEAST DISTRIBUTION CENTER**
**390 COUNTY HIGHWAY 99**
**MONTGOMERY          NY 12549**

CONSIGNEE NO.
**B01554453**

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**
**PO BOX 800**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**UPON ARRIVAL PLEASE CONTACT**
**P COBIAN/LUIS VEGA AT**
**787-275-3013**

NOTIFY PTY. NO.

**B/L#RV80627**

FORWARDING AGENT - REFERENCES          FMC NO.

| ORIGINATING CARRIER - INTERMODAL | PLACE OF ORIGIN - INTERMODAL | CITY, STATE AND COUNTRY OF ORGIN |
|---|---|---|
| | **SAN JUAN** | **CATANO , PR CAR** |
| VESSEL (SEE CL 2) VOYAGE NO.   FLAG | PORT OF LOADING | VESSEL TERMINAL |
| **HUMACAO        567N** | **SAN JUAN** | **PUERTO NUEVO** |
| PORT OF DISCHARGE | DESTINATION INTERMODAL | ROUTING FROM DISCHARGE TERMINAL | CONTAINERIZED (Vessel Only) |
| **ELIZABETH** | **MONTGOMERY** | | ☒ YES  ☐ NO |

CARRIER'S RECEIPT   PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO OF PACKAGES | HM MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS - NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| NPRU655171-5 | 267 | MEDICAL PRODUCTS | 20288.0 | 0.00 |
| 1X45HV | PCS | | LB | CF |
| S/ 026084 | | | | |

ORDERS:52536702*AA 52536703*AA 3111
PIECES
009 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS     410
5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)
010 KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS     358
5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100)
011 SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS  1334
BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)
020 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR, IN     57
BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60)
088 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR,          60
IN BXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150)
TOTAL NUMBER OF DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX   160

IMPORTANT: See Clause 6         THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION

| TERMS: ➤ ☐ PREPAID   ☐ COLLECT | BILL TO: ➤ ☐ SHIPPER  ☐ FORWARDER  ☐ CONSIGNEE | DIVERSION CONTRARY TO US LAW PROHIBITED ☐ NOTIFY PARTY  ☒ OTHER |
|---|---|---|

INSURANCE (See Tariff Reg.)        YES ☐

| | OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |
|---|---|---|---|
| Value $ _____ Premium $ _____ | | | |
| DECLARED VALUE OVER $500 | | | |
| pkg. or unit $ _____ Extra Charge $ _____ | | | |

RECEIVED for shipment, in external apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt", stated by the Shipper to contain the goods described in "Particulars furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of B/L contract. The Carrier makes no representation regarding contents, weight or measurement.

NOTICE, BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN NATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

NPR, INC.         ON BEHALF OF THE MASTER

| BILL OF LADING NO | DATE | | |
|---|---|---|---|
| **NAVA** | | ☐ N/B PICKUP | ➤ Transport |
| **380-5646342A1** | **04/29/02** | | TOTAL CHARGES ➤ |
| PAGE: 001 OF 002 | | | |

FORM # NPR, INC. - 1997         IMPORTANT READ CLAUSES ON REVERSE SIDE. **1**

**NAVIERAS**
PR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
**100 BELL TEL WAY SUITE 300**
**JACKSONVILLE, FL 32216**

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

SHIPPER EXPORTER (COMPLETE NAME & ADDRESS)
**BAXTER HEALTHCARE CORP**
**RD 5 KM 27 4 EXT**
**EXPRESO DE DIEGO BO PALMAS**
**CATANO**
                                                        **PR**

| SHIPPER NO. B01554535 | BOOKING NUMBER HU567N-0540 | EXPORT DEC. |
| CREDIT NO. | BILL TO: D10072 VE -VEM |
| ZIP CODE 00962 | |

CONSIGNEE (COMPLETE NAME & ADDRESS)
**SOLON DC RED**
**C/O ALLEGIANCE**
**5260 NAIMAN PARKWAY**
**SOLON            OH 44139**

CONSIGNEE NO. B01554484

**BAXTER HEALTHCARE CORPOR**
**C/O SCHNEIDER LOGISTICS**
**PO BOX 2000**
**SUGAR GROVE IL 60554**

EXPORT REFERENCES
**B/L#RV80620**

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
**UPON ARRIVAL PLEASE CONTACT**
**P COBIAN/LUIS VEGA AT**
**787-275-3013**

NOTIFY PTY. NO.

FORWARDING AGENT - REFERENCES                 FMC NO.

ORIGINATING CARRIER - INTERMODAL

PLACE OF ORIGIN - INTERMODAL
**SAN JUAN**

CITY, STATE AND COUNTRY OF ORGIN
**CAROLINA , PR CAR**

VESSEL (SEE CL 2.) VOYAGE NO.
**HUMACAO       567N**

FLAG    PORT OF LOADING
**SAN JUAN**

VESSEL TERMINAL
**PUERTO NUEVO**

PORT OF DISCHARGE
**ELIZABETH**

DESTINATION INTERMODAL
**SOLON**

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only)
☐ YES    ☐ NO

CARRIER'S RECEIPT

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (IF MARKED) BREAK BULK | NO. OF PACKAGES | HM | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|---|
| GESU400011-1 1X45HV S/ 026081 | 1671 PCS | | MEDICAL PRODUCTS | 19553.0 LB | 0.00 CF |

ORDERS 52536672*AA 52536673*AA                                                          PIECES
009 KITS/SETS IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS                            321
    5#/CF,W OR W/O SOL (NMF 567900-1 CL 175)
010 KITS/SETS IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS                            671
    5#/CF+, W OR W/O SOL. (NMF56790-2 CL 100)
011 SOLUTIONS,I.V.,NUTRIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS                        489
    BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55)
020 BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR,IN                           88
    BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60)
031 ARTICLE, PLASTIC/RUBBER, O/T EXPANDED/FOAM, W/DENS 2#/CF                            30
    L/T 4#/CF (NMF 156600-3 CL 250)
ALL NUMBERS DRUGS,CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX                           140

IMPORTANT: See Clause 6                 THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION

TERMS: ☐ PREPAID    ☐ COLLECT

| BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE | DIVERSION CONTRARY TO U.S. LAW PROHIBITED ☐ NOTIFY PARTY ☐ OTHER |

INSURANCE (See Tariff Reg.)      YES ☐

| OCEAN FREIGHT & ACCESSORIAL CHARGES | PREPAID | COLLECT |
|---|---|---|

Values $ _____ Premium $ _____
DECLARED VALUE OVER $500
pkg. or unit $ _____ Extra Charge $ _____

RECEIVED for shipment, in external apparent good order and condition,
containers, other packages or units listed in the "Carrier's Receipt"
by the Shipper to contain the goods described in "Particulars
Furnished by Shipper", which Particulars, including weight and
measurement, have not been verified by the Carrier and are not part of
B/L contract.     The    Carrier    makes
no representation regarding contents, weight or measurements.

NOTE: BE SURE TO READ THE TERMS OF THIS BILL OF
LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN
SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS
YOUR ORIGINAL INLAND/OCEAN BILL OF LADING.

INC.                    ON BEHALF OF THE MASTER

B/L OF LADING NO.
**NAVA**
**380-5646401**

DATE:
**04/29/02**

☐ N/B PICKUP

TOTAL CHARGES ›

PAGE: 001 OF 002
FORM # NPR, INC. - 1997

IMPORTANT I READ CLAUSES ON REVERSE SIDE. **3**

# NAVIERAS
NPR, Inc.

**HOST FAX BILL OF LADING**
FOR INTERMODAL TRANSPORT ☒ Check One Box
FOR PORT TO PORT SHIPMENT ☐

PLEASE REMIT TO

**SEA STAR**
100 BELL TEL WAY SUITE 300
JACKSONVILLE, FL 32216

(SPACES BELOW FOR SHIPPERS MEMORANDA ONLY) - NOT PART OF B/L CONTRACT

SHIPPER/EXPORTER (COMPLETE NAME & ADDRESS)
BAXTER HEALTHCARE CORP
RD 5 KM 27 4 EXT
EXPRESO DE DIEGO BO PALMAS
CATANO                    PR

SHIPPER NO. B01554535
CREDIT NO.
ZIP CODE 00962
CONSIGNEE NO. B01554453

BOOKING NUMBER HU567N-0450      EXPORT DEC.

BILL TO: D10072          VE -VEM

CONSIGNEE (COMPLETE NAME & ADDRESS)
BAXTER HEALTHCARE CORP
C/O ALLEGIANCE
390 COUNTY HIGHWAY 99
MONTGOMERY          NY 12549

BILL TO:
BAXTER HEALTHCARE CORPOR
C/O SCHNEIDER LOGISTICS
PO BOX 2000
SUGAR GROVE IL 60554

EXPORT REFERENCES

NOTIFY (NAME, ADDRESS, FAX/PHONE NUMBERS)
UPON ARRIVAL PLEASE CONTACT
P COBIAN/LUIS VEGA AT
787-275-3013

NOTIFY PTY. NO.

B/L#RV80595     07-10-02

FORWARDING AGENT - REFERENCES
N/A

FMC NO.
0000-FF

ORIGINATING CARRIER - INTERMODAL

PLACE OF ORIGIN - INTERMODAL
SAN JUAN

CITY, STATE AND COUNTRY OF ORGIN
CATANO , PR CAR

VESSEL (SEE CL. 2) VOYAGE NO.
HUMACAO       567N
FLAG

PORT OF LOADING
SAN JUAN

VESSEL TERMINAL
PUERTO NUEVO

PORT OF DISCHARGE
ELIZABETH

DESTINATION INTERMODAL
MONTGOMERY

ROUTING FROM DISCHARGE TERMINAL

CONTAINERIZED (Vessel Only)
☒ YES   ☐ NO

CARRIER'S RECEIPT

PARTICULARS FURNISHED BY SHIPPER - CARRIER HAS NOT VERIFIED CONTENTS OR WEIGHT OF

| CONTAINER NO. AND SEAL (OR MARK IF BREAK BULK) | NO. OF PACKAGES | MARKS (IF CONTAINERIZED) & DESCRIPTIONS OF GOODS NOT PART OF B/L | GROSS WEIGHT (Kilos) | MEASUREMENTS |
|---|---|---|---|---|
| GESU400211-4 1X45HV S/ 026037 | 2134 PCS | MEDICAL PRODUCTS | 24616.0 LB | 0.00 CF |

ORDERS: 52523246*AA 52523247*AA 830673815

| | | | PIECES |
|---|---|---|---|
| 009 | KITS/SETS, IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF, W OR W/O SOL (NMF 567900-1 CL 175) | | 306 |
| 010 | KITS/SETS, IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS 5#/CF+, W/ OR W/O SOL. (NMF56790-2 CL 100) | | 273 |
| 011 | SOLUTIONS, I.V., NUTRIONAL/ANTICOAGULANT, IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | | 1174 |
| 020 | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS #15/CF OR GRTR, IN BXS/CRATE/PKGS 2311/2432 (NMF 20480-3 CLS 60) | | 54 |
| 088 | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DENS 8#/CF OR GRTR, IN BXS/CRATES/PKGS 2311/2432 (NMF 20480-1 CL 150) | | 55 |
| 155 | DRUGS/CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX | | 240 |

TOTAL NUMBER OF UNITS
IMPORTANT: See Clause 8

THESE COMMODITIES LICENSED BY U.S. FOR ULTIMATE DESTINATION
DIVERSION CONTRARY TO U.S. LAW PROHIBITED

TERMS: ☐ PREPAID  ☐ COLLECT
BILL TO: ☐ SHIPPER ☐ FORWARDER ☐ CONSIGNEE ☐ NOTIFY PARTY ☒ OTHER

INSURANCE (See Tariff Reg.)  YES ☐

**OCEAN FREIGHT & ACCESSORIAL CHARGES**

| | PREPAID | COLLECT |
|---|---|---|

Values $ _____ Premium $ _____
DECLARED VALUE OVER $500
per pkg. or unit $ _____ Extra Charge $ _____

RECEIVED for shipment, in external apparent good order and condition, containers, other packages or units listed in the "Carrier's Receipt", said by the Shipper to contain the go ds described in "Particulars" furnished by Shipper", which Particulars, including weight and measurement, have not been verified by the Carrier and are not part of B/L contract. The Carrier makes no representation regarding contents, weight or measurement. NOTICE, BE SURE TO READ THE TERMS OF THIS BILL OF LADING CONTRACT CONTAINED ON REVERSE SIDE. OBTAIN SIGNATURE OF CARRIER ON THIS COPY AND RETAIN AS YOUR ORIGINAL INLAND OCEAN BILL OF LADING.

___ , INC.                   ON BEHALF OF THE MASTER

BILL OF LADING NO. NAVA
380-5646386

DATE: 04/29/02

☐ N/B PICKUP     Transport     TOTAL CHARGES ►

PAGE: 001 OF 002
FRM # NPR, INC. - 1897

IMPORTANT: READ CLAUSES ON REVERSE SIDE. 1