# EXHIBIT E – PART 7

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

HIP TO: 34028179
A-WESTON DC, WESTON FL
/O ALLEGIANCE
205 MERIDIAN PARKWAY
ESTON FL 33331

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGRO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV821S4

SHIP DATE 7-23-02 | PAGE NO.

SCAC RU

CARRIER STAR

DEST: MA DATE/TIME PRINTED: 7/23/02 8:32:25

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | |

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53376128*AA 53376129*AA

********************************************
** MEDICAL PRODUCT **
********************************************
** PROTECT FROM FREEZING **
********************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 108 | 136 | 537 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 878 | 1009 | 5683 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 348 | 420 | 9056 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 18 | 7 | 26 |

If charges are to be prepaid, w... or stamp here "TO BE PREPA...

**PREPAID**

Subject to Section 7 of Condi... of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement:
The carrier shall not make deli... of this shipment without paym... of freight and all other la... charges.

(Signature of Consignor)

This is to certify that the ab... named materials are prop... classified, described, packag... marked and labeled, and are proper condition for transportat... according to the applicat... regulations of the Departmen... Transportation.

NOTE - Where the rate is depen... on value, shippers are require... state specifically in writing the agr... or declared value of the prope... The agreed or declared value of property is hereby specifically sta... by the shipper to be not exceed...

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp;... a part of bill of lading approved by... Interstate Commerce Commissi...

CHEMTREC
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

RAILER NO: WPRU675431 SEAL NO: 0032319 PALLET COUNT: 36P

AL PIECES: 1352 TOTAL POUNDS: 15,302

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

DED BY : [signature] DRIVER: N/A

ER INSTRUCTIONS: SEA STAR/40'/MA156/MA895
SHIPPED BY: [signature]

SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐

PER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34027975
ONTARIO DC (REL)
I ALLEGIANCE
31 E PHILADELPHIA ST
TARIO CA 91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82218

SHIP DATE 7/29/02

PAGE NO.

SCAC TRU

CARRIER STAR

DEST: LA DATE/TIME PRINTED: 7/29/02 7:58:23

**ECES** | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only. No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

DERS: 53429836*AA 53429837*AA

**************************************************
** MEDICAL PRODUCT **
**************************************************
** PROTECT FROM FREEZING **
**************************************************

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 91 | 60 | 249 |
| J | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 83 | 58 | 368 |
| L | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN FLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1172 | 1276 | 28564 |
| I | BAGS/ENV/PCKTS/POUCHES,PLASTIC, W/DE NS >= #15/CF,IN BXS/CRATES/PKGS 2311 /2432 (NMFC 20480-3 CLS 60) | 80 | 31 | 240 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

ILER NO: NPRU655574 SEAL NO: 0032378 PALLET COUNT: 44

PIECES: 3423 TOTAL POUNDS: 31,525

X

RECEIVED BY:

LOCK : SHIP VIA: STAGE: ROUTE:

D BY :

DRIVER: N/A

INSTRUCTIONS:

SEA STAR/LA579/LA478
SHIPPED BY:

- FOR CARRIER USE ONLY -

DS OFFERED ACCEPTED ☐ DECLINED ☐

R PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO: 34028228
-WAUKEGAN DC (REL)
O ALLEGIANCE
01 WAUKEGAN ROAD
UKEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82240

SHIP DATE 7/30/02 PAGE NO.

SCAC RU

CARRIER STAR

DEST: MG DATE/TIME PRINTED: 7/30/02 7:35:16

ECES **HAZARDOUS MATERIAL INFORMATION** **CLASS 70 POUNDS**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments Include #3 cop Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: S3435805*AA S3440452*AA S3452229*AA S3452230*AA

** MEDICAL PRODUCT **

** PROTECT FROM FREEZING **

| LTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 354 | 466 | 1963 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 444 | 512 | 3210 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 884 | 1094 | 22900 |
| 8 | HARDWARE,NOI, IN BXS/CRATES/DRUMS, W /DENS< 1#CF (NMFC 95190-1 CLS 400) | 30 | 11 | 60 |
| 3 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432 (NMFC 20480-1 CLS 150) | 120 | 41 | 240 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

CHEMTREC
For Chemical Emergency Spill, Leak, Fire Exposure or Accident
Call Chemtrec-Day or Night
(800) 424-9300

AILER NO NPRU655524 SEAL NO: 0032330 PALLET COUNT: 44P

PIECES: 1872 TOTAL POUNDS: 28,573

X

RECEIVED BY:

LOCK :

SHIP VIA:

STAGE:

ROUTE:

D BY

DRIVER: N/A

R INSTRUCTIONS:

SEA STAR/MG582/MG819/

SHIPPED BY: S Star

- FOR CARRIER USE ONLY -

IDS OFFERED ACCEPTED ☐ DECLINED ☐

R PER:

AGENT:

PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORI**
**ORIGINAL - Not Negotiable**

P TO: 34028102
DIXON CALIFORNIA
O ALLEGIANCE
OR VAUGHN ROAD
XON CA 95620

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82221

SHIP DATE 7/29/02 PAGE NO.

SCAC RU

CARRIER STAR

DEST: SF DATE/TIME PRINTED: 7/29/02 8:39:28

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | |

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53429838*AA 53429839*AA

** MEDICAL PRODUCT **

** PROTECT FROM FREEZING **

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 270 | 209 | 840 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 110 | 134 | 730 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1079 | 1226 | 28399 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 13 | 5 | 19 |

If charges are to be prepaid, wr or stamp here "TO BE PREPA

**PREPAID**

Subject to Section 7 of Conditi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement: The carrier shall not make deliv of this shipment without paym of freight and all other law charges.

(Signature of Consignor)

This is to certify that the abo named materials are prope classified, described, packag marked and labeled, and are proper condition for transportati according to the applicati regulations of the Department Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agr or declared value of the proper The agreed or declared value of t property is hereby specifically stat by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n a part of bill of lading approved by t Interstate Commerce Commissio

CHEMTREC

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

RAILER NO: NPRU 675201 SEAL NO: 0032326 PALLET COUNT: 34

L PIECES: 1,490 TOTAL POUNDS: 30,084

X

RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

DED BY : [signature] DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR/40'/SF220/SF489
SHIPPED BY: A Star

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐

PER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 14028179
WESTON DC, WESTON FL
ALLEGIANCE
5 MERIDIAN PARKWAY
TON FL 33331

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82241

SHIP DATE 7/30/02 PAGE NO.

SCAC TRU

CARRIER STAR

DEST: MA DATE/TIME PRINTED: 7/30/02 7:35:18

ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only. No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

DERS: 53452233*AA 53452234*AA

*************************************************
** MEDICAL PRODUCT **
*************************************************
** PROTECT FROM FREEZING **
*************************************************

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 286 | 309 | 1139 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 110 | 156 | 860 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 955 | 1104 | 24037 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

SUMMARY

| BAXTER INFORMATION | | | | CARRIER INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| LV | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| 3 | 24037 | 955 | 1104 | 55.0 | 24037 | 955 | 1104 |

FSCU 609166

AILER NO: NP 5130/02 SEAL NO: 0032363 PALLET COUNT: 32

PIECES: 1351 TOTAL POUNDS: 26,036

X
RECEIVED BY:

LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : [signature] DRIVER: N/A

R INSTRUCTIONS: 401

SEA STAR/MA157/MA896
SHIPPED BY: [signature]

- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐

ER PER: AGENT: PER:

baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

P TO: 34027959
MEMPHIS RC
35 MENDENHALL RD S
MPHIS TN 38141

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGRO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV822253

SHIP DATE 7/30/02 | PAGE NO.

SCAC RU

CARRIER STAR

DEST: MEMPHIS DATE/TIME PRINTED: 7/30/02 7:15:35

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | |

Special Instructions: Carrier direct billing only - No assignments Include #3 Copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53440469*AA

**********************************************
** MEDICAL PRODUCT **
**********************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 1219 | 1595 | 9371 |

SUMMARY

| | BAXTER INFORMATION | | | | CARRIER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| DIV | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| I | 9371 | 1219 | 1595 | 100.0 | 9371 | 1219 | 1595 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**

For Chemical Emergency
Spill, Leak, Fire
Exposure or Accident
Call Chemtrec-
Day or Night
(800) 424-9300

NO. NPRU655357 SEAL NO: 0032343 PALLET COUNT: 35

AL PIECES: 1219 TOTAL POUNDS: 9,371

X
RECEIVED BY:

IR LOCK : SHIP VIA: STAGE: ROUTE:

DED BY : DRIVER: N/A

ER INSTRUCTIONS:

SEA STAR/JD
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐

PER PER: AGENT: PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORI**
**ORIGINAL - Not Negotiable**

P TO:
EARTH CITY DC (R&L)
O ALLEGIANCE
636 LAKE FRONT DRIVE
RTH CITY MO 63045

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82318
SHIP DATE 8-2-02
PAGE NO. 1
SCAC STRU
CARRIER SEA STAR

DEST: SL DATE/TIME PRINTED: 8/02/02 8:11:30

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 3437 3433 3460 53486672*AA 53486673*AA

******************************************************
** MEDICAL PRODUCT **
******************************************************
** PROTECT FROM FREEZING **
******************************************************

| ITCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 70 | 53 | 230 |
| .0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 57 | 98 | 529 |
| .1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 647 | 787 | 15509 |
| 0 | BAGS/ENV/PCKTS/POUCHES,PLASTIC, W/DENS >= #15/CF,IN BXS/CRATES/PKGS 2311 /2432 (NMFC 20480-3 CLS 60) | 80 | 31 | 240 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"
**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

SCSU 450072
AILER NO: ~~STRU 455036~~ SEAL NO: 0032313 PALLET COUNT: 22P
. PIECES: 854 (initialed 8-2-02) TOTAL POUNDS: 17,422

X
RECEIVED BY:

I LOCK :
ED BY : [signature]
SHIP VIA:
STAGE:
ROUTE:
DRIVER: N/A
R INSTRUCTIONS:
SEA STAR/SL150/SLOSS RS/3PL/26CS/
SHIPPED BY: [signature]
**** SEE ADDITIONAL FOR FURTHER INSTRUCTIONS *****

FOR CARRIER USE ONLY
RDS OFFERED ACCEPTED ☐ DECLINED ☐
R PER:
AGENT: PER:

COPY 1 - BAXTER COPY

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

P TO: 34028173
-WESTON DC, WESTON FL
0 ALLEGIANCE
05 MERIDIAN PARKWAY
STON FL 33331

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27,4 EXT.
EXPRESO DE DIEGBO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. 8V82360

SHIP DATE 8-6-02 PAGE NO.

SCAC STRU

CARRIER SEA STAR

DEST: MA DATE/TIME PRINTED: 8/06/02 7:39:54

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53468697*AA 3477 53493810*AA 53524799*AA 53524800*AA

***********************************************
** MEDICAL PRODUCT **
***********************************************
** PROTECT FROM FREEZING **
***********************************************

| ITCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 39 | KITS/SETS ,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 36 | 57 | 174 |
| 40 | KITS/SETS ,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 426 | 465 | 2239 |
| 11 | SOLUTIONS ,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 750 | 902 | 21206 |
| 15 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX $2.30/# (NMFC 60000 CLS 70) | 280 | 157 | 2380 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

RAILER NO: FSCU608285 SEAL NO: 0032322 PALLET COUNT: 40

L PIECES: 1538 TOTAL POUNDS: 26,969

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : [signature] DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR/MA:08-897/ [signature] 88/TPI/2GCS/
SHIPPED BY: [signature]
**** SEE ADDITIONAL ORDER INSTRUCTIONS ****

FOR CARRIER USE ONLY

ARDS OFFERED ACCEPTED ☐ DECLINED ☐
PER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34028228
WAUKEGAN DC (REL)
ALLEGIANCE
WAUKEGAN ROAD
UKEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EMPRESO DE DIEGRO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RVA2359

SHIP DATE 8-6-02 | PAGE NO.

SCAC STRU

CARRIER SEA STAR

DEST: MG DATE/TIME PRINTED: 8/06/02 7:39:52

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 53493722*AA 53510000*AA 53524796*AA 53524797*AA 833396018

********************************************
** MEDICAL PRODUCT **
********************************************
** PROTECT FROM FREEZING **
********************************************

| ITCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 218 | 125 | 472 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 463 | 402 | 2271 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 543 | 648 | 16056 |
| 0 | BAGS/ENV/PCKTS/POUCHES,PLASTIC, W/DE NS >= #15/CF,IN BXS/CRATES/PKGS 2311 /2432 (NMFC 20480-3 CLS 60) | 156 | 58 | 408 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

TRAILER NO: SBGU480278 SEAL NO: 0032360 PALLET COUNT: 47P

TOTAL PIECES: 2855 TOTAL POUNDS: 28,752

X
RECEIVED BY:

TRUCK LOCK :
SHIP VIA:
STAGE:
ROUTE:
LOADED BY :
DRIVER: N/A
CARRIER INSTRUCTIONS:
SEA STAR/KCG/MGSPC-822
SHIPPED BY: [signature]
SEE ADDITIONAL CARRIER INSTRUCTIONS

FOR CARRIER USE ONLY

RECORDS OFFERED ACCEPTED ☐ DECLINED ☐

ORDER PER: AGENT: PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34240625
[illegible] EXPORT CORPORATION
[illegible] S MENDENHALL RD
[illegible]PHIS TN 38141

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROADS KM.27.4 EXT.
EXPRESO DE DIEGRO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82374

SHIP DATE 8/7/02 | PAGE NO.

SCAC ZU

CARRIER STAR

DEST: MEMPHIS DATE/TIME PRINTED: 8/07/02 8:51:18

**[PI]ECES** | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

[OR]DERS: S2310693*BH S2615262*BE S2615262*BF S2645353*BA S2645353*BB
S2645353*BC S2669775*BE S2680918*BA S2680918*BB S2680918*BE
S2729471*BC S2729478*BA S2729478*BB S2741208*BB S2741208*BC
S3071386*BC S3071385*BE S3071385*BF S3080085*BC S3080085*BD
S3080085*BF S3255788*BA S3255788*BB S3314101*BI S3316732*BA
S3377128*AA S3377124*BA S3377126*AA S3381320*BB S3381320*BC
S3387866*AA S3398413*AA S3398415*AA S3398753*AA S3436461*BA
S3486204*AA S3486203*AA S3494209*AA S3508905*AA S3509068*AA
S3511304*AA S3525096*AA S3525098*AA S3525101*AA S3525105*AA
S3525261*AA

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

****************************************
** MEDICAL PRODUCT **
****************************************
** PROTECT FROM FREEZING **
****************************************
** MANDATORY PROTECT FROM FREEZING **
****************************************

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 225 | 211 | 853 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 542 | 484 | 2997 |

[TR]AILER NO: FSCU627317 SEAL NO: 0032350 PALLET COUNT: 26P

[TOTAL] PIECES: 1173 TOTAL POUNDS: 7,375

X
RECEIVED BY:

[B]LOCK :
SHIP VIA:
STAGE:
ROUTE:

[LOAD]ED BY :
DRIVER: N/A

[OTHE]R INSTRUCTIONS:
SEA STAR
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

[RECO]RDS OFFERED ACCEPTED ☐ DECLINED ☐

[OTH]ER PER: AGENT: PER:

COPY 1 - BAXTER COPY

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORI**
**ORIGINAL - Not Negotiable**

IP TO: 34027975
[illegible] DC (REL)
O ALLEGIANCE
91 E PHILADELPHIA ST
TARIO CA 91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PROLC
ROAD#5 KM.27.5 EXT.
EXPRESO DE DIEGRO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82415

SHIP DATE 8/8/02 PAGE NO.

SCAC RU

CARRIER STAR

DEST: CA DATE/TIME PRINTED: 8/08/02 7:55:34

ECES

## HAZARDOUS MATERIAL INFORMATION

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

**CLASS 70 POUNDS**

Special Instructions: Carrier direct billing only - No assignments include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53509394*AA 53516331*AA 53562702*AA 53568510*AA 53568511*AA
833477681

*********************************************
** MEDICAL PRODUCT **
*********************************************
** PROTECT FROM FREEZING **
*********************************************

| TCH | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI.IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 276 | 298 | 1044 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 500 | 406 | 2108 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1105 | 1183 | 27695 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 3 | 4 | 6 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"
**PREPAID**

Subject to Section 7 of Condition of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

CHEMTREC
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

ILER NO: XXXU 481-119 SEAL NO: 0632329 PALLET COUNT: 44

PIECES: 2336 TOTAL POUNDS: 32,607

X
RECEIVED BY:

LOCK :
SHIP VIA:
STAGE:
ROUTE:
D BY : [signature]
DRIVER: N/A
INSTRUCTIONS:
SEA STAR/LA580/LA483
SHIPPED BY: [signature]

\- FOR CARRIER USE ONLY -

DS OFFERED ACCEPTED ☐ DECLINED ☐
R PER:
AGENT:
PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORI**
**ORIGINAL - Not Negotiable**

P TO: 3402 0178
EARTH CITY DC (REL)
C ALLEGIANCE
636 LAKE FRONT DRIVE
RTH CITY MO 63045

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROADRS KM.27.4 EXT.
EXPRESO DE DIEGO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82460

SHIP DATE 8/9/02 PAGE NO.

SCAC RU

CARRIER STAR

DEST: SL DATE/TIME PRINTED: 8/09/02 8:15:07

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | |

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53562712*AA 53572934*AA 53577747*AA 53577748*AA

********************************************

** MEDICAL PRODUCT **

********************************************

** PROTECT FROM FREEZING **

********************************************

| ITEM | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 200 | 98 | 382 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 280 | 297 | 1680 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 949 | 917 | 24638 |
| 20 | BAGS/ENV/PCKTS/POUCHES,PLASTIC, W/DENS >= #15/CF,IN BXS/CRATES/PKGS 2311 /2432 (NMFC 20480-3 CLS 60) | 16 | 6 | 48 |

If charges are to be prepaid, wr or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditi of applicable bill of lading, if t shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement: The carrier shall not make deliv of this shipment without paym of freight and all other law charges.

(Signature of Consignor)

This is to certify that the abo named materials are prope classified, described, packag marked and labeled, and are proper condition for transportati according to the applicab regulations of the Department Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agre or declared value of the proper The agreed or declared value of t property is hereby specifically stat by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; r a part of bill of lading approved by t Interstate Commerce Commissio

CHEMTREC
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

RAILER NO: ~~NPRU655021~~ 675021 [handwritten, initialed 8/12/02] SEAL NO: 0029458 PALLET COUNT: 38

L PIECES: 2074 TOTAL POUNDS: 31,216

X ________ RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

DED BY : [signature] DRIVER: N/A

ER INSTRUCTIONS: SEA STAR/SL151/91855
SHIPPED BY: [signature]

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐

PER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34028156
CINCINNATI DC (REL)
ALLEGIANCE
2 SPELLMIRE DRIVE
CINNATI OH 45246

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RVG2462

SHIP DATE 8-9-02 | PAGE NO.

SCAC SRU

CARRIER STAR

DEST: CI DATE/TIME PRINTED: 8/09/02 8:15:09

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | | |

ORDERS: 53577749*AA 53577750*AA

*********************************************
** MEDICAL PRODUCT **
*********************************************
** MANDATORY PROTECT FROM FREEZING **
*********************************************
** PROTECT FROM FREEZING **
*********************************************

| ITCO | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 6#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 394 | 318 | 1454 |
| .0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 6#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 164 | 267 | 1530 |
| .1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 905 | 1064 | 21959 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 36 | 14 | 54 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

TRAILER NO: JEXU536650 SEAL NO: 0029558 PALLET COUNT: 34PL

TOTAL PIECES: 1499 TOTAL POUNDS: 25,037

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

LOADED BY : [signature] DRIVER: N/A

CARRIER INSTRUCTIONS: SEA STAR/CI172/CI035
SHIPPED BY: [signature]

\- FOR CARRIER USE ONLY -

SEALS OFFERED ACCEPTED ☐ DECLINED ☐

PER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

P TO: 34028228
WAUKEGAN DC (RML)
O ALLEGIANCE
01 WAUKEGAN ROAD
UKEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRMLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. 2V02493

SHIP DATE 8-13-02 | PAGE NO.

SCAC RU

CARRIER STAR

DEST: MG  DATE/TIME PRINTED: 8/13/02 7:51:00

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | |

Special Instructions: Carrier direct billing only. No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 5361997 3*AA 5361997 4*AA

********************************************
** MEDICAL PRODUCT **
********************************************
** MANDATORY PROTECT FROM FREEZING **
********************************************
** PROTECT FROM FREEZING **
********************************************

| ITEM | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 230 | 363 | 1425 |
| .0 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 719 | 923 | 5334 |
| .1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 37 (NMFC 59380-6 CLS 55) | 600 | 828 | 16879 |

If charges are to be prepaid, w[rite] or stamp here "TO BE PREPA[ID]"

**PREPAID**

Subject to Section 7 of Conditi[ons] of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall s[ign] the following statement: The carrier shall not make deliv[ery] of this shipment without paym[ent] of freight and all other law[ful] charges.

(Signature of Consignor)

This is to certify that the abo[ve] named materials are prope[rly] classified, described, packag[ed], marked and labeled, and are [in] proper condition for transportati[on] according to the applicati[ble] regulations of the Department [of] Transportation.

NOTE - Where the rate is depend[ent] on value, shippers are required [to] state specifically in writing the agre[ed] or declared value of the proper[ty]. The agreed or declared value of t[he] property is hereby specifically stat[ed] by the shipper to be not exceedi[ng]

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; [not] a part of bill of lading approved by t[he] Interstate Commerce Commissio[n]

**CHEMTREC**
For Chemical Emergency
Spill, Leak, Fire
Exposure or Accident
Call Chemtrec-
Day or Night
(800) 424-9300

SUMMARY

| BAXTER INFORMATION | | | | CARRIER INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| IV | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| B | 16879 | 600 | 828 | 55.0 | 16879 | 600 | 828 |

AILER NO: WXXU480792 SEAL NO: 0029450 PALLET COUNT: 46

L PIECES: 1549 TOTAL POUNDS: 23,638

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : [signature] DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR, MG690/MG627
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐

ER PER: AGENT: PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

P TO: 54028328
-WAUKEGAN DC CREL
O ALLEGIANCE
01 WAUKEGAN ROAD
UKEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82492

SHIP DATE 8/13/02 PAGE NO.

SCAC RU

CARRIER STAR

DEST: MG DATE/TIME PRINTED: 8/13/02 7:50:59

ECES | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53619970*AA 53619971*AA

```
*******************************************
**          MEDICAL PRODUCT             **
*******************************************
**       PROTECT FROM FREEZING          **
*******************************************
```

| ITCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 290 | 176 | 674 |
| .0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 416 | 377 | 1918 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | ~~1175~~ 1174 (initialed 8/13/02) | 1359 | 26981 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 126 | 48 | 189 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

AILER StRU455018 SEAL NO: 0029506 PALLET COUNT: 44

. PIECES: ~~2349~~ 2348 (initialed 8/13/02) TOTAL POUNDS: 30,614

X

RECEIVED BY:

LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : [signature] DRIVER: N/A

R INSTRUCTIONS:
SEA STAR/MG609/MG376
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐

ER PER: AGENT: PER:

COPY 1 - BAXTER COPY

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

STRAIGHT BILL OF LADING-SHORT FC
ORIGINAL - Not Negotiable

SHIP TO: 34240829
BAXTER EXPORT CORPORATION
5835 S MENDENHALL RD
MEMPHIS TN 38141

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGRO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82555

SHIP DATE 8-16-02 | PAGE 1

SCAC TRU

CARRIER STAR

DEST: IM DATE/TIME PRINTED: 8/16/02 7:55:16

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct only - No assignments include #3 Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 53327149*BC 53387866*BA 53387866*BB 53387866*BC 53392801*BA 53429817*BA 53436463*BA 53508483*AA 53558819*BA 53600722*BA 53631505*AA 53631507*AA 53631508*AA 53631510*AA 53639564*AA 53639566*AA

********************************************
** MEDICAL PRODUCT **
********************************************
** PROTECT FROM FREEZING **
********************************************

| FRTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 009 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 509 | 606 | 2403 |
| 010 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 1243 | 1116 | 3830 |
| 011 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 210 | 59 | 1170 |

If charges are to be prep or stamp here "TO BE P PREPAID

Subject to Section 7 of c of applicable bill of ladi shipment is to be delive consignee without recou consignor, the consignor the following statement: The carrier shall not mak of this shipment without of freight and all oth charges.

(Signature of Consi

This is to certify that t named materials are classified, described, p marked and labeled, a proper condition for trans according to the ap regulations of the Depa Transportation.

NOTE - Where the rate is on value shippers are re state specifically in writing or declared value of the The agreed or declared va property is hereby specific by the shipper to be not

$1.80 Per L

*Shippers imprint in lieu of a part of bill of lading appro Interstate Commerce Co

CHEMTREC

For Chemica Emergency Spill, Leak, Fi Exposure o Accident Call Chemtre Day or Nigh (800) 424-93

SUMMARY

| BAXTER INFORMATION | | | | CARRIER INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| DIV | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| 8 | 1000 | 40 | 33 | 55.0 | 1170 | 210 | 59 |

TRAILER NO: GESU 400006 SEAL NO: 0029470 PALLET COUNT: 44P

TOTAL PIECES: 1962 TOTAL POUNDS: 7,403

X
RECEIVED BY:

DOOR LOCK :
SHIP VIA:
STAGE:
ROUTE:

LOADED BY : [signature]
DRIVER: N/A

DRIVER INSTRUCTIONS:
SEA STAR/IM
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

PLACARDS OFFERED ACCEPTED ☐ DECLINED ☐
SHIPPER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34028102
DIXON CALIFORNIA
] ALLEGIANCE
]8 VAUGHN ROAD
CON CA 95620

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82565
SHIP DATE 8/16/02 PAGE NO. 1
SCAC STRU
CARRIER SEA STAR

DEST: SF DATE/TIME PRINTED: 8/16/02 8:07:29

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53632034*AA 53655351*AA 53655354*AA

********************************************
** MEDICAL PRODUCT **
********************************************
** PROTECT FROM FREEZING **
********************************************

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 94 | 166 | 547 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 362 | 485 | 2748 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1278 | 1050 | 18171 |
| 3 | BAG/ENV/PCKT/POUCHES,PLASTIC,W/DENS 8#/CF < 15#/CF,INBXS/CRATES/PKG 2311 /2432 (NMFC 20480-2 CLS 92.5) | 30 | 16 | 120 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

NPRUGSS119 8/16/02

TRAILER NO: ~~SGU 490207~~ SEAL NO: 0029579 PALLET COUNT: 38P

PIECES: 1764 TOTAL POUNDS: 21,586

X
RECEIVED BY:

LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : [signature] DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR/SF224/SF503
SHIPPED BY: Sea Star

\- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐

ER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

P TO: 34028228
-WAUKEGAN DC (REL)
O ALLEGIANCE
01 WAUKEGAN ROAD
UKEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82564

SHIP DATE 8/16/02 | PAGE NO.

SCAC TRU

CARRIER STAR

DEST: MG DATE/TIME PRINTED: 8/16/02 8:07:28

ECES | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**

0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0

Special Instructions: Carrier direct billing only. No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53629888*AA 53655319*AA 53655324*AA

**********************************************
** MEDICAL PRODUCT **
**********************************************
** PROTECT FROM FREEZING **
**********************************************

| ITCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 335 | 570 | 2207 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 450 | 316 | 2342 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1260 | 1112 | 15495 |
| 2 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 4#/CF < 6#/CF (NMFC 156600-4 CLS 150) | 60 | 41 | 180 |

If charges are to be prepaid, wr or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditi of applicable bill of lading, if t shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement: The carrier shall not make deliv of this shipment without paym of freight and all other law charges.

(Signature of Consignor)

This is to certify that the abo named materials are prope classified, described, package marked and labeled, and are proper condition for transportati according to the applicab regulations of the Department Transportation.

NOTE - Where the rate is depende on value, shippers are required state specifically in writing the agre or declared value of the proper The agreed or declared value of t property is hereby specifically stat by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n a part of bill of lading approved by th Interstate Commerce Commissio

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

AILER NO: NPRU655004 SEAL NO: 0029461 PALLET COUNT: 44

PIECES: 2195 TOTAL POUNDS: 20,584

X
RECEIVED BY:

I LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : M. Torres DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR/MG591/MG828
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐

ER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT F**
**ORIGINAL - Not Negotiable**

HIP TO: 34028187
AXTER HEALTHCARE CORP
**CROSSDOCK***
835 MENDENHALL ROAD
EMPHIS, TN 38118

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82569

SHIP DATE 8/16/02 PAGE N

SCAC STRU

CARRIER STAR

DEST: MEMPHIS DATE/TIME PRINTED: 8/16/02 8:07:33

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct b only - No assignments Include #3 Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 53629849*AA 53629881*AA 53632198*AA 53645387*AA 53645395*AA
53656056*AA 53656057*AA 53656060*AA 53656062*AA 53656064*AA
53656065*AA

*******************************************
** MEDICAL PRODUCT **
*******************************************
** PROTECT FROM FREEZING **
*******************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 109 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 167 | 192 | 813 |
| 110 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 1307 | 1073 | 6009 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 509 | 546 | 9538 |
| 53 | BAG/ENV/PCKT/POUCHES,PLASTIC,W/DENS 8#/CF < 15#/CF,INBXS/CRATES/PKG 2311 /2432 (NMFC 20480-2 CLS 92.5) | 220 | 120 | 880 |

If charges are to be prepai or stamp here "TO BE PRI

**PREPAID**

Subject to Section 7 of Co of applicable bill of lading shipment is to be delivere consignee without recourse consignor, the consignor sh the following statement: The carrier shall not make of this shipment without pa of freight and all other charges.

(Signature of Consigno

This is to certify that the named materials are pr classified, described, pack marked and labeled, and proper condition for transpo according to the applic regulations of the Departm Transportation.

NOTE - Where the rate is depe on value, shippers are requi state specifically in writing the or declared value of the pro The agreed or declared value property is hereby specifically by the shipper to be not exce

**$1.80 Per Lb.**

*Shippers imprint in lieu of stam a part of bill of lading approved Interstate Commerce Commis

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

SBGU480235

**CROSSDOCK**

RAILER NO ~~SEGU874482~~ SEAL NO: 0029491 PALLET COUNT: 44

AL PIECES: 2203 TOTAL POUNDS: 17,240

X
RECEIVED BY:

OR LOCK :
SHIP VIA:
STAGE:
ROUTE:
DED BY : [signature]
DRIVER: N/A
VER INSTRUCTIONS:
SSTAR/IN169-716/AD148-531/NH145/605/JD
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐
PER PER:
AGENT:
PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

STRAIGHT BILL OF LADING-SHORT FORI
ORIGINAL - Not Negotiable

BHC 1878A

P TO: 34028228
-WAUKEGAN DC (REL)
O ALLEGIANCE
01 WAUKEGAN ROAD
UKEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82570

SHIP DATE 8/16/02 PAGE NO.

SCACTRU

CARRIER STAR

DEST: MG DATE/TIME PRINTED: 8/16/02 8:07:34

ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only. No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53655334*AA 53655338*AA

*****************************************
** MEDICAL PRODUCT **
*****************************************
** PROTECT FROM FREEZING **
*****************************************

| ITCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 297 | 254 | 1101 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 480 | 709 | 3807 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 819 | 1163 | 21036 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 126 | 50 | 126 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

PREPAID

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$1.80 Per Lb.

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

CHEMTREC
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

AILER NO UXXU480857 SEAL NO: 0029466 PALLET COUNT: 44

PIECES: 1722 TOTAL POUNDS: 26,070

X
RECEIVED BY:

LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : [signature] DRIVER: N/A

R INSTRUCTIONS: TP 8/16/02
SEA STAR/MG592/MG829
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐

R PER: AGENT: PER: