# EXHIBIT E – PART 8

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

BHC 1878A

TO: 34028166
CINCINNATI DC (REL)
ALLEGIANCE
32 SPELLMIRE DRIVE
CINCINNATI OH 45246

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82568
SHIP DATE 8-16-02 PAGE NO.
SCAC TRU
CARRIER STAR

DEST: CI DATE/TIME PRINTED: 8/16/02 8:07:32

**PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS**

0

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 53631991*AA 53655389*AA 53655391*AA

*********************************************
** MEDICAL PRODUCT **
*********************************************
** PROTECT FROM FREEZING **
*********************************************

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 169 | 209 | 784 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 138 | 256 | 1462 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 575 | 511 | 8439 |
| 3 | BAG/ENV/PCKT/POUCHES,PLASTIC,W/DENS 8#/CF < 15#/CF,INBXS/CRATES/PKG 2311 /2432 (NMFC 20480-2 CLS 92.5) | 40 | 22 | 160 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

PRMU673317

TRAILER NO: ~~Seco~~ cu 8/16/02 SEAL NO: 0029456 PALLET COUNT: 22

PIECES: 922 TOTAL POUNDS: 10,845

X
RECEIVED BY:

LOCK :
SHIP VIA:
STAGE:
ROUTE:
D BY : [signature]
DRIVER: N/A
INSTRUCTIONS:
SEA STAR/CI173/CI036 40'
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

IDS OFFERED ACCEPTED ☐ DECLINED ☐
R PER:
AGENT:
PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34027975
ONTARIO DC (REL)
3 ALLEGEANCE
51 E PHILADELPHIA ST
TARIO CA 91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82575

SHIP DATE 8/16/02

PAGE NO.

SCAC STRU

CARRIER SEA STAR

DEST: LA DATE/TIME PRINTED: 8/16/02 8:07:39

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 53648280*AA 53656045*AA 53656046*AA

*********************************************
** MEDICAL PRODUCT **
*********************************************
** PROTECT FROM FREEZING **
*********************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 39 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 100 | 251 | 1000 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 730 | 681 | 13040 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 938 | 1099 | 17834 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

SUMMARY

| | BAXTER INFORMATION | | | | CARRIER INFORMATION | | |
|---|---|---|---|---|---|---|---|
| DIV | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| 8 | 29714 | 1538 | 1565 | 55.0 | 17834 | 938 | 1099 |

CHEMTREC
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

TRAILER NO: SBGV490137 SEAL NO: 0029493 PALLET COUNT: 46

TOTAL PIECES: 1768 TOTAL POUNDS: 31,874

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

LOADED BY : A. Rivera DRIVER: N/A

CARRIER INSTRUCTIONS:

SSTAR-LA592/LA489
SHIPPED BY: SeaStar

SEE ADDITIONAL CARRIER INSTRUCTIONS

- FOR CARRIER USE ONLY -

HARDS OFFERED ACCEPTED ☐ DECLINED ☐

PER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO: 34028179
-WESTON DC, WESTON FL
O ALLEGIANCE
05 MERIDIAN PARKWAY
STON FL 33331

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82614

SHIP DATE 8/20/02 PAGE NO.

SCAC STRU

CARRIER SEA STAR

DEST: MA DATE/TIME PRINTED: 8/20/02 8:02:05

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53647473*AA 53660202*AA 53678755*AA 53688759*AA 53688760*AA

```
*****************************************************
**               MEDICAL PRODUCT                   **
*****************************************************
**             PROTECT FROM FREEZING               **
*****************************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 198 | 187 | 870 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 596 | 602 | 3372 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 795 | 1047 | 19009 |
| 55 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNK $2.30/# (NMFC 60000 CLS 70) | 160 | 90 | 1360 |

If charges are to be prepaid, w... or stamp here "TO BE PREPA...

**PREPAID**

Subject to Section 7 of Conditi... of applicable bill of lading, if ... shipment is to be delivered to ... consignee without recourse on ... consignor, the consignor shall s... the following statement:
The carrier shall not make deliv... of this shipment without paym... of freight and all other law... charges.

(Signature of Consignor)

This is to certify that the abo... named materials are prope... classified, described, packag... marked and labeled, and are ... proper condition for transportati... according to the applicab... regulations of the Department ... Transportation.

NOTE - Where the rate is depende... on value, shippers are required ... state specifically in writing the agre... or declared value of the proper... The agreed or declared value of t... property is hereby specifically stat... by the shipper to be not exceedi...

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n... a part of bill of lading approved by th... Interstate Commerce Commissio...

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident
Call Chemtrec-Day or Night
(800) 424-9300

RAILER NO: UXXU480959 SEAL NO: 0029416 PALLET COUNT: 42

L PIECES: 1849 TOTAL POUNDS: 25,011

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : A. Rivera DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR/MA159/MA898
SHIPPED BY: SeaStar

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐

ER PER: AGENT: PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34027975
ONTARIO DC (REL)
ALLEGIANCE
E PHILADELPHIA ST
ARIO CA 91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82600

SHIP DATE 8-19-02 | PAGE NO.

SCAC STRu
8-19-02

CARRIER LINES, LL
Sea Star @ 8-19-02

DEST: LA DATE/TIME PRINTED: 8/19/02 8:19:04

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 53674938*AA 53674939*AA

```
*******************************************
**              MEDICAL PRODUCT          **
*******************************************
**           PROTECT FROM FREEZING       **
*******************************************
```

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 122 | 198 | 666 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 531 | 640 | 3769 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 755 | 702 | 7750 |
| 3 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432 (NMFC 20480-1 CLS 150) | 28 | 9 | 56 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Condition of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

TRAILER NO: YXXU 481160 SEAL NO: 0029478 PALLET COUNT: 44

PIECES: 2316 TOTAL POUNDS: 19,721

X
RECEIVED BY:

LOCK : SHIP VIA: STAGE: ROUTE:

D BY : [signature] DRIVER: N/A

R INSTRUCTIONS:
SEA STAR/LA593/LA490
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

IDS OFFERED ACCEPTED ☐ DECLINED ☐

R PER: AGENT: PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34028228
WAUKEGAN DC (REL)
ALLEGIANCE
11 WAUKEGAN ROAD
WAUKEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82611

SHIP DATE 8/20/02 | PAGE NO.

SCAC RU

CARRIER STAR

DEST: MG DATE/TIME PRINTED: 8/20/02 8:02:01

**PIECES** | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**

0 — See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. — 0

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 53678787*AA 53688753*AA 53688754*AA

** MEDICAL PRODUCT **

** PROTECT FROM FREEZING **

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 265 | 184 | 911 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 535 | 783 | 4344 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1157 | 847 | 15754 |
| 8 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432 (NMFC 20460-1 CLS 150) | 13 | 4 | 26 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

TRAILER NO: WPRU655165 SEAL NO: 0029509 PALLET COUNT: 44

PIECES: 2510 TOTAL POUNDS: 25,355

X
RECEIVED BY:

LOCK :
SHIP VIA:
STAGE:
ROUTE:

LOADED BY : P Santiago
DRIVER: N/A

CARRIER INSTRUCTIONS:
SEA STAR/MG593/MG830
SHIPPED BY: SeaStar

- FOR CARRIER USE ONLY -

RECORDS OFFERED  ACCEPTED ☐  DECLINED ☐

R PER:
AGENT:
PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34028228
WAUKEGAN DC (REL)
ALLEGIANCE
1 WAUKEGAN ROAD
KEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82612

SHIP DATE 8/20/02 PAGE NO.

SCAC STRU

CARRIER SEA STAR

DEST: MG DATE/TIME PRINTED: 8/20/02 8:02:03

| CES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only. No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

DERS: 53662511*AA 53688755*AA 53688756*AA

*********************************************
** MEDICAL PRODUCT **
*********************************************
** PROTECT FROM FREEZING **
*********************************************

| CD DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|
| BOTTLES,GLASS,NOI,O/T CUT, <= 1 GAL CAP, IN BRRLS/BXS/CRATES/PKG 339 OR 1251 (NMFC 87700-2 CLS 70) | 36 | 46 | 252 |
| KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 198 | 264 | 1146 |
| KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 560 | 789 | 5114 |
| SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 694 | 934 | 13531 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

CHEMTREC
For Chemical Emergency
Spill, Leak, Fire
Exposure or Accident
Call Chemtrec
Day or Night
(800) 424-9300

LER NO: NPRU655128 SEAL NO: 0029499 PALLET COUNT: 45

ECES: 1663 TOTAL POUNDS: 20,866

X
RECEIVED BY:

OCK :
SHIP VIA:
STAGE:
ROUTE:
BY :
DRIVER: N/A
NSTRUCTIONS:
SEA STAR/MG594/MG831
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

S OFFERED ACCEPTED ☐ DECLINED ☐

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

PTO: 34028209
XTER HEALTHCARE CORP
*CROSSDOCK***
35 MENDENHALL ROAD
MPHIS, TN 38118

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82625
SHIP DATE 8/20/02 PAGE NO. 2
SCAC STRU
CARRIER SEA STAR

DEST: MEMPHIS DATE/TIME PRINTED: 8/20/02 8:02:16

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53678729*AA 53688783*AA 53688784*AA 53688785*AA 53688786*AA
53688799*AA 833801000

*********************************************
** MEDICAL PRODUCT **
*********************************************
** PROTECT FROM FREEZING **
*********************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 127 | 140 | 474 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 574 | 737 | 4277 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 636 | 823 | 12930 |
| 11 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 14 | 22 | 73 |

CROSSDOC

If charges are to be prepaid, w or stamp here "TO BE PREPA
**PREPAID**

Subject to Section 7 of Conditi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement: The carrier shall not make deliv of this shipment without paym of freight and all other law charges.

(Signature of Consignor)

This is to certify that the abo named materials are prope classified, described, packag marked and labeled, and are proper condition for transportati according to the applicati regulations of the Department Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agre or declared value of the proper The agreed or declared value of t property is hereby specifically stat by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; r a part of bill of lading approved by t Interstate Commerce Commissio

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

RAILER NO: WPRU655508 SEAL NO: 179064A PALLET COUNT: 40

L PIECES: 1503 TOTAL POUNDS: 18,722

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : [signature] DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR/SA165/SA827/BG142/BG672/BSY
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐
ER PER: AGENT: PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORI**
**ORIGINAL - Not Negotiable**

IP TO: 34027975
. ONTARIO DC (REL)
'O ALLEGIANCE
51 E PHILADELPHIA ST
:TARIO CA 91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82688

SHIP DATE 8-22-02 PAGE NO.

SCAC STRU

CARRIER SEA STAR

DEST: LA DATE/TIME PRINTED: 8/22/02 7:14:03

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments. Include #3 cop Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53715330*AA 53715332*AA

********************************************
** MEDICAL PRODUCT **
********************************************
** PROTECT FROM FREEZING **
********************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS, IN/OUTPATIENT TREATMENT/ CARE, NOI, IN BXS W/DENS < 5#/CF, W OR W/O SOL (NMFC 56790-1 CLS 175) | 386 | 396 | 1559 |
| 10 | KITS/SETS, IN/OUTPATIENT TREATMENT/ CARE, NOI, IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 370 | 547 | 3246 |
| 11 | SOLUTIONS, I.V., NUTRITIONAL/ANTICOAGU LANT, IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 854 | 1171 | 18023 |
| 20 | BAGS/ENV/PCKTS/POUCHES, PLASTIC, W/DE NS >= #15/CF, IN BXS/CRATES/PKGS 2311 /2432 (NMFC 20480-3 CLS 60) | 120 | 41 | 240 |

If charges are to be prepaid, wri or stamp here "TO BE PREPAI
**PREPAID**

Subject to Section 7 of Conditic of applicable bill of lading, if t shipment is to be delivered to t consignee without recourse on t consignor, the consignor shall si the following statement: The carrier shall not make delive of this shipment without payme of freight and all other lawf charges.

(Signature of Consignor)

This is to certify that the abo named materials are proper classified, described, package marked and labeled, and are proper condition for transportatio according to the applicatic regulations of the Department Transportation.

NOTE - Where the rate is depende on value, shippers are required t state specifically in writing the agree or declared value of the propert The agreed or declared value of th property is hereby specifically state by the shipper to be not exceedin

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; nc a part of bill of lading approved by th Interstate Commerce Commission

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

RAILER NO: GESU400364 SEAL NO: 0029570 PALLET COUNT: 418

L PIECES: 1730 TOTAL POUNDS: 23,068

X
RECEIVED BY:

R LOCK :
SHIP VIA:
STAGE:
ROUTE:
DED BY :
DRIVER: N/A
ER INSTRUCTIONS:
SEA STAR-LA596/LA493
SHIPPED BY: SeaStar

- FOR CARRIER USE ONLY -
ARDS OFFERED ACCEPTED ☐ DECLINED ☐
PER PER:
AGENT:
PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34027975
ONTARIO DC (REL)
3 ALLEGIANCE
51 E PHILADELPHIA ST
TARIO . CA 91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82689

SHIP DATE 8/22/02 | PAGE NO.

SCAC RU

CARRIER STAR

DEST: LA DATE/TIME PRINTED: 8/22/02 7:14:22

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53715334*AA 53715336*AA

```
**********************************************
**              MEDICAL PRODUCT             **
**********************************************
```

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 840 | 1857 | 7472 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 150 | 245 | 1300 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 11 | 4 | 16 |
| 2 | CAP/COVER/TOP, NOI, O/T PLASTIC,FOR INNER CONTAINERS,IN PKGS (NMFC 40265 CLS 70) | 28 | 11 | 112 |

ll charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Condition of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

SUMMARY

| | BAXTER INFORMATION | | | CARRIER INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| IV | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| I | 8900 | 1029 | 2117 | 70.0 | 112 | 28 | 11 |

AILER NO: Uxxu 481741 SEAL NO: 0029497 PALLET COUNT: 46 P

PIECES: 1029 TOTAL POUNDS: 8,900

X
RECEIVED BY:

LOCK :
SHIP VIA: STAGE: ROUTE:
ED BY :
DRIVER: N/A
R INSTRUCTIONS:

SEA STAR/RVLA597/LA494
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐
ER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

STRAIGHT BILL OF LADING-SHORT FOR
ORIGINAL - Not Negotiable

IP TO: 34027975
. ONTARIO DC (REL)
'O ALLEGIANCE
51 E PHILADELPHIA ST
:TARIO CA 91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82687

SHIP DATE 8/22/02 | PAGE NO.

SCSCTRU

DEST: LA DATE/TIME PRINTED: 8/22/02 7:13:48

CARRIER STAR

IECES 0 | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS 0

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53715328*AA 53715329*AA 833854503

**********************************************
** MEDICAL PRODUCT **
**********************************************
** PROTECT FROM FREEZING **
**********************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 235 | 206 | 728 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 701 | 746 | 3550 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 429 | 517 | 11998 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 12 | 15 | 24 |

If charges are to be prepaid, w or stamp here "TO BE PREPA

PREPAID

Subject to Section 7 of Conditi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement: The carrier shall not make deli of this shipment without paym of freight and all other law charges.

(Signature of Consignor)

This is to certify that the abo named materials are prope classified, described, packag marked and labeled, and are proper condition for transportati according to the applicati regulations of the Department Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agr or declared value of the prope The agreed or declared value of property is hereby specifically sta by the shipper to be not exceed

$1.80 Per Lb.

*Shippers imprint in lieu of stamp; a part of bill of lading approved by t Interstate Commerce Commissi

CHEMTREC
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

RAILER NO: NPRU655424 SEAL NO: 0029528 PALLET COUNT: 44P

AL PIECES: 2177 TOTAL POUNDS: 23,100

X
RECEIVED BY:

R LOCK :
SHIP VIA:
STAGE:
ROUTE:
DED BY :
DRIVER: N/A
'ER INSTRUCTIONS:
SEA STAR-LA595/LA493
SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐
PER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

P TO: 34028166
CINCINNATI DC (REL)
O ALLEGIANCE
32 SPELLMIRE DRIVE
NCINNATI OH 45246

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82700

SHIP DATE 8-23-02 | PAGE NO.

SCAC TRU

CARRIER STAR

DEST: CI DATE/TIME PRINTED: 8/23/02 7:28:24

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53678806*AA 53731587*AA 53731590*AA

*********************************************
** MEDICAL PRODUCT **
*********************************************
** PROTECT FROM FREEZING **
*********************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 121 | 217 | 783 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 355 | 420 | 2341 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 325 | 399 | 8123 |
| 55 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX $2.30/# (NMFC 60000 CLS 70) | 180 | 101 | 1530 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**
For Chemical Emergency
Spill, Leak, Fire
Exposure or Accident
Call Chemtrec-
Day or Night
(800) 424-9300

RAILER NO: NPRU655411 SEAL NO: 0029434 PALLET COUNT: 26

AL PIECES: 1071 TOTAL POUNDS: 13,137

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

DED BY : [signature] DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR/CI174/CI037
SHIPPED BY: Sea Star

\- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐

PER PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

P TO: 34028102
DIXON CALIFORNIA
O ALLEGIANCE
OB VAUGHN ROAD
XON CA 95620

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82701

SHIP DATE 8/23/02 PAGE NO.

SCAC STRU

CARRIER SEA STAR

DEST: SF DATE/TIME PRINTED: 8/23/02 7:28:25

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53660227*AA 53731592*AA 53731593*AA

********************************************
** MEDICAL PRODUCT **
********************************************
** PROTECT FROM FREEZING **
********************************************
** MANDATORY PROTECT FROM FREEZING **
********************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 414 | 413 | 2060 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 616 | 742 | 14545 |
| 55 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX $2.30/# (NMFC 60000 CLS 70) | 540 | 303 | 4590 |
| 25 | KITS,HOSPITAL PATIENT,IN BXS W/DENS < 5#/CF (NMFC 56785-11 CLS 175) | 16 | 6 | 24 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

CHEMTREC
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

RAILER NO GESU400264 SEAL NO: 002942 PALLET COUNT: 32

L PIECES: 1594 TOTAL POUNDS: 21,251

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : A. Rivera DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR/SF225/SF504
SHIPPED BY: Sea Star

SEE ADDITIONAL ... INSTRUCTIONS

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐

ER PER: AGENT: PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT F**
**ORIGINAL - Not Negotiable**

HIP TO: 34271647
AXTER HEALTHCARE CORP
**CROSSDOCK****
835 MENDENHALL ROAD
EMPHIS, TN 38118

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82705
SHIP DATE 8-23-02 PAGE N
SCAC STRU
CARRIER SEA STAR

DEST: MEMPHIS DATE/TIME PRINTED: 8/23/02 7:28:30

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct only - No assignments Include #3 Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 52754798*AA 53706016*AA 53718146*AA 53718147*AA 53718148*AA
53718404*AA 53720696*AA 53721096*AA 53722152*AA 53722153*AA
53731615*AA 53731616*AA

**********************************************
** MEDICAL PRODUCT **
**********************************************
** PROTECT FROM FREEZING **
**********************************************

| FRTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 009 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 124 | 67 | 238 |
| 010 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 862 | 881 | 5374 |
| 011 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 686 | 699 | 14482 |
| 155 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX $2.30/# (NMFC 60000 CLS 70) | 65 | 36 | 552 |

If charges are to be prepa[id] or stamp here "TO BE PR[EPAID]"

**PREPAID**

Subject to Section 7 of Co[nditions] of applicable bill of ladin[g] shipment is to be delivere[d] consignee without recours[e] consignor, the consignor s[hall sign] the following statement: The carrier shall not make [delivery] of this shipment without p[ayment] of freight and all other charges.

(Signature of Consign[or])

This is to certify that the named materials are p[roperly] classified, described, pac[kaged], marked and labeled, and proper condition for transp[ortation] according to the appli[cable] regulations of the Departr[ment of] Transportation.

NOTE - Where the rate is de[pendent] on value, shippers are requ[ired to] state specifically in writing the [agreed] or declared value of the pr[operty]. The agreed or declared valu[e of the] property is hereby specifically [stated] by the shipper to be not exc[eeding]

**$1.80 Per Lb**

*Shippers imprint in lieu of sta[mp] a part of bill of lading approved Interstate Commerce Comm[ission]

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

**CROSSDOCK**

TRAILER NO Gstu984099 SEAL NO: 0029511 PALLET COUNT: 40P.

TAL PIECES: 1930 TOTAL POUNDS: 21,008

X
RECEIVED BY:

OOR LOCK :
ADED BY : [signature]
SHIP VIA:
STAGE:
ROUTE:
DRIVER: N/A
IVER INSTRUCTIONS:

SEA STAR-AD149/AD532/IM
SHIPPED BY: Sea Star
SEE ADDITIONAL ... FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

ACARDS OFFERED ACCEPTED ☐ DECLINED ☐
PPER PER:
AGENT:
PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

P TO: 34240829
XTER EXPORT CORPORATION
35 S MENDENHALL RD

MPHIS TN 38141

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82775

SHIP DATE 8/27/02 | PAGE NO.

SCAC RU

CARRIER STAR

DEST: IM DATE/TIME PRINTED: 8/27/02 7:45:42

ECES

**HAZARDOUS MATERIAL INFORMATION**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

**CLASS 70 POUNDS**

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 52096901*BC 52096901*BD 53348090*BB 53601982*BC 53676274*AA
53729339*AA 53729341*AA 53732494*AA 53746915*AA 53757387*AA
53767930*AA

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

****************************************************
** MEDICAL PRODUCT **
****************************************************

| ?TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 31 | 47 | 143 |
| .0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 406 | 470 | 3008 |
| .1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 473 | 569 | 15136 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 115 | 45 | 115 |

AILER NO: SRGU 490132 SEAL NO: 0029561 PALLET COUNT: 34P

. PIECES: 1234 TOTAL POUNDS: 19,402

X
RECEIVED BY:

LOCK :
ED BY :
R INSTRUCTIONS:

SHIP VIA: STAGE: ROUTE:

DRIVER: N/A

SEA STAR/BSY/IM/BBL R. MATERIAL
SHIPPED BY:

- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐
ER PER: AGENT: PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:
:-WAUKEGAN DC (REL)
'O ALLEGIANCE
01 WAUKEGAN ROAD
.UKEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82776

SHIP DATE 8-27-02 PAGE NO.

SCAC RU

CARRIER STAR

DEST: MG DATE/TIME PRINTED: 8/27/02 7:45:44

ECES | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only. No assignments. Include #3 cop Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 3511 53757229*AA 53767476*AA 53767477*AA

*******************************************
** MEDICAL PRODUCT **
*******************************************
** PROTECT FROM FREEZING **
*******************************************

| ITCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS, IN/OUTPATIENT TREATMENT/ CARE, NOI, IN BXS W/DENS < 5#/CF, W OR W/O SOL (NMFC 56790-1 CLS 175) | 698 | 420 | 1554 |
| .0 | KITS/SETS, IN/OUTPATIENT TREATMENT/ CARE, NOI, IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 429 | 351 | 1727 |
| 1 | SOLUTIONS, I.V., NUTRITIONAL/ANTICOAGULANT, IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 741 | 896 | 21040 |
| 1 | ARTICLE, PLASTIC/RUBBER, O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 120 | 47 | 120 |

If charges are to be prepaid, wri or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditio of applicable bill of lading, if th shipment is to be delivered to t consignee without recourse on th consignor, the consignor shall sig the following statement: The carrier shall not make delive of this shipment without payme of freight and all other lawf charges.

(Signature of Consignor)

This is to certify that the abov named materials are properl classified, described, packaged marked and labeled, and are i proper condition for transportatio according to the applicatio regulations of the Department o Transportation.

NOTE - Where the rate is dependen on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

AILER NO: NPRU655555 SEAL NO: 0029422 PALLET COUNT: FRA

PIECES: 2422 TOTAL POUNDS: 30,121

X
RECEIVED BY:

LOCK :
ED BY :
SHIP VIA:
STAGE:
ROUTE:
DRIVER: N/A

R INSTRUCTIONS:
SEA STAR/MG597/MG834 ES/2PL/122CS/79.99CF
SHIPPED BY:
SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐
R PER:
AGENT:
PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

BHC 1878A

TO:
ONTARIO DC (REL)
ALLEGIANCE
1 E PHILADELPHIA ST
ARIO CA 91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82783

SHIP DATE 8/27/02 PAGE NO.

SCAC TRU

CARRIER STAR

DEST: LA DATE/TIME PRINTED: 8/27/02 7:45:55

CES | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

IERS: 3503 3506 53757248*AA 53767496*AA 53767497*AA

```
*****************************************
**          MEDICAL PRODUCT            **
*****************************************
**       PROTECT FROM FREEZING         **
*****************************************
```

| CD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 272 | 221 | 831 |
| | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 634 | 617 | 3580 |
| | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1039 | 1004 | 20242 |
| | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 4 | 2 | 6 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

:LER NO STRV455079 SEAL NO: 6029467 PALLET COUNT: 42

ECES: 2097 TOTAL POUNDS: 26,749

X

RECEIVED BY:

OCK :

SHIP VIA:

STAGE:

ROUTE:

BY : [signature]

DRIVER: N/A

NSTRUCTIONS:

SEA STAR/LA599/LA496 ES/2PL/50CS/54.43CF

SHIPPED BY: [signature]

SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

S OFFERED ACCEPTED ☐ DECLINED ☐

PER:

AGENT:

PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORI**
**ORIGINAL - Not Negotiable**

P TO: 34028179
-WESTON DC, WESTON FL
D ALLEGIANCE
05 MERIDIAN PARKWAY
STON FL 33331

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82788

SHIP DATE 8/27/02 | PAGE NO.

SCAC SSRU

CARRIER SEA STAR

DEST: MA DATE/TIME PRINTED: 8/27/02 7:46:01

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | |

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53767481*AA 53767482*AA

*******************************************
** MEDICAL PRODUCT **
*******************************************
** PROTECT FROM FREEZING **
*******************************************

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 39 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 323 | 382 | 1484 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 447 | 573 | 2913 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 539 | 612 | 12287 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 138 | 54 | 147 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

RAILER NO NRRU655235 SEAL NO: 0029451 PALLET COUNT: 36

L PIECES: 1447 TOTAL POUNDS: 16,831

X
RECEIVED BY:

R LOCK : SHIP VIA: STAGE: ROUTE:

DED BY : [signature] DRIVER: MA

ER INSTRUCTIONS:
SEA STAR/MA160/MA899
SHIPPED BY: [signature]

SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

ARDS OFFERED ACCEPTED ☐ DECLINED ☐

PER PER: AGENT: PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FORI**
BHC 1878A **ORIGINAL - Not Negotiable**

IP TO: 34028228
:-WAUKEGAN DC (REL)
'O ALLEGIANCE
.01 WAUKEGAN ROAD
.UKEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV82787
SHIP DATE 8/27/02 PAGE NO.
SCAC RU
CARRIER STAR

DEST: MG DATE/TIME PRINTED: 8/27/02 7:46:00

**ECES** | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53767478*AA 53767479*AA

*******************************************
** MEDICAL PRODUCT **
*******************************************
** PROTECT FROM FREEZING **
*******************************************

| ITCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 521 | 619 | 2310 |
| .0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 705 | 692 | 3498 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 869 | 716 | 11829 |
| 5 | KITS,HOSPITAL PATIENT,IN BXS W/DENS < 5#/CF (NMFC 56785-11 CLS 175) | 32 | 12 | 48 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"
**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

SUMMARY

| BAXTER INFORMATION | | | | CARRIER INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| IV WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE | |
| 8 12009 | 929 | 760 | 55.0 | 11829 | 869 | 716 | |

AILER NO: UXXU481128 SEAL NO: 0029485 PALLET COUNT: 46

PIECES: 2127 TOTAL POUNDS: 17,685

X
RECEIVED BY:

LOCK : SHIP VIA: STAGE: ROUTE:

ED BY :

DRIVER: N/A

R INSTRUCTIONS:

SEA STAR/MG598/MG835
SHIPPED BY:

SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

RDS OFFERED ACCEPTED ☐ DECLINED ☐
R PER: AGENT: PER:

Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34028 228
WAUKEGAN DC (REL)
ALLEGIANCE
1 WAUKEGAN ROAD
KEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV81623

SHIP DATE 6/18/02 PAGE NO.

SCAC STRU

CARRIER SEA STAR

DEST: MG DATE/TIME PRINTED: 6/18/02 7:51:47

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp Freight payment Dept 1430 Waukegan Road McGaw Park IL 60085

DERS: 53042792*AA 53042793*AA

******************************************
** MEDICAL PRODUCT **
******************************************

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 817 | 1025 | 4009 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 765 | 1025 | 5577 |
| 2 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 4#/CF < 6#/CF (NMFC 156600-4 CLS 150) | 18 | 7 | 18 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

SUMMARY

| | BAXTER INFORMATION | | | | CARRIER INFORMATION | | |
|---|---|---|---|---|---|---|---|
| LV | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| [illegible] | 9604 | 1600 | 2057 | 100.0 | 5577 | 765 | 1025 |

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

AILER NO PRMU650928 SEAL NO: 0032224 PALLET COUNT: 48P

PIECES: 1600 TOTAL POUNDS: 9,604

X
RECEIVED BY:

LOCK : SHIP VIA: STAGE: ROUTE:

ED BY : DRIVER: N/A

R INSTRUCTIONS:

SEA STAR/MG563/MG798
SHIPPED BY: Seastar

SEE ADDITIONAL ... CARRIER INSTRUCTIONS

FOR CARRIER USE ONLY

RDS OFFERED ACCEPTED ☐ DECLINED ☐

R PER: AGENT: PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO: 34028228
WAUKEGAN DC (REL)
ALLEGIANCE
WAUKEGAN ROAD
KEGAN IL 60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO, PALMAS
CATANO, PR 00962

BILL OF LADING NO. RV81622
SHIP DATE 6/18/02
PAGE NO. 1
SCAC STRU
CARRIER SEA STAR

DEST: MG    DATE/TIME PRINTED: 6/18/02 7:51:46

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

DERS: 53042790*AA 53042791*AA

*****************************************
** MEDICAL PRODUCT **
*****************************************
** PROTECT FROM FREEZING **
*****************************************

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 564 | 316 | 1367 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 1272 | 1345 | 7720 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 265 | 259 | 4312 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"
**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

SUMMARY

| | BAXTER INFORMATION | | | ! | CARRIER INFORMATION | | | |
|---|---|---|---|---|---|---|---|---|
| IV | WEIGHT | PIECES | CUBE | ! | CLASS | WEIGHT | PIECES | CUBE |
| B | 4312 | 265 | 259 | ! | 55.0 | 4312 | 265 | 259 |

AILER NO: NPRV 655 436 SEAL NO: 0032223 PALLET COUNT: 44

. PIECES: 2101    TOTAL POUNDS: 13,399

X
RECEIVED BY:

LOCK :    SHIP VIA:    STAGE:    ROUTE:

ED BY : P. Santiago    DRIVER: N/A

R INSTRUCTIONS:
SEA STAR/MG562/MG79
SHIPPED BY: SeaStar
*** SEE ADDITIONAL CARRIER INSTRUCTIONS

FOR CARRIER USE ONLY

RDS OFFERED    ACCEPTED ☐    DECLINED ☐

ER PER:    AGENT:    PER: