# EXHIBIT E – PART 9

# Baxter

| | |
|---|---|
| Baxter Healthcare Corporation<br>One Baxter Parkway<br>Deerfield, Illinois 60015-4633 | **STRAIGHT BILL OF LADING-SHORT FOR**<br>**ORIGINAL - Not Negotiable** |

BHC 1878A

| | |
|---|---|
| SHIP TO:   34028228<br>MG-WAUKEGAN DC (REL)<br>C/O ALLEGIANCE<br>2101 WAUKEGAN ROAD<br>WAUKEGAN        IL    60085 | SHIPPED FROM:  BAXTER HEALTHCARE CORP. PRGLC<br>ROAD#S KM.27.4 EXT.<br>EXPRESO DE DIEGBO. PALMAS<br>CATANO, PR        00962 |

BILL OF LADING NO.
RV81471

SHIP DATE / PAGE NO
6/11/02

SCAC

CARRIER SEA STAR

DEST: MG        DATE/TIME PRINTED:  6/11/02    8:21:34

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | |
|---|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 | Special Instructions: Carrier direct bill only - No assignments Include #3 of Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085. |

ORDERS: 5Z973268*AA  5Z98Z130*AA  5Z98Z131*AA  831880493

```
************************************************
**        MEDICAL PRODUCT                    **
************************************************
**   MANDATORY PROTECT FROM FREEZING         **
************************************************
**      PROTECT FROM FREEZING                **
************************************************
```

| FRTCO | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 009 | KITS/SETS,IN/OUTPATIENT TREATMENT/<br>CARE,NOI,IN BXS W/DENS < 5#/CF,W OR<br>W/O SOL    (NMFC 56790-1 CLS 175) | 129 | 93 | 387 |
| 010 | KITS/SETS,IN/OUTPATIENT TREATMENT/<br>CARE,NOI,IN BXS W/DENS >= 5#/CF, W/<br>OR W/O SOL (NMFC 56790-2 CLS 100) | 718 | 737 | 4323 |
| 011 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU<br>LANT,IN PLAS BAG W/IN PLAS BAGS IN<br>BXS/PKG 97    (NMFC 59380-6 CLS 55) | 1048 | 949 | 22782 |
| 031 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED<br>/FOAM, W/DENS 2#/CF < 4#/CF<br>(NMFC 156600-3 CLS 250) | 150 | 79 | 243 |

TRAILER NO: XXU481160  SEAL NO: DO32260  PALLET COUNT: 44

| TOTAL PIECES: | 2180 | TOTAL POUNDS: | 28,005 | X | RECEIVED BY: |
|---|---|---|---|---|---|

(right column notes)
If charges are to be prepaid or stamp here "TO BE PREPAID"
**PREPAID**
Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

**$1.80 Per LB**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire, Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

| | |
|---|---|
| DOOR LOCK        : | SHIP VIA: | STAGE: | ROUTE: |
| LOADED BY        : | | DRIVER: N/A | |

DRIVER INSTRUCTIONS:
SEA STAR/MG555/MG790 /HCG/
SHIPPED BY: Sea Star

**FOR CARRIER USE ONLY**

| PLACARDS OFFERED | ACCEPTED ☐ | DECLINED ☐ | |
|---|---|---|---|
| SHIPPER PER: | | AGENT: | PER: |

**BAXTER**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

SHIP TO: 34027975

ONTARIO DC (REL)
O ALLEGIANCE
51 E PHILADELPHIA ST
NTARIO            CA      91761

DEST: LA

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO, PALMAS
CATANO, PR        00962

DATE/TIME PRINTED:  8/29/02   8:46:51

BILL OF LADING NO.
RV8Z8Z6

SHIP DATE  PAGE NO
8/29/02

SCAC RU

CARRIER STAR

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct Bill only • No assignments: Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | | |

RDERS: 53796979*AA  53796053*AA  53807472*AA  53807473*AA

```
****************************************
 **        MEDICAL PRODUCT          **
****************************************
 **      PROTECT FROM FREEZING       **
****************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 8#/CF,W OR W/O SOL   (NMFC 56790-1 CLS 175) | 557 | 540 | 1854 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 8#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 598 | 764 | 8602 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 366 | 528 | 8656 |
| 88 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432   (NMFC 20480-1 CLS 150) | 59 | 40 | 253 |

If charges are to be prepaid, or stamp here "TO BE PREPA

**PREPAID**

Subject to Section 7 of Cond of applicable bill of lading, i shipment is to be delivered t consignee without recourse o consignor, the consignor shall the following statement:
The carrier shall not make del of this shipment without payr of freight and all other la charges.

_____
(Signature of Consignor)

This is to certify that the a named materials are prop classified, described, packa marked and labeled, and a proper condition for transpor according to the applica regulations of the Departme Transportation.

NOTE - Where the rate is depen on value, shippers are require state specifically in writing the ag or declared value of the prop The agreed or declared value o property is hereby specifically st by the shipper to be not excee

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; a part of bill of lading approved by Interstate Commerce Commiss

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day, or Night (800) 424-9300

RAILER NO: NARU655131 SEAL NO: 0029527  PALLET COUNT: 46

AL PIECES: 1670    TOTAL POUNDS: 19,725    X

_____
RECEIVED BY:

R LOCK    :
DED BY: _____    DRIVER: N/A    STAGE:    ROUTE:

ER INSTRUCTIONS:
SEA STAR/LA601/LA498
SHIPPED BY: _____

- FOR CARRIER USE ONLY -

ARDS OFFERED    ACCEPTED ☐    DECLINED ☐
PER PER:        AGENT:    PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

P TO:
DIXON CALIFORNIA
0 ALLEGIANCE
0B VAUGHN ROAD
XON                    CA    95620

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR              00962

BILL OF LADING NO.
RV62829

SHIP DATE  8-29-02    PAGE NO.

SCAIRU

DEST: SF        DATE/TIME PRINTED:  8/29/02   7:26:17

CARRIER STAR

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments include #3 copy Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

RDERS: 3510        53796030*AA  53807476*AA  53807477*AA

```
              ****************************
          **                                    **
              MEDICAL PRODUCT
          **                                    **
              PROTECT FROM FREEZING
          **                                    **
              ****************************
```

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL   (NMFC 56790-1 CLS 175) | 341 | 354 | 1365 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL  (NMFC 56790-2 CLS 100) | 246 | 334 | 1856 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 609 | 766 | 17018 |
| 8 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 6#/CF INBXS/CRATES/PKG 2311/ 2432   (NMFC 20480-1 CLS 150) | 10 | 3 | 20 |

If charges are to be prepaid, wri
or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditi
of applicable bill of lading, if t
shipment is to be delivered to t
consignee without recourse on t
consignor, the consignor shall si
the following statement:
The carrier shall not make delive
of this shipment without payme
of freight and all other lawf
charges.

(Signature of Consignor)

This is to certify that the abov
named materials are proper
classified, described, packaged
marked and labeled, and are i
proper condition for transportation
according to the applicatio
regulations of the Department o
Transportation.

NOTE - Where the rate is dependen
on value, shippers are required to
state specifically in writing the agree
or declared value of the property
The agreed or declared value of th
property is hereby specifically stated
by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not
a part of bill of lading approved by the
Interstate Commerce Commission.

**CHEMTREC**

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec-
Day or Night
(800) 424-9300

AILER NO: SBGu480591  SEAL NO: 0029514  PALLET COUNT: 76R

| PIECES: | 1434 | TOTAL POUNDS: | 23,329 | X |
|---|---|---|---|---|
| | | | | RECEIVED BY: |

LOCK :          SHIP VIA:          STAGE:          ROUTE:

D BY :                    DRIVER:  N/A

R INSTRUCTIONS:
SEA STAR/SF226/SF5QS   ES/1PL/S8CS/4Z.22CF/2129#
SHIPPED BY:           Bev Dln
SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

RDS OFFERED    ACCEPTED ☐    DECLINED ☐

ER PER:               AGENT:               PER:

**baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

STRAIGHT BILL OF LADING-SHORT FO
ORIGINAL - Not Negotiable

BHC 1878A

HIP TO:        34387340
M-BAXTER EXPORT CORPORATION        SHIPPED FROM:                BILL OF LADING NO.
835 S MENDENHALL RD                BAXTER HEALTHCARE CORP. PRGLC      RV62B96
                                   ROAD#5 KM.27.4 EXT.
EMPHIS          TN        38141    EXPRESO DE DIEGBO. PALMAS          8/30/02  PAGE N
                                   00962  CATANO , PR                SCAC RU

DEST: IM        DATE/TIME PRINTED:  8/30/02    7:21:01              CARRIER STAR

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these
hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery
to consignee.

Special Instructions: Carrier direct to
only - No assignments. Include #3
Bill of Lading w/ Freight Bill to:
Baxter Healthcare Corp.
Freight payment Dept.
1430 Waukegan Road
McGaw Park, IL 60085.

ORDERS:  53766813*AA   53789510*AA   53789511*AA   53789512*AA   53794668*AA
         53794670*AA   53795137*AA   53796163*AA   53796167*AA   53800126*AA

```
        * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
      **                MEDICAL PRODUCT                          **
        * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

If charges are to be prepaid
or stamp here "TO BE PRI

**PREPAID**

Subject to Section 7 of Co
of applicable bill of lading
shipment is to be delivere
consignee without recourse
the following statement:
The carrier shall not make c
of this shipment without pa
of freight and all other
charges.

(Signature of Consigne

| FRTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 009 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL   (NMFC 56790-1 CLS 175) | 71 | 123 | 463 |
| 010 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 438 | 834 | 3912 |
| 011 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 401 | 302 | 1082 |

This is to certify that the
named materials are pr
classified, described, pac
marked and labeled, and
per condition for transpo
according to the appli
regulations of the Departr
Transportation.

NOTE - Where the rate is dep
on value, shippers are requ
state specifically in writing the
or declared value of the pr
The agreed or declared value
property is hereby specifically
by the shipper to be not exc

**$1.80 Per Lb**

*Shippers imprint in lieu of stam
a part of bill at lading approved
Interstate Commerce Commi

**CHEMTREC**

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec
Day or Night
(800) 424-9300

**SUMMARY**

| | BAXTER INFORMATION | | | | CARRIER INFORMATION | | |
|---|---|---|---|---|---|---|---|
| DIV | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| I | 5457 | 910 | 1258 | 55.0 | 1082 | 401 | 302 |

8/30/02
NA

TRAILER N° esu 400129  SEAL NO: 0029420  PALLET COUNT: X 4432

TAL PIECES:        910        TOTAL POUNDS:        5,457    X
                                                            RECEIVED BY:

OR LOCK    :                    SHIP VIA:            STAGE:              ROUTE:

ADED BY   :  [signature]                        DRIVER:  N/A

IVER INSTRUCTIONS:
            SEA STAR/IM/6PL RAW MATERIAL
            SHIPPED BY: [signature]
            SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

CARDS OFFERED    ACCEPTED ☐    DECLINED ☐
PPER PER:                    AGENT:                        PER:

Baxter Hleathcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
ORIGINAL - Not Negotiable

IP TO:    34027975
. ONTARIO DC (REL)
O ALLEGIANCE
51 E PHILADELPHIA ST
TARIO          CA    91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO,   PR          00962

BILL OF LADING NO.
RVR62651

SHIP DATE    PAGE NO.
8/30/02

SCREW

DEST: LA    DATE/TIME PRINTED: 8/30/02   7:21:15

CARRIER STAR

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|------|-------------------------------|------------------|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct bill only • No assignments include as consigne Bill of Lading or Freight Bill to Co. Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53830308*AA  53830308*AA

```
********************************
  **       MEDICAL PRODUCT        **
********************************
  **   MANDATORY PROTECT FROM FREEZING   **
********************************
```

If charges are to be prepaid, w or stamp here "TO BE PREPA

**PREPAID**

Subject to Section 7 of Condit of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement: The carrier shall not make deliv of this shipment without paym of freight and all other law charges.

(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|------|-------------|--------|------|--------|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL   (NMFC 56790-1 CLS 175) | 321 | 350 | 1455 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 306 | 440 | 2363 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 792 | 946 | 25452 |
| 38 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432   (NMFC 20480-1 CLS 150) | 71 | 24 | 142 |

This is to certify that the abo named materials are prope classified, described, packag marked and labeled, and are proper condition for transportati according to the applicati regulations of the Department Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agre or declared value of the proper The agreed or declared value of property is hereby specifically stat by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n a part of bill of lading, approved by th Interstate Commerce Commission

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

RAILER NO. NPRU65546 SEAL NO: 0029452 PALLET COUNT: 42

L PIECES:    1506    TOTAL POUNDS:    29,444    X _____
                                                        RECEIVED BY:

R LOCK :            SHIP VIA:              STAGE:              ROUTE:
OED BY : _M. Torro_          DRIVER: N/A

ER INSTRUCTIONS:    SEA STAR/LA602/LA499
                    SHIPPED BY: _Segiten_
                    SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

ARDS OFFERED    ACCEPTED ☐    DECLINED ☐
PER PER:                      AGENT:                PER:

**Baxter**

| | |
|---|---|
| Baxter Healthcare Corporation<br>One Baxter Parkway<br>Deerfield, Illinois 60015-4633     BHC 1878A | **STRAIGHT BILL OF LADING-SHORT FORM**<br>**ORIGINAL - Not Negotiable** |

IP TO:  34028166

```
CINCINNATI DC (REL)
O ALLEGIANCE
32 SPELLMIRE DRIVE
NCINNATI          OH    45246
```

SHIPPED FROM:

```
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EKT.
EXPRESO DE DIEGBO. PALMAS
CATANO,  PR          00962
```

BILL OF LADING NO.  RV82853

SHIP DATE  8/30/02   PAGE NO.

SOAC RU

CARRIER STAR

DEST: CI        DATE/TIME PRINTED:  8/30/02   7:21:17

## HAZARDOUS MATERIAL INFORMATION

ECES

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery.

**CLASS 70 POUNDS**

Special Instructions: Carrier direct bill only - No assignments. Include as copy of Bill of Lading w/ Freight Bill to:
Baxter Healthcare Corp.
Freight payment Dept.
1430 Waukegan Road
McGaw Park, IL 60085

RDERS:  S3830313*AA   S3830314*AA

```
********************************
**        MEDICAL PRODUCT        **
********************************
**   MANDATORY PROTECT FROM FREEZING   **
********************************
**      PROTECT FROM FREEZING       **
********************************
```

If charges are to be prepaid, write or stamp here "TO BE PREPAID

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency
Spill, Leak, Fire Exposure or Accident
Call Chemtrec
Day or Night
(800) 424-9300

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/<br>CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR<br>W/O SOL   (NMFC 56790-1 CLS 175) | 208 | 211 | 737 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/<br>CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/<br>OR W/O SOL (NMFC 56790-2 CLS 100) | 190 | 378 | 2272 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU<br>LANT,IN PLAS BAG W/IN PLAS BAGS IN<br>BXS/PKG 97  (NMFC 59380-6 CLS 55) | 679 | 831 | 18391 |
| 8 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/<br>DENS >= 8#/CF INBXS/CRATES/PKG 2311/<br>2432    (NMFC 20480-1 CLS 150) | 18 | 6 | 36 |

AILER NO: NRRU655087 SEAL NO: 0029548 PALLET COUNT: 32

| PIECES: | 1095 | TOTAL POUNDS: | 21,436 | X |
|---|---|---|---|---|
| | | | | RECEIVED BY: |

LOCK :

ED BY _[signature]_

SHIP VIA:

STAGE:

DRIVER:  N/A

ROUTE:

R INSTRUCTIONS:

SEA STAR/CE175/CI038
SHIPPED BY: _[signature]_ Sea Star

SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

RDS OFFERED        ACCEPTED ☐        DECLINED ☐

R PER:

AGENT:        PER:

**BAXTER**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

P TO:    34028228
-WAUKEGAN DC (REL)
O ALLEGIANCE
O1 WAUKEGAN ROAD
UKEGAN          IL    60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR          00962

| | |
|---|---|
| BILL OF LADING NO. RV62852 | |
| SHIP DATE 08-30-02 | PAGE NO. |
| SCACRU | |
| CARRIER STAR | |

DEST: MG          DATE/TIME PRINTED:  8/30/02    8:13:16

**ECES**

## HAZARDOUS MATERIAL INFORMATION

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

**CLASS 70 POUNDS**

Special Instructions: Carrier direct billed only - No assignments Include #3 copy. Bill of Lading W/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road, McGaw Park, IL 60085

RDERS: 53830310*AA   53830311*AA

```
        * * * * * * * * * * * * * * * * * * * * * * * * * * * *
        **              MEDICAL PRODUCT              **
        * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 615 | 447 | 1748 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL  (NMFC 56790-2 CLS 100) | 252 | 408 | 2346 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97    (NMFC 59380-6 CLS 55) | 788 | 1006 | 23256 |
| 8 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432  (NMFC 20480-1 CLS 150) | 112 | 38 | 224 |
| 6 | KITS,HOSPITAL PATIENT,IN BXS W/DENS >= 5#/CF          (NMFC 56785-2 CLS 85) | 112 | 43 | 224 |

AILER NO: NPRU 65543| SEAL NO: 0029483| PALLET COUNT: 44P

| PIECES: | 1879 | TOTAL POUNDS: | 27,798 | X |
|---|---|---|---|---|
| | | | | RECEIVED BY: |

If charges are to be prepaid, wri or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditio of applicable bill of lading, if th shipment is to be delivered to t consignee without recourse on t consignor, the consignor shall si the following statement.
The carrier shall not make delive of this shipment without payme of freight and all other lawf charges.

_____
(Signature of Consignor)

This is to certify that the above named materials are proper classified, described, package marked and labeled, and are i proper condition for transportatio according to the applicabl regulations of the Department o Transportation.

NOTE - Where the rate is depende on value, shippers are required t state specifically in writing the agree or declared value of the property. The agreed or declared value of th property is hereby specifically state by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; no a part of bill of lading approved by th Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

LOCK    :          SHIP VIA:          STAGE:          ROUTE:

ED BY: _____    DRIVER: _N/A_

R INSTRUCTIONS:    SEA STAR/MG601/MG838
                    SHIPPED BY: _____
                    SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -

| RDS OFFERED | ACCEPTED ☐ | DECLINED ☐ |
|---|---|---|
| ER PER: | AGENT: | PER: |

**BAXTER**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
ORIGINAL - Not Negotiable

HIP TO:
A ONTARIO DC (REL)
/O ALLEGIANCE
551 E PHILADELPHIA ST
NTARIO          CA       91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR       00962

BILL OF LADING NO.
RY62867

SHIP DATE | PAGE NO
9-3-02 |

DEST: LA       DATE/TIME PRINTED:   9/03/02   7:33:29

SC CRU

CARRIER STAR | SEA STAR

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments include a3.co Bill of Lading w/ Freight Bill to Baxter Healthcare Corp Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 | |

RDERS: 3528       53865689*AA   53865690*AA

*************************************************
**          MEDICAL PRODUCT          **
*************************************************
**      MANDATORY PROTECT FROM FREEZING      **
*************************************************

If charges are to be prepaid, or stamp here "TO BE PREP

**PREPAID**

Subject to Section 7 of Cond applicable bill of lading, if shipment is to be delivered t consignee without recourse o consignor, the consignor shal the following statement:
The carrier shall not make del of this shipment without payr of freight and all other la charges.

(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 109 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL   (NMFC 56790-1 CLS 175) | 388 | 440 | 1574 |
| 110 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 558 | 603 | 3523 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 433 | 630 | 9445 |
| 31 | ARTICLE,PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 12 | 8 | 36 |

This is to certify that the ab named materials are prop classified, described, packa marked and labeled, and ar proper condition for transpor according to the applica regulations of the Departme Transportation.

NOTE - Where the rate is depen on value, shippers are require state specifically in writing the ag or declared value of the prop The agreed or declared value o property is hereby specifically sta by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; a part of bill at lading approved by Interstate Commerce Commissi

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

RAILER NO: STRU 455030   SEAL NO: 00 29555   PALLET COUNT: 42

AL PIECES:      1578      TOTAL POUNDS:      19,015      X _____

RECEIVED BY:

R LOCK   :                 SHIP VIA:                 STAGE:                 ROUTE:

DED BY                                         DRIVER:  N/A

ER INSTRUCTIONS:   SEA STAR/LA603/LA500   ES/2PL/122CS/91.11CF
SHIPPED BY: Sea Star

SEE ADDITIONAL PAGES FOR FURTHER INSTRUCTIONS

- FOR CARRIER USE ONLY -
CARDS OFFERED   ACCEPTED ☐   DECLINED ☐
PER PER:                 AGENT:                 PER:

BAXTER

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:
N-WESTON DC, WESTON FL
/O ALLEGIANCE
205 MERIDIAN PARKWAY
STON          FL    33331

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EKT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV62864

SHIP DATE    PAGE NO.
1/3/02

SCACRU

CARRIER STAR

DEST: MA          DATE/TIME PRINTED:  9/03/02    7:33:27

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignees.

Special Instructions: Carrier direct bill only - No assignments. Include "#3 copy Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085.

RDERS: 3626          53865683*AA  53865684*AA

```
        * * * * * * * * * * * * * * * * * * * * * * * * * *
      **                                              **
      **        MEDICAL PRODUCT                       **
        * * * * * * * * * * * * * * * * * * * * * * * * * *
      **        PROTECT FROM FREEZING                 **
        * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 81 | 74 | 213 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 261 | 204 | 1150 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 473 | 632 | 12663 |
| 5 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX   $2.30/#  (NMFC 60000 CLS 70) | 80 | 45 | 680 |

If charges are to be prepaid, wri or stamp here "TO BE PREPAII
**PREPAID**

Subject to Section 7 of Conditio of applicable bill of lading, if tl shipment is to be delivered to t consignee without recourse on tl consignor, the consignor shall si the following statement:
The carrier shall not make delive of this shipment without payme of freight and all other lawfi charges.

(Signature of Consignor)

This is to certify that the abov named materials are properl classified, described, package marked and labeled, and are il proper condition for transportatio according to the applicatio regulations of the Department o Transportation.

NOTE - Where the rate is dependei on value, shippers are required to state specifically in writing the agreec or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night
(800) 424-9300

AILER NO: STRU455005  SEAL NO: 0039442  PALLET COUNT: 22

.PIECES:    926    TOTAL POUNDS:    15,791    X
                                            RECEIVED BY:

LOCK   :          SHIP VIA:          STAGE:          ROUTE:

ED BY    _[signature]_          DRIVER: N/A

R INSTRUCTIONS:
          SEA STAR/MA161/MA0010    ES/1PL/31CS/26.66CG
          SHIPPED BY: _[signature] Sea Star_
          SEE ADDITIONAL PAGE FOR FURTHER INSTRUCTIONS

RDS OFFERED    ACCEPTED ☐    DECLINED ☐    - FOR CARRIER USE ONLY -
R PER:                              AGENT:                    PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

SHIP TO:   34028228

- WAUKEGAN DC (REL)
  ALLEGIANCE
01 WAUKEGAN ROAD
UKEGAN          IL     60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV626GS

SHIP DATE   9-1-02    PAGE NO.

SCAC RU

CARRIER STAR

DEST: MG          DATE/TIME PRINTED: 9/03/02   7:33:25

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments include #3 cop Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

RDERS:  S3865681*AA  S3865682*AA  834125719

```
**********************************
**          MEDICAL PRODUCT          **
**********************************
**   MANDATORY PROTECT FROM FREEZING   **
**********************************
**      PROTECT FROM FREEZING        **
**********************************
```

All charges are to be prepaid, or stamp here "TO BE PREPA

**PREPAID**

Subject to Section 7 of Condi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement:
The carrier shall not make deliv of this shipment without paym of freight and all other law charges.

_____
(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL   (NMFC S6790-1 CLS 175) | 445 | 530 | 2322 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC S6790-2 CLS 100) | 853 | 926 | 5671 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC S9380-6 CLS 55) | 561 | 584 | 11343 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 151 | 66 | 192 |

This is to certify that the abo named materials are prope classified, described, package marked and labeled, and are proper condition for transportati according to the applicabl regulations of the Department Transportation.

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n a part of bill of lading approved by t Interstate Commerce Commissi

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

NOTE - Where the rate is depend on value, shippers are required to state specifically in writing the age or declared value of the proper The agreed or declared value of t property is hereby specifically state by the shipper to be not exceed

RAILER NO: NPLW 65215  SEAL NO: 0029504  PALLET COUNT: 468

AL PIECES:   2040    TOTAL POUNDS:   19,648    X _____
                                                    RECEIVED BY:

R LOCK                          SHIP VIA:          STAGE:          ROUTE:

DED BY: _[signature]_                   DRIVER:  N/A

ER INSTRUCTIONS:
          SEA STAR/HCG/MG602/MG939
          SHIPPED BY:   SSM

- FOR CARRIER USE ONLY -

ARDS OFFERED    ACCEPTED ☐    DECLINED ☐

PER PER:                          AGENT:          PER:

# baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT F**
**ORIGINAL - Not Negotiable**

SHIP TO:    34240829

BAXTER EXPORT CORPORATION
4835 S MENDENHALL RD

MEMPHIS            TN        38141

DEST: IM

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO, PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV62662

SHIP DATE    PAGE1
9-3-02

SCAC RU

CARRIER STAR

DATE/TIME PRINTED: 9/03/02    7:33:24

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct only - No assignments include in Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 52096901*BE    52615262*BD    52702379*BB    52974756*BF    52996710*BA
        53204532*BB    53348090*BD    53796164*AA    53796169*AA    53801232*AA
        53801250*AA    53806604*AA    53806607*AA    53806608*AA    53809393*AA
        53816008*AA

```
*******************************************
  **      MEDICAL PRODUCT          **
  **                               **
  **    PROTECT FROM FREEZING       **
*******************************************
```

If charges are to be prep or stamp here "TO BE P

**PREPAID**

Subject to Section 7 of c of applicable bill of lad shipment is to be delive Bill of Lading or Freight Bill-to consignee without recou consignee, the consigner the following statement: The carrier shall not mak of this shipment without of freight and all oth charges.

(Signature of Consi)

This is to certify that the named materials are classified, described, p marked and labeled, a proper condition for trans according to the supp regulations of the Depa Transportation.

| FRTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 009 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 8#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 225 | 355 | 1476 |
| 010 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 8#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 1054 | 950 | 3453 |
| 011 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97    (NMFC 59380-6 CLS 55) | 88 | 19 | 280 |
| 088 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432       (NMFC 20480-1 CLS 150) | 53 | 57 | 371 |

NOTE - Where the rate is c on value, shippers are re state specifically in writing t or declared value of the The agreed or declared val properly is hereby specifica by the shipper to be not e

**$1.80 Per L**

'Shippers imprint in lieu of c a part of bill of lading approv Interstate Commerce Com

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

TRAILER NO: NPRU 655185    SEAL NO: 0029585    PALLET COUNT: 40 P

TOTAL PIECES:    2054    TOTAL POUNDS:    8,750    X_____

RECEIVED BY:

- FOR CARRIER USE ONLY -

DOOR LOCK    :

LOADED BY    :

DRIVER INSTRUCTIONS:

SHIP VIA:

DRIVER:    N/A

STAGE:                ROUTE:

SEA STAR/IM
SHIPPED BY:    Sea Star

ACARDS OFFERED    ACCEPTED ☐    DECLINED ☐

IPPER PER:            AGENT:                PER:

# Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FORI
ORIGINAL - Not Negotiable**

BHC 1878A

TO: 34028228
-WAUKEGAN DC (REL)
J ALLEGIANCE
31 WAUKEGAN ROAD
KEGAN          IL     60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#8 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV82920

SHIPDATE  PAGE NO.
9/4/02

SCAC PRU

CARRIER STAR

DEST: MG          DATE/TIME PRINTED:  9/06/02   7:45:50

## HAZARDOUS MATERIAL INFORMATION

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

CLASS 70 POUNDS

Special Instructions: Carrier direct billi
only - No assignments Include #3 cop
Bill of Lading w/.Freight Bill to
Baxter Healthcare Corp.
Freight-payment Dept.
1430 Waukegan Road
McGaw Park, IL 60085

If charges are to be prepaid, w
or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Condi
of applicable bill of lading, if t
shipment is to be delivered to
consignee without recourse on
consignor, the consignor shall s
the following statement:
The carrier shall not make deliv
of this shipment without payme
of freight and all other law
charges.

(Signature of Consignor)

This is to certify that the abc
named materials are prope
classified, described, packag
marked and labeled, and are
proper condition for transportat
according to the applicati
regulations of the Departmen
Transportation.

NOTE - Where the rate is depend
on value, shippers are required
state specifically in writing the ag
or declared value of the prope
The agreed or declared value of t
property is hereby specifically sta
by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp;
a part of bill of lading approved by t
Interstate Commerce Commissi

ORDERS: 53911692*AA   53911693*AA

```
**********************************
**                              **
**          MEDICAL PRODUCT           **
**********************************
**                              **
**        PROTECT FROM FREEZING        **
**********************************
```

| PTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|------|-------------|--------|------|--------|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL   (NMFC 56790-1 CLS 175) | 305 | 323 | 1352 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 545 | 668 | 3847 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 765 | 1067 | 18301 |
| 11 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 75 | 30 | 75 |

CHEMTREC

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec
Day or Night
(800) 424-9300

AILER NO SBGU49004  SEAL NO: 0029512  PALLET COUNT: 44

L PIECES:          1690     TOTAL POUNDS:          23,575     X

RECEIVED BY:

R LOCK          :          SHIP VIA:          STAGE:          ROUTE:

ED BY:   A. Rivera          DRIVER:   N/A

R INSTRUCTIONS:          SEA STAR/MG604/MG841
SHIPPED BY:   Sea Star

SEE ROUTE FOR CARRIER USE ONLY

| OFFERED | ACCEPTED ☐ | DECLINED ☐ | | |
|---------|-----------|-----------|---|---|
| R: | | AGENT: | | PER: |

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:
S-WAUKEGAN DC (REL)
/O ALLEGIANCE
101 WAUKEGAN ROAD
AUKEGAN            IL    60085

DEST: MG

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR            00962

DATE/TIME PRINTED:  9/06/02   7:45:48

BILL OF LADING NO.
RV82919

SHIP DATE     PAGE NO
9-6-02
SCAC
APRU

CARRIER
SEA STAR

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct billi only - No assignments include #3.65 Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

RDERS: 3551      3569         53867010*AA    53869548*AA   53911690*AA
       53911691*AA   834176147

```
                 ***************************************
                 **                                   **
                 **           MEDICAL PRODUCT          **
                 ***************************************
                 **                                   **
                 **       PROTECT FROM FREEZING        **
                 ***************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 534 | 425 | 1703 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 307 | 229 | 1298 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97    (NMFC 59380-6 CLS 55) | 1135 | 1175 | 28405 |
| 20 | BAGS/ENV/PCKTS/POUCHES,PLASTIC, W/DE NS >= #15/CF,IN BXS/CRATES/PKGS 2311 /2432    (NMFC 20480-3 CLS 60) | 29 | 11 | 87 |

If charges are to be prepaid, write or stamp here "TO BE PREPA

**PREPAID**

Subject to Section 7 of Condi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement: The carrier shall not make deli of this shipment without paym of freight and all other lav charges.

(Signature of Consignor)

This is to certify that the ab named materials are prop classified, described, package marked and labeled, and are proper condition for transportati according to the applicab regulations of the Departme Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agr or declared value of the prope The agreed or declared value of t property is hereby specifically sta by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n a part of bill of lading approved by t Interstate Commerce Commissi

**CHEMTREC**

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec-
Day or Night
(800) 424-9300

RAILER NO SESU 400573 SEAL NO: 0029564 PALLET COUNT: 44

L PIECES:    2419    TOTAL POUNDS:    37,035    X

RECEIVED BY:

R LOCK    :                SHIP VIA:              STAGE:              ROUTE:

DED BY                                        DRIVER: N/A

ER INSTRUCTIONS:    SEA STAR/MG603/MG840  ES/1PL/3ZCS/36.66CF
                    SHIPPED BY: Sea Star

ARDS OFFERED  ACCEPTED ☐   DECLINED ☐     FOR CARRIER USE ONLY

PER PER:                AGENT:              PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

TO: 34027959
MEMPHIS RC
35 MENDENHALL RD S

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS

BILL OF LADING NO.
RV82915

MPHIS    TN    38141    CATANO, PR    00962

SHIP DATE: 9-5-02    PAGE NO.

SCAC RU

DEST: JD    DATE/TIME PRINTED: 9/05/02 10:16:39

CARRIER STAR

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments include a shipper Bill of Lading or Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

RDERS: S390ZS34*AA

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* *         MEDICAL PRODUCT                    * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* *         PROTECT FROM FREEZING              * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

If charges are to be prepaid, wr or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditio of applicable bill of lading, if t shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement: The carrier shall not make deliv of this shipment without paym of freight and all other law charges.

(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| L1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BKS/PKG 97   (NMFC S9380-6 CLS SS) | 1299 1300 | 1226 | 23175 |

This is to certify that the abo named materials are prope classified, described, packagi marked and labeled, and are proper condition for transportati according to the applicabl regulations of the Department Transportation.

NOTE - Where the rate is depende on value, shippers are required state specifically in writing the agre or declared value of the prope The agreed or declared value of t property is hereby specifically stat by the shipper to be not exceed

$1.80 Per Lb.

*Shippers imprint in lieu of stamp; n a part of bill of lading approved by t Interstate Commerce Commissic

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

| SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | BAXTER INFORMATION | | | CARRIER INFORMATION | | | |
| TY | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| B | 23175 | 1300 | 1226 | SS.0 | 23175 | 1300 | 1226 |

AILER NO: NPRU655383   SEAL NO: 0029552   PALLET COUNT: 26P.

L PIECES: 1299 1300   TOTAL POUNDS: 23,175   X _____
RECEIVED BY:

R LOCK :    SHIP VIA:    STAGE:    ROUTE:

DED BY :    DRIVER: N/A

ER INSTRUCTIONS:    SEA STAR
SHIPPED BY: Sea Star

SEE ROUTE FOR CARRIER USE ONLY

ARDS OFFERED   ACCEPTED ☐   DECLINED ☐

PER PER:    AGENT:    PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

P TO:   34028228
WAUKEGAN DC (REL)
@ ALLEGIANCE
31 WAUKEGAN ROAD
UKEGAN         IL    60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR         00962

BILL OF LADING NO.
RV82907

SHIP DATE  9-5-02    PAGE NO.

SCA CRU

CARRIER STAR

DEST: MG       DATE/TIME PRINTED:  9/05/02   7:16:12

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

RDERS: 53891188*AA

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
   **              MEDICAL PRODUCT              **
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|------|-------------|--------|------|--------|
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 2560 | 1653 | 8958 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**SUMMARY**

| | BAXTER INFORMATION | | | : | CARRIER INFORMATION | | |
|-----|--------|--------|------|---|--------|--------|------|
| IV | WEIGHT | PIECES | CUBE | : CLASS | WEIGHT | PIECES | CUBE |
| I | 8958 | 2560 | 1653 | : 100.0 | 8958 | 2560 | 1653 |

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

NO: NPRU655327    SEAL NO: 0029580    PALLET COUNT: 44P

L PIECES:    2560    TOTAL POUNDS:    8,958    | X _____ |
|             | RECEIVED BY: |

R LOCK                    SHIP VIA:              STAGE:              ROUTE:

ED BY: _[signature]_       DRIVER:  N/A

ER INSTRUCTIONS:
SEA STAR/RUSH-ZC7451    34281319VT
SHIPPED BY:  Sea Star

- FOR CARRIER USE ONLY -

ARDS OFFERED    ACCEPTED ☐    DECLINED ☐

PER PER:                      AGENT:                      PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

TO:    34028,228
WAUKEGAN DC (REL)
ALLEGIANCE
1 WAUKEGAN ROAD
KEGAN          IL     60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO, PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV82906

SHIP DATE  7/3/02   PAGE NO.

SCAC PRU

CARRIER STAR

DEST: MG          DATE/TIME PRINTED:  9/05/20    7:16:10

| | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | |
|---|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments include #3 copy - Bill of Lading w/ Freight Bill to:
Baxter Healthcare Corp.
Freight payment Dept.
1430 Waukegan Road
McGaw Park, IL 60085

DERS: 53891183*AA

```
          * * * * * * * * * * * * * * * * * * * * * * * * * * * *
        * *                                                    * *
          * * * * * * * * * MEDICAL PRODUCT * * * * * * * * * * * *
        * *                                                    * *
          * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

CO   DESCRIPTION

|  |  | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-Z CLS 100) | | 2630 2640 | 1705 | 9239 |

@ 9-5-02

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

| | SUMMARY | | | | | | |
|---|---|---|---|---|---|---|---|
| | BAXTER INFORMATION | | | ! | CARRIER INFORMATION | | |
| V | WEIGHT | PIECES | CUBE | ! CLASS | WEIGHT | PIECES | CUBE |
| | 9239 | 2640 | 1705 | ! 100.0 | 9239 | 2640 | 1705 |

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

TR NO: GESu400417  SEAL NO: 0029410   PALLET COUNT: 44

ECES:    2630 REL
         2640 9-5-02   TOTAL POUNDS:        9,239

X _____
                    RECEIVED BY:

CK    :          SHIP VIA:          STAGE:          ROUTE:

BY   P. Santiago          DRIVER:  N/A

NSTRUCTIONS:    SEA STAR/MG-34281318VT   RUSH-2C7451
                SHIPPED BY:  Sea Star

- FOR CARRIER USE ONLY -

S OFFERED    ACCEPTED ☐    DECLINED ☐
PER:                  AGENT:                  PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

P TO:
ONTARIO DC (REL)
C ALLEGIANCE
51 E PHILADELPHIA ST
TARIO                   CA        91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGHO. PALMAS
CATANO, PR          0096Z

BILL OF LADING NO.
RV82905

SHIP DATE | PAGE NO.
9-5-02

SCGTRU

CARRIER STAR

DEST: LA          DATE/TIME PRINTED:    9/05/02      7:16:09

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct this only - No assignments include 43 only Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
| --- | --- | --- | --- |

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery, to consignee.

RDERS: 3667          53867027*AA  53900481*AA  834Z10623

```
**********************************************
**                                          **
************ MEDICAL PRODUCT ****************
**                                          **
**        PROTECT FROM FREEZING             **
**********************************************
```

If charges are to be prepaid, wri or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditio of applicable bill of lading, if th shipment is to be delivered to th consignee without recourse on th consignor, the consignor shall si the following statement:
The carrier shall not make delive of this shipment without paymen of freight and all other lawfu charges.

(Signature of Consignor)

This is to certify that the abov named materials are properl classified, described, packaged marked and labeled, and are i proper condition for transportatio according to the applicatio regulations of the Department o Transportation.

NOTE - Where the rate is depende on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading, approved by the Interstate Commerce Commission.

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
| --- | --- | --- | --- | --- |
| .0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 54 | 98 | 486 |
| .1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 623 | 771 | 13314 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 3161 | 1252 | 3172 |
| 4 | GLASS, MICROSCOPE SLIDE/COVER,IN BXS (NMFC 86770 CLS 70) | 8 | 5 | 280 |
| 3 | BAG/ENV/PCKT/POUCHES,PLASTIC,W/DENS 8#/CF < 15#/CF,INBXS/CRATES/PKG Z311 /Z432   (NMFC 20480-2 CLS 92.5) | 27 | 13 | 135 |

**CHEMTREC**
For Chemical Emergency
Spill, Leak, Fire Exposure or Accident
Call Chemtrec
Day or Night
(800) 424-9300

AILER NO: UXXU480641   SEAL NO: 0029560   PALLET COUNT: 42PC

. PIECES:    3873    TOTAL POUNDS:    17,387    X _____
                                                    RECEIVED BY:

LOCK      :
ED BY     :                          SHIP VIA:          STAGE:          ROUTE:

                                                        DRIVER:   N/A

R INSTRUCTIONS:

          SEA STAR.LASQ1/H73/    ES/1PL/8CS/1Z.ZZCF
          SHIPPED BY:   Sea Star

FOR CARRIER USE ONLY

RDS OFFERED    ACCEPTED ☐    DECLINED ☐

R PER:                      AGENT:                      PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

P TO:
DIXON CALIFORNIA
J ALLEGIANCE
B VAUGHN ROAD
XON          CA    95620

DEST: SF

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR            00962

DATE/TIME PRINTED: 9/06/02    7:45:43

BILL OF LADING NO.
RV829Z1

SHIP DATE    PAGE NO.
9/6/02

SCA RU

CARRIER STAR

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct bill only - No assignments include #3 copy Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept 1430 Waukegan Road McGaw Park IL 60085

RDERS: 3539        3555        53911694*AA  53911695*AA

```
                    ************************************
                **          MEDICAL PRODUCT              **
                ************************************
                **    MANDATORY PROTECT FROM FREEZING    **
                ************************************
                **        PROTECT FROM FREEZING          **
                    ************************************
```

If charges are to be prepaid, wi or stamp here "TO BE PREPAI"

**PREPAID**

Subject to Section 7 of Conditic of applicable bill of lading, if t shipment is to be delivered to t consignee without recourse on t consignor, the consignor shall si the following statement:
The carrier shall not make deliv of this shipment without payme of freight and all other lawl charges.

(Signature of Consignor)

This is to certify that the abov named materials are proper classified, described, package marked and labeled, and are proper condition for transportatio according to the applicatic regulations of the Department Transportation.

**$1.80 Per Lb.**
*Shippers imprint in lieu of stamp; no a part of bill of lading approved by th Interstate Commerce Commission

| ITCO | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 9 | 6 | 22 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 286 | 316 | 1616 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 953 | 1037 | 24902 |
| 8 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432    (NMFC 20460-1 CLS 150) | 8 | 3 | 16 |

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

AILER NO. STRU455090 SEAL NO. 0029498 PALLET COUNT: 30

L PIECES: 1339    TOTAL POUNDS: 29,461    X

RECEIVED BY:

R LOCK

ED BY:            SHIP VIA:        STAGE:        ROUTE:

DRIVER: N/A

ER INSTRUCTIONS:
SEA STAR/SF227/SF506        ES/2PL/83CS/66.66CF
SHIPPED BY:  Sea Star

FOR CARRIER USE ONLY

RDS OFFERED    ACCEPTED ☐    DECLINED ☐

ER PER:            AGENT:        PER:

**BAXTER**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:   34027975
. ONTARIO DC (REL)
'O ALLEGIANCE
51 E PHILADELPHIA ST
'TARIO        CA      91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO, PALMAS
CATANO,  PR           00962

DEST: LA        DATE/TIME PRINTED:  9/06/02   7:45:57

BILL OF LADING NO.
RV82929

SHIP DATE  9-6-02   PAGE NO.

SCAC  TRU

CARRIER  STAR

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | Special Instructions 'Carrier direct Bill only - No assignments Include: #3rd copy of Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |

RDERS: 53911711*AA  53911712*AA

```
              * * * * * * * * * * * * * * * * * * * * * * * * * * *
         * *             MEDICAL PRODUCT                  * *
              * * * * * * * * * * * * * * * * * * * * * * * * * * *
         * *          PROTECT FROM FREEZING               * *
              * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

If charges are to be prepaid, w or stamp here "TO BE PREPA

**PREPAID**

Subject to Section 7 of Condit of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement:
The carrier shall not make deliv of this shipment without paym of freight and all other law charges.

_(Signature of Consignor)_

This is to certify that the abo named materials are prope classified, described, package marked and labeled, and are proper condition for transportati according to the applicabl regulations of the Department Transportation.

NOTE - Where the rate is depende en value, shippers are required state specifically in writing the agre or declared value of the proper The agreed or declared value of t property is hereby specifically stat by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n a part of bill of lading approved by th Interstate Commerce Commission

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| )9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL  (NMFC 56790-1 CLS 175) | 330 | 302 | 1187 |
| .0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 472 | 492 | 2716 |
| :1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 1119 | 1140 | 26947 |
| :1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 630 | 248 | 630 |

CHEMTREC

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec
Day or Night
(800) 424-9300

AILER NO. NPRU 655 248 SEAL NO. 0029475  PALLET COUNT:  46P

L PIECES:  2551     TOTAL POUNDS:       31,480     X

RECEIVED BY:

R LOCK                      SHIP VIA:          STAGE:              ROUTE:

ED BY:                      DRIVER:  N/A

ER INSTRUCTIONS:
SEA STAR/LA604/LA502
SHIPPED BY:  Sea Star

FOR CARRIER USE ONLY

RDS OFFERED    ACCEPTED ☐    DECLINED ☐

ER PER:                     AGENT:                        PER:

**baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:  34027968
. GRAND PRAIRIE DC
O ALLEGIANCE
80 WEST INTERSTATE 20
AND PRAIRIE    TX    75052

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#6 KM.27.4 EXT.
EXPRESO DE DIEGO, PALMAS
CATANO, PR       00962

BILL OF LADING NO.
RV82928

SHIP DATE    PAGE NO.
9/6/02

SCARRU

DEST: DL        DATE/TIME PRINTED:  9/06/02   7:45:56

CARRIER STAR

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier draught bill Only - No assignments include as con Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | | |

RDERS: 53911709*AA  53911710*AA

```
*************************************************
 **        MEDICAL PRODUCT              **
*************************************************
 **      PROTECT FROM FREEZING          **
*************************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 167 | 110 | 486 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 256 | 294 | 1587 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97    (NMFC 59380-6 CLS 55) | 1420 | 1309 | 35500 |
| 26 | KITS,HOSPITAL PATIENT,IN BXS W/DENS >= 5#/CF        (NMFC 56785-2 CLS 85) | 64 | 25 | 128 |

SUMMARY

| | BAXTER INFORMATION | | | : | CARRIER INFORMATION | | |
|---|---|---|---|---|---|---|---|
| LIV | WEIGHT | PIECES | CUBE | : CLASS | WEIGHT | PIECES | CUBE |
| B | 35500 | 1420 | 1309 | 55 | 35500 | 1420 | 1309 |

RAILER NO: Gesu 410603   SEAL NO: 0059489   PALLET COUNT: 34

L PIECES:       1907        TOTAL POUNDS:        37,701      X

RECEIVED BY:

R LOCK    :
ED BY:    [signature]
ER INSTRUCTIONS:
SEA STAR/DT356/DL891
SHIPPED BY:  Sea Star

SHIP VIA:

DRIVER:  N/A

STAGE:

ROUTE:

- FOR CARRIER USE ONLY -

ARDS OFFERED    ACCEPTED ☐    DECLINED ☐
ER PER:                          AGENT:                     PER:

If charges are to be prepaid, w or stamp here "TO BE PREPA

**PREPAID**

Subject to Section 7 of Condi of applicable bill of lading. If shipment is to be delivered to consignee without recourse on consignor, the consignor shall r the following statement: The carrier shall not make deli of this shipment without paym of freight and all other law charges.

(Signature of Consignor)

This is to certify that the ab named materials are prope classified, described, packag marked and labeled, and are proper condition for transportati according to the applicabl regulations of the Department Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agre or declared value of the proper The agreed or declared value of properly is hereby specifically stat by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n a part of bill of lading approved by t Interstate Commerce Commissi

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300