# EXHIBIT E – PART 10

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FORM**
BHC 1878A    **ORIGINAL - Not Negotiable**

TO:    34367340

TER HEALTHCARE CORP
**CROSSDOCK****
5S MENDENHALL RAOD
MPHIS              TN      38141

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR            00962

BILL OF LADING NO.
RV8Z95O

SHIP DATE     PAGE NO.
9-9.02

SCAC RU

CARRIER STAR

DEST: MEMPHIS    DATE/TIME PRINTED:    9/09/02    8:18:19

ECES    **HAZARDOUS MATERIAL INFORMATION**    **CLASS 70 POUNDS**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight Payment Dept. 1430 Waukegan Road McGaw Park IL 60085

RDERS: 53911Z53*AA    53911Z54*AA    53914973*AA    53936035*AA    53936036*AA
53936037*AA    53936038*AA    53936039*AA

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
**              MEDICAL PRODUCT              **
* * * * * * * * * * * * * * * * * * * * * * * * * * *
**          PROTECT FROM FREEZING           **
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

If charges are to be prepaid, wri or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditi of applicable bill of lading, if t shipment is to be delivered to t consignee without recourse on t consignor, the consignor shall si the following statement:
The carrier shall not make deliv of this shipment without payme of freight and all other law charges.

_____
(Signature of Consignor)

This is to certify that the abo named materials are prope classified, described, package marked and labeled, and are proper condition for transportati according to the applicable regulations of the Department Transportation.

NOTE - Where the rate is depende on value, shippers are required state specifically in writing the age or declared value of the proper The agreed or declared value of t property is hereby specifically state by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by t Interstate Commerce Commissio

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 435 | 231 | 868 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 409 | 363 | 1951 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1512 | 1248 | 37450 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 57 | 22 | 59 |

CHEMTREC

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

AILER NO: NPRU65S137  SEAL NO: 0039593  PALLET COUNT: 40R.

L PIECES:    2469    TOTAL POUNDS:    40,416    X
                                                    RECEIVED BY: _____

R LOCK    :                SHIP VIA:            STAGE:            ROUTE:

ED BY    :                                DRIVER:    N/A

ER INSTRUCTIONS:
        SEA STAR-/JO-3914973AA-  AND IM
        SHIPPED BY: _____ Sea Star

- FOR CARRIER USE ONLY -

ARDS OFFERED    ACCEPTED ☐    DECLINED ☐

ER PER:                        AGENT:                PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORI**
**ORIGINAL - Not Negotiable**

TO:
EARTH CITY DC (REL)
J ALLEGIANCE
536 LAKE FRONT DRIVE
RTH CITY          MO          63045

DEST: SL          DATE/TIME PRINTED: 9/06/02    7:45:40

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR              00962

BILL OF LADING NO.
RV82934

SHIP DATE    9-6-02    PAGE NO.

SCAC    TRU

CARRIER    STAR

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | |
|---|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments include #3 copy. Bill of Lading W/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

DERS: 3521          3530          53869558*AA    53891036*AA    53911703*AA
53911704*AA    8341Z57ZZ

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**                                                      **
**              MEDICAL PRODUCT                         **
**                                                      **
**          PROTECT FROM FREEZING                       **
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

If charges are to be prepaid, with or stamp here "TO BE PREPAID

**PREPAID**

Subject to Section 7 of Condition of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 184 | 97 | 452 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 34 | 68 | 382 |
| L | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 682 | 740 | 16513 |
| L | ARTICLE,PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 80 | 31 | 84 |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the application regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

ILER NO. SRGU480438    SEAL NO. 002944/    PALLET COUNT: 28

PIECES: 1265    TOTAL POUNDS: 19,486    X

RECEIVED BY: _____

LOCK    :

D BY: _____

SHIP VIA:

DRIVER: N/A

STAGE:

ROUTE:

R INSTRUCTIONS:
SEA STAR/SL860/SL156/HVM/ES/ZPL/35CS/33.33CF/
SHIPPED BY: Sea Star

SEE ADDITIONAL CARRIER INSTRUCTIONS
FOR CARRIER USE ONLY:

DS OFFERED    ACCEPTED ☐    DECLINED ☐

R PER:

AGENT:

PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:
-JESSUP DC (REL)
O ALLEGIANCE
2D DORSEY RUN ROAD
SSUP                    MD    2D794

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR          0096DD

BILL OF LADING NO.
RV8Z93Z

SHIP DATE  PAGE NO.
9/6/05

SCAC PRU

CARRIER STAR

DEST: JE          DATE/TIME PRINTED: 9/06/02  13:25:08

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments include #3 con Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|
| O | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | O | |

RDERS: 3540        3544        53911715*AA  53911716*AA

```
      * * * * * * * * * * * * * * * * * * * * * * *
      * *                                         * *
      * *        MEDICAL PRODUCT                  * *
      * *                                         * *
      * *    MANDATORY PROTECT FROM FREEZING      * *
      * *                                         * *
      * *        PROTECT FROM FREEZING            * *
      * *                                         * *
      * * * * * * * * * * * * * * * * * * * * * * *
```

If charges are to be prepaid, w or stamp here "TO BE PREP

**PREPAID**

Subject to Section 7 of Condit of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement:
The carrier shall not make deli of this shipment without payn of freight and all other law charges.

_____
(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 1O | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 880 | 939 | 528O |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59360-6 CLS 55) | 958 | 1026 | 22787 |
| O4 | GLASS, MICROSCOPE SLIDE/COVER,IN BXS (NMFC 86770 CLS 70) | 93 | 61 | 3255 |

This is to certify that the ab named materials are prop classified, described, packag marked and labeled, and ar proper condition for transportat according to the applicable regulations of the Departmen Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agr or declared value of the prope The agreed or declared value of property is hereby specifically sta by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n a part of bill of lading approved by t Interstate Commerce Commissio

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

**SUMMARY**

| BAXTER INFORMATION | | | | CARRIER INFORMATION | | |
|---|---|---|---|---|---|---|
| LIV WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| B    22787 | 958 | 1026 | 55.0 | 22787 | 958 | 1026 |

RAILER NO: GESU 400000  SEAL NO: 18834A  PALLET COUNT: 44

L PIECES:    1931    TOTAL POUNDS:    31,322    X
                                                    RECEIVED BY:

R LOCK  :              SHIP VIA:          STAGE:                    ROUTE:

DED BY:   R. Santiago          DRIVER:  N/A

ER INSTRUCTIONS:
SEA STAR-JE396/JE686  ES/3PL/93CS/78.88CF
SHIPPED BY:  Sea Star

- FOR CARRIER USE ONLY -
ARDS OFFERED   ACCEPTED ☐   DECLINED ☐
PER PER:                    AGENT:                    PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FORM**
**ORIGINAL - Not Negotiable**

| TO: 34027959 | SHIPPED FROM: | BILL OF LADING NO. |
|---|---|---|
| MEMPHIS RC | BAXTER HEALTHCARE CORP. FRGLC | RV62951 |
| 5 MENDENHALL RD S | ROAD#5 KM.27.4 EXT. | |
| | EXPRESO DE DIEGEO, PALMAS | SHIP DATE / PAGE NO. |
| PHIS        TN      38141 | CATANO,   PR      00962 | 9-9-02 |
| | | SCAC RU |
| DEST: JO | DATE/TIME PRINTED:  9/09/02  7:41:23 | CARRIER STAR |

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments include #3 copy Bill of Lading w/ Freight Bill to: |
|---|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | | Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |

ORDERS: 53914974*AA   53936495*AA

```
         ***************************************
      **       MEDICAL PRODUCT              **
         ***************************************
      **       PROTECT FROM FREEZING        **
         ***************************************
```

| ITCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 1124 | 919 | 28100 |
| 65 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX   $2.30/#   (NMFC 60000 CLS 70) | 131 | 73 | 1113 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to consignee without recourse on consignor, the consignor shall sign the following statement:

_____
(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

|  | SUMMARY | | | | | |
|---|---|---|---|---|---|---|
|  | BAXTER INFORMATION | | | CARRIER INFORMATION | | |
| DIV | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| B | 29213 | 1255 | 992 | 55.0 | 28100 | 1124 | 919 |
|  |  |  |  | 70.0 | 1113 | 131 | 73 |

TRAILER NO: GESU 400151  SEAL NO: 0029581  PALLET COUNT: 2

| TOTAL PIECES: 1255 | TOTAL POUNDS: 29,213 | X _____ RECEIVED BY: |
|---|---|---|

| R LOCK : | SHIP VIA: | STAGE: | ROUTE: |
|---|---|---|---|
| LOADED BY : _____ | | DRIVER: N/A | |

CARRIER INSTRUCTIONS:
SEA STAR/JO
SHIPPED BY: *Sea Star*

- - - FOR CARRIER USE ONLY - - -

| CARDS OFFERED | ACCEPTED ☐ | DECLINED ☐ |
|---|---|---|
| PER PER: | AGENT: | PER: |

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:    3402795-9

| MEMPHIS RC
35 MENDENHALL RD S

:MPHIS          TN      38141

OEST: JO        OATE/TIME PRINTED:  9/09/02  7:41:25

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO,  PR        00962

BILL OF LADING NO.
RV82953

SHIP DATE    PAGE NO
9-9-02

SCAC PRU

CARRIER STAR

---

**PIECES** | **HAZARDOUS MATERIAL INFORMATION** | **CLASS 70 POUNDS**
See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct bill only - No assignments included #3 Bill of Lading w/ Freight Bill to 2 Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53914980*AA

```
        *********************************************
      **      MEDICAL PRODUCT      **
      *********************************************
      **      PROTECT FROM FREEZING      **
        *********************************************
```

If charges are to be prepaid, or stamp here "TO BE PREP
**PREPAID**
Subject to Section 7 of Cond of applicable bill of lading, shipment is to be delivered t consignee without recourse o consignor, the consignor shall the following statement:
The carrier shall not make del of this shipment without pay of freight and all other la charges.

_____
(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|------|-------------|--------|------|--------|
| SS | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX  $2.30/# (NMFC 60000 CLS 70) | 3480 | 1949 | 29580 |

This is to certify that the at named materials are prop classified, described, packa marked and labeled, and ar proper condition for transporta according to the applica regulations of the Departmen Transportation.

NOTE - Where the rate is depen on value, shippers are require state specifically in writing the ag or declared value of the prop The agreed or declared value of property is hereby specifically sta by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers implicit in lieu of stamp, a part of bill of lading approved by Interstate Commerce Commissi

**SUMMARY**

| | BAXTER INFORMATION | | | | CARRIER INFORMATION | | |
|---|---|---|---|---|---|---|---|
| OTY | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| 8 | 29580 | 3480 | 1949 | 70.0 | 29580 | 3480 | 1949 |

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

RAILER NO: UXXnn480701    SEAL NO: @@ 9/9/02  48 0029435  PALLET COUNT: 44P

AL PIECES:    3480    TOTAL POUNDS:    29,580    X _____
                                                    RECEIVED BY:

R LOCK  :                    SHIP VIA:              STAGE:              ROUTE:

DED BY  :  _____                DRIVER:  N/A

ER INSTRUCTIONS    SEA SRAR-JO-3914980AA
                   SHIPPED BY: ____ Sea Star

ARDS OFFERED    ACCEPTED ☐    DECLINED ☐
PER PER:                      AGENT:                    PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:  34027959
  MEMPHIS RC
3S MENDENHALL RD S

MPHIS        TN      38141

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#S KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR        00962

BILL OF LADING NO.
RV8295Z

SHIP DATE      PAGE NO.
7-9-02

SCAC: PRU

CARRIER STAR

DEST: JO        DATE/TIME PRINTED:  9/09/02    7:41:24

IECES

## HAZARDOUS MATERIAL INFORMATION

CLASS 70
POUNDS

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct bill "only". No assignments include 93 co
Bill of Lading w/ Freight Bill to
Baxter Healthcare Corp
Freight payment Dept
1430 Waukegan Road
McGaw Park, IL 60085

RDERS: 53914976*AA

```
          ********************************************
       **          MEDICAL PRODUCT            **
          ********************************************
       **         PROTECT FROM FREEZING        **
          ********************************************
```

If charges are to be prepaid, or stamp here "TO BE PREP

**PREPAID**

Subject to Section 7 of Cond of applicable bill of lading, shipment is to be delivered t consignee without recourse c consignor, the consignor shal the following statement: The carrier shall not make de of this shipment without pay of freight and all other l charges.

(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|------|-------------|--------|------|--------|
| SS | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX  $2.30/# (NMFC 60000 CLS 70) | 3519 | 1971 | 29911 |

This is to certify that the a named materials are pro classified, described, pack marked and labeled, and a proper condition for transport according to the applic regulations of the Departme Transportation.

NOTE - Where the rate is depe on value, shippers are requir state specifically in writing the d or declared value of the pro The agreed or declared value c property is hereby specifically s by the shipper to be not excee

**$1.80 Per Lb.**

SUMMARY

| DIV | BAXTER INFORMATION | | | CLASS | CARRIER INFORMATION | | |
| | WEIGHT | PIECES | CUBE | | WEIGHT | PIECES | CUBE |
|-----|--------|--------|------|-------|--------|--------|------|
| B | 29911 | 3519 | 1971 | 70.0 | 29911 | 3519 | 1971 |

*Shippers imprint in lieu of stamp a part of bill of lading approved b Interstate Commerce Commis

**CHEMTREC**
For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec-
Day or Night
(800) 424-9300

RAILER NO: NPRU655076    SEAL NO: 0059530    PALLET COUNT: 44

AL PIECES:        3519        TOTAL POUNDS:        29,911        X

RECEIVED BY:

OR LOCK  :                SHIP VIA:            STAGE:            ROUTE:

ADED BY :  [signature]                    DRIVER:  N/A

VER INSTRUCTIONS:
        SEA SRAR-JO-3914976AA
        SHIPPED BY:  Sea Star

FOR CARRIER USE ONLY -

CARDS OFFERED    ACCEPTED ☐    DECLINED ☐

PPER PER:                AGENT:            PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

P TO:   34027975

ONTARIO DC (REL)
O ALLEGIANCE
51 E PHILADELPHIA ST
TARIO          CA      91761

DEST: LA

SHIPPED FROM:

BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGO. PALMAS
CATANO, PR          00962

DATE/TIME PRINTED:   9/09/02   7:41:37

BILL OF LADING NO.
RV82964

SHIP DATE    PAGE NO.
9/9/02

SCAC RU

CARRIER STAR

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions:Carrier direct billing only - No assignments include w/copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

RDERS: 53936509*AA  53936510*AA

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
 **       MEDICAL PRODUCT        **
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
 **      PROTECT FROM FREEZING        **
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

If charges are to be prepaid, w or stamp here "TO BE PREPA

**PREPAID**

Subject to Section 7 of Conditi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement:
The carrier shall not make deli of this shipment without paym of freight and all other law charges.

_____
(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL  (NMFC 56790-1 CLS 175) | 360 | 313 | 1170 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 952 | 947 | 5365 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 137 | 194 | 4036 |

This is to certify that the abo named materials are prope classified, described, packag marked and labeled, and are proper condition for transportati according to the applicatio regulations of the Department Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the ag or declared value of the prope The agreed or declared value of property is hereby specifically sta by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers implicit in lieu of stamp; is a part of bill of lading approved by t Interstate Commerce Commissio

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

**SUMMARY**

| BAXTER INFORMATION | | | ! | CARRIER INFORMATION | | |
|---|---|---|---|---|---|---|
| WEIGHT | PIECES | CUBE | ! CLASS | WEIGHT | PIECES | CUBE |
| B   4216 | 197 | 237 | ! 55.0 | 4036 | 137 | 194 |

RAILER NO: SB6U490199   SEAL NO: 0039502   PALLET COUNT: 32

L PIECES:   1449      TOTAL POUNDS:   10,571      X _____
                                                        RECEIVED BY:

R LOCK   :                SHIP VIA:          STAGE:              ROUTE:

DED BY  :  _P. Santley_          DRIVER:  N/A

ER INSTRUCTIONS:

SEA STAR/LA605/LA503
SHIPPED BY:  _Sea Star_

- FOR CARRIER USE ONLY -

ARDS OFFERED    ACCEPTED ☐   DECLINED ☐

PER PER:                AGENT:              PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FO**
**ORIGINAL - Not Negotiable**

SHIP TO:   34028179
MA-WESTON DC, WESTON FL
C/O ALLEGIANCE
3205 MERIDIAN PARKWAY
WESTON          FL      33331

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO, PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV82991

SHIP DATE | PAGE NO
9/10/02

SCACRU

CARRIER STAR

DEST: MA          DATE/TIME PRINTED:  9/10/02    7:31:36

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | |

Special Instructions: Carrier direct bill only - No assignments include 43 E
Bill of Lading: Freight Bill to:
Baxter Healthcare Corp.
Freight payment Dept.
1430 Waukegan Road
McGaw Park, IL 60085

ORDERS: S3963575*AA   S3963577*AA

```
       ***********************************
    **        MEDICAL PRODUCT        **
       ***********************************
    **      PROTECT FROM FREEZING     **
       ***********************************
```

If charges are to be prepaid,
or stamp here "TO BE PREP
**PREPAID**
Subject to Section 7 of Cond
of applicable bill of lading, i
shipment is to be delivered t
consignee without recourse o
consignor, the consignor shall
the following statement:
The carrier shall not make del
of this shipment without paym
of freight and all other law
charges.

(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 184 | 177 | 685 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/OR W/O SOL (NMFC 56790-2 CLS 100) | 881 / 882 CO 9/10/02 | 916 | 4928 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 694 | 868 | 18128 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED/FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 79 | 31 | 96 |

This is to certify that the abo
named materials are prope
classified, described, packag
marked and labeled, and are
proper condition for transportat
according to the applicati
regulations of the Department
Transportation.

NOTE - Where the rate is depende
on value, shippers are required
state specifically in writing the age
or declared value of the propert
The agreed or declared value of t
property is hereby specifically stat
by the shipper to be not exceedin

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; no
a part of bill of lading approved by the
Interstate Commerce Commission.

CHEMTREC

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec-
Day or Night
(800) 424-9300

TRAILER NO: NPRV655438   SEAL NO: 0029507   PALLET COUNT: 44

PIECES:  1888   TOTAL POUNDS:  24,517   X_____  RECEIVED BY:

BLOCK:

SHIP VIA:          STAGE:          ROUTE:

ED BY:

DRIVER: N/A

R INSTRUCTIONS:
SEA STAR/MA16Z/MA002
SHIPPED BY: Sea Star

RDS OFFERED   ACCEPTED ☐   DECLINED ☐

- FOR CARRIER USE ONLY -

AGENT:          PER:

**COPY 1 - BAXTER COPY**

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT F**
**ORIGINAL - Not Negotiable**

SHIP TO:    34028228

G-WAUKEGAN DC (REL)
C/O ALLEGIANCE
101 WAUKEGAN ROAD
WAUKEGAN            IL        60085

DEST: MG

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGRO. PALMAS
CATANO, PR                00962

DATE/TIME PRINTED:  9/10/02    7:31:34

BILL OF LADING NO.
RV82990

| SHIP DATE | PAGE 1 |
|---|---|
| 9-10-02 | |

SCAC RU

CARRIER STAR

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct only - No assignments include #3 |
|---|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 | Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |

ORDERS:  53963573*AA    53963574*AA

```
*********************************************
**                                         **
**            MEDICAL PRODUCT              **
*********************************************
**                                         **
**         PROTECT FROM FREEZING           **
*********************************************
```

If charges are to be prep
or stamp here "TO BE P

**PREPAID**

Subject to Section 7 of c
of applicable bill of ladi
shipment is to be delive
consignee without recou
consignor, the consignor
the following statement:
The carrier shall not mak
of this shipment without
of freight and all othe
charges.

(Signature of Consig

| ERTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 009 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 733 | 892 | 3202 |
| 010 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 646 | 669 | 3708 |
| 011 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97    (NMFC 59380-6 CLS 55) | 302 | 362 | 7105 |
| 031 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 72 | 27 | 107 |

This is to certify that th
named materials are
classified, described, pa
marked and labeled, an
proper condition for transp
according to the app
regulations of the Depar
Transportation.

NOTE - Where the rate is de
on value, shippers are req
state specifically in writing th
or declared value of the
The agreed or declared valu
property is hereby specifical
by the shipper to be not ex

**$1.80 Per LI**

*Shippers imprint in lieu of st
a part of bill of lading approve
Interstate Commerce Comr

**CHEMTREC**

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec
Day or Night
(800) 424-9300

TRAILER NO: SBGU490157    SEAL NO: 0029503    PALLET COUNT: 46

TAL PIECES:        1837    TOTAL POUNDS:    14,456    X

RECEIVED BY:

OR LOCK    :                    SHIP VIA:            STAGE:            ROUTE:

ADED BY :    OP-62                    DRIVER:    2/A

IVER INSTRUCTIONS:    SEA STAR/MG606/MG443
                      SHIPPED BY:    Sea Star

CARDS OFFERED    ACCEPTED ☐    DECLINED ☐        FOR CARRIER USE ONLY

PPER PER:                        AGENT:                    PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT F**
**ORIGINAL - Not Negotiable**

HIP TO:   34028228
G-WAUKEGAN DC (REL)
/O ALLEGIANCE
101 WAUKEGAN ROAD
AUKEGAN              IL        60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO , PR              00962

BILL OF LADING NO.
RV82989

SHIP DATE  9-10-02   PAGE:

SC   ERU

CARRIER STAR

DEST: MG       DATE/TIME PRINTED:  9/10/02   7:31:32

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct only - No assignments Include #3 Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 | |

ORDERS: 53917607*AA  53963570*AA  53963571*AA  83433593D

```
*****************************
  **                                   **
  **      MEDICAL PRODUCT            **
  **************************************
  **     PROTECT FROM FREEZING       **
  *****************************
```

If charges are to be prepa
or stamp here "TO BE PI

**PREPAID**

Subject to Section 7 of C
of applicable bill of ladin
shipment is to be deliver
consignee without recours
consignor, the consignor s
the following statement:
The carrier shall not make
of this shipment without p
of freight and all other
charges.

(Signature of Consign

This is to certify that the
named materials are p
classified, described, pac
marked and labeled, and
proper condition for transp
according to the appli
regulations of the Departr
Transportation.

NOTE - Where the rate is dep
on value, shippers are requ
state specifically in writing the
or declared value or the p
The agreed or declared value
property is hereby specifically
by the shipper to be not exc

**$1.80 Per Lb**

*Shippers imprint in lieu of star
a part of bill of lading approved
Interstate Commerce Comm

**CHEMTREC**

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec
Day or Night
(800) 424-9300

| FRTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 009 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 318 | 323 | 1206 |
| 010 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 810 | 647 | 3599 |
| 011 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 586 | 887 | 16036 |
| 155 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX  $2.30/# (NMFC 60000 CLS 70) | 460 | 258 | 3910 |

TRAILER NO.  SRGU490008  SEAL NO:  0029519   PALLET COUNT:  44 PC

TAL PIECES:        2174      TOTAL POUNDS:        24,751     X

RECEIVED BY:

OR LOCK    :

ADED BY                                 SHIP VIA:              STAGE:              ROUTE:

DRIVER:   N/A

IVER INSTRUCTIONS:
SEA STAR/MG605/MG842/HCG
SHIPPED BY:    Sea Star

- FOR CARRIER USE ONLY -

CARDS OFFERED    ACCEPTED ☐    DECLINED ☐

PPER PER:                          AGENT:                          PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
ORIGINAL - Not Negotiable

IIP TO:    34027975
l ONTARIO DC (REL)
/O ALLEGIANCE
551 E PHILADELPHIA ST
ITARIO        CA      91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR              00962

BILL OF LADING NO.
RV83041

SHIP DATE  | PAGE NO.
9/12/02    |
SCACRU     |
CARRIER STAR |

DEST: LA        DATE/TIME PRINTED:  9/12/02   8:03:13

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments Include #3 copy Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085. |
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | | |

RDERS: 53977848*AA  53981742*AA  53987055*AA  53987057*AA

```
        * * * * * * * * * * * * * * * * * * * * * * * * * * *
      **                                                   **
      *             MEDICAL PRODUCT                         **
      * * * * * * * * * * * * * * * * * * * * * * * * * * * **
      **             PROTECT FROM FREEZING                   **
        * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

If charges are to be prepaid, wri
or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditio
of applicable bill of lading, if th
shipment is to be delivered to t
consignee without recourse on t
consignor, the consignor shall si
the following statement:

(Signature of Consignor)

This is to certify that the abov
named materials are properly
classified, described, packaged
marked and labeled, and are in
proper condition for transportation,
according to the application
regulations of the Department of
Transportation.

NOTE - Where the rate is dependent
on value, shippers are required to
state specifically in writing the agreed
or declared value of the property.
The agreed or declared value of the
property is hereby specifically stated
by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not
a part of bill of lading approved by the
Interstate Commerce Commission.

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|------|-------------|--------|------|--------|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL  (NMFC 56790-1 CLS 175) | 469 | 414 | 1503 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL  (NMFC 56790-2 CLS 100) | 290 | 330 | 3357 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 920 | 1182 | 25103 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 166600-3 CLS 250) | 144 | 55 | 215 |

CHEMTREC
For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec
Day or Night
(800) 424-9300

ILER NO. NPRU655217  SEAL NO: 0022543  PALLET COUNT: 44P

PIECES:        2043      TOTAL POUNDS:     31,008   X

RECEIVED BY:

LOCK    :

D BY    :                SHIP VIA:             STAGE:              ROUTE:

DRIVER: N/X

INSTRUCTIONS:
        SEA STAR/LA607/LA508
        SHIPPED BY: _____ Sea Star

SEE FOR CARRIER USE ONLY

OS OFFERED    ACCEPTED ☐    DECLINED ☐
PER:                        AGENT:                        PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOI**
**ORIGINAL - Not Negotiable**

HIP TO:    34028228
G-WAUKEGAN DC (REL)
/O ALLEGIANCE
101 WAUKEGAN ROAD
AUKEGAN          IL    60085

SHIPPED FROM:
BAXTER HEALTHCARE CORP, PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO, PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV83063

SHIP DATE: 9/13/02    PAGE NO
SCAC: RU
CARRIER: STAR

DEST: MG        DATE/TIME PRINTED:  9/13/02   7:55:49

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 |

Special Instructions: Carrier direct bill only - No assignments include #3rd Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS:  54031515*AA   54031516*AA

```
         *********************************
       **           MEDICAL PRODUCT          **
         *********************************
       **        PROTECT FROM FREEZING        **
         *********************************
```

If charges are to be prepaid, or stamp here "TO BE PREF

**PREPAID**

Subject to Section 7 of Cond of applicable bill of lading, shipment is to be delivered to consignee without recourse o consignor, the consignor shal the following statement: The carrier shall not make deli of this shipment without pay of freight and all other la charges.

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 285 | 261 | 958 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 666 | 974 | 5065 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97    (NMFC 59380-6 CLS 55) | 474 | 709 | 10898 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 234 | 89 | 351 |

(Signature of Consignor)

This is to certify that the named materials are prope classified, described, packa marked and labeled, and ar proper condition for transporta according to the applica regulations of the Departmen Transportation.

NOTE - Where the rate is depen on value, shippers are require state specifically in writing the ag or declared value of the prop The agreed or declared value of property is hereby specifically sta by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers signature in lieu of stamp; a part of bill of lading approved by Interstate Commerce Commissi

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

RAILER NO: RBGU480306  EAL NO: 0029479  PALLET COUNT: 44

| AL PIECES: | 1739 | TOTAL POUNDS: | 18,052 | X |
|---|---|---|---|---|
| | | | | RECEIVED BY: |

R LOCK     :         SHIP VIA:          STAGE:          ROUTE:
DED BY    P. Santiago

DRIVER:  N/A

ER INSTRUCTIONS:
SEA STAR/MG608/MG845
SHIPPED BY:    Sea Star

ARDS OFFERED    ACCEPTED ☐    DECLINED ☐
PER PER:

AGENT:          PER:

# Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FO**
BHC 1878A     **ORIGINAL - Not Negotiable**

HIP TO:    34028228
G-WAUKEGAN DC (REL)
/O ALLEGIANCE
101 WAUKEGAN ROAD
AUKEGAN          IL      60085

DEST: MG        DATE/TIME PRINTED:  9/13/02    7:55:47

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV83062

SHIP DATE    PAGE NO
9/13/02
SCAGRU

CARRIER STAR

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | |
|---|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 | Special instructions: Carrier direct bill only - No assignments include #3 of Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |

ORDERS: 53977852*AA   54031512*AA   54031513*AA

```
                  ***************************
      **                                           **
                  MEDICAL PRODUCT          **
      ***************************
                  PROTECT FROM FREEZING    **
      ***************************
```

If charges are to be prepaid, or stamp here "TO BE PREP

**PREPAID**

Subject to Section 7 of Cond of applicable bill of lading, shipment is to be delivered t consignee without recourse o consignor, the consignor shal the following statement: The carrier shall not make de of this shipment without pay of freight and all other lav charges.

(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL  (NMFC 56790-1 CLS 175) | 238 | 141 | 545 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 440 | 709 | 3410 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 1229 | 1124 | 24497 |
| 38 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432    (NMFC 20480-1 CLS 150) | 94 | 32 | 188 |

This is to certify that the at named materials are prop classified, described, packa marked and labeled, and ar proper condition for transpo according to the applica regulations of the Departmer Transportation.

NOTE - Where the rate is depenc on value, shippers are require state specifically in writing the agr or declared value of the prope The agreed or declared value of properly is hereby specifically sta by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; a part ot bill of lading approved by t Interstate Commerce Commissio

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

AILER NO: SBGU490R2    EAL NO: 0029526   PALLET COUNT: 44P

L PIECES:    2187    TOTAL POUNDS:    29,294    X

RECEIVED BY:

R LOCK    :
ED BY    :

SHIP VIA:

STAGE:

ROUTE:

DRIVER:   N/A

ER INSTRUCTIONS:

SEA STAR/MG607/MG844
SHIPPED BY:   Sea Star

FOR CARRIER USE ONLY

RDS OFFERED    ACCEPTED ☐    DECLINED ☐
ER PER:

AGENT

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

STRAIGHT BILL OF LADING-SHORT FOR
ORIGINAL - Not Negotiable

BHC 1878A

SHIP TO:    34028102

F DIXON CALIFORNIA
/O ALLEGIANCE
008  VAUGHN ROAD
IXON           CA      95620

SHIPPED FROM:

BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR           00962

BILL OF LADING NO.
RV83045

SHIP DATE    PAGE NC
9-12-02

SCA  TRU

CARRIER STAR

DEST: SF     DATE/TIME PRINTED: 9/12/02  8:03:19

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special instructions: Carrier direct-bill only - No assignments include #3 Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |
|---|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 | |

RDERS:  53977573*AA   53977833*AA   53987064*AA   53987066*AA

```
    ************************************
    **                                **
    **          MEDICAL PRODUCT       **
    ************************************
    **                                **
    **       PROTECT FROM FREEZING    **
    ************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL   (NMFC 56790-1 CLS 175) | 132 | 88 | 396 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 689 | 836 | 3935 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59360-6 CLS 55) | 800 | 1010 | 19633 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 90 | 34 | 125 |

If charges are to be prepaid,
or stamp here "TO BE PREP

**PREPAID**

Subject to Section 7 of Cond
of applicable bill of lading, i
shipment is to be delivered t
consignee without recourse o
consignor, the consignor shal
the following statement:
The carrier shall not make del
of this shipment without payr
of freight and all other la
charges.

(Signature of Consignor)

This is to certify that the ab
named materials are prep
classified, described, packa
marked and labeled, and ar
proper condition for transpor
according to the applicar
regulations of the Departmen
Transportation.

NOTE - Where the rate is depen
on value, shippers are require
state specifically in writing the ag
or declared value of the prop
The agreed or declared value of
property is hereby specifically sta
by the shipper to be not excee

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp;
a part of bill of lading approved by
Interstate Commerce Commissio

**CHEMTREC**

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec-
Day or Night
(800) 424-9300

RAILER NO: NPRU 65533  SEAL NO: 0029556  PALLET COUNT: 44PC

L PIECES:    1981     TOTAL POUNDS:     26,159     X

RECEIVED BY:

R LOCK

SHIP VIA:          STAGE:          ROUTE:

ED BY :

DRIVER:    N/A

ER INSTRUCTIONS:

SEA STAR/SFZZ8/SFS07/
SHIPPED BY: _____ Sea Star

SEE ROUTE FOR CARRIER USE ONLY: DRIVER INSTRUCTIONS

RDS OFFERED    ACCEPTED ☐    DECLINED ☐

ER PER:                AGENT:                PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
ORIGINAL - Not Negotiable

IP TO:    34027975
A ONTARIO DC (REL)
/O ALLEGIANCE
551 E PHILADELPHIA ST
TARIO            CA        91761

DEST: LA

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR          00962

DATE/TIME PRINTED: 9/12/02  8:03:17

BILL OF LADING NO.
RV83044

SHIP DATE    PAGE NC
9-12-02

SCAC RU

CARRIER STAR

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier driver bill only - No assignments include #3 cc Bill of Lading w/ Freight Bill to. Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road. McGaw Park, IL 60085.

RDERS: S3987Q60*AA  S3987Q6Z*AA

```
    ********************************************
  **                                          **
            MEDICAL PRODUCT                    **
  **                                          **
  ********************************************
  **                                          **
            PROTECT FROM FREEZING              **
    ********************************************
```

If charges are to be prepaid, or stamp here "TO BE PREP.

**PREPAID**

Subject to Section 7 of Condi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement:
The carrier shall not make deli of this shipment without payr of freight and all other la charges.

(Signature of Consignor)

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 390 | 469 | 1905 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 336 | 500 | 2855 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97    (NMFC 59380-6 CLS 55) | 812 | 1140 | 18470 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 252 | 97 | 315 |

This is to certify that the ab named materials are prop classified, described, packag marked and labeled, and ar proper condition for transportat according to the applicabl regulations of the Departmen Transportation.

NOTE - Where the rate is depenc en value, shippers are requirec state specifically in writing the agr or declared value of the prope The agreed or declared value of property is hereby specifically sta by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; n a part of bill of lading approved by t Interstate Commerce Commissic

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

AILER NO. UATU481067 SEAL NO: 0029529  PALLET COUNT: 44

L PIECES:      1790    TOTAL POUNDS:      23,545

X
RECEIVED BY:

R LOCK    :           SHIP VIA:              STAGE:              ROUTE:

ED BY _____            DRIVER: N/A

R INSTRUCTIONS:      SEA STAR/LA608/LA506
                      SHIPPED BY: Sea Star

RDS OFFERED    ACCEPTED ☐    DECLINED ☐    - FOR CARRIER USE ONLY -

ER PER:              AGENT:              PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

STRAIGHT BILL OF LADING-SHORT FOR
ORIGINAL - Not Negotiable

SHIP TO:   34028166

E CINCINNATI DC (REL)
7O ALLEGIANCE
53Z SPELLMIRE DRIVE
CINCINNATI          OH      45246

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV83043

SHIP DATE: 9/12/02    PAGE NO

SCAC: SRU

CARRIER: STAR

DEST: CI      DATE/TIME PRINTED:  9/12/02   8:03:16

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | |
|---|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 | Special Instructions: Carrier direct bill only. No assignments include #3 co Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park IL 60085. |

ORDERS: 53987051*AA  53987052*AA

```
*************************************
**                                 **
**          MEDICAL PRODUCT        **
*************************************
**       PROTECT FROM FREEZING     **
*************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL  (NMFC 56790-1 CLS 175) | 272 | 209 | 908 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 374 | 489 | 2552 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 613 | 736 | 15322 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 72 | 27 | 108 |

If charges are to be prepaid, v
or stamp here "TO BE PREP

**PREPAID**

Subject to Section 7 of Condi
of applicable bill of lading, if
shipment is to be delivered to
consignee without recourse on
consignor, the consignor shall
the following statement:
The carrier shall not make deli
of this shipment without payme
of freight and all other law
charges.

_____
(Signature of Consignor)

This is to certify that the ab
named materials are prope
classified, described, packag
marked and labeled, and are
proper condition for transportat
according to the applicatio
regulations of the Department
Transportation.

NOTE - Where the rate is depend
on value, shippers are required
state specifically in writing the agre
or declared value of the proper
The agreed or declared value of t
property is hereby specifically stat
by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; r
a part of bill of lading approved by t
Interstate Commerce Commission

CHEMTREC
For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec
Day or Night
(800) 424-9300

TRAILER NO: UXXU480649  SEAL NO: 0029592  PALLET COUNT: 32

| TOTAL PIECES: | 1411 | TOTAL POUNDS: | 19,570 | X | |
|---|---|---|---|---|---|
| | | | | RECEIVED BY: | |

DOOR LOCK :          SHIP VIA:          STAGE:          ROUTE:

SHIPPED BY :  A. Rivera          DRIVER: N/A

DRIVER INSTRUCTIONS:

SEA STAR/CI176/O1039
SHIPPED BY:  Sea Star

-FOR CARRIER USE ONLY-

STANDARDS OFFERED     ACCEPTED ☐    DECLINED ☐

CARRIER PER:          AGENT:          PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:    34027976

XTER HEALTHCARE CORP
*CROSSDOCK****
l35 MENDENHALL ROAD
MPHIS, TN 38118

SHIPPED FROM:    BAXTER HEALTHCARE CORP, PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO, PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RVG3075

SHIP DATE   9/13/02   PAGE NO
SCAC   TRU
CARRIER   SEA STAR

DEST: MEMPHIS       DATE/TIME PRINTED:   9/13/02   7:56:01

| ECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments. Include #3 cc |
|---|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 | Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road. McGaw Park, IL 60085 |

RDERS: 53977863 *AA   53977883*AA   54031537*AA   54031538*AA   54031539*AA
54031540 *AA

```
     ***************************************
     **      MEDICAL PRODUCT           **
     ***************************************
     **   PROTECT FROM FREEZING        **
     ***************************************
```

If charges are to be prepaid, w
or stamp here "TO BE PREP/

**PREPAID**

Subject to Section 7 of Condit
of applicable bill of lading. If
shipment is to be delivered to
consignee without recourse on
consignor, the consignor shall s
the following statement:
The carrier shall not make deliv
of this shipment without payme
of freight and all other law
charges.

_(Signature of Consignor)_

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS ,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 60 | 42 | 174 |
| .0 | KITS/SETS ,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 470 | 497 | 2772 |
| 1 | SOLUTIONS ,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 414 | 544 | 11624 |
| 8 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432    (NMFC 20480-1 CLS 150) | 24 | 14 | 120 |

This is to certify that the abo
named materials are prope
classified, described, package
marked and labeled, and are
proper condition for transportat
according to the applicabl
regulations of the Department
Transportation.

NOTE - Where the rate is depende
on value, shippers are required
state specifically in writing the agre
or declared value of the propert
The agreed or declared value of th
property is hereby specifically state
by the shipper to be not exceedin

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; no
a part of bill of lading approved by the
Interstate Commerce Commission

**CHEMTREC**

For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec-
Day or Night
(800) 424-9300

**CROSSDOCK**

AILER NO. N PRU 655352   SEAL NO: 0029538   PALLET COUNT: 26 PC

| .PIECES: | | TOTAL POUNDS: | 15,599 | X | |
|---|---|---|---|---|---|
| | 1172 | | | | RECEIVED BY: |

| LOCK | : | SHIP VIA: | | STAGE: | | ROUTE: |
|---|---|---|---|---|---|---|

ED BY    :

DRIVER:   N/A

R INSTRUCTIONS:

SEA STAR/IN173/IN7ZO/A01SZ/A0S3S/8PL-CLEVELAND
SHIPPED BY:    _Sea Star_

RDS OFFERED    ACCEPTED ☐    DECLINED ☐       FOR CARRIER USE ONLY
R PER:

AGENT:                           PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FO**
**ORIGINAL - Not Negotiable**

| SHIP TO:  34028201 | | SHIPPED FROM: | | BILL OF LADING NO. |
|---|---|---|---|---|
| M OMAHA DC (REL) | | BAXTER HEALTHCARE CORP. PRGLC | | RV63074 |
| /O ALLEGIANCE | | ROAD#5 KM.27.4 EXT. | | |
| 225 S 57TH STREET | | EXPRESO DE DIEGBO. PALMAS | | SHIP DATE  9/13/02  PAGE NO |
| MAHA    NE    68117 | | CATANO , PR    00962 | | SCAC RU |
| DEST: OM    DATE/TIME PRINTED:  9/13/02   7:56:00 | | | | CARRIER STAR |

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments include #3 co |
|---|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | | Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |

RDERS: 53977871*AA   53999994*AA   54031591*AA   54031592*AA

```
      *************************************
   **          MEDICAL PRODUCT           **
      *************************************
   **        PROTECT FROM FREEZING        **
      *************************************
```

If charges are to be prepaid, or stamp here "TO BE PREP

**PREPAID**

Subject to Section 7 of Cond of applicable bill of lading, i shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement:
The carrier shall not make del of this shipment without pay of freight and all other la charges.

_____
(Signature of Consignor)

This is to certify that the ab named materials are prop classified, described, packa marked and labeled, and in proper condition for transportat according to the applicabl regulations of the Departmen Transportation.

NOTE - Where the rate is depen on value, shippers are require state specifically in writing the agr or declared value or the prope The agreed or declared value of property is hereby specifically sta by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; a part of bill of lading approved by Interstate Commerce Commissi

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec-Day or Night (800) 424-9300

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS ,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 4 | 2 | 8 |
| 10 | KITS/SETS ,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 738 | 852 | 4729 |
| 11 | SOLUTIONS ,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97    (NMFC 59380-6 CLS 55) | 657 | 779 | 17569 |
| 55 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, EVNX   $2.30/#   (NMFC 60000 CLS 70) | 80 | 45 | 680 |

TRAILER NO. NPRU655231  SEAL NO. 0009426  PALLET COUNT: 38P

| AL PIECES:    1520 | TOTAL POUNDS:    23,106 | X_____ RECEIVED BY: |
|---|---|---|

| R LOCK  : | SHIP VIA: | STAGE: | ROUTE: |
|---|---|---|---|
| DED BY | | DRIVER:  N/A | |

ER INSTRUCTIONS:

SEA STAR/OM154/OM663
SHIPPED BY: _____ Sea Star

| ARDS OFFERED    ACCEPTED ☐    DECLINED ☐ | |
|---|---|
| PER PER: | AGENT: |    PER: |

# Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FO**
ORIGINAL - Not Negotiable

HIP TO:    34028186
U-THE WOODLANDS DC (REL)
/O ALLEGIANCE
201 GROGAN'S MILL RD
HE WOODLANDS        TX        77380

DEST: HU

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO, PALMAS
CATANO,   PR

DATE/TIME PRINTED:  9/13/02    7:55:59

BILL OF LADING NO.
RV63073

SHIP DATE    PAGE NO
00962 9-12-02

SCAC TRU

CARRIER STAR

## HAZARDOUS MATERIAL INFORMATION

PIECES

CLASS 70 POUNDS

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct bill only - No assignments include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS:  54031534*AA   54031535*AA

```
    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
  * *                                                        * *
  * *              MEDICAL PRODUCT                            * *
  * *                                                        * *
  * *          PROTECT FROM FREEZING                         * *
    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL    (NMFC 56790-1 CLS 175) | 279 | 222 | 826 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 173 | 283 | 1495 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 1311 | 1012 | 16658 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 18 | 7 | 27 |

ll charges are to be prepaid, or stamp here "TO BE PREP"

**PREPAID**

Subject to Section 7 of Condit of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement:
The carrier shall not make deli of this shipment without paym of freight and all other law charges.
_____
(Signature of Consignor)

This is to certify that the abo named materials are prope classified, described, package marked and labeled, and are proper condition for transportat according to the applicatio regulations of the Department Transportation.

NOTE - Where the rate is depende on value, shippers are required t state specifically in writing the agree or declared value of the propert The agreed or declared value of property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers implrit in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**

For Chemical Emergency
Spill, Leak, Fire Exposure or Accident
Call Chemtrec-
Day or Night
(800) 424-9300

ILER NO: STRU455062 SEAL NO: 0029567 PALLET COUNT: 34

PIECES:    1861    TOTAL POUNDS:    19,686    X

RECEIVED BY:

OCK    :

) BY    :    SHIP VIA:    STAGE:    ROUTE:

DRIVER:    N/A

INSTRUCTIONS:

SEA STAR/HU215/HU334
SHIPPED BY:

- FOR CARRIER USE ONLY -

OS OFFERED    ACCEPTED ☐    DECLINED ☐

PER:    AGENT:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IIP TO:    34027975

A ONTARIO DC (REL)
/O ALLEGIANCE
151 E PHILADELPHIA ST
ITARIO            CA        91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGEO. PALMAS
CATANO, PR        00962

| BILL OF LADING NO. |
| RV6307Q |

| SHIP DATE | PAGE NO. |
| 9/13/02 | |

SC∂CRU

CARRIER STAR

DEST: LA        DATE/TIME PRINTED:  9/13/02   7:55:56

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | |
|---|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | | Special Instructions: Carrier Direct Bill only - No assignments include #3 copy Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085 |

RDERS: 53999992*AA  54031529*AA

```
        ********************************
     **            MEDICAL PRODUCT            **
     ****************************************
        **      PROTECT FROM FREEZING          **
        ******************************************
```

If charges are to be prepaid, wr or stamp here "TO BE PREPAI

**PREPAID**

Subject to Section 7 of Conditi of applicable bill of lading, if t shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement:
The carrier shall not make deliv of this shipment without paymen of freight and all other law charges.

(Signature of Consignor)

| RTCO | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 39 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL  (NMFC 56790-1 CLS 175) | 297 | 476 | 2214 |
| LO | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 419 | 610 | 3417 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 880 | 1016 | 20202 |

This is to certify that the abov named materials are proper classified, described, package marked and labeled, and are proper condition for transportatio according to the applicatic regulations of the Department c Transportation.

NOTE - Where the rate is depende on value, shippers are required t state specifically in writing the agree or declared value of the propert The agreed or declared value of th property is hereby specifically state by the shipper to be not exceedir

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; no a part of bill of lading approved by th Interstate Commerce Commission.

**SUMMARY**

| | BAXTER INFORMATION | | : | CARRIER INFORMATION | | |
|---|---|---|---|---|---|---|
| IV | WEIGHT | PIECES | CUBE : | CLASS | WEIGHT | PIECES | CUBE |
| B | 20994 | 920 | 1047 : | 55.0 | 20202 | 880 | 1016 |

CHEMTREC

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

AILER NO. UXVU49115  SEAL NO: 0029573  PALLET COUNT: 44

| -PIECES: | TOTAL POUNDS: | X | |
|---|---|---|---|
| 1596 | 25,833 | | RECEIVED BY: |

LOCK      :

SHIP VIA:          STAGE:          ROUTE:

ED BY     :  Q. Rivera          DRIVER:  N/A

R INSTRUCTIONS:

SEA STAR/LAS07/
SHIPPED BY:  Sea Star

RDS OFFERED      ACCEPTED ☐      DECLINED ☐      - FOR CARRIER USE ONLY -

R PER:          AGENT:          PER: