# EXHIBIT E – PART 11

# Baxter

| | | |
|---|---|---|
| Baxter Healthcare Corporation<br>One Baxter Parkway<br>Deerfield, Illinois 60015-4633 | BHC 1878A | **STRAIGHT BILL OF LADING-SHORT FOR**<br>**ORIGINAL - Not Negotiable** |

P TO:  34028178
EARTH CITY DC (REL)
O ALLEGIANCE
636 LAKE FRONT DRIVE
RTH CITY              MO      63045

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR                00962

BILL OF LADING NO.
RV83069

SHIP DATE: 9/13/02   PAGE NO.
SC: TRU
CARRIER: SEA STAR

DEST: SL          DATE/TIME PRINTED:  9/13/02    7:55:55

## HAZARDOUS MATERIAL INFORMATION — CLASS 70 POUNDS

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments include #3 cop Bill of Lading, w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept 1430 Waukegan Road McGaw Park, IL 60085

RDERS:  53977822*AA   54031527*AA   54031528*AA

```
************************************************
**                MEDICAL PRODUCT              **
************************************************
**              PROTECT FROM FREEZING          **
************************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/<br>CARE,NOI,IN BXS   W/DENS < 5#/CF,W OR<br>W/O SOL      (NMFC 56790-1 CLS 175) | 32 | 28 | 136 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/<br>CARE,NOI,IN BXS   W/DENS >= 5#/CF, W/<br>OR W/O SOL (NMFC 56790-2 CLS 100) | 869 | 995 | 7834 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU<br>LANT,IN PLAS BAG W/IN PLAS BAGS IN<br>BXS/PKG 97   (NMFC 59380-6 CLS 55) | 775 | 1017 | 18186 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED<br>/FOAM, W/DENS 2#/CF < 4#/CF<br>(NMFC 156600-3 CLS 250) | 36 | 14 | 54 |

If charges are to be prepaid, wr or stamp here "TO BE PREPA
**PREPAID**
Subject to Section 7 of Conditi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement:
The carrier shall not make deliv of this shipment without paym of freight and all other lav charges.

(Signature of Consignor)

This is to certify that the ab named materials are prope classified, described, packag marked and labeled, and are proper condition for transportati according to the applicat regulations of the Department Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agr or declared value of the prope The agreed or declared value of th property is hereby specifically sta by the shipper to be not exceed
**$1.80 Per Lb.**
*Shippers imprint in lieu of stamp; a part of bill of lading approved by I interstate Commerce Commissi

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night (800) 424-9300

RAILER NO: CSU 400211   SEAL NO: 0029594   PALLET COUNT: 44

L PIECES:       1822    TOTAL POUNDS:      26,610    X_____
                                                         RECEIVED BY:

R LOCK    :               SHIP VIA:          STAGE:              ROUTE:
DED BY    : [signature]                      DRIVER:  N/A
ER INSTRUCTIONS:  SEA STAR/SL157/SL861
                  SHIPPED BY: [signature]

- FOR CARRIER USE ONLY -
ARDS OFFERED    ACCEPTED ☐    DECLINED ☐
PER PER:                AGENT:                   PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

| IP TO: | 34027968 | SHIPPED FROM: | | |
|---|---|---|---|---|
| GRAND PRAIRIE DC | | BAXTER HEALTHCARE CORP. PRGLC | | BILL OF LADING NO. |
| O ALLEGIANCE | | ROAD #5 KM.27.4 EXT. | | RV83071 |
| 180 WEST INTERSTATE 20 | | EXPRESO DE DIEGO. PALMAS | | |
| AND PRAIRIE    TX | 75052 | CATANO, PR | 00962 | SHIP DATE: 9/13/02   PAGE NO. |

DEST: DL          DATE/TIME PRINTED:   9/13/02   7:55:57

CARRIER STAR

**HAZARDOUS MATERIAL INFORMATION**      **CLASS 70 POUNDS**

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct billing only - No assignments. Include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 54031530*AA   54031531*AA

```
************************************************
**             MEDICAL PRODUCT                **
************************************************
**           PROTECT FROM FREEZING            **
************************************************
```

| RTCO | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS, IN/OUTPATIENT TREATMENT/ CARE, NOI, IN BXS W/DENS < 5#/CF, W OR W/O SOL  (NMFC 56790-1 CLS 175) | 339 | 452 | 2076 |
| 0 | KITS/SETS, IN/OUTPATIENT TREATMENT/ CARE, NOI, IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 512 | 620 | 4832 |
| 1 | SOLUTIONS, I.V., NUTRITIONAL/ANTICOAGULANT, IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 942 | 994 | 16294 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"

**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire, Exposure or Accident Call Chemtrec-Day or Night
(800) 424-9300

**SUMMARY**

| BAXTER INFORMATION | | | CARRIER INFORMATION | | | |
|---|---|---|---|---|---|---|
| WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
| 18058 | 1082 | 1099 | 55.0 | 16294 | 942 | 994 |

ILER NO: GESU400237   SEAL NO: 0029595   PALLET COUNT: 44

PIECES: 1793          TOTAL POUNDS: 23,202     X _____
                                                       RECEIVED BY:

LOCK    :                SHIP VIA:              STAGE:              ROUTE:
D BY    : [signature M. Torres]                 DRIVER: N/A
INSTRUCTIONS:
            SEA STAR/DL359/DL894
            SHIPPED BY: [signature]

- FOR CARRIER USE ONLY -

DS OFFERED    ACCEPTED ☐    DECLINED ☐
PER:                      AGENT:                              PER:

# baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FORM**
BHC 1878A    **ORIGINAL - Not Negotiable**

P TO: 34027975
ONTARIO DC (REL)
J ALLEGIANCE
51 E PHILADELPHIA ST
TARIO                 CA        91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO,  PR            00962

BILL OF LADING NO.
RV83041

SHIP DATE   PAGE NO.
9/12/02

SCAC TRU

DEST: LA         DATE/TIME PRINTED:  9/12/02    8:03:13

CARRIER STAR

**HAZARDOUS MATERIAL INFORMATION**
See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

**CLASS 70 POUNDS**

Special Instructions: Carrier direct billing only - No assignments include #3 copy Bill of Lading w/ Freight Bill to: Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road, McGaw Park, IL 60085

RDERS: 53977848*AA   53981742*AA   53987055*AA   53987057*AA

```
************************************
**        MEDICAL PRODUCT        **
************************************
**      PROTECT FROM FREEZING    **
************************************
```

| TCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 9 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL   (NMFC 56790-1 CLS 175) | 469 | 414 | 1503 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 290 | 330 | 3357 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97   (NMFC 59380-6 CLS 55) | 920 | 1182 | 25103 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 144 | 55 | 215 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID
**PREPAID**
Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec Day or Night
(800) 424-9300

AILER NO: NPRU655217   SEAL NO: 0029543   PALLET COUNT: 44P

PIECES: 2043    TOTAL POUNDS: 31,008    X
                                          RECEIVED BY:

LOCK  :             SHIP VIA:              STAGE:           ROUTE:
D BY  :                                    DRIVER: N/A
R INSTRUCTIONS:
                SEA STAR/LA607/LA505
                SHIPPED BY: Sea Star

-FOR CARRIER USE ONLY-

RDS OFFERED   ACCEPTED ☐   DECLINED ☐
R PER:                    AGENT:              PER:

# Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO: 34027975
ONTARIO DC (REL)
O ALLEGIANCE
51 E PHILADELPHIA ST
TARIO                CA   91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR          0096Z 295DD

BILL OF LADING NO.
RV83070

SHIP DATE   PAGE NO.
9/13/02     1

SCAC RU

DEST: LA          DATE/TIME PRINTED: 9/13/02   7:55:56

CARRIER STAR

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS |
|---|---|---|
| | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | |

Special Instructions: Carrier direct bill only - No assignments include #3 copy Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS: 53999992*AA  54031529*AA

```
************************************************
**           MEDICAL PRODUCT                  **
************************************************
**           PROTECT FROM FREEZING            **
************************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 297 | 476 | 2214 |
| LD | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 419 | 610 | 3417 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 880 | 1016 | 20202 |

SUMMARY

BAXTER INFORMATION              CARRIER INFORMATION
| LTY | WEIGHT | PIECES | CUBE | CLASS | WEIGHT | PIECES | CUBE |
|---|---|---|---|---|---|---|---|
| B | 20994 | 920 | 1047 | 55.0 | 20202 | 880 | 1016 |

If charges are to be prepaid, w or stamp here "TO BE PREPA
**PREPAID**

Subject to Section 7 of Conditi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall s the following statement:
The carrier shall not make deliv of this shipment without paym of freight and all other law charges.

(Signature of Consignor)

This is to certify that the abo named materials are prope classified, described, package marked and labeled, and are proper condition for transportatic according to the applicabl regulations of the Department Transportation.

NOTE - Where the rate is depend on value, shippers are required state specifically in writing the agre or declared value of the proper The agreed or declared value of t property is hereby specifically stat by the shipper to be not exceedi

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp, n a part of bill of lading approved by t Interstate Commerce Commissio

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

AILER NO: UXVU48115   SEAL NO: 0029573   PALLET COUNT: 44

L PIECES: 1596   TOTAL POUNDS: 25,833   X _____
                                         RECEIVED BY:

LOCK:              SHIP VIA:                STAGE:              ROUTE:

ED BY: A. Rivera                           DRIVER: N/A

R INSTRUCTIONS: SEA STAR/LAS07/  SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

RDS OFFERED   ACCEPTED ☐   DECLINED ☐

R PER:              AGENT:                                    PER:

# Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FOR**
BHC 1878A
**ORIGINAL - Not Negotiable**

IP TO:   34028178
. EARTH CITY DC (REL)
'O ALLEGIANCE
1636 LAKE FRONT DRIVE
.RTH CITY          MO     63045

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGO. PALMAS
CATANO, PR          00962

BILL OF LADING NO.
RV83069

SHIP DATE: 9/13/02   PAGE NO.
SC8TRU

DEST: SL         DATE/TIME PRINTED:  9/13/02   7:55:55

CARRIER: SEA STAR

## HAZARDOUS MATERIAL INFORMATION

CLASS 70 POUNDS

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct bill only - No assignments include 43 co Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment-Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS:  53977822*AA   54031527*AA   54031528*AA

```
************************************************
**           MEDICAL PRODUCT                  **
************************************************
**         PROTECT FROM FREEZING              **
************************************************
```

| R'CD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 32 | 28 | 136 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 869 | 995 | 7834 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 775 | 1017 | 18186 |
| 31 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 36 | 14 | 54 |

If charges are to be prepaid, w or stamp here "TO BE PREP/
**PREPAID**

Subject to Section 7 of Condit of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement:
The carrier shall not make deli of this shipment without paym of freight and all other lav charges.

(Signature of Consignor)

This is to certify that the ab named materials are prope classified, described, packag marked and labeled, and are proper condition for transportat according to the applicat regulations of the Departmen Transportation.

NOTE - Where the rate is depenc on value, shippers are requirec state specifically in writing the agr or declared value of the prope The agreed or declared value of properly is hereby specifically sta by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp;
a part of bill of lading approved by Interstate Commerce Commissi

**CHEMTREC**
For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

RAILER NO: GESU 400211   SEAL NO: 0029594   PALLET COUNT: 44

AL PIECES:  1822   TOTAL POUNDS:  26,610   X _____ RECEIVED BY:

R LOCK  :           SHIP VIA:         STAGE:           ROUTE:
DED BY  : [signature]                 DRIVER: N/A
ER INSTRUCTIONS:    SEA STAR/SL157/SL861
                    SHIPPED BY: [signature]
                    -FOR CARRIER USE ONLY-
ARDS OFFERED   ACCEPTED ☐   DECLINED ☐
ER PER:             AGENT:           PER:

# Baxter

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:  34027976
XTER HEALTHCARE CORP
*CROSSDOCK****
35 MENDENHALL ROAD
MPHIS, TN 38118

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR        00962

BILL OF LADING NO.
RV83075

SHIP DATE: 9-13-02    PAGE NO.

SCAC: TRU

DEST: MEMPHIS    DATE/TIME PRINTED: 9/13/02  7:56:01

CARRIER: SEA STAR

| IECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions: Carrier direct bill only - No assignments include #3 co Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road. McGaw Park, IL 60085 |
|---|---|---|---|
| 0 | See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee. | 0 | |

RDERS: 53977863*AA  53977883*AA  54031537*AA  54031538*AA  54031539*AA
       54031540*AA

```
********************************************
**           MEDICAL PRODUCT              **
********************************************
**         PROTECT FROM FREEZING          **
********************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL  (NMFC 56790-1 CLS 175) | 60 | 42 | 174 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 470 | 497 | 2772 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 414 | 544 | 11624 |
| 18 | BAGS/ENVS/PCKTS/POUCHES, PLASTIC, W/ DENS >= 8#/CF INBXS/CRATES/PKG 2311/ 2432  (NMFC 20480-1 CLS 150) | 24 | 14 | 120 |

**CROSSDOCK**

If charges are to be prepaid, w or stamp here "TO BE PREP/

**PREPAID**

Subject to Section 7 of Condit of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement:
The carrier shall not make del of this shipment without payn of freight and all other lav charges.

(Signature of Consignor)

This is to certify that the ab named materials are prop classified, described, packag marked and labeled, and ar proper condition for transportat according to the applicat regulations of the Departmen Transportation.

NOTE - Where the rate is depenc on value, shippers are requir state specifically in writing the agr or declared value of the prope The agreed or declared value of properly is hereby specifically sta by the shipper to be not exceed

**$1.80 Per Lb.**

'Shippers imprint in lieu of stamp; a part of bill of lading approved by Interstate Commerce Commissi

**CHEMTREC**

For Chemical Emergency Spill, Leak, Fire Exposure or Accident Call Chemtrec- Day or Night (800) 424-9300

AILER NO: NPRU655352  SEAL NO: 0039538  PALLET COUNT: 26PL

L PIECES:  1172    TOTAL POUNDS: 15,599

X _____ RECEIVED BY:

R LOCK  :           SHIP VIA:        STAGE:       ROUTE:
ED BY   :  [signature]    DRIVER: N/A

ER INSTRUCTIONS:
    SEA STAR/IN173/IN720  /AD152/AD535/8PL-CLEVELAND
    SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -

ARDS OFFERED    ACCEPTED ☐   DECLINED ☐
ER PER:                AGENT:              PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

HIP TO: 34028201
M OMAHA DC (REL)
/O ALLEGIANCE
225 S 57TH STREET
MAHA                NE        68117

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGO. PALMAS
CATANO, PR        00962

BILL OF LADING NO. RV83074
SHIP DATE: 9/13/02    PAGE NO
SC&TRU
CARRIER STAR

DEST: OM        DATE/TIME PRINTED: 9/13/02   7:56:00

| PIECES | HAZARDOUS MATERIAL INFORMATION | CLASS 70 POUNDS | Special Instructions |
|---|---|---|---|

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

Special Instructions: Carrier direct bill only -- No assignments. Include #3 co Bill of Lading w/ Freight Bill to Baxter Healthcare Corp Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

ORDERS: 53977871*AA    53999994*AA    54031591*AA    54031592*AA

```
                ********************************************
                **          MEDICAL PRODUCT               **
                ********************************************
                **        PROTECT FROM FREEZING           **
                ********************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 09 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 4 | 2 | 8 |
| 10 | KITS/SETS,IN/OUTPATIENT TREATMENT/ CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 738 | 852 | 4729 |
| 11 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGU LANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 657 | 779 | 17569 |
| 55 | DRUGS, CHEMICALS, MEDICINES & OTHER ARTICLES, RVNX $2.30/# (NMFC 60000 CLS 70) | 80 | 45 | 680 |

If charges are to be prepaid, or stamp here "TO BE PREP.

**PREPAID**

Subject to Section 7 of Condi of applicable bill of lading, if shipment is to be delivered to consignee without recourse on consignor, the consignor shall the following statement:
The carrier shall not make deli of this shipment without payn of freight and all other la charges.

(Signature of Consignor)

This is to certify that the ab named materials are prop classified, described, packa marked and labeled, and ar proper condition for transportat according to the applica regulations of the Departmen Transportation.

NOTE - Where the rate is depen on value, shippers are require state specifically in writing the ag or declared value of the prope The agreed or declared value o property is hereby specifically st by the shipper to be not exceed

**$1.80 Per Lb.**

*Shippers Imprint in lieu of stamp; a part of bill of lading approved by Interstate Commerce Commissi

**CHEMTREC**
For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec-
Day or Night
(800) 424-9300

RAILER NO: NPRU655231  SEAL NO: 0029426  PALLET COUNT: 38P

AL PIECES: 1520    TOTAL POUNDS: 23,106    X _____ RECEIVED BY:

R LOCK:                SHIP VIA:              STAGE:              ROUTE:
DED BY                                        DRIVER: N/A
ER INSTRUCTIONS:  SEA STAR/OM154/OM663
                  SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -
ARDS OFFERED    ACCEPTED ☐    DECLINED ☐
PER PER:                        AGENT:                    PER:

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

BHC 1878A

IP TO: 34028186
I- THE WOODLANDS DC (REL)
O ALLEGIANCE
01 GROGAN'S MILL RD
E WOODLANDS           TX      77380

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO. PALMAS
CATANO, PR              00962

BILL OF LADING NO.
RV83073

SHIP DATE: 9-12-02   PAGE NO.

SC&TRU

CARRIER STAR

DEST: HU          DATE/TIME PRINTED: 9/13/02   7:55:59

## HAZARDOUS MATERIAL INFORMATION

See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

**CLASS 70 POUNDS**

Special Instructions: Carrier direct billing only - No assignments include #3 cop
Bill of Lading w/ Freight Bill to:
Baxter Healthcare Corp.
Freight payment Dept.
1430 Waukegan Road
McGaw Park, IL 60085

RDERS: 54031534*AA  54031535*AA

```
   ****************************************
   **                                    **
              MEDICAL PRODUCT
   ****************************************
   **                                    **
           PROTECT FROM FREEZING
   ****************************************
```

| ITCO | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS  W/DENS < 5#/CF,W OR W/O SOL  (NMFC 56790-1 CLS 175) | 279 | 222 | 826 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS  W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 173 | 283 | 1495 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97  (NMFC 59380-6 CLS 55) | 1311 | 1012 | 16658 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 18 | 7 | 27 |

If charges are to be prepaid, wr
or stamp here "TO BE PREPA

**PREPAID**

Subject to Section 7 of Conditi
of applicable bill of lading, if t
shipment is to be delivered to
consignee without recourse on
consignor, the consignor shall si
the following statement:
The carrier shall not make deliv
of this shipment without payme
of freight and all other law
charges.

(Signature of Consignor)

This is to certify that the abov
named materials are proper
classified, described, package
marked and labeled, and are
proper condition for transportatio
according to the applicatio
regulations of the Department
Transportation.

NOTE - Where the rate is depend
on value, shippers are required t
state specifically in writing the agree
or declared value of the property
The agreed or declared value of th
property is hereby specifically state
by the shipper to be not exceedin

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; no
a part of bill of lading approved by the
Interstate Commerce Commission.

**CHEMTREC**
For Chemical
Emergency
Spill, Leak, Fire
Exposure or
Accident
Call Chemtrec
Day or Night
(800) 424-9300

AILER NO: STRU455062  SEAL NO: 0029567   PALLET COUNT: 34

PIECES: 1861    TOTAL POUNDS: 19,686    X _____ RECEIVED BY:

LOCK :          SHIP VIA:           STAGE:           ROUTE:
D BY :          _____          DRIVER: N/A
R INSTRUCTIONS:
                SEA STAR/HU215/HU334
                SHIPPED BY: _____

IDS OFFERED   ACCEPTED ☐   DECLINED ☐   - FOR CARRIER USE ONLY -
R PER:                    AGENT:                    PER:

**Baxter**

Baxter Healthcare Corporation
One Baxter Parkway
Deerfield, Illinois 60015-4633

BHC 1878A

**STRAIGHT BILL OF LADING-SHORT FOR**
**ORIGINAL - Not Negotiable**

IP TO:    34027975
ONTARIO DC (REL)
O ALLEGIANCE
51 E PHILADELPHIA ST
TARIO              CA     91761

SHIPPED FROM:
BAXTER HEALTHCARE CORP. PRGLC
ROAD#5 KM.27.4 EXT.
EXPRESO DE DIEGBO, PALMAS
CATANO, PR            00962

BILL OF LADING NO.
RV63111

SHIP DATE: 9-16-02   PAGE NO. 1
SCAC: SGRU
CARRIER: SEA STAR

DEST: LA         DATE/TIME PRINTED:  9/16/02    8:16:25

**HAZARDOUS MATERIAL INFORMATION**
See attached supplemental shipping papers for individual shipping name, classification, and weight of these hazardous materials. NOTE: The shipping paper, or reprint of same, must be in possession of the driver until delivery to consignee.

CLASS 70 POUNDS    0

Special Instructions: Carrier direct billing only. No assignments. Include #3 cop Bill of Lading w/ Freight Bill to Baxter Healthcare Corp. Freight payment Dept. 1430 Waukegan Road McGaw Park, IL 60085

RDERS:  54049530*AA   54049531*AA

```
** ************************************
**           MEDICAL PRODUCT          **
** ************************************
**         PROTECT FROM FREEZING      **
** ************************************
```

| RTCD | DESCRIPTION | PIECES | CUBE | WEIGHT |
|---|---|---|---|---|
| 19 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS < 5#/CF,W OR W/O SOL (NMFC 56790-1 CLS 175) | 228 | 242 | 798 |
| 0 | KITS/SETS,IN/OUTPATIENT TREATMENT/CARE,NOI,IN BXS W/DENS >= 5#/CF, W/ OR W/O SOL (NMFC 56790-2 CLS 100) | 628 | 771 | 3995 |
| 1 | SOLUTIONS,I.V.,NUTRITIONAL/ANTICOAGULANT,IN PLAS BAG W/IN PLAS BAGS IN BXS/PKG 97 (NMFC 59380-6 CLS 55) | 703 | 887 | 19361 |
| 1 | ARTICLE, PLASTIC/RUBBER,O/T EXPANDED /FOAM, W/DENS 2#/CF < 4#/CF (NMFC 156600-3 CLS 250) | 39 | 22 | 87 |

If charges are to be prepaid, write or stamp here "TO BE PREPAID"
**PREPAID**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**$1.80 Per Lb.**

*Shippers imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

**CHEMTREC**
For Chemical Emergency
Spill, Leak, Fire
Exposure or Accident
Call Chemtrec-
Day or Night
(800) 424-9300

AILER NO: SRU455022  SEAL NO: 0084873   PALLET COUNT: 4/4

PIECES: 1598    TOTAL POUNDS: 24,241    X 09 9/16/02   RECEIVED BY:

LOCK:           SHIP VIA:           STAGE:           ROUTE:
ED BY: QP-bK                        DRIVER: N/A
R INSTRUCTIONS:  SEA STAR-LA609/LA608
                 SHIPPED BY: Sea Star

- FOR CARRIER USE ONLY -
RDS OFFERED    ACCEPTED ☐    DECLINED ☐
R PER:                          AGENT:              PER: