## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SEA STAR LINE, LLC                         :
                                       :
    Plaintiff/             :
    Counterclaim          :
    Defendant,            :
                                       :
    v.                    :   Civ. No. 05-245-JJF-LPS
                                       :
EMERALD EQUIPMENT LEASING, INC.,           :
                                       :
                                       :
    Defendant/             :
    Counterclaim          :
    Plaintiff,            :

## ORDER

At Wilmington this **13th** day of **December, 2007**.

IT IS ORDERED that a hearing has been scheduled for **December 20, 2007 at 10:00 a.m.** with Magistrate Judge Stark in Courtroom No. 2A, Second Floor, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that, in light of the parties' agreement of a March 1, 2008 discovery deadline and the fact that trial will occur in April 2008, counsel and the parties are required to be prepared to succinctly, yet specifically, address the following during the hearing:

    1.    A concise summary of the background and current status of the case and the Amended Counterclaim.

    2.    The results of the "Baxter" test case.

    3.    The implication of the results of the "Baxter" test case for Emerald Equipment Leasing, Inc.'s renewed (i) Motion to Compel Sea Star Line, LLC's

Responses to Certain Interrogatories (D.I. 114), specifically Interrogatory Nos. 1, 2, 4, 6, 8 and 9, and (ii) Motion to Compel Sea Star Line, LLC's Production of Certain Documents (D.I. 115), specifically Document Request Nos. 5, 6, 8, 10, 11, 12, 23-25, and 26-42, and whether the Court should grant or deny such renewed motions.

4.      Emerald Equipment Leasing, Inc.'s three requests for additional document discovery as set forth in Emerald's Reply to Sea Star Line, LLC's Response to Emerald's Submission Regarding Baxter Healthcare, Inc. (D.I. 151), and whether the Court should grant or deny such requests.

5.      The specific nature of any other additional discovery request(s), including the identity of any additional witness(es) to be deposed, and whether the Court should grant or deny such requests for additional discovery.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.


_____
UNITED STATES MAGISTRATE JUDGE