## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of December, 2007 a copy of the foregoing Affidavit of Timothy J. Armstrong was served on the parties listed below in the manner indicated:

### *<u>FIRST-CLASS MAIL and Email</u>*
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
Email: amoldoff@eckertseamans.com

### *<u>First Class Mail and electronic filing</u>*
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

__/s/Kathleen M. Miller_____
Kathleen M. Miller (I.D. No. 2898)

05130|COS|10035493.WPD