

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

January 11, 2008

**By Hand Delivery**

The Honorable Leonard P. Stark
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Sea Star Line, LLC v. Emerald Equipment Leasing, Inc.*
       C.A. No.: 05-245 (JJF)(LPS)

Dear Judge Stark:

On December 28, 2007, Emerald Equipment Leasing, Inc. ("Emerald") filed a response to Sea Star Line, LLC's Motion to Compel Return of Privileged Documents and Removal from Court Record. While Emerald did not object to the return of the documents, it did object to the scope of relief sought by Sea Star. We drafted a proposed form of order to address Emerald's objection. Counsel for Emerald has agreed to the relief in the proposed form of order. Therefore, if the form of order is acceptable to the Court, we request that it be entered.

Respectfully,

Kathleen M. Miller
(ID No. 2898)
Enclosure

cc:   Alan I. Moldoff, Esquire (w/encl)(by fax)
       Ronald Gellert, Esquire (by efiling)

05130|PLDG|10036317.WPD