IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC : | |
| : | |
| Plaintiff/ : | |
| Counterclaim Defendant, : | |
| : | |
| v. : | Civ. No. 05-245-JJF-LPS |
| : | |
| EMERALD EQUIPMENT LEASING, INC. : | |
| : | |
| Defendant/ : | |
| Counterclaim Plaintiff : | |

### CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esquire, hereby certify that on January 14, 2008 a true and correct copy of the **Uncontested Motion of Emerald Equipment Leasing, Inc. for Amendment of Judgment and/or Relief from Memorandum Order Entered on December 28, 2007** was served via First Class Mail upon the parties on the attached list.

Dated: January 14, 2008

ECKERT SEAMANS CHERIN & MELLOTT, LLC

/s/Ronald S. Gellert
Ronald S. Gellert, Esq. (No. 4259)
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
(302) 425-0430

Counsel for Emerald Equipment Leasing, Inc.

Service List

Timothy J. Armstrong
Armstrong & Mejer, P.A.
The Douglas Center
2600 Douglas Rd., Suite 1111
Coral Gables, FL 33134

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE 19801