**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SEA STAR LINE, LLC                                :
                                                  :
      Plaintiff/                             :
      Counterclaim Defendant,               :
                                                  :
  v.                                            :    Civ. No. 05-245-JJF-LPS
                                                  :
EMERALD EQUIPMENT LEASING, INC.,     :
                                                  :
                                                  :
      Defendant/                            :
      Counterclaim Plaintiff.               :

**ORDER**

At Wilmington this **15th** day of **January, 2008,** the Court having reviewed the Uncontested

Motion of Emerald Equipment Leasing, Inc. ("Emerald") for Amendment of Judgment and/or Relief

from Memorandum Order Entered on December 28, 2007 (D.I. 164) (the "Motion to Amend"), and

having been advised that Sea Star Line LLC ("Sea Star") does not oppose the relief sought in the

Motion to Amend:

IT IS ORDERED that the Motion to Amend is GRANTED, and, subject to any Sea Star

objections in connection with a notice of deposition or subpoena issued, Emerald may seek, at most,

three additional depositions, specifically: (i) Sea Star, pursuant to Fed. R. Civ. P. 30(b)(6); (ii) a

records custodian, pursuant to Fed. R. Civ. P. 30(b)(6); and (iii) William Lauderdale; and

IT IS FURTHER ORDERED that if Emerald decides to seek to depose Sea Star, a records

custodian and/or Mr. Lauderdale, and if Sea Star objects to any of these depositions, the parties

should present their dispute to the Court in accordance with the procedure set forth in paragraph 4

of the Court's November 19, 2007 Order (D.I. 146); and

IT IS FURTHER ORDERED that no depositions other than those set forth above, or those that had been noticed or agreed-upon prior to December 20, 2007, shall be taken without leave of the Court; and

IT IS FURTHER ORDERED that the December 28, 2007 Memorandum Order (D.I. 160) shall continue to govern in all other respects.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE