## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esquire hereby certify that on January 25, 2008, I caused true and correct copies of the foregoing Emerald Response to Objections and Motion to Set Aside Magistrate's Memorandum Order Together With Request for Sanctions to be served on the following parties in the manner indicated.

| | |
|---|---|
| Timothy J. Armstrong, Esq.<br>Armstrong & Mejer, P.A.<br>Suite 1111 Douglas Centre<br>2600 Douglas Road<br>Miami, FL 33134<br>**By First Class Mail** | Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue, 10th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>**By First Class Mail and Electronic Notice** |

Ronald S. Gellert, Esquire (No. 4259)