## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esquire hereby certify that on January 28, 2008, I caused true and correct copies of the foregoing Emerald Equipment Leasing, Inc. Response to Sea Star Line, LLC Motion to Extend Time and Request for Expedited Disposition to be served on the following parties in the manner indicated.

| | |
|---|---|
| Timothy J. Armstrong, Esq. | Kathleen M. Miller, Esq. |
| Armstrong & Mejer, P.A. | Smith, Katzenstein & Furlow, LLP |
| Suite 1111 Douglas Centre | 800 Delaware Avenue, 10th Floor |
| 2600 Douglas Road | P.O. Box 410 |
| Miami, FL 33134 | Wilmington, DE 19899 |
| **By First Class Mail** | **By First Class Mail and Electronic Notice** |

Ronald S. Gellert, Esquire (No. 4259)