## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2008 a copy of the foregoing *RE-NOTICE OF TAKING DEPOSITION* was served on the parties listed below in the manner indicated:

*FIRST-CLASS MAIL*
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
Email: amoldoff@eckertseamans.com

*Efiling and First Class Mail*
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

_____
Kathleen M. Miller (ID No. 2898)