IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC : | |
| : | |
| Plaintiff/ : | |
| Counterclaim Defendant, : | |
| : | |
| v. : | Civ. No. 05-245-JJF-LPS |
| : | |
| EMERALD EQUIPMENT LEASING, INC. : | |
| : | |
| Defendant/ : | |
| Counterclaim Plaintiff, : | |

### NOTICE OF TAKING DEPOSITION

TO:
Timothy J. Armstrong, Esquire
Armstrong & Mejer
Suite 1111, Douglas Center
2600 Douglas Road
Coral Gables, FL  33134

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899


**PLEASE TAKE NOTICE** that the undersigned attorneys will take the deposition of: Sea Star Line, LLC pursuant to Fed.R.Civ.P. 30(b)(6), by and through any one or more officers, directors, managing agents, or corporate designees having personal knowledge of and qualified to testify as to the matters specified in attached Exhibit "A".

DATE:     March 10, 2008

TIME:     10:00 A.M.

PLACE:    Powers Reporting, Inc.
          220 Forsyth Street
          Jacksonville, FL  32202

{M0635974.1}

upon oral examination before, a Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. Each deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable and governing rules.

Dated: February 21, 2008

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By:/s/ Ronald S. Gellert
    Ronald S. Gellert, Esquire (No. 4259)
    300 Delaware Avenue, Suite 1210
    Wilmington, De 19801
    Phone: 302-425-0430
    Fax:   302-425-0432

and

Gary M. Schildhorn, Esquire
Alan I. Moldoff, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Phone: 215-851-8400
Fax:   215-851-8383

{M0635974.1}