## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esquire hereby certify that on February 21, 2008, I caused true and correct copies of the foregoing **Notice of Taking Deposition** to be served on the following parties in the manner indicated.

| | |
|---|---|
| Timothy J. Armstrong, Esq.<br>Armstrong & Mejer, P.A.<br>Suite 1111 Douglas Centre<br>2600 Douglas Road<br>Miami, FL 33134<br>**By First Class Mail** | Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue, 10th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>**By First Class Mail and Electronic Notice** |

/s/ Ronald S. Gellert
Ronald S. Gellert, Esquire (No. 4259)

{M0635974.1}