IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC : | |
| : | |
| Plaintiff/ : | |
| Counterclaim Defendant, : | |
| : | |
| v.  : | Civ. No. 05-245-JJF-LPS |
| : | |
| EMERALD EQUIPMENT LEASING, INC. : | |
| : | |
| Defendant/ : | |
| Counterclaim Plaintiff, : | |

### RE-NOTICE OF TAKING DEPOSITION

TO:
Timothy J. Armstrong, Esquire
Armstrong & Mejer
Suite 1111, Douglas Center
2600 Douglas Road
Coral Gables, FL  33134

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the deposition of Sea Star Line, LLC pursuant to Fed.R.Civ.P. 30(b)(6), by and through any one or more officers, directors, managing agents, or corporate designees having personal knowledge of and qualified to testify as to the matters specified in attached Exhibit "A" upon oral examination before a Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida.

DATE:      March 18, 2008

TIME:       10:00 A.M.

PLACE:    Powers Reporting, Inc.
                220 Forsyth Street
                Jacksonville, FL  32202

{M0635974.1}

The oral examination will continue from day to day until completed. Each deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the applicable and governing rules.

Dated: March 11, 2008

                      ECKERT SEAMANS CHERIN & MELLOTT, LLC

                      By:/s/ Ronald S. Gellert
                         Ronald S. Gellert, Esquire (No. 4259)
                         300 Delaware Avenue, Suite 1210
                         Wilmington, De 19801
                         Phone: 302-425-0430
                         Fax:    302-425-0432

                             and

                         Gary M. Schildhorn, Esquire
                         Alan I. Moldoff, Esquire
                         Eckert Seamans Cherin & Mellott, LLC
                         Two Liberty Place
                         50 South 16th Street, 22nd Floor
                         Philadelphia, PA 19102
                         Phone: 215-851-8400
                         Fax:    215-851-8383