UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

SEA STAR LINE, LLC,
a limited liability company,

    Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

    Defendant,

-vs-

SEA STAR LINE, LLC,

    Counter-Defendant.
_____/

Civil Action No. 05-CV-245-JJF (LPS)

## NOTICE OF FILING CORRECTED EXHIBIT B TO SEA STAR LINE, LLC'S RESPONSE TO EMERALD'S SUBMISSION REGARDING BAXTER HEALTH CARE, INC. (Dkt. No. 149)

Please Take Notice that Sea Star Line, LLC ("SSL") filed corrected Exhibit B (attached) to SSL's Response to Emerald's Submission Regarding Baxter Health Care, Inc. (Dkt. No. 149).

March 12, 2008

OF COUNSEL:
Timothy J. Armstrong
Armstrong & Mejer, P.A.
2222 Ponce de Leon Boulevard
Penthouse Suite
Miami, FL 33134
Telephone: 305-444-3355

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
Facsimile: 302-652-8405
E-mail: Kmiller@skfdelaware.com

*Attorneys for Sea Star Line LLC*