# CORRECTED EXHIBIT B

215 635 2351;                FEB-25-04 17:37;                PAGE 1

# ADELMAN LAVINE GOLD AND LEVIN
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

LEWIS H GOLD
ROBERT H LEVIN
CARY M SCHWIMHORN
BARRY D KLEBAN
CARY D BRESSLER
STEVEN D USDIN
RAYMOND H LEMISCH
LEON R JACKSON
ALAN I MOLDOFF
KATHLEEN E TORBIT
WILLIAM K HINCHMAN
VICTORIA ENDRISS SHUSLER
ROBERT J. LENAHAN
BRADFORD J SANDLER
MARK PFEIFFER
D. ANDREW BERTORELLI JR.
JENNIFER R. HOOVER

SUITE 900
FOUR PENN CENTER
PHILADELPHIA, PA 19103-2808
(215) 568-7515

FACSIMILE (215) 557-7022
lawyers@adelmanlaw.com

SUITE 710
919 NORTH MARKET STREET
WILMINGTON, DE 19801
302-654-8200

February 25, 2004

### BY TELECOPIER (215-635-4771)

Storage Transfer L.L.C.
c/o Lorraine Robins
7900 Old York Road
Unit 812B
Elkins Park, PA 19027

Re:   **Contribution to the Emerald Estate**

Dear Ms. Robins:

I am advised that Storage Transfer L.L.C. ("Storage") has acquired the secured position of MBC Leasing Company in the Estate of Emerald Equipment Leasing, Inc. ("Emerald"). Emerald currently intends to prosecute certain substantial claims against Sea Star Lines, LLC. Storage has agreed to contribute to the Emerald estate 15% of any proceeds, net of expenses or other amounts disbursed to third parties, it would otherwise receive on account of its secured claim as a result of any settlement of the Sea Star claim or the collection of any judgment obtained upon prosecution of this claim. Storage has further agreed that these funds may be used by Emerald to fund a plan of reorganization and that Storage will not assert a deficiency claim against Emerald with respect to any proceeds contributed by Storage to the Emerald estate.

Storage Transfer L.L.C.
February 25, 2004
Page 2

      Please execute this letter on the space provided below to indicate Storage's agreement to the carveout from its secured claim in accordance with the terms set forth above.

Very truly yours,

GARY M. SCHILDHORN

GMS.md
cc:    Mr. Thomas Holt, Sr.

g:\393\10\letters\storage transfer2

AGREED TO AND ACCEPTED BY:
STORAGE TRANSFER L.L.C.

By: _____
    Lorraine Robins,
    Its Sole Member