## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2008 a copy of the foregoing NOTICE OF FILING CORRECTED EXHIBIT B TO SEA STAR LINE, LLC'S RESPONSE TO EMERALD'S SUBMISSION REGARDING BAXTER HEALTH CARE, INC. (Dkt. No. 149) was served on the parties listed below in the manner indicated:

*FIRST-CLASS MAIL*
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
Email: amoldoff@eckertseamans.com

*First Class Mail*
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)