UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company,<br><br>    Plaintiff,<br><br>-vs-<br><br>EMERALD EQUIPMENT LEASING, INC.,<br>a corporation,<br><br>    Defendant/Counter-Plaintiff,<br><br>-vs-<br><br>SEA STAR LINE, LLC,<br><br>    Counter-Defendant. | )<br>)<br>) C.A. No. 05C-245 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 12th day of March, 2008 a true and correct copy of the foregoing *Supplemental Answer to Interrogatory No. 1* was served by U.S. Mail on the parties listed below:

    ALAN I. MOLDOFF, ESQ.
    Eckert Seamans Cherin & Mellott, LLC
    Two Liberty Place
    50 South 16th Street
    22nd Floor
    Philadelphia, PA 19102

    Ronald S. Gellert, Esq.
    Eckert Seamans Cherin & Mellott, LLC
    300 Delaware Avenue
    Suite 1210
    Wilmington, DE 19801

                                        SMITH, KATZENSTEIN & FURLOW LLP

                                        /s/ Kathleen M. Miller

                                        Kathleen M. Miller (ID No. 2898)
                                        800 Delaware Avenue, 7th Floor
                                        P.O. Box 410
                                        Wilmington, DE 19899 (Courier 19801)
                                        Telephone: 302-652-8400
                                        Telecopy: 302-652-8405
                                        Email: kmiller@skfdelaware.com

OF COUNSEL:
Timothy J. Armstrong
Armstrong & Mejer, P.A.
2222 Ponce de Leon Boulevard
Penthouse Suite
Miami, FL 33134
Telephone: 305-444-3355

                                        *Attorneys for Sea Star Line LLC*