**ECKERT
SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

*Ronald S. Gellert*
*302-425-0430*
*rgellert@eckertseamans.com*

April 2, 2008

*Via e-mail jjf_civil@deduscourts.gov*

Hon. Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   Sea Star Line, LLC v. Emerald Equipment Leasing, Inc.
      U.S. District Court for the District of Delaware
      Case No. 05-CV-00245-(JJF)

Dear Judge Farnan:

We are counsel to Emerald Equipment Leasing, Inc. ("Emerald") in connection with the above-referenced litigation. On November 1, 2007, at a pre-trial conference in this matter, Your Honor indicated that he was going to bifurcate this litigation resulting in separate trials for the declaratory judgment complaint filed by Sea Star Line LLC and for the Emerald Counterclaim. Your Honor expressed the Court's intent to schedule the declaratory judgment action in February and the Emerald Counterclaim trial in April and asked the parties to submit dates regarding the availability of counsel and the parties in the months of February, 2008 and April, 2008. Submissions with respect to counsels' available dates were submitted. No trials were scheduled by the Court.

The parties would like to have this matter set down for trial as expeditiously as possible. Accordingly, this is a request that the trial on the Sea Star Declaratory Judgment Complaint be scheduled at the Court's convenience for a date certain. The parties have conferred and are available for trial on this aspect of this litigation during the month of May, 2008, except for May 14 through May 19, 2008. With respect to trial on the Amended Counterclaim, the parties have conferred and it appears that the parties would be ready for trial in July, except for July 18, 2008 and July 25 through July 31, 2008.

Please let us know as to the Court's availability and whether the respective trials in this matter may be scheduled at the aforesaid times.

Very truly yours,

Ronald S. Gellert

RSG/md
cc:  Timothy J. Armstrong, Esquire (via e-mail tarmstrong@armstrongmejer.com)
     Kathleen M. Miller, Esquire (via e-mail kmm@skfdelaware.com)
645726