IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civ. Act. No. 05-245-JJF |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : : : : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has been advised by the parties and the Magistrate Judge that all discovery disputes are resolved and the matter may be scheduled for trial;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Trial on the Declaratory Judgment Complaint filed by Sea Star Line, LLC will commence on **Tuesday, July 7, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. After reviewing the parties' updated witness, exhibit and issues submissions, the Court will allocate trial time.

2. Trial on the Amended Counterclaim filed by Emerald will commence on **Monday, September 15, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. After reviewing the parties' updated witness, exhibit and issues submissions, the Court will allocate trial time.

April 29, 2008
DATE

UNITED STATES DISTRICT JUDGE