## Local Rule 7.1.1 Certification

Counsel avers that reasonable efforts have been made to attempt to resolve the discovery disputes raised in the foregoing letter. Despite the reasonable efforts and communication between counsel, the parties have not been able to resolve the discovery disputes.

Kathleen M. Miller (No. 2898)