**EXHIBIT "D"**

Sea Star Line Document Production
All Invoices from their Largest Truckers in the States
Period Covered May through September, 2002

| Trucker | Bates Numbers | Total Sheets | April | May | June | July | August | Sept | Other | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACIS | 71862-71939 | 78 | | 9 | 28 | 41 | | | | 78 | |
| | 72127-72452 | 326 | 3 | 32 | 45 | 158 | 91 | | 329 | |
| | 72453-72533 | 81 | | 3 | 65 | 13 | | | 81 | |
| | 72535-72806 | 272 | | | 3 | 51 | 101 | | | 272 | |
| | 73747-74195 | 446 | 16 | 156 | 167 | 103 | 4 | | | 446 | Nov. 2001 |
| | 73760/61 and 73936 | 3 | | | | | | | 3 | 3 | |
| | 74196-74471 | 276 | 4 | 147 | 68 | 32 | 1 | | 24 | 276 | Prev Apr 26 |
| | 74605-74673 | 69 | 5 | 45 | | | | | 19 | 69 | Prev Apr 26 |
| | 74906-74947 | 387 | 52 | 229 | 69 | 32 | 1 | | 7 | 390 | 2Nov 5Mar |
| Total ACIS | | 1938 | 77 | 589 | 396 | 369 | 278 | 182 | 53 | 1944 | |
| Carolina Nat'l | 70001-70119 | 119 | | | | 119 | | | | 119 | |
| | 70120-70148 | 29 | | | | | | | 29 | 29 | All 2001 |
| | 70149-70499 | 351 | | | | 107 | 25 | 219 | | 351 | |
| | 70500-70999 | 500 | | | 114 | 146 | 240 | | | 500 | |
| | 71000-71197 | 198 | | | 198 | | | | | 198 | |
| | 71657-71861 | 205 | 132 | 73 | | | | | | 205 | |
| | 73256-73305 | 50 | | 4 | 46 | | | | | 50 | |
| | 73366-73746 | 381 | | 381 | | | | | | 381 | |
| Total Carolina | | 1833 | 132 | 458 | 358 | 372 | 265 | 219 | 29 | 1833 | |
| Eagle Systems | 71198-71656 | 459 | | 87 | 206 | 166 | | | | 459 | |

| Trucker | Bates Numbers | Total Sheets | April | May | June | July | August | Sept | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| H & M Trucking | 71940-72126 | 187 | | 3 | 33 | 20 | 6 | 125 | | 187 |
| | 72807-73255 | 449 | | 114 | 105 | 193 | 37 | | | 449 |
| | 74472-74604 | 133 | | 27 | 2 | 104 | | | | 133 |
| | 74674-74905 | 231 | | | | 12 | 175 | 44 | | 231 |
| | 74948-74999 | 52 | | 8 | 8 | 1 | 35 | | | 52 |
| | 75000-75279 | 280 | | 26 | 13 | 166 | 49 | 26 | | 280 |
| | Total H & M | 1332 | | 178 | 161 | 496 | 302 | 195 | | 1332 |
| Grand Totals | | 5562 | 209 | 1312 | 1121 | 1403 | 845 | 596 | 82 | 5568 |