**EXHIBIT "E"**

EXHIBIT A

| Unit Number | On-Hire Date | On-Hire Doc | On-Hire Bates | Return Date | Return Doc | Return Bates |
|---|---|---|---|---|---|---|
| FFFZ012072 | | | | | | |
| FVIC046829 | 6/4/2002 | | | 7/30/2002 | PACK AV LOG | |
| FVIC140947 | 5/22/2002 | 77760 | | 12/23/2002 | 140947 | |
| JSCZ040284 | 5/14/2002 | 77881 | | 6/21/2002 | 88306 | |
| PRGS001003 | 5/30/2002 | 106009 | SE 15501 | 5/31/2002 | 106009 | SE 15501 |
| PRGS001005 | 6/25/2002 | 168643 | SE 53997 | 7/13/2002 | 163527 | SE 53315 |
| PRGS001006 | 5/6/2002 | 156837 | SE 15503 | 5/8/2002 | 156837 | SE 15503 |
| PRGS001007 | 5/3/2002 | 156280 | SE 14583 | 5/3/2002 | 156280 | SE 14583 |
| PRGS001010 | 5/13/2002 | GATE LOG | SE 15505 | 5/20/2002 | 110245 | SE 15506 |
| PRGS001011 | 5/21/2002 | 77064 | SE 15507 A | 5/22/2002 | 77064 | SE 15507 A |
| PRGS001012 | 4/30/2002 | 155307 | SE 14779 A | 4/30/2002 | 155307 | SE 14779 A |
| PRGS001015 | 5/6/2002 | | | 11/7/2002 | | |
| PRGS001016 | 5/31/2002 | 179164 | SE 16922 | 8/14/2002 | 67520 | SE 15842 |
| PRGS001018 | 5/2/2002 | 155968 | SE 15510 | 5/7/2002 | 155968 | SE 15510 |
| PRGS001019 | 5/1/2002 | 155502 | SE 14748 | 5/3/2002 | 155502 | SE 53308 |
| PRGS001020 | 7/19/2002 | 174932 | SE 15511 | 8/14/2002 | 67518 | SE 15841 |
| PRGS001021 | 5/2/2002 | | | 5/10/2002 | 158169 | SE 53322 |
| PRGS001024 | 5/23/2002 | 160591 | SE 15825 | 6/20/2002 | 166450 | SE 53222 |
| PRGS001025 | 6/10/2002 | 097889 | SE 15513 A | 6/11/2002 | 097889 | SE 14649 |
| PRGS001026 | 5/2/2002 | 155995 | SE 14522 A | 5/14/2002 | 157829 | SE 53313 |
| PRGS001028 | 6/5/2002 | 180278 | SE 15713 | 7/2/2002 | 181121 | |
| PRGS001029 | 6/13/2002 | DEPOT LOG | SE 17050 | 7/19/2002 | 167574 | SE 15514 A |
| PRGS001030 | 5/15/2002 | | | 5/20/2002 | 110251 | SE 53324 |
| PRGS001031 | 5/22/2002 | 77734 | SE 18582 | 7/9/2002 | 53904 | SE 14513 |
| PRGS001033 | 5/24/2002 | 110132 | SE 15518 | 5/26/2002 | 110132 | SE 15518 |
| PRGS001038 | 5/22/2002 | 77673 | SE 15519 A | 5/28/2002 | 77673 | SE 15519 A |
| PRGS001043 | 5/2/2002 | 156042 | SE 15525 | 6/14/2002 | 181320 | SE 15526 |
| PRGS001048 | 5/16/2002 | 102320 | SE 15531 | 5/22/2002 | 102320 | SE 15531 |
| PRGS001049 | 5/16/2002 | 102466 | SE 15533 | 7/9/2002 | 53508 | SE 53329 |
| PRGS001050 | 5/13/2002 | 102977 | SE 15535 | 5/22/2002 | 102977 | SE 15535 |
| PRGS001052 | 5/8/2002 | | SE 14729 | 8/13/2002 | RELEASE | SE 15537 |
| PRGS001055 | 5/22/2002 | 77751 | SE 15539 | 5/30/2002 | 77751 | SE 15539 |
| PRGS001058 | 5/23/2002 | 77898 | SE 14525 | 5/24/2002 | 77898 | SE 14525 |
| PRGS001059 | 5/16/2002 | TIR | SE 15543 | 6/23/2002 | SJU INVENTORY | SE 15542 |
| PRGS001062 | 6/3/2002 | 88559 | SE 14575 | 6/5/2002 | 88559 | SE 14575 |
| PRGS001068 | 6/4/2002 | 182635 | | 7/8/2002 | 53835 | SE 14608 |
| PRGS001071 | 5/6/2002 | | | | | |
| PRGS001073 | 5/22/2002 | 77496 | SE 14590 | 6/28/2002 | 184065 | SE 15550 |
| PRGS001075 | 5/31/2002 | 182213 | SE 15553 | 7/26/2002 | SOLD | |
| PRGS001083 | 5/16/2002 | 102464 | SE 15560 | 5/20/2002 | 102464 | SE 15560 |
| PRGS001085 | 5/1/2002 | 155704 | SE 15561 | 8/14/2002 | 68547 | SE 15833 |
| PRGS001093 | 6/7/2002 | IT004S | SE 40060 | 7/16/2002 | 50220 | SE 14713 |
| PRGS001095 | 5/15/2002 | 87957 | | 8/9/2002 | 137834 | |
| PRGS001097 | 5/10/2002 | 158263 | SE 15570 A | 8/14/2002 | 67521 | SE 15822 |
| PRGS001099 | 5/1/2002 | 155602 | SE 14776 A | 6/25/2002 | 166354 | SE 53318 |
| PRGS001100 | 5/13/2002 | 158489 | SE 15570 C | 6/6/2002 | 180245 | SE 15570 D |
| PRGS001106 | 6/25/2002 | 185632 | SE 15576 | 7/18/2002 | 52923 | SE 14669 |
| PRGS001112 | 6/24/2002 | 185247 | | 8/19/2002 | 104963 | SE 14790 |
| PRGS001114 | 5/23/2002 | 160521 | SE 15582 | 8/14/2002 | 67519 | SE 15899 |
| PRGS001115 | 6/17/2002 | 107216 | SE 15585 | 8/6/2002 | 120905 | SE 14753 |
| PRGS001116 | 7/7/2002 | GATE LOG | | 8/14/2002 | 67522 | SE 16148 |
| PRGS001117 | 5/15/2002 | 102057 | SE 15587 A | 5/18/2002 | 102057 | SE 15587 A |
| PRGS001119 | 5/24/2002 | 78031 | SE 15588 A | 5/25/2002 | 78031 | SE 15588 A |
| PRGS001121 | 6/17/2002 | 107130 | se 14661 | 7/10/2002 | 50522 | |
| PRGS001122 | 5/7/2002 | 157375 | SE 15589 | 8/14/2002 | 67517 | SE 19684 |
| PRGS001124 | 5/14/2002 | 103286 | SE 15593 | 5/15/2002 | 103286 | SE 15593 |
| PRGS001125 | 5/30/2002 | 106161 | SE 15595 | 5/31/2002 | 106161 | SE 14727 |
| PRGS001128 | 6/3/2002 | 88487 | SE 15599 | 7/15/2002 | 49947 | SE 14651 |
| PRGS001129 | 5/2/2002 | 156085 | SE 15600 | 8/14/2002 | 67517 | |
| PRGS001130 | 5/27/2002 | 109819 | SE 15601 | 8/19/2002 | 105418 | SE 15602 |
| PRGS001132 | 6/10/2002 | 097872 | SE 15604 | 10/11/2002 | SOLD | |
| PRGS001133 | 6/3/2002 | 88547 | SE 14509 | 8/2/2002 | 121502 | SE 15606 |
| PRGS001134 | 5/16/2002 | 102458 | SE 15608 | 5/17/2002 | 102458 | SE 15608 |
| PRGS001141 | 5/15/2002 | 102195 | SE 15615 | 5/16/2002 | 102195 | SE 15615 |
| PRGS001142 | 5/17/2002 | 102633 | SE 15617 | 5/23/2002 | 102633 | SE 15617 |
| PRGS001145 | 5/27/2002 | 109837 | SE 15620 | 8/20/2002 | SJU INVENTORY | SE 15619 |
| PRGS001148 | 6/6/2002 | 180439 | SE 16921 | 8/14/2002 | 67519 | SE 15899 |
| PRGS001150 | 7/19/2002 | GATE LOG | SE 17002 | 9/11/2002 | 68549 | SE 17002 |
| PRGS001151 | 6/1/2002 | GATE LOG | SE 30129 | 8/22/2002 | HOLT TIR | SE 15623 A |
| PRGS001152 | 4/30/2002 | 160445 | SE 14711 A | 8/14/2002 | | |
| PRGS001153 | 6/5/2002 | 184749 | SE 15625 | 6/6/2002 | 184749 | SE 15625 |
| PRGS001155 | 5/21/2002 | 77158 | SE 15628 | 5/23/2002 | 77158 | SE 15628 |
| PRGS001156 | 5/6/2002 | | | | | |
| PRGS001157 | 4/30/2002 | 155402 | SE 14738 | 8/14/2002 | 67524 | SE 15845 |
| PRGS001161 | 6/6/2002 | 180450 | | 1/9/2003 | 72160 | |
| PRGS001163 | 5/2/2002 | 155899 | SE 16920 | 8/14/2002 | 67518 | SE 15841 |
| PRGS001165 | 5/29/2002 | 105886 | SE 15635 | 6/24/2002 | SJU INVENTORY | SE 15634 |
| PRGS001171 | 5/8/2002 | | | 7/26/2002 | 176835 | SE 15636 A |
| PRGS001172 | 5/23/2002 | 160456 | SE 16919 | 8/14/2002 | 68550 | |
| PRGS001175 | 5/7/2002 | 156947 | SE 15640 | 5/7/2002 | 156947 | SE 15640 |
| PRGS001181 | 5/20/2002 | 76906 | SE 15642 | 5/27/2002 | 76906 | SE 15642 |
| PRGS001182 | 5/14/2002 | 103098 | SE 15644 | 5/21/2002 | 76906 | SE 15642 |
| PRGS001185 | 7/28/2002 | GATE LOG | SE 17048 | 8/14/2002 | GTS TIR | |
| PRGS001186 | 5/9/2002 | | | 8/5/2002 | | |
| PRGS001187 | 5/13/2002 | 102837 | SE 15646 | 5/14/2002 | 102837 | SE 15646 |
| PRGS001188 | 5/1/2002 | 155714 | SE 15648 | 8/14/2002 | 67525 | SE 15840 |
| PRGS001189 | 8/9/2002 | 164065 | SE 15650 | 9/11/2002 | 68548 | SE 15812 |
| PRGS001190 | 5/27/2002 | 88257 | SE 15653 | 6/24/2002 | SJU INVENTORY | SE 15652 |
| PRGS001193 | 5/1/2002 | 155626 | SE 14629 A | 5/3/2002 | 155626 | SE 15654 |
| PRGS001196 | 5/30/2002 | 106078 | SE 15656 | 6/24/2002 | SJU INVENTORY | SE 15655 |
| PRGS001197 | 5/3/2002 | | | 8/22/2002 | | |
| PRGS001199 | 5/9/2002 | 157795 | SE 15657 A | 8/14/2002 | 67520 | SE 15842 |
| PRGS001200 | 6/4/2002 | 180658 | SE 54155 | 1/9/2003 | 72160 | |

EXHIBIT B

| Unit_Number |
|---|
| FFFZ049307 |
| FVIC047770 |
| FVIC083811 |
| JSCZ040516 |
| PRGS001000 |
| PRGS001002 |
| PRGS001004 |
| PRGS001014 |
| PRGS001017 |
| PRGS001022 |
| PRGS001034 |
| PRGS001035 |
| PRGS001036 |
| PRGS001037 |
| PRGS001039 |
| PRGS001040 |
| PRGS001042 |
| PRGS001045 |
| PRGS001046 |
| PRGS001047 |
| PRGS001051 |
| PRGS001056 |
| PRGS001057 |
| PRGS001060 |
| PRGS001061 |
| PRGS001063 |
| PRGS001064 |
| PRGS001065 |
| PRGS001066 |
| PRGS001067 |
| PRGS001069 |
| PRGS001070 |
| PRGS001072 |
| PRGS001074 |
| PRGS001076 |
| PRGS001077 |
| PRGS001078 |
| PRGS001079 |
| PRGS001080 |
| PRGS001081 |
| PRGS001087 |
| PRGS001088 |
| PRGS001089 |
| PRGS001096 |
| PRGS001101 |
| PRGS001102 |
| PRGS001103 |
| PRGS001104 |
| PRGS001107 |
| PRGS001108 |
| PRGS001113 |
| PRGS001120 |
| PRGS001123 |
| PRGS001126 |
| PRGS001127 |
| PRGS001135 |
| PRGS001136 |
| PRGS001137 |
| PRGS001138 |
| PRGS001139 |
| PRGS001140 |
| PRGS001144 |
| PRGS001149 |
| PRGS001154 |
| PRGS001159 |
| PRGS001162 |
| PRGS001169 |
| PRGS001173 |
| PRGS001177 |
| PRGS001183 |
| PRGS001184 |
| PRGS001198 |
| PRGS001201 |
| PRGS001202 |
| PRGS001204 |
| PRGS001205 |
| PRGS001206 |
| PRGS001211 |
| PRGS001215 |
| PRGS001219 |
| PRGS001220 |
| PRGS001222 |
| PRGS001224 |
| PRGS001225 |
| PRGS001232 |
| PRGS001237 |
| PRGS001239 |
| PRGS001242 |
| PRGS001246 |
| PRGS001252 |
| PRGS001261 |
| PRGS001262 |
| PRGS001265 |

EXHIBIT C

| Unit_Number |
|---|
| PRGS001287 |
| PRGS001288 |
| PRGS001291 |
| PRGS001317 |
| PRGS001318 |
| PRGS001322 |
| PRGS001324 |
| PRGS001327 |
| PRGS001334 |
| PRGS001346 |
| PRGS001347 |
| PRGS001368 |
| PRGS001378 |
| PRGS001383 |
| PRGS001386 |
| PRGS001387 |
| PRGS001392 |
| PRGS001396 |
| PRGS001403 |
| PRGS001419 |
| PRGS001420 |
| PRGS001421 |
| PRGS001423 |
| PRGS001438 |
| PRGS001442 |
| PRGS001445 |
| PRGS001462 |
| PRGS001464 |
| PRGS001465 |
| PRGS001466 |
| PRGS001469 |
| PRGS001474 |
| PRGS001501 |
| PRGS001502 |
| PRGS001521 |
| PRGS001528 |
| PRGS001531 |
| PRGS001535 |
| PRGS001539 |
| PRGS001540 |
| PRGS001541 |
| PRGS001544 |
| PRGS001550 |
| PRGS001552 |
| PRGS001553 |
| PRGS001555 |
| PRGS001557 |
| PRGS001559 |
| PRGS001562 |
| PRGS001571 |
| PRGS001572 |
| PRGS001576 |
| PRGS001581 |
| PRGS001588 |
| PRGS001591 |
| PRGS001596 |
| PRGS001601 |
| PRGS001602 |
| PRGS001605 |
| PRGS001609 |
| PRGS001611 |
| PRGS001613 |
| PRGS001616 |
| PRGS001617 |
| PRGS001621 |
| PRGS001622 |
| PRGS001625 |
| PRGS001633 |
| PRGS001635 |
| PRGS001640 |
| PRGS001641 |
| PRGS001649 |
| PRGS001654 |
| PRGS001656 |
| PRGS001659 |
| PRGS001661 |
| PRGS001662 |
| PRGS001669 |
| PRGS001677 |
| PRGS001678 |
| PRGS001680 |
| PRGS001681 |
| PRGS001685 |
| PRGS001687 |
| PRGS001688 |
| PRGS001691 |
| PRGS001697 |
| PRGS001701 |
| PRGS001704 |
| PRGS001705 |
| PRGS001706 |
| PRGS001710 |
| PRGS001711 |