## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, a true and correct copy of the foregoing Emerald Equipment Leasing Inc.'s Response to Sea Star Line, LLC's, Letter to the Honorable Leonard P. Stark re: Discovery Dispute, was served via United States, first class, postage prepaid mail upon the following:

    Timothy J. Armstrong, Esq.
    Armstrong & Mejer, P.A.
    Suite 1111 Douglas Centre
    2600 Douglas Road
    Miami, FL 33134

    Kathleen M. Miller, Esq.
    Smith Katzenstein & Furlow LLP
    800 Delaware Ave., 7th Floor
    P.O. Box 410
    Wilmington, DE 19801

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_/s/ R. Gellert_

Ronald S. Gellert, Esquire
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302-425-0430

and

Alan I. Moldoff, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400

Attorney for Defendant
Emerald Equipment Leasing, Inc.