## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, a true and correct copy of the foregoing Memorandum of Law in Support of Request For Sanctions Against Sea Star Lines, LLC, was served via United States, first class, postage prepaid mail upon the following:

Timothy J. Armstrong, Esq.
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Miami, FL 33134

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE 19801

ECKERT SEAMANS CHERIN &
MELLOTT, LLC

_/s/ Ronald S. Gellert_
Ronald S. Gellert, Esquire
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302-425-0430

and

Alan I. Moldoff, Esquire
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400

Attorney for Defendant
Emerald Equipment Leasing, Inc.

{M0656248.1}