

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

June 10, 2008

**By E-Filing and Hand Delivery**
The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Sea Star Line LLC v. Emerald Equipment Leasing, Inc.*
      C.A. No.: 05C-245 JJF

Dear Judge Farnan:

At the pre-trial conference on November 1, 2007, the Court severed the trial on the Complaint and the Amended Counterclaim. The Court indicated that it would set a new pretrial conference date and trial on the Complaint. The Amended Counterclaim was referred to Magistrate Judge Stark for all pre-trial matters.

Trial on the Complaint is set for July 7, 2008. The parties are working on a proposed pre-trial order, which they expect to file on or about June 20, 2008. The parties believe that a pre-trial conference will be beneficial to clarify the issues that will be presented at the trial in July. Accordingly, the parties jointly request that a pre-trial conference be set.

Respectfully,

Kathleen M. Miller
Id. No. 2898

cc:   Ronald Gellert, Esquire (via eFiling)
      Timothy J. Armstrong, Esquire (via email)
      Alan Moldoff (via email)

05130|CORA|10045508.WPD