UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company,<br><br>    Plaintiff,<br><br>-vs-<br><br>EMERALD EQUIPMENT LEASING, INC.,<br>a corporation,<br><br>    Defendant,<br><br>-vs-<br><br>SEA STAR LINE, LLC,<br><br>    Counter-Defendant. | Civil Action No. 05-CV-245-JJF |

## SEA STAR LINE, LLC'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, SEA STAR LINE, LLC ("SEA STAR"), moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56. The grounds for the motion, which are set forth in detail in SEA STAR's opening brief, are that Emerald Equipment Leasing, Inc. lacks standing to assert certain claims. In addition, there are no material facts in dispute and therefore SEA STAR is entitled to judgment as a matter of law.

[SIGNATURE FOLLOWS ON NEXT PAGE]

June 10, 2008                               SMITH, KATZENSTEIN & FURLOW LLP

                                            _____
                                            Kathleen M. Miller (I.D. No. 2898)
                                            800 Delaware Avenue
                                            P.O. Box 410
                                            Wilmington, DE 19899
                                            Telephone: 302-652-8400
                                            Facsimile: 302-652-8405

                                            E-mail: Kmiller@skfdelaware.com
                                            *Attorneys for Sea Star Line LLC*

OF COUNSEL:
Timothy J. Armstrong
Armstrong & Mejer, P.A.
2222 Ponce de Leon Boulevard
Penthouse Suite
Miami, FL 33134
Telephone: 305-444-3355

05130|MOT|10045571.WPD