UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

SEA STAR LINE, LLC,
a limited liability company,

      Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

      Defendant,

-vs-

SEA STAR LINE, LLC,

      Counter-Defendant.
_____/

Civil Action No. 05-CV-245-JJF

## STIPULATED BRIEFING SCHEDULE

WHEREAS, on June 10, 2008, Sea Star Line, LLC ("Sea Star") filed a Motion for Partial Summary Judgment (D.I. 192, 193).

WHEREAS, the parties have agreed, subject to Court approval, to a schedule for the completion of briefing of the motion.

NOW THEREFORE, the following schedule shall control:

1.    On or before June 27, 2008, Emerald Equipment Leasing, Inc. shall file its answering brief in opposing to the motion.

2.    On or before July 3, 3008, Sea Star shall file its reply brief.

DATED this 20th day of June, 2008.

| SMITH, KATZENSTEIN & FURLOW, LLP | ECKERT SEAMANS CHERIN & MELLOTT, LLC |
|---|---|
| By: /s/ Kathleen M. Miller<br>Kathleen M. Miller (ID No. 2898)<br>The Corporate Plaza<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE 19899<br>Tel: (302) 652-8400<br>Fax: (302) 652-8405 | By: /s/ Tara L. Lattomus<br>Tara L. Lattomus, Esq. (3515)<br>300 Delaware Avenue<br>Suite 1210<br>Wilmington, DE 19801 |
| And | And |
| Timothy J. Armstrong<br>Armstrong & Mejer, P.A.<br>Suite 1111 Douglas Centre<br>2600 Douglas Road<br>Coral Gables, FL 33134 | Gary Schildhorn, Esq.<br>Alan I. Moldoff, Esq.<br>Two Liberty Place<br>50 South 16th Street<br>22nd Floor<br>Philadelphia, PA 19102 |
| Counsel for Sea Star Line, LLC | Counsel for Emerald Equipment Leasing, Inc. |

Date:_____

_____
Judge Farnan