.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

SEA STAR LINE, LLC,
a limited liability company,                     Civil Action No. 05-CV-245-JJF

      Plaintiff,

-vs-

EMERALD EQUIPMENT LEASING, INC.,
a corporation,

      Defendant,

-vs-

SEA STAR LINE, LLC,

      Counter-Defendant.

_____/

**STIPULATED BRIEFING SCHEDULE**

      WHEREAS, on June 10, 2008, Sea Star Line, LLC ("Sea Star") filed a Motion for Partial Summary Judgment (D.I. 192, 193).

      WHEREAS, the parties have agreed, subject to Court approval, to a schedule for the completion of briefing of the motion.

      NOW THEREFORE, the following schedule shall control:

      1.      On or before June 27, 2008, Emerald Equipment Leasing, Inc. shall file its answering brief in opposing to the motion.

      2.      On or before July 3, 3008, Sea Star shall file its reply brief.

DATED this 20ᵀᴴ day of June, 2008.

SMITH, KATZENSTEIN & FURLOW,
LLP


By:_____
Kathleen M. Miller (ID No. 2898)
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Tel: (302) 652-8400
Fax: (302) 652-8405

And

Timothy J. Armstrong
Armstrong & Mejer, P.A.
Suite 1111 Douglas Centre
2600 Douglas Road
Coral Gables, FL 33134

Counsel for Sea Star Line, LLC

ECKERT SEAMANS CHERIN &
MELLOTT, LLC


By:_____
Tara L. Lattomus, Esq. (3515)
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

And

Gary Schildhorn, Esq.
Alan I. Moldoff, Esq.
Two Liberty Place
50 South 16ᵗʰ Street
22ⁿᵈ Floor
Philadelphia, PA 19102

Counsel for Emerald Equipment Leasing,
Inc.


Date:_____

Judge Farnan