IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC, a limited liability company, | : | |
| Plaintiff, | : : : | |
| v. | : : | Civ. Act. No. 05-245-JJF |
| EMERALD EQUIPMENT LEASING, INC., a corporation, | : : : | |
| Defendant. | : | |

**TRIAL MANAGEMENT ORDER**

As discussed at the Pretrial Conference held on June 24, 2008, trial on Plaintiff's claims as alleged in its Complaint against Defendant will commence on **Monday, July 7, 2008 at 9:30 a.m.** Based on the Court's understanding of the issues presented, the Court has determined that the following schedule and procedures will allow for an efficient and fair presentation of each party's case.

1. **Time**

   (a) Plaintiff is allocated five (5) hours in court trial time for the direct and cross examinations of witnesses, and argument on evidence issues.

   (b) Defendant is allocated five (5) hours in court trial time for the direct and cross examinations of witnesses, and argument on evidence issues.

   (c) No opening or closing statements will be permitted.

(d) The trial schedule is as follows:

Monday, July 7, 2008      - 9:30 a.m. to 5:00 p.m.

Tuesday, July 8, 2006      - 9:00 a.m. to 12:00 p.m.
                                         - 2:00 p.m. to  4:00 p.m.

(d)  Forty-five (45) minutes will be allotted for a lunch break on Monday, July 7, 2008.

2. **Witnesses**

In accordance with Fed. R. Civ. P. 611 (a) the examination of witnesses will be conducted as follows:

(a) Counsel shall not offer testimony or exhibits that are duplicative or cumulative.

(b) Each witness is subject to direct, cross and re-direct examination.  No further examination is permitted.

(c) Rebuttal witnesses will be permitted only if:

(i) called by a party with the burden of proof and noticed in the Pre-trial Order.

(ii) such a witness is necessary to avoid an injustice and cause is established.

(d) One lawyer per party is permitted to examine a witness.

3. **Exhibits**

The parties shall premark and hand up any exhibits admitted into evidence during the course of each trial day at the end of that trial day.

4. **Courtroom Demeanor**

(a) Counsel may use the podium at his or her discretion.

(b) Counsel shall stand whenever he or she speaks in the courtroom.

(c) Food and beverages, other than the water provided by the Court, are not permitted in the Courtroom at any time.

July 1, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE