# EXHIBIT A

# EXHIBIT LIST

## By Sea Star Line, LLC

1.  Letter from Thomas Holt to Robert Leetch
    (April 11, 2002) (EEL I 33) ..................................................................................1

2.  Memorandum from Robert Leetch to Thomas Hays
    (April 19, 2002) (EEL Ex. 11) with attachments ..............................................2

3.  Second Motion of MBC Leasing Corp. for Relief from the Automatic Stay
    (April 19, 2002) ...................................................................................................3

4.  Notice of Maritime Liens Asserted by E.T. Heinsen C Por A and
    Naves Y Terminales, S.A.
    (April 25, 2002) (EEL II Ex. 9)............................................................................4

5.  Transcript Excerpts of Omnibus Motion Hearings before Honorable
    Mary F. Walrath United States Bankruptcy Judge
    (April 26, 2002) (Storage Ex. 13) ........................................................................5

6.  Order Authorizing Sale of the NPR Assets Free and Clear of All Liens,
    Claims and Encumbrances
    (April 26, 2002) (EEL I Ex. 4)..............................................................................6

7.  Emails between Andrew Rooks and Loraine Robins
    (May 13, 2002) (EEL I Ex. 35, Robins Exs. 2, 3)................................................7

8.  Letter from Thomas Holt, Sr. to Philip Bates, enclosing copy of
    Scott Krieger June 10, 2002 letter
    (June 11, 2002) (EEL I Exs. 10, 12) ....................................................................8

9.  Independent Contractor Agreement between MBC Leasing Corp.
    and Greenwich Terminals, LLC
    (June 30, 2002) (EEL I Ex. 17).............................................................................9

10. Debtor NPR Inc.'s Responses, Objections and Answers to
    MBC Leasing Corp.'s Interrogatories
    ( July 9, 2002) (EEL I Ex. 7)...............................................................................10

11. Agreement between General Transportation Services, Inc. and
    and Greenwich Terminals, LLC
    (July 11, 2002) (Allen Ex. 6) ..............................................................................11

05130|CHT|10047420.RTF

12.  Email from Andrew Rooks to Loraine Robins
     (July 12. 2002) (Robins Ex. 5)...........................................................................12

13.  Letter from Scott Krieger to Philip Bates
     (July 19, 2002) (EEL I Ex. 18).........................................................................13

14.  Order Terminating the Automatic Stay as to MBC Leasing Corp. and
     Certain Assets of the Debtors
     (July 22, 2002) (EEL I Ex. 5)...........................................................................14

15.  Email from Andrew Rooks to Arthur Davis with attachment
     (July 23, 2002) (EEL I Ex. 43).........................................................................15

16.  Order Granting Motion of United States Trustee to Convert the Cases
     of all Debtors other than Dockside Refrigerated Warehouse, Inc. and
     Emerald Equipment Leasing, Inc. to Cases Under Chapter 7 of the
     Bankruptcy Code
     (July 25, 2002) ..................................................................................................16

17.  Equipment Rental Agreement between Emerald Equipment Leasing
     and Sea Star Line LLC
     (as of July 31, 2002) (EEL I Ex. 16)................................................................17

18.  Space Allocation Agreement between Jacksonville Port Authority
     and Greenwich Terminals LLC
     (August 1, 2002) (EEL I Ex. 19, Allen Ex. 13))..............................................18

19.  Indemnity Agreement between MBC Leasing Corp. and Sea Star Line, LLC
     (September 28, 2002) (EEL I Ex. 15) ...............................................................19

20.  Email from Barbara Davis to Arthur Davis
     (October 1, 2002) (Robins 8)............................................................................20

21   Email from Andrew Rooks to Arthur Davis
     (October 1, 2002) (Robins 9)............................................................................21

22   Email from Andrew Rooks to Arthur Davis
     (October 2, 2002) (Robins 10)..........................................................................22

23   Letter from Sea Star Line, LLC to MBC
     (October 4, 2002)..............................................................................................23

24.  Email from Lisa Florence to Arthur Davis
     (October 10. 2002) (EEL I Ex. 47). ................................................................24

2

25.  Email from Barbara Davis to Arthur Davis
     (November 8, 2002) (Robins 11) ..................................................................................25

26.  Email from Arthur Davis to Andrew Rooks
     (December 16, 2002) (EEL I Ex. 49)............................................................................26

27.  Motion of MBC Leasing Corp. for Allowance and Payment of
     Administrative Priority Claims Pursuant to 11 U.S.C. §§ 365(d)(10),
     503(b) and 507(a)(1)
     (January 20, 2003) (Storage Ex. 14) ...........................................................................27

28.  Greenwich Terminals LLC checks to Martin McDonald
     (January 29, 2003) (EEL II Ex. 5)................................................................................28

29.  Email from Arthur Davis to S. Jackson, Andrew Rooks
     (January 29, 2003)........................................................................................................29

30.  Email from Arthur Davis to Andrew Rooks
     (March 5, 2003) (Robins Ex. 14) .................................................................................30

31.  Email from Arthur Davis to Andrew Rooks
     (March 5, 2003) (EEL I Ex. 51)...................................................................................31

32.  Email from Andrew Rooks to Arthur Davis
     (March 6, 2003) (EEL I Ex. 52)...................................................................................32

33.  Greenwich Terminals LLC invoice no. 03707655
     (March 6, 2003) (EEL II Ex. 4)....................................................................................33

34.  Email from Andrew Rooks to Loraine Robins
     (March 19, 2003) (EEL I Ex. 53).................................................................................34

35.  Order Approving Joint Motion of Chapter 7 Trustee, Dockside Refrigerated
     Warehouse. Inc. And Emerald Equipment Leasing, Inc. to Sever Joint
     Administration of the Dockside and Emerald Cases from the Converted
     Chapter 7 Cases and for a Delineation of Separate Claims Dockets for the
     Chapter 7 and Chapter 11 Cases
     (May 23, 2003)..............................................................................................................35

36.  Letter from Andrew Rooks to Arthur Davis
     (July 9, 2003) (EEL I Ex. 54) with attachments ..........................................................36

05130\CHT\10047420.RTF

37.    Email from Arthur Davis to Scott Krieger
       (August 11, 2003) (EEL I Ex. 28)...................................................................................37

38.    Email from Arthur Davis to Barbara Davis
       (September 16, 2003) ((Robins Ex. 20)...........................................................................38

39.    Fax cover page from Scott Krieger to Arthur Davis
       (September 24, 2003) (EEL I Ex. 32, Storage Ex. 18) .....................................................39

40.    Letter from Scott Krieger to Thomas Holt, Jr.
       (October 30, 2003) (Storage Ex. 19)................................................................................40

41.    Promissory Note
       (November 1, 2003) (Storage Ex. 1).................................................................................41

42.    Loan Sale and Assignment Agreement between MBC Leasing Corp.
       and Storage Transfer LLC
       (November 1. 2003) (Storage Ex. 2).................................................................................42

43.    Security Agreement
       (November 1, 2003) (Storage Ex. 3).................................................................................43

44.    Guaranty Agreement
       (November 1, 2003) (Storage Ex. 4).................................................................................44

45.    Email from Andrew Rooks to Arthur Davis
       (November 26, 2003) (EEL I Ex. 57). ..............................................................................45

46.    Email from Arthur Davis to Andrew Rooks
       (December 10, 2003) (EEL I Ex. 58).................................................................................46

47.    Bills of Lading
       (Dated 2003-2004) (SE13300-13313) ..............................................................................47

48.    Handwritten note by Arthur Davis to Arturo, Manuel
       (January 14, 2004) (EEL I 59) .........................................................................................48

49.    Letter from Gary Schildhorn to Lorraine Robins
       (February 25, 2004) (Storage Ex. 10) ..............................................................................49

50.    Letter from Gary Schildhorn to Lorraine Robins
       (February 25, 2004) (Storage Ex. 11) ..............................................................................50

05130\CHT\10047420.RTF

51.  Bills of Sale between Storage Transfer LLC and
     Priority Ro Ro LLC/E.T. Hansen C por A with email.
     (April 16, 2007) (Storage Ex. 9) ....................................................................................51

52.  Handwritten note by Arthur Davis to Arturo, Manuel
     (May 11, 2004) (EEL I Ex. 62, Storage Ex. 16) ..............................................................52

53.  Email from Arthur Davis to Andrew Rooks
     (August 11, 2004) (EEL I Ex. 63, Storage Ex. 17) ...........................................................53

54.  Email from Arthur Davis to Andrew Rooks
     (August 19, 2004) (EEL I Ex. 64, EEL II Ex. 7)...............................................................54

55.  Inventory located in Vega Alta
     (December 4, 2004) (Storage Ex. 21, Maqueda Ex. 2A) ...................................................55

56.  Order Approving the Stipulation Between Sea Star Line, LLC
     and the Debtor Regarding Disposition of Certain Equipment
     (September 26, 2005) (EEL II Ex. 8) .................................................................................56

57.  Letter from Gary Schildhorn to Lorraine Robins
     (August 15, 2007) (Storage Ex. 12) ..................................................................................57

58.  Loan and Security Agreement
     (Dated November 20, 1997) (EEL I Ex. 1).........................................................................58

59.  Assignment of Lease as Security
     (Dated November 20, 1997) (EEL I Ex. 2) .........................................................................59

60.  Lessees' Notice, Consent and Acknowledgment
     (Dated November 20, 1997) (EEL I Ex. 3).........................................................................60

61.  Sea Star LLC Self-Billing Reports
     (2002 - 2004) (SE1-SE901) ..............................................................................................61

62.  Omnibus Notice of Compromise and Settlement of Avoidance Actions
     (Dated October 5, 2004) ...................................................................................................62

63.  E.T. Heinsen Inventory
     (September 30, 2002) (SE30530-30545) ...........................................................................63

64.  Notices of equipment return.............................................................................................64

05130\CHT\10047420.RTF

65.    Letter from Andy Rooks to Art Davis, with attachments
       (Dated July 9. 2003 E5828-5870) ......................................................................65

65A.   Never on-hired, In-Transit – at sea summary..................................................65A

65B.   Never on-hired, In-Transit – on land summary ..............................................65B

65C.   Never on-hired, in terminal empty summary...................................................65C

65D.   Invoices for Storage Charges...........................................................................65D

## By Emerald Equipment Leasing, Inc.

66.    Complaint..........................................................................................................66

67.    SSL Response to Defendant's First Request For Admissions (10/29/04).........67

68.    Response to Emerald's Request For Admissions Directed to SSL (1/26/07)....68

69.    Supplemental Answer to Interrogatory No. 1
       (with attached Exhibit "A" as of June 23, 2008)..............................................69

70.    Phil Bates e-mail to T. Holt Jr.
       (Dated 5/2/02 with attachment SE50041-SE50042)..........................................70

71.    E-mail from Tom Holt Jr. to Brian Bogen. et al.
       (5/17/02 SE50060)............................................................................................71

72.    E-mail stream beginning with Mike Shea to Phil Bates
       (9/11/02 SE50788-SE50789).............................................................................72

73.    Letter from Alan I. Moldoff, Esq. to Philip Bates
       (dated 10/31/03 SE522227-SE52228).................................................................73

74.    Inventory in San Juan 6/22/02 (partial)
       (SE13157-SE13161)..........................................................................................74

75.    Inventory in San Juan 7/10/02 (partial)
       (SE13180-SE13184)..........................................................................................75

76.    Inventory in San Juan 8/15/02 (partial)
       (SE13230-SE13234)..........................................................................................76

05130\CHT\10047420.RTF

77.    SSL Invoice to CSX Line
       (dated August 22, 2002 for rental of chassis SE50768-SE50770)....................................77

78.    Scott Krieger letter to Philip Bates
       (dated April 23, 2003 SE51430-SE51431)........................................................................78

79.    William Hallam, Esq. letter to Timothy Armstrong
       (dated September 25, 2003 SE52146-SE52148)................................................................79

80.    William Hallam, Esq. letter to Timothy Armstrong
       (dated December 29, 2003 SE52879-SE52880)................................................................80

81.    William Hallam, Esq. letter to Timothy Armstrong
       (dated June 19, 2002 SE52692-SE52695)........................................................................81

82.    William Hallam, Esq. letter to Timothy Armstrong
       (dated July 26, 2002 SE52821-SE52822)........................................................................82

83.    Andy Rooks e-mail to Ricardo Diaz
       (dated 8/7/03 SE51872)....................................................................................................83

84.    Letter from Alan l. Moldoff, Esq. to Timothy Armstrong
       (dated June 29, 2004 E6871-E6872).................................................................................84

85.    Letter from Alan l. Moldoff, Esq. to Timothy Armstrong
       (dated April 29, 2005).......................................................................................................85

86.    Letter from Alan I. Moldoff, Esq. to Timothy Armstrong
       (dated January 9, 2006 E68441)........................................................................................86

87.    Art Davis e-mail to Andy Rooks
       (dated 9/16/03 SE52094)..................................................................................................87

88.    E-mail stream beginning with Art Davis to Andy Rooks
       (dated 8/18/03 re: terminations SE51941-SE51942).......................................................88

89.    E-mail stream beginning with Brian Bogan to A. Rooks
       (dated 5/16/02 SE53022)..................................................................................................89

90.    E-mail stream beginning with A Rooks to Art Davis
       (dated 6/23/03 EM14145).................................................................................................90

91.    Andy Rooks e-mail to George Cervone, et al.
       (dated 9/11/02 SE50791)..................................................................................................91

7

92. Andy Rooks e-mail to Arturo Rodrigues, et al.
    (dated 11/20/02 SE51029)........................................................................................92

93. E-mail stream beginning with Andy Rooks to Manuel Cabrera, et al.
    (dated 8/6/03 SE51864-SE51865).............................................................................93

94. E-mail stream beginning with Andy Rooks to Arturo Rodrigues, et al.
    (dated 3/24/03 SE51300)..........................................................................................94

95. E-mail stream beginning with Andrew Rooks to Arturo Rodrigues, et al.
    (dated 5/23/03 SE51483-SE51484)............................................................................95

96. E-mail from Lisa Florence with attachment
    (SE52970-SE52970C)...............................................................................................96

97. E-mail from Lisa Florence to Marisel Martinezs, et al.
    (dated 8/6/03 and attachment SE51867-SE51870)......................................................97

98. E-mail from Andy Rooks to Arturo Rodrigues, et al.
    (dated 8/6/03 SE51871)............................................................................................98

99. E-mail stream beginning with Phil Bates e-mail to Andy Rooks
    (dated 9/16/03 SE52971)..........................................................................................99

100. E-mail from A. Rooks to Arturo Rodrigues, et al.
     (dated 9/5/03).......................................................................................................100

101. Photographs
     (E13618-E13757)..................................................................................................101

102. SJU back gate logs (partial)
     (SE5000-SE35004)................................................................................................102

05130|CHT|10047420.RTF