

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

July 3, 2008

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

**VIA E-FILE AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
Lock Box 27
Wilmington, DE 19801

Re:   *Sea Star Line LLC v. Emerald Equipment Leasing, Inc.*
      Case Number: 05-245

Dear Judge Farnan:

Enclosed is the Pre-Trial Order for the trial on the Complaint, which is set for July 7, 2008 at 9:30 a.m.

Respectfully,

Kathleen M. Miller

KMM/
Enclosure

cc:   Michael Busenkell, Esquire (via efiling)
      Alan I. Moldoff, Esquire (via email)

05130|CORA|10047629.WPD