AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Delaware__

Sea Star Line, LLC.

v.

Emerald Equipment Leasing, Inc

**EXHIBIT AND WITNESS LIST**

Case Number: 05 cv 245

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan, Jr. | Timothy Armstrong | Alan Moldoff |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 7/7/08 - 7/8/08, and 7/22/08 | Leonard Dibbs | Nicole / Rosemary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 7/7/08 | | | Andrew Rocks |
| | W1 | 7/7/08 | | | Thomas Holt, Jr. |
| | W2 | 7/7/08 | | | Thomas Holt, Sr. |
| W2 | | 7/8/08 | | | Arthur Davis |
| W3 | | 7/22/08 | | | Robert J. Leetch |
| | | | | | * attached listing of submitted exhibits. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages