UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC,<br>a limited liability company, | )<br>) Civil Action No. 05-CV-245-JJF (LPS)<br>) |
| Plaintiff, | )<br>) |
| -vs- | )<br>) |
| EMERALD EQUIPMENT LEASING, INC.,<br>a corporation, | )<br>)<br>) |
| Defendant, | )<br>) |
| -vs- | )<br>) |
| SEA STAR LINE, LLC, | )<br>) |
| Counter-Defendant. | ) |

**SEA STAR LINE, LLC'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE AMENDED COUNTERCLAIM**

Sea Star Line, LLC ("Sea Star") moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56. The grounds for the motion, which are set forth in detail in Sea Star's opening brief, are that Emerald Equipment Leasing, Inc. lacks standing to assert certain claims and its tort claims fail as a matter of law. In addition, there are no material facts in dispute and therefore Sea Star is entitled to judgment as a matter of law.

[SIGNATURE FOLLOWS ON NEXT PAGE]

05130|MOT|10050647.WPD

August 14, 2008                             SMITH, KATZENSTEIN & FURLOW LLP

                                            _____
                                            Kathleen M. Miller (I.D. No. 2898)
                                            800 Delaware Avenue
                                            P.O. Box 410
                                            Wilmington, DE 19899
                                            Telephone: 302-652-8400
                                            Facsimile: 302-652-8405

                                            E-mail: Kmiller@skfdelaware.com
                                            *Attorneys for Sea Star Line LLC*

OF COUNSEL:
Timothy J. Armstrong
Armstrong & Mejer, P.A.
2222 Ponce de Leon Boulevard
Penthouse Suite
Miami, FL 33134
Telephone: 305-444-3355

05130|MOT|10050647.WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2008 a copy of the foregoing **Sea Star Line, LLC's Motion for Partial Summary Judgment on the Amended Counterclaim** was served on the parties listed below in the manner indicated:

***FEDERAL EXPRESS***
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
Email: amoldoff@eckertseamans.com

***HAND DELIVERY AND ELECTRONIC FILING***
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)

05130|COS|10050637.WPD