## SCHEDULE A

## EMERALD'S LIST OF TRIAL EXHIBITS

Subject to the Court's rulings in connection with Sea Star's Complaint seeking a declaration of the parties' rights and obligations and further review, Emerald submits the following list of exhibits. This list may include exhibits and potential rebuttal exhibits that may not necessarily be introduced into evidence. In its direct case, Emerald reserves the right to offer any exhibit appearing on any party's exhibit list.

1. All exhibits identified in the Exhibit List attached to the Pre-Trial Order For July 7, 2008 Trial D.I. 203.

2. Trial Transcripts for trial held in this matter on July 7, 8 and 22, 2008.

3. Emerald's Amended Counterclaim.

4. Sea Star's Answer to the Amended Counterclaim.

5. Emerald's First Set of Interrogatories and Sea Star's Responses.

6. Emerald's Second Set of Interrogatories and Sea Star's Responses.

7. Emerald's First Request For Admissions and Sea Star's Responses.

8. Emerald's Second Request For Admissions and Sea Star's Responses.

9. Sea Star's Supplemental Answer to Interrogatory No. 1 (with attached Exhibits A, B and C).

10. Emerald's First, Second and Third Requests For Production of Documents.

11. Sea Star's Responses to First, Second and Third Requests For Production of Documents, together with TIRs and accompanying cover letter from Sea Star counsel dated August 7, 2008.

12. Order re: Sea Star Deposit of Funds in Court.

13. All Emerald's Most Current Invoices for both rental due and stipulated loss values.

14. Prior Emerald Invoices for both rental due and stipulated loss values.

15. Selected Move Histories and all backup documentation for various pieces of equipment (TIRs, gate logs, truck invoices, e-mails, inventories, etc.)

{M0675237.1}

16. SSL Analysis of Emerald Claims (Schedules A-S) dated 8/21/03.

17. SSL Analysis of Emerald Claims (Schedules A-S) prepared 7/1/03.

18. Sea Star Chart re: total Emerald units sailed 4/26/02-8/31/03 and Sea Star chart re: Emerald Equipment costs per month from 4/26/02-8/31/03 (units sailed and not on self-billing reports or Emerald claim analysis).

19. Evaluation of Emerald Equipment that sailed 4/21/02-8/31/03 not on self-billing reports or Emerald claim.

20. Sea Star letter dated October 16, 2003 to Art Davis and Scott Krieger. SE52186-52188.

21. SSL back gate logs.

22. IQ ship disk.

23. Inventory in San Juan 6/22/02.

24. Inventory in San Juan 7/10/02.

25. Inventory in San Juan 8/15/02.

26. Lisa Florence e-mail dated 10/3/03 and schedule of Emerald units sailed between 4/26/02-8/3103.

27. Cervone e-mail dated 5/21/02 and attachments SE50067(a-x).

28. Manual TIRs.

29. Relevant exhibits from Exhibit List attached to Pre-Trial Stipulation filed on October 26, 2007. D.I. 138.

{M0675237.1}

## SCHEDULE B

## SEA STAR'S LIST OF TRIAL EXHIBITS

Subject to the Court's rulings in connection with Sea Star's Complaint seeking a declaration of the parties' rights and obligations and the Court's ruling on the issues to be tried on September 15, 2008, Sea Star submits the following list of exhibits.

1. Exhibits 1 through 65D identified in the Exhibit List attached to the Pre-Trial Order For July 7, 2008 Trial D.I. 203.

2. Trial Transcripts for trial held in this matter on July 7, 8 and 22, 2008.

3. Relevant exhibits for Exhibit List attached to Pre-Trial Stipulation filed on October 26, 2008 D.I. 138.

4. Schedules, as may be updated, in response to Emerald's additional/revised claims.

5. Sea Star reserves the right to amend or supplement its exhibit list in response to any changes are made to Emerald's claims.

{05130}

## SCHEDULE C

## EMERALD'S LIST OF WITNESSES

Emerald intends to call some or all of the following witnesses at trial. The witnesses will testify live, except where otherwise indicated. In addition, Emerald reserves the right to use the prior testimony of any witness who testified at the prior hearings in this litigation on July 7, 8 and 22, 2008 in lieu of live testimony. Emerald further reserves the right to call or designate testimony of anyone appearing on any other party's witness list, and reserves the right to amend this list, in view of Judge Farnan's determinations to be rendered in connection with the trial on Sea Star's Complaint seeking a declaration of the parties rights and obligations.

| | |
|---|---|
| Tom Holt, Sr. | Live |
| Tom Holt, Jr. | Live |
| Lorraine Robins | Live |
| Arthur Davis | Live |
| Philip Bates | Live or Deposition |
| Andrew Rooks | Live or Deposition |
| George Cervone | Live or Deposition |
| Lisa Florence | Live or Deposition |
| Mark Levins | Live or Deposition |
| Francisco Gonzalez | Deposition |
| Robert Leetch | Prior Trial Testimony |
| John Allen | Deposition |
| Records Custodian Priority Ro-Ro, Inc. | Deposition |
| Records Custodian Luis A. Ayala Colon Sucrs. Inc. | Deposition |
| Rebuttal Witnesses | |
| Impeachment Witnesses | |

{M0675128.1}

## SCHEDULE D

## PLAINTIFF/COUNTERDEFENDANT'S LIST OF TRIAL WITNESSES

Plaintiff/Counter-defendant, SEA STAR LINE, LLC (ASEA STAR@), submits the following list of persons who may testify as witnesses during trial on the Amended Counterclaim:

1. Thomas Holt, Sr. (live or deposition)
   10710 Ellicott Road
   Philadelphia, PA

2. Arthur Davis (live or deposition)
   128 Parkview Road
   Cheltenham, PA

3. Mark P. Levins (deposition)
   101 S. King Street
   Gloucester City, NJ

4. Lorraine Robins (live or deposition)
   7900 Old York Road
   Apt. 812 B
   Elkins Park, PA

5. Francisco Gonzalez (deposition)
   Plaza 4, S.S.A. 11,
   Mansion del Sur,
   Toa Baja, Puerto Rico

6. John Allen (deposition)
   120 Gun Club Road
   Jacksonville, FL

7. Robert Leetch
   617 West Addison St.
   Chicago, IL

8. Carl Fox
   10550 Deerwood Park Blvd., Suite 509
   Jacksonville, FL

9. Andrew Rooks
   10550 Deerwood Park Blvd., Suite 509
   Jacksonville, FL

{05130}

10. Thomas Holt, Jr.
    10730 Meadow Lane
    Philadelphia, PA

11. Martin McDonald
    37 Ivanhoe Drive
    Manalapan, NJ

12. Philip Bates
    10550 Deerwood Park Blvd., Suite 509
    Jacksonville, FL

13. George Cervone
    10550 Deerwood Park Blvd., Suite 509
    Jacksonville, FL

14. John Emery
    10550 Deerwood Park Blvd., Suite 509
    Jacksonville, FL

15. Lisa Florence
    10550 Deerwood Park Blvd., Suite 509
    Jacksonville, FL

16. Manuel Cabrera
    VIG Tower
    1225 Ponce de Leon Ave.
    Suite 804
    San Juan, PR

17. Arturo Rodriguez
    VIG Tower
    1225 Ponce de Leon Ave.
    Suite 804
    San Juan, PR

18. Ricardo Diaz
    VIG Tower
    1225 Ponce de Leon Ave.
    Suite 804
    San Juan, PR

19. Joseph DaSilva
    11656 S.W. 143 Ave.
    Miami, FL

20. Records Custodian
    Storage Transfer, LLC
    7900 Old York Road
    Elkins Park, PA

21. Records Custodian (deposition)
    Priority Ro-Ro, Inc.
    Mira Flores Avenue, Pier 15
    San Juan, Puerto Rico

22. Records Custodian (deposition)
    Luis A. Ayala Colon Sucrs., Inc.
    Puerto Nuevo
    San Juan, Puerto Rico

23. Records Custodian
    Horizon Lines of Puerto Rico, Inc.
    San Juan, Puerto Rico

24. Records Custodian
    MBC Leasing Corp.
    Two Hopkins Plaza
    Baltimore, MD

25. Scott Krieger
    MBC Leasing Corp.
    Two Hopkins Plaza
    Baltimore, MD

26. William Hallam
    Gebhardt & Smith
    9th Floor
    World Trade Center
    Baltimore, MD

27. Thomas Hays, III
    NachmanHaysBrownstein
    822 Montgomery Ave.
    Narbeth, PA

28. Joseph Maqueda (deposition)
    295 Palmas In way
    PMD 154- Suite 130
    Humacao, Puerto Rico 00791

29. Rebuttal witnesses.

30. Impeachment witnesses.

{05130}

Plaintiff/Counterclaimant may name additional witnesses when the Court decides whether and what issues will be tried on September 15, 2008 in connection with the Amended Counterclaim.

{05130}