EXHIBIT "A"

| | | |
|---|---|---|
| Alan I Moldoff/ESCM | To | KMM@skfdelaware.com, amesq@aol.com |
| 08/26/2008 01:25 PM | cc | gschildhorn@eckertseamans.com |
| | bcc | |
| | Subject | Sea Star - Emerald |

**ECKERT SEAMANS**
www.eckertseamans.com

Kathy/Tim,

I have reviewed the most recent Sea Star Motion for Summary Judgment. As you will recall, Judge Farnan indicated at the June 24, 2008 pretrial conference before trial on the Sea Star complaint that he would not entertain motions for summary judgment and did not think a summary judgment motion was appropriate since he was hearing this matter as an impending bench trial. See specifically pages 13-14 of the transcript of June 24, 2008 hearing. This situation is no different. Accordingly, please advise me if you will agree to voluntarily withdraw your Motion. Since we have agreed that the response date to the Motion is September 5, 2008, I would appreciate hearing from you about this by tomorrow. If you wish to discuss, please call. Thanks.

Alan Moldoff, Esquire

Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

215-851-8450 (phone)
215-851-8383 (fax)
amoldoff@eckertseamans.com

This communication may contain federal tax advice. Recent IRS regulations require us to advise you that any discussion of federal tax issues in this communication was not intended or written to be used and cannot be used to avoid any penalty under federal tax law or to promote, market or recommend any transaction or matter addressed herein. Only formal, written tax opinions meeting these IRS requirements may be relied upon for the purpose of avoiding tax-related penalties. Please contact one of the Firm's Tax partners if you have any questions regarding federal tax advice.