EXHIBIT "B"



**Kathleen Miller**
<KMM@skfdelaware.com>
08/29/2008 12:34 PM

To  <AMoldoff@eckertseamans.com>, <amesq@aol.com>
cc  <gschildhorn@eckertseamans.com>
bcc
Subject  RE: Sea Star - Emerald

Alan
Especially in light of the continuance of the 2nd trial, we think that the motion for summary judgment is properly pending before the Court. Accordingly, Sea Star is not willing to withdraw its motion.

*Kathy*

---

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 10th Fl.
P.O. Box 410
Wilmington, DE 19899 (19801 courier)
302-652-8400
302-652-8405


**From:** AMoldoff@eckertseamans.com [mailto:AMoldoff@eckertseamans.com]
**Sent:** Tue 8/26/2008 1:25 PM
**To:** Kathleen Miller; amesq@aol.com
**Cc:** gschildhorn@eckertseamans.com
**Subject:** Sea Star - Emerald


Kathy/Tim,

I have reviewed the most recent Sea Star Motion for Summary Judgment. As you will recall, Judge Farnan indicated at the June 24, 2008 pretrial conference before trial on the Sea Star complaint that he would not entertain motions for summary judgment and did not think a summary judgment motion was appropriate since he was hearing this matter as an impending bench trial. See specifically pages 13-14 of the transcript of June 24, 2008 hearing. This situation is no different. Accordingly, please advise me if you will agree to voluntarily withdraw your Motion. Since we have agreed that the response date to the Motion is September 5, 2008, I would appreciate hearing from you about this by tomorrow. If you wish to discuss, please call. Thanks.


Alan Moldoff, Esquire

Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

215-851-8450 (phone)