## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esq., hereby certify that on August 29, 2008, service of the foregoing Emerald Equipment Leasing, Inc.'s Motion to Strike or Otherwise Not Require The Filing of a Response to Sea Star Line, LLC's Motion for Partial Summary Judgment on the Amended Counterclaim, or in the Alternative to Extend Time to File a Responding Brief was made upon the following parties via Federal Express.

Timothy J. Armstrong, Esquire
Armstrong & Mejer
2222 Ponce de Leon Boulevard
Penthouse Suite
Miami, FL  33134


Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899


_____
Ronald S. Gellert (Bar No. 4259)

{M0677997.1}