# EXHIBIT C

Lorraine Robins

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

— — —

SEA STAR LINE, LLC, A LIMITED :
LIABILITY COMPANY,            :
                              : Civil Action No.
    Plaintiff/                :
    Counterclaim Defendant,   : 05-CV-245-JJF (LPS)
                              :
        vs.                   :
                              :
EMERALD EQUIPMENT LEASING,    :
INC., a corporation,          :
                              :
    Defendant/                :
    Counterclaim Plaintiff.   :

Deposition of Lorraine Robins
taken at Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place, 50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania
Friday, January 25, 2008
9:05 a.m.

Gail L. Inghram Verbano, CSR, RMR, CLR
302.449.0529

### Page 14

1  MR. ARMSTRONG: You have handed me a copy
2  of a letter dated February 25th, 2004, addressed to
3  Storage Transfer, LLC, care of Lorraine Robins,
4  signed by Gary M. Schildhorn. Let me ask that the
5  court reporter mark this as Exhibit 10 for
6  identification.
7       (S.T. Exhibit 10 was marked for
8       identification.)
9  MR. ARMSTRONG: You have handed me a copy
10 of a letter dated February 25th, 2004, Re:
11 Carve-out, addressed to Storage Transfer, LLC, care
12 of Lorraine Robins, signed by Gary M. Schildhorn.
13 Let me ask that the court reporter mark this as
14 Exhibit 11 for identification.
15      (S.T. Exhibit 11 was marked for
16      identification.)
17 MR. ARMSTRONG: You have handed me a copy
18 of a letter dated August 15th, 2007, addressed to
19 Lorraine Robins, signed by Gary M. Schildhorn. Let
20 me ask that the court reporter mark this as
21 Exhibit 12 for identification.
22      (S.T. Exhibit 12 was marked for
23      identification.)
24 BY MR. ARMSTRONG:

### Page 15

1  Q  When you say that Emerald -- I'm sorry --
2  Storage Transfer is in the business of selling
3  equipment --
4  A  Well, leasing equipment and selling
5  equipment.
6  Q  Does Storage Transfer lease and sell its
7  own equipment?
8  A  No.
9  Q  What equipment does Storage Transfer
10 lease and sell?
11 A  Well, it doesn't lease; it sells Emerald
12 equipment.
13 Q  Then is there any lease business in which
14 Storage Transfer is involved?
15 A  Not at this particular time.
16 Q  Has there ever been any lease business in
17 which Storage Transfer has been involved?
18 A  That Storage Transfer has been the lessee
19 or the lessor?
20 Q  Well, let's say in which Storage Transfer
21 has been the lessee.
22 A  Lessee, no.
23 Q  In which Storage Transfer has been the
24 lessor?

### Page 16

1  A  Not at this particular time, no.
2  Q  Has there ever been any lease transaction
3  for equipment in which Storage Transfer has been the
4  lessor?
5  A  No.
6  Q  Does Storage Transfer have any
7  relationship with MBC Leasing Corp. at this time?
8  A  We had an agreement with MBC.
9  Q  Is that agreement still in effect?
10 A  The agreement was for the purchase of the
11 loan. And since it has been paid off in full, the
12 agreement is -- I don't want to say that the
13 agreement is no longer in effect. We had purchased
14 the position of MBC.
15 Q  When you indicate that the agreement was
16 for the purchase of the MBC loan --
17 A  That's correct.
18 Q  -- are you referring to the Loan Sale and
19 Assignment Agreement that has been marked as
20 Exhibit 2?
21 A  Yes.
22 Q  Who negotiated that agreement on behalf
23 of Storage Transfer?
24 A  I did.

### Page 17

1  Q  When did you begin negotiating that
2  agreement?
3  A  In October of '03.
4  Q  With whom did you negotiate?
5  A  Scott Krieger of MBC.
6  Q  Do you know what Mr. Krieger's position
7  was with MBC at that time?
8  A  I don't know what his title was exactly.
9  I don't remember. I mean, I did at that time, but I
10 think it should be here in the documents.
11     Treasurer and assistant treasurer --
12 secretary and assistant treasurer -- no, it's
13 treasurer and assistant secretary. Sorry about that.
14 Q  Are you referring to the signature line?
15 A  On Page 12.
16 Q  On Page 12.
17     On Page 13, do you recognize the
18 signature on behalf of Storage Transfer?
19 A  That's correct.
20 Q  Is that your signature?
21 A  That is my signature.
22 Q  Is Exhibit 2 a true and correct copy of
23 the Loan Sale and Assignment Agreement?
24 A  Best of my knowledge, it is.