# EXHIBIT D

1

1   IN THE UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF FLORIDA
2
    JACKSONVILLE DIVISION
3
    CASE NO. 3:04 CV-146-V-99-HTS
4
    Sea Star Line, LLC
5   a limited liability company,

6       Plaintiff,

7   vs.

8   EMERALD EQUIPMENT LEASING,
    INC., a corporation,
9
        Defendant.
10

11
        Deposition of PHILIP BATES, taken on behalf
12  of the Defendant, pursuant to Notice of Taking

13  Deposition in the above-entitled action, on Monday,

14  January, 10th, 2005, at 9:45 a.m., at the offices of

15  Powers Reporting, Inc., 220 East Forsyth Street,

16  Jacksonville, Florida, before Sherry Brazier, a Notary

17  Public in and for the State of Florida at Large.

18

19

20

21

53

1  writing to govern the lease arrangements at that time?

2      MR. ARMSTRONG: Object to the form.

3  Q  If you know.

4  A  There were additional discussions of a more

5  formal document, yes.

6  Q  And what were those discussions?

7  A  Either at this time or later I believe that

8  there was discussion to write a more extensive and

9  formal document.

10  Q  And was there any particular reason for

11  that?

12  A  Well, this was brief and it was the

13  essential elements of a short-term usage agreement,

14  but, for instance, as it says in the first paragraph

15  there was potential that we might purchase some of

16  their equipment after inspection.

17  Q  And was some equipment purchased?

18  A  Yes. After some time, yes.

19  Q  And whether or not there was a purchase of

20  equipment, would that have some bearing on whether or

21  not to do a formal lease agreement?

22          MR. ARMSTRONG: Objection to the form.

23     Q    If you know.

24     A    I don't think so.

25     Q    Okay. But at some point in time there was

54

1  some discussion that we should have some formal

2  written lease agreement?

3     A   There was some discussion about that, yes.

4     Q   And why did the parties determine that there

5  should be something more formal than this short-term

6  user agreement?

7        MR. ARMSTRONG: Objection to the form.

8     A   Repeat that, please.

9     Q   Why did -- did you believe there should be

10 more, you on behalf of Sea Star, believe there should

11 be a more formal written document?

12    A   Usually any type of equipment agreement is

13 expressed in a more formal document.

14    Q   And what I'm asking is, is why did you make

15 a determination that we would now need that -- or that

16 Sea Star would like to have that as opposed to the

17 short-term usage agreement that you had on May 1st,

18 2002?

19    A   A longer agreement would normally include

20 more words.

21    Q   Well, let me ask you this, was there -- at

22  some point in time did it appear to Sea Star that

23  perhaps we would be needing this equipment maybe

24  longer than Sea Star had originally thought as the

25  requirements became more known?

70

1    A   We had -- we agreed to pay for equipment we

2   used.  We were also required by the bankruptcy court

3   to store NPR equipment for all leasing companies

4   including NPR at our terminals which included Emerald

5   so there was equipment that we had to store and

6   receive that we never used.

7    Q   Okay.

8    A   We didn't have to pay for that.

9    Q   The equipment that you say that Sea Star was

10  obligated to -- or had agreed to store, are we talking

11  about this in transit equipment or are we talking

12  about other equipment as well?

13    A   We're talking about other equipment as well

14  as equipment in transit after it completed it's

15  voyage.

16    Q   Well, I think you told me at the time of the

17  aquisition equipment was everywhere, this NPR

18  equipment was -- it could be with a customer, could be

19  at an inland depot, correct?

20    A   And it could be at a terminal.

21    Q   And it could be at a terminal.  Well, if it

22  was at a customer or an inland depot, did Sea Star

23  have any obligation to store that equipment?

24       MR. ARMSTRONG:  Object to the form.

25   Q   If you know.

92

1    Q   IQSHIP's a computer program of some sort?

2    A   Yes, it is. It's a software.

3    Q   And is that -- is that something special

4    that only Sea Star uses?

5    A   No. It's a -- IQSHIP has been used by a

6    number of other lines in the world. In addition to

7    the others obviously we also use it to track

8    equipment.

9    Q   Do you know if Sea Star Line used any

10   Emerald equipment that wasn't documented by a TIR?

11   A   I don't know of any that would be used

12   without a TIR.

13   Q   If -- is it possible that equipment was

14   being used without a TIR?

15       MR. ARMSTRONG: Object to the form.

16   Q   If you know.

17   A   No.

18   Q   If Sea Star used certain equipment for which

19   a TIR was not prepared, do you believe that Sea Star

20   would be obligated to pay for that equip- -- the use

21   of that equipment if it actually used it?

22        MR. ARMSTRONG: Object to the form.

23    A   If we used equipment we agreed to pay. I

24  also just said that I don't think there could be

25  equipment used without a TIR.

120

1   A   Particularly Internet related access for

2   customers primarily.

3   Q   Did Sea Star prepare any reports in

4   connection with its plans for an updated computer

5   system?

6   A   I don't remember a particular report.

7   Q   Who would know that information that's still

8   at Sea Star?

9   A   The person who is in charge of overall ITs

10  is a fellow named Carl Fox.

11  Q   And what's his position?

12  A   He is in charge of IT and customer service.

13  Q   And does he work here in Jacksonville?

14  A   Yes.

15  Q   Did Sea Star ever store equipment for

16  Emerald?

17  A   Yes.

18  Q   Did it ever notify Emerald specifically what

19  equipment it was storing?

20      MR. ARMSTRONG:  Object to the form.

21  A   I remember that the inventories of equipment

22   that was being stored by Sea Star for Emerald was

23   provided to Emerald in San Juan, for instance.

24       Q   Okay.  Other than that, do you know whether

25   there was any notification to Emerald of equipment it