# EXHIBIT G

03-3621ARooks Depos   04-12-14 (Sea Star).txt

```
 1            IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                   JACKSONVILLE DIVISION

 3            CASE NO.: 3:04 CV-146-V-99HTS

 4

 5   SEA STAR LINE, LLC.,
     a limited liability company,
 6
              Plaintiff,
 7
     vs.
 8

 9   EMERALD EQUIPMENT LEASING,
     INC., a corporation,
10
              Defendant.
11   _____

12

13            Deposition of ANDY ROOKS, taken on behalf of

14   the Defendant, on Tuesday, December 14th, 2004,

15   beginning at 11:59 a.m., pursuant to Renotice of Taking

16   Deposition in the above-entitled action, at the offices

17   of Powers Reporting, 220 East Forsyth Street,

18   Jacksonville, Florida, as recorded by Jennifer

19   Alligood, a Court Reporter and Notary Public in and for

20   the State of Florida at Large.

21

22

23

24

25
```

                        Powers Reporting
           220 East Forsyth Street, Jacksonville, FL  32202
                  (904)355-4077   Fax: (904)355-5153
                                                                    2

```
 1                   A P P E A R A N C E S

 2   TIMOTHY ARMSTRONG, Esquire

 3           Armstrong & Mejer
             2600 Douglas Road
```
Page 1

03-3621ARooks Depos   04-12-14 (Sea Star).txt

21  matter?

22      A    Yes.

23      Q    So when the captain finishes the voyage, what
24  does he do with that manifest that he has?

25           MR. ARMSTRONG:  Object to the form.

Powers Reporting
220 East Forsyth Street, Jacksonville, FL   32202
(904)355-4077   Fax: (904)355-5153

15

1       A    He provides it to the appropriate, again,
2   agencies, Customs.  Other than that, I don't know what
3   he does with his copy.  I don't know.

4       Q    Do you know if a copy gets retained by Sea
5   Star?

6            MR. ARMSTRONG:  Object to the form.

7       A    I don't know.

8       Q    Okay.

9            MR. ARMSTRONG:  Are you talking about in
10  paper form?

11           MR. PFEIFFER:  Yes.

12      Q    If we were to try to find out where the paper
13  form of the manifest is, that was actually on the
14  vessel during the voyage, who would I go to ask that
15  question?

16      A    Our documentation coordinator.

17      Q    And that is Margie Davis?

18      A    Yes.

19      Q    And with regard to the load manifests in this
20  case, that were produced in this case, are the load
21  summaries?

22      A    Yes.

23      Q    Who prepared those specifically?

24      A    Those were prepared by George Cervone and

Page 13

```
           03-3621ARooks Depos   04-12-14 (Sea Star).txt
 9     A    Dry.
10     Q    What does complete mean?
11     A    I don't know what complete means.
12     Q    And the container is the container number?
13     A    The identifying mark on the container, yes.
14     Q    Okay. And under chassis it says?
15     A    It gives the chassis number. The first three
16  there that you see that say own, the customer brought
17  in their own chassis to deliver that container.
18     Q    Does that chassis then get loaded onto that
19  ship?
20     A    Not in Horizon's case, they are not -- they
21  don't have the capabilities of loading containers and
22  chassis. They just load containers on their ships.
23     Q    So when the chassis comes in, it gets
24  physically -- when the chassis and container come in
25  together behind a truck, the container gets physically
```

Powers Reporting
220 East Forsyth Street, Jacksonville, FL  32202
(904)355-4077  Fax: (904)355-5153
                                                              83

```
 1  removed and placed on the ship?
 2     A    That's correct.
 3     Q    Okay. The VESVOY?
 4     A    That's the vessel voyage.
 5     Q    Do you know what HUM stands for?
 6     A    Humacal.
 7     Q    One of Horizon's boats?
 8     A    Actually the Humacal was one of the Naverias
 9  boats.
10     Q    How about mode, what does that mean?
11     A    I'm not sure what mode means, HH.
12     Q    How about POD?
```

```
                 03-3621ARooks Depos  04-12-14 (Sea Star).txt
    13      A    Port of discharge.
    14      Q    And SJU under POD is?
    15      A    San Juan.
    16      Q    San Juan, weight?
    17      A    That's the weight of the -- of the commodity
    18   in the container.
    19      Q    In pounds?
    20      A    Yes.
    21      Q    Seal, seal, C01.
    22      A    If it's loaded it's the -- and we have the
    23   information, it's the actual seal number that's on the
    24   container.
    25      Q    On the lock on the --
```

Powers Reporting
220 East Forsyth Street, Jacksonville, FL  32202
(904)355-4077   Fax: (904)355-5153

                                                              84

```
    1       A    On the lock on the rear doors, correct.
    2       Q    Tran number?
    3       A    I don't know what tran number is.
    4       Q    CO?
    5       A    I'm not sure what CO is, but possibly a
    6    trucking company that brought the piece of equipment
    7    in.
    8       Q    Booking?
    9       A    That's the booking number that we used to
    10   book the freight.
    11      Q    Okay.  Would that be a Sea Star booking
    12   number or would that be a --
    13      A    That's a Sea Star booking number.
    14      Q    Enter number and exit, well, I guess that's
    15   time in and time out?
    16      A    Time in -- time -- that's bad time.  Yeah,
```

```
                03-3621ARooks Depos  04-12-14 (Sea Star).txt
17   that's time in and time out.
18       Q    In military time?
19       A    Yes.
20       Q    And where it says in the upper right-hand
21   corner on page two, it says GATO11R, do you know what
22   that means?
23       A    No, I do not.
24       Q    How about the V2.2?
25       A    No, I do not.
```

Powers Reporting
220 East Forsyth Street, Jacksonville, FL  32202
(904)355-4077   Fax: (904)355-5153

85

```
1        Q    And the total of the report says daily CTRCHS
2    report?
3        A    Yes.
4        Q    What does that mean?
5        A    Daily container/chassis report.
6        Q    Okay.  Would all of the pertinent information
7    relative to any of the containers be entered into the
8    IQ Ship or would they just be the Emerald containers?
9    So, in other words, do you use IQ Ship for Emerald
10   transactions only or for your Global and Universe as
11   well?
12       A    We use IQ Ship for any piece of equipment
13   that came in and out of our system.
14            MR. PFEIFFER:  I'm going to ask the court
15       reporter to mark Rooks' 11.
16            (Rooks' Exhibit Number 11 was marked for
17   identification.)
18       Q    Can you identify what's been marked as Rooks'
19   11.
20       A    Yes, this is a type of equipment tracing
```

```
                  03-3621ARooks Depos   04-12-14 (Sea Star).txt
21  report dated April 29th of 2002.
22      Q    And have you ever seen that report?
23      A    Yes.
24      Q    Do you know who prepared that report?
25      A    Yes.
```

Powers Reporting
220 East Forsyth Street, Jacksonville, FL 32202
(904)355-4077  Fax: (904)355-5153

86

```
 1      Q    who did?
 2      A    George Cervone.
 3      Q    Is this the report that we discussed earlier
 4  in your deposition --
 5      A    Yes, it is.
 6      Q    -- that Mr. Cervone brought with him --
 7      A    Yes, it is.
 8      Q    -- on the 29th?
 9      A    Yes, it is.
10      Q    And this is the report that he gave to Sea
11  Star?
12      A    Yes.
13      Q    What's your understanding of what this report
14  represents?
15      A    Again, this is one of many, many pages of
16  every active piece of equipment that was in the
17  Naverias system as of April 29th, '02.  The unit
18  numbers, type, status, location, dates.
19      Q    And, again, when you say this is a portion of
20  the reports --
21      A    That's correct.
22      Q    -- do you know if Sea Star gave this report
23  to anybody?
24      A    Other than we provided it as part of the --
```

Page 75