## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2008 a copy of the foregoing **Sea Star Line, LLC's Post Trial Reply Brief** was served on the parties listed below in the manner indicated:

***FEDERAL EXPRESS***
GARY M. SCHILDHORN, ESQ.
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
Email: amoldoff@eckertseamans.com

***HAND DELIVERY AND ELECTRONIC FILING***
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

/s/ Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)