IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEA STAR LINE, LLC | : | |
| | : | |
|     Plaintiff/ | : | |
|     Counterclaim Defendant, | : | |
| | : | |
| v. | : | Civ. No. 05-245-JJF-LPS |
| | : | |
| EMERALD EQUIPMENT LEASING, INC., | : | |
| | : | |
| | : | |
|     Defendant/ | : | |
|     Counterclaim Plaintiff. | : | |

**ORDER**

At Wilmington this **3rd** day of **September, 2008,** the Court having reviewed the Motion of Emerald Equipment Leasing, Inc. ("Emerald") to Strike or Otherwise Not Require the Filing of a Response to Sea Star Line LLC's ("Sea Star") Motion for Partial Summary Judgment on the Amended Counterclaim (D.I. 209, the "Summary Judgment Motion"), or in the Alternative to Extend Time to file a Responding Brief (D.I. 214, the "Extension Motion"),

IT IS HEREBY ORDERED that the Extension Motion is DENIED to the extent that it requests that Sea Star's Summary Judgment Motion be stricken, and is GRANTED to the extent that it requests an extension of time for Emerald to respond to the Summary Judgment Motion;

IT IS FURTHER HEREBY ORDERED that Emerald's Answering brief and affidavit(s), if any, to the Summary Judgment Motion shall be filed on or before **September 22, 2008**. Sea Star's Reply brief, if any, shall be filed on or before **October 2, 2008**.

      Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

                                              _____
                                              Honorable Leonard P. Stark
                                              UNITED STATES MAGISTRATE JUDGE