## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2008 a copy of the foregoing Timothy J. Armstrong's Motion to Extend Time was served on the parties listed below in the manner indicated:

*Facsimile*
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
Email: amoldoff@eckertseamans.com

*Efiling*
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

/s/Kathleen M. Miller
Kathleen M. Miller (I.D. No. 2898)

051301MOT110052153.WPD