## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2008 a copy of the foregoing Objections and Motion to Vacate or Set Aside Memorandum Order Regarding Sanctions was served on the parties listed below in the manner indicated:

*Facsimile*
ALAN I. MOLDOFF, ESQ.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102
Email: amoldoff@eckertseamans.com

*Efiling*
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

               */s/Kathleen M. Miller*
               Kathleen M. Miller (I.D. No. 2898)