IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEA STAR LINE, LLC | : |
|     Plaintiff/<br>    Counterclaim Defendant, | : |
| v. | :    Civ. No. 05-245-JJF-LPS |
| EMERALD EQUIPMENT LEASING, INC., | : |
|     Defendant/<br>    Counterclaim Plaintiff. | : |

## ORDER

At Wilmington this **15th** day of **September, 2008,** the Court having reviewed the Motion of Sea Star Line LLC ("Sea Star") to Extend Time (D.I. 217, the "Extension Motion"),

IT IS HEREBY ORDERED that the Extension Motion is GRANTED to the extent that it requests an extension of time for payment of sanctions as specified in this Court's Memorandum Order dated August 27, 2008 (D.I. 213);

IT IS FURTHER HEREBY ORDERED that the deadline for payment of any sanctions as specified in this Court's Memorandum Order dated August 27, 2008 (D.I. 213) shall be extended until ten (10) days after the entry of an Order by Judge Farnan ruling on Sea Star's Objections and Motion to Vacate or Set Aside Memorandum Order Regarding Sanctions (D.I. 218).

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

                                                          /s/ Leonard P. Stark
                                          Honorable Leonard P. Stark
                                          UNITED STATES MAGISTRATE JUDGE